*Dockery v. Epps*
Civil Action No._____

# EXHIBIT 20

to
Plaintiffs' Motion for Protective Order
Against Retaliation, Intimidation and Coercion

SEP 17 '93  03:54PM CLERK, US DIST COURT                               P.2

RECEIVED
SEP 21 1993

FILED
SEP 17 1993
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO MADRID, et al., )
on behalf of themselves and )
all others similarly )
situated, )
          Plaintiffs, )   NO. C90-3094-TEH
   v. )
          )   CLASS ACTION
JAMES GOMEZ, Director, )
California Department of )   ORDER
Corrections, et al., )
         Defendants. )

    On request of the plaintiffs and through this Court's inherent powers, and it appearing to the satisfaction of the Court that this is a proper case for issuing a protective order, it is HEREBY ORDERED that defendants, their officers, agents, servants, employees, and all persons acting in concert or participation with them are enjoined and restrained from the following:

    1. Threatening plaintiffs with punishment, penalty, or other reprisals, or imposing punishment, penalty, or other reprisals, for initiating and prosecuting the instant action.

    2. Threatening other prisoners with punishment, penalty, or other reprisals, or imposing penalty, punishment, or

SEP 17 '93  03:54PM CLERK, US DIST COURT                                    P.3

1    other reprisals, for lawfully assisting in prosecution of
2    the instant action in such respects, for example as by by
3    agreeing to present or presenting oral testimony on behalf
4    of plaintiffs in this Court or by providing written answers
5    to questionnaires, affidavits, documents lawfully in their
6    possession, or other information to plaintiff's counsel and
7    their employees.
8    3.   Reading drafts of court papers, affidavits, or other
9    legal documents enclosed in duly designated "Legal Mail"
10   from counsel for plaintiffs to plaintiffs, members of the
11   plaintiff class, and other prisoners (providing that such
12   restriction shall not prohibit correctional officers from
13   carrying out procedures, described in California Code of
14   Regulations, title 15, sections 3144, 3145, which ensure
15   against the enclosure of contraband and other prohibited
16   material).
17   4.   Unreasonably delaying delivery of or secreting mail
18   from plaintiffs and other prisoners to counsel for
19   plaintiffs, or from counsel for plaintiffs to plaintiffs and
20   other prisoners,
21   5.   No provision of this order shall be violated by any
22   artifice or indirection.
23   DATED: 9/17/93

                                              _____
                                              Thelton Henderson, Chief Judge
                                              United States District Court

2

14