IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JERMAINE DOCKERY, DAVID THOMPSON, JEFFERY COVINGTON, JOSEPH OSBORNE, COURTNEY GALLOWAY, PHILLIP FREDENBURG, JOHN BARRETT, TAFFOREST CHANDLER, ERIC WARD, DERRICK HAYES, CHRISTOPHER LINDSEY, DEXTER CAMPBELL, ALVIN LUCKETT, JAMES VANN, BENJAMIN McABEE, and ANTHONY EVANS, on behalf of themselves and all others similarly situated | PLAINTIFFS |
| v. | Civil Action No. 3:13cv326-TSL-JMR |
| CHRISTOPHER EPPS, in his official capacity as Commissioner of the Mississippi Department of Corrections, GLORIA PERRY, in her official capacity as Chief Medical Officer for the Mississippi Department of Corrections, and ARCHIE LONGLEY, in his official capacity as Deputy Commissioner for Institutions of the Mississippi Department of Corrections | DEFENDANTS |

_____

**DEFENDANTS' MOTION TO DISMISS COMPLAINT AS TO PLAINTIFF
ERIC WARD FOR LACK OF SUBJECT MATTER JURISDICTION**
_____

Defendants Christopher Epps, Gloria Perry, and Archie Longley, in their official capacities, move the Court under Federal Rule of Civil Procedure 12(b)(1) to dismiss the Complaint as to Plaintiff Eric Ward for lack of subject matter jurisdiction.

Defendants attach hereto in support of the motion as Exhibit "A" a copy of the Mississippi Department of Corrections Information Sheet for Plaintiff Eric Ward.

DATED this the 26th day of July, 2013.

Respectfully submitted,

CHRISTOPHER EPPS, GLORIA PERRY, and
ARCHIE LONGLEY, Defendants


By:  *s/Harold E. Pizzetta III*
Harold E. Pizzetta III, MS Bar #99867
Justin L. Matheny, MS Bar #100754
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
Phone: (601) 359-3860
Fax: (601) 359-2003
Hpizz@ago.state.ms.us
Jmath@ago.state.ms.us

*s/W. Brett Harvey*
Gary E. Friedman, MS Bar #5532
W. Brett Harvey, MS Bar #102440
PHELPS DUNBAR, LLP
4270 I-55 North
Jackson, MS 39211
Phone: (601) 352-2300
Fax: (601) 360-9777
friedmag@phelps.com
harveyb@phelps.com

*s/Robert H. Pedersen*
Robert H. Pedersen (MSB #4084)
WATKINS & EAGER PLLC
Post Office Box 650
Jackson, Mississippi 39205
Telephone: 601-965-1846
Facsimile: 601-354-3623
bpedersen@watkinseager.com

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I, ROBERT H. PEDERSEN, do hereby certify that I have this date electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel of record:

>Jody E. Owens II
>Elissa Johnson
>SOUTHERN POVERTY LAW CENTER
>111 East Capitol Street, Suite 280
>Jackson, Mississippi 39201
>jody.owens@splcenter.org
>Elissa.johnson@splcenter.org
>
>Gabriel B. Eber
>Margaret Winter
>Amjel Quereshi
>NATIONAL PRISON PROJECT OF THE ACLU
>915 15th Street, NW, 7th Floor
>Washington, D.C.  20005
>geber@npp-aclu.org
>mwinter@npp-aclu.org
>Aquereshi@npp.aclu.org
>
>Elizabeth Alexander
>LAW OFFICE OF ELIZABETH ALEXANDER
>1416 Holly St., NW
>Washington, D.C.  20012
>ealexander@lawofficesofelizabethalexander.com

>*Attorneys for Plaintiffs*

and I hereby certify that I have mailed by United States Postal Service a true and correct copy of the above and foregoing pleading to the following non-ECF participant:

>NONE

THIS the 26th day of July, 2013.

>*/s/Robert H. Pedersen*