

# Mississippi Department of Corrections

**Christopher B. Epps**
*Commissioner*

**Phil Bryant**
*Governor*

Home
Divisions
Institutions
Community Corrections
Administration and Finance
Medical Division
Parole Board
Careers
Death Row
Inmate Search
MDOC Inmate Information
Research and Statistics
Media
Newsletters
Victim Services
MDOC Area Locations
MDOC Quick Reference
Frequently Asked Questions
Links
Contact Us
Search



## ERIC WARD

| MDOC# | 111389 |
| --- | --- |
| Name: | ERIC WARD |
| Race | BLACK |
| Sex | MALE |
| Date of Birth | Redacted |
| Height | 5' 11" |
| Weight | 182 |
| Complexion | DARK |
| Build | MEDIUM |
| Eye Color | BROWN |
| Hair Color | BLACK |
| Entry Date | 4/14/2010 |
| Location | WILKINSON CCF |
| Unit | WCCF BUILDING A |
| Location Change Date | 6/24/2013 8:49:20 AM |
| Number of Sentences | 2 |
| Total Length | 23 YEARS |
| **Offense 1** | |
| SEXUAL BATTERY | |
| Sentence Length 1 | 5 YEARS |
| County of Conviction 1 | LEFLORE |
| Sentence Date 1 | |
| **Offense 2** | |
| SEXUAL BATTERY | |
| Sentence Length 2 | 18 YEARS |
| County of Conviction 2 | GRENADA |
| Sentence Date 2 | |
| Tentative | 10/31/2032 |

**************************************************

### Division of Victim Services

Click here to register for notification prior to an offenders Release, notification of early release/ hearings

**************************************************

### Office of Mississippi SAVIN

**Statewide Automated Victim Information & Notification**

VINELink
OFFICE OF MISSISSIPPI SAVIN
Click here to register for notification on changes to an offender's custody status

**************************************************

## New Search

EXHIBIT "A"