IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JERMAINE DOCKERY, *et al.* | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 3:13cv326-TSL-JMR |
| CHRISTOPHER EPPS, *et al.* | ) ) |
| Defendants. | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS COMPLAINT AS TO PLAINTIFF ERIC WARD FOR LACK OF SUBJECT MATTER JURISDICTION**

On July 26, 2013, Defendants moved to dismiss Plaintiff Eric Ward based on the fact that Mr. Ward had been transferred from the East Mississippi Correctional Facility to a different MDOC institution.  Docs. 28-29.  Plaintiffs do not oppose this motion.

DATED this 29th day of July, 2013.

          Respectfully submitted,

          /s/ Gabriel B. Eber
          Gabriel B. Eber (*pro hac vice*)
          Margaret Winter (*pro hac vice*)
          Ajmel Quereshi (*pro hac vice*)
          National Prison Project of the ACLU
          915 15th St., NW, 7th Floor
          Washington, DC 20005
          Phone: 202-548-6601
          Fax: 202-393-4931
          geber@npp-aclu.org

          Jody Owens II
          Southern Poverty Law Center
          MS Bar#: 1012205

        Southern Poverty Law Center
        11 East Capitol Street, Suite 280
        Jackson MS 39201
        Phone: 601-948-8882
        jody.owens@splcenter.org

        Elizabeth Alexander (*pro hac vice*)
        Law Offices of Elizabeth Alexander
        1416 Holly St., NW
        Washington, DC 20012
        Phone: 202-291-3774
        ealexander@lawofficesofelizabethalexander.com


## **CERTIFICATE OF SERVICE**

I, GABRIEL B. EBER, do hereby certify that, on July 29, 2013, I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel of record:

Harold E. Pizzetta III
Justin L. Metheny
OFFICE OF THE ATTORNEY GENERAL

Gary E. Friedman
W. Brett Harvey
PHELPS DUNBAR, LLP

Walter T. Johnson
Robert H. Pedersen
WATKINS & EAGER PLLC

      Attorneys for Defendants

Jody Owens II
Elissa Johnson
SOUTHERN POVERTY LAW CENTER

Gabriel B. Eber
Margaret Winter
Ajmel Quereshi
ACLU NATIONAL PRISON PROJECT

Elizabeth Alexander
LAW OFFICES of ELIZABETH ALEXANDER

   Attorneys for Plaintiffs

and I hereby certify that I have mailed by United States Postal Service a true and correct copy of the above and foregoing pleading to the following non-ECF participant(s):  NONE

                                                       <u>/s/ Gabriel B. Eber</u>