# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| JERMAINE DOCKERY, *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:13cv326-TSL-JMR |
| CHRISTOPHER EPPS, *et al.* | )<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' REQUEST FOR ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES BY MADELEINE LAMARRE**

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 34(a), you are hereby requested to permit Ms. Madeleine LaMarre and Plaintiffs' counsel in the above-captioned matter to enter upon the premises of the East Mississippi Correctional Facility in Meridian, Mississippi (EMCF).  This entry shall be for *inspection* and for the purpose of obtaining factual information necessary to understand matters observed or reviewed during the course of the inspection, and shall take place during the dates: April 22, 2014 – April 25, 2014.

Said inspection shall include, *inter alia*:

1. Physically walking through, observing, documenting, and photographing all areas, fixtures, and equipment at EMCF including, but not limited to: clinical space available for medical care; medication lines; clinical areas, intake and medical units, and counseling/programming areas.

2. Speaking with prisoners at cell side or, at the request of Ms. LaMarre or Plaintiffs' counsel, in a confidential setting that ensures audio and visual privacy, to discover information regarding the provision of health care to prisoners.

3. Speaking with EMCF staff, including health care staff, for the purpose of obtaining factual information necessary to understand matters observed or reviewed during the course of the inspection.

4. Examining and requesting copies of videos and documents, regardless of format, of materials related to the provision of health care at EMCF including, but not limited to, documents related to policies, procedures, directives, orders, incident reports, credentials and qualifications of staff, training materials, logs, staffing, custody and medical files, schedules, health needs requests received, grievances received; and a list of all EMCF prisoners who fit the below criteria:

    a. Prisoners who currently are chronic care patients, including persons with diabetes, hypertension, congestive heart failure, cancer, Hepatitis, asthma, HIV/AIDS, and kidney failure/dialysis;

    b. Prisoners who were admitted to outside hospitals and emergency rooms in the last two years; and

    c. Prisoners who were referred to outside clinics and the reason for referral in the past year.

A subset of these prisoners' records will be selected for review.

Plaintiffs reserve the right to schedule additional dates for Ms. LaMarre's inspection if necessary.

DATED this 3rd day of March, 2014.

s/Jody E. Owens, II
Jody E. Owens, II, MS Bar # 102333
Elissa Johnson, MS Bar #103852
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: 601-948-8882
Fax: 601-948-8885

Gabriel B. Eber
Margaret Winter
Ajmel Quereshi
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: 202-393-4930
Fax: 202-393-4931
(admitted *pro hac vice*)

Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012
Phone: 202-291-3774
(admitted *pro hac vice*)

Mari K. Bonthuis
Brendan Parets
Xinping Zhu
Covington & Burling, LLP
601 8th Avenue
New York, NY 10018
Phone: 212-841-1000
Fax: 212-841-1010
(pending *pro hac vice*)

3

## **CERTIFICATE OF SERVICE**

I, Jody E. Owens, II, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

SO CERTIFIED, this 3rd day of March, 2014.

s/Jody E. Owens, II
Jody E. Owens, II, MS Bar #102333
