# EXHIBIT 29

# MTC Management & Training Corporation

## LOG BOOK

| DATE | TIME | EVENT | SIGNATURE |
|---|---|---|---|
| S 25-13 | 2401 | Sgt Curson, C/o Thomas, C/o Colenberg | C/o McConnell |
| S 25-13 | 2401 | exit off HU6 A pod and onto hallway | C/o McConnell |
| S 25-13 | 2449 | Certified Count Is Clear | C/o McConnell |
| S 25-13 | 2450 | Begin 2400hrs. Count | C/o McConnell |
| S 25-13 | 2451 | C/o McConnell did a visual check | C/o McConnell |
| S 25-13 | 2451 | on HU6 C pod in HU6 top picket | C/o McConnell |
| S 25-13 | 2451 | C/o McConnell did a visual check | C/o McConnell |
| S 25-13 | 2451 | check on HU6 D pod in HU6 top picket | C/o McConnell |
| S 25-13 | 2452 | C/o McConnell did a visual check | C/o McConnell |
| S 25-13 | 2452 | check on HU6 B pod in HU6 top picket | C/o McConnell |
| S 25-13 | 2452 | C/o McConnell did a visual check | C/o McConnell |
| S 25-13 | 2452 | on HU6 A pod in top picket 6. Due | C/o McConnell |
| S 25-13 | 2452 | to lack of staff. I only had | C/o McConnell |
| S 25-13 | 2452 | 1 floor officer at that time | C/o McConnell |
| S 25-13 | 2452 | and that was C/o Colenberg. | C/o McConnell |
| S 25-13 | 2455 | Count Is Clear. | C/o McConnell |
| S 25-13 | 0100 | Begin Count. | C/o McConnell |
| S 25-13 | 0100 | There was no count/security | C/o McConnell |
| S 25-13 | 0100 | checks on HU6. Due to lack | C/o McConnell |
| S 25-13 | 0100 | of staff. I C/o McConnell picket | C/o McConnell |
| S 25-13 | 0100 | officer and C/o Colenberg floor | C/o McConnell |
| S 25-13 | 0100 | officer. | C/o McConnell |
| S 25-13 | 0130 | Count Is Clear. | C/o McConnell |
| S 25-13 | 0148 | C/o Thomas enter on HU6 D | C/o McConnell |
| S 25-13 | 0148 | pod to do a count/security check | C/o McConnell |
| S 25-13 | 0152 | C/o Thomas exit off HU6 D pod and | C/o McConnell |
| S 25-13 | 0152 | on HU6 C pod to do a count/security check | C/o McConnell |

18