IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JERMAINE DOCKERY, et al., on**                                **PLAINTIFFS**
**behalf of themselves and all others**
**similarly situated**

**VS.**                                **CIVIL ACTION 3:13cv326 TSL-JCG**

**CHRISTOPHER EPPS, in his official**
**capacity as Commissioner of the**
**Mississippi Department of Corrections,**
**et al.**                                **DEFENDANTS**

## RECUSAL ORDER

Pursuant to 28 U.S.C. §455(a), the undersigned is compelled to disqualify himself in the above styled and numbered proceeding.

Accordingly, the undersigned does hereby recuse himself in this cause.

ORDERED this 9th day of October, 2014.

                                                         /s/Tom S. Lee
                                                         UNITED STATES DISTRICT JUDGE