FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE DOCKERY, et al.,

    Plaintiffs,

v.                                                  Civil Action No. 3:13cv326-TSL-JMR

CHRISTOPHER EPPS, et al.,

    Defendants.

## **STIPULATION OF DISMISSAL OF PLAINTIFF DEXTER CAMPBELL**

COME NOW the Parties to this action and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff Dexter Campbell, without prejudice, from this action.

This the 14th day of October, 2014.

                                                           s/Elissa Johnson
                                                           Jody E. Owens, II, MS Bar # 102333
                                                           Elissa Johnson, MS Bar #103852
                                                           Southern Poverty Law Center
                                                           111 E. Capitol Street, Suite 280
                                                           Jackson, MS 39201
                                                           Phone: 601-948-8882
                                                           Fax: 601-948-8885
                                                           elissa.johnson@splcenter.org
                                                           jody.owens@splcenter.org

                                                           Gabriel B. Eber
                                                           Margaret Winter
                                                           Ajmel Quereshi
                                                           National Prison Project of ACLU
                                                          915 15th Street, NW, 7th Floor
                                                          Washington, DC 20005
                                                          Phone: 202-393-4930
                                                          Fax: 202-393-4931
                                                          (admitted *pro hac vice*)

Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012
Phone: 202-291-3774
(admitted *pro hac vice*)

Mari K. Bonthuis
Xinping Zhu
Covington & Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-841-1000
Fax: 212-841-1010
(admitted *pro hac vice*)

Brendan Parets
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
Phone: (202) 662-6000
(admitted *pro hac vice*)

*Counsel for Plaintiffs*


s/Robert Pedersen
Walter T. Johnson
Robert H. Pedersen
Watkins & Eager, PLLC
400 East Capitol Street
Jackson, MS 39205

Harold E. Pizzetta, III
Office of the Attorney General
Post Office Box 220
Jackson, MS 39201

Gary E. Friedman
John Morgan Stephens, IV
William Brett Harvey
PHELPS DUNBAR, LLP
Post Office Box 16114
Jackson, MS 39236


*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Elissa Johnson, certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

This, the 14th day of October, 2014.

s/Elissa Johnson
Elissa Johnson, MSB # 103852
