FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JERMAINE DOCKERY, et al.**                                            **PLAINTIFFS**

**v.**                                            **Civil Action No. 3:13cv326-WHB-JCG**

**CHRISTOPHER EPPS, et al.,**                                            **DEFENDANTS**

STIPULATION OF DISMISSAL OF PLAINTIFF DAVID THOMPSON,
PLAINTIFF COURTNEY GALLOWAY, PLAINTIFF TAFFOREST CHANDLER,
PLAINTIFF BENJAMIN MCABEE, PLAINTIFF ANTHONY EVANS,
AND PLAINTIFF CHRISTOPHER LINDSEY

COME NOW the Parties to this action and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff David Thompson, Plaintiff Courtney Galloway, Plaintiff Tafforest Chandler, Plaintiff Benjamin McAbee, Plaintiff Anthony Evans and Plaintiff Christopher Lindsey, without prejudice, from this action.

This the 29th day of October, 2014.

s/Elissa Johnson
Jody E. Owens, II, MS Bar # 102333
Elissa Johnson, MS Bar #103852
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: 601-948-8882
Fax: 601-948-8885
elissa.johnson@splcenter.org
jody.owens@splcenter.org

Gabriel B. Eber
Margaret Winter
Ajmel Quereshi
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: 202-393-4930
Fax: 202-393-4931
(admitted *pro hac vice*)

Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012
Phone: 202-291-3774
(admitted *pro hac vice*)

Mari K. Bonthuis
Xinping Zhu
Covington & Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-841-1000
Fax: 212-841-1010
(admitted *pro hac vice*)

Brendan Parets
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
Phone: (202) 662-6000
(admitted *pro hac vice*)

*Counsel for Plaintiffs*


Harold E. Pizzetta, III
Office of the Attorney General
Post Office Box 220
Jackson, MS 39201

Gary E. Friedman
John Morgan Stephens, IV
William Brett Harvey
PHELPS DUNBAR, LLP
Post Office Box 16114
Jackson, MS 39236

/s Robert H. Pedersen
Walter T. Johnson
Robert H. Pedersen
Watkins & Eager, PLLC
400 East Capitol Street
Jackson, MS 39205

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Robert H. Pedersen, certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

This, the 29th day of October, 2014.

>/s/ *Robert H. Pedersen*
>Robert H. Pedersen, MSB #4084