# EAST MISSISSIPPI CORRECTIONAL FACILITY REPORT

## August 25, 2014

Shelvy Haywood Keglar, Ph.D., HSPP
Clinical Psychologist
Midwest Psychological Center, Inc.
Indianapolis, Indiana

**EXHIBIT "8"**

TABLE OF CONTENTS

I.   Assignment

II.   Qualifications

III.   Compensation

IV.   Methodology

      a.   Review Health Assurance Policy & Procedures

      b.   Review of Medical Records

      c.   Staff Interviews

      d.   Offender Interviews

      e.   Facility Visit & Tours

      f.   Review of Consultant Reports

V.   Summary

      a.   Access to Care - Routine and Emergency

      b.   Level of Care

      c.   Crisis Management

      d.   Segregation Management

      e.   Quality of Care

VI.   Appendix

      a.   Patient Identification

      b.   Overview of Special Management Unit

I. <u>Assignment</u>

I have been retained by Watkins and Eager, LLC, legal counsel for Health Assurance, LLC to evaluate the delivery of Mental Health Service at East Mississippi Correctional Facility. Specifically, an opinion on the access, adequacy and adherence to established standards of mental health care was requested.

II. <u>Qualifications</u>

I am the founder, President and CEO of Midwest Psychological Center, Inc., in Indianapolis, Indiana. I am a licensed psychologist in Indiana and Arkansas. I served as Director of Regionalized Addiction Services and psychologist with Hamilton Center, the largest Community Mental Health Center in the State of Indiana for 10 years.

Midwest Psychological Center's staff of 70 provides a full range of mental health and social services anchored around the specializations I hold in the following areas:

1. Correctional Mental Health - Diplomate in Forensic Psychology
2. Addictions - Certificate of Specialization for Treatment of Addictive Disorders from American Psychological Association. Founder of Indiana Association of Alcohol and Drug Abuse.
3. Children and Adolescents. Family Services and Residential Group Home.
4. Developmentally Disabled Population. Certified by the State of Indiana as an oversight specialist for the Developmental and Mentally Disabled Population.
5. Clinical and neuropsychology. Psychological and Neuropsychological Assessments.

Midwest Psychological Center has contracted with the Indiana Department of Corrections, Community Education Centers, Corrections Corporation of America – Marion County Jail II, Elkhart County Jail, Re-Entry Services for the Indiana Department of Correction – Juvenile Division and Mental Health Services at Marion County Jail I. We currently provide staff for Addiction Services, Case Management, Recreation, Education, Chaplaincy, Re-Entry and Trades with 40 staff at Indiana prisons. We contract with the Federal Bureau of Prisons for mental health and addiction services with inmates transitioning back to the community. I write, develop and oversee all Company contracts and services.

I have been a consultant to the Federal Prison in Terre Haute for a Re-Entry Program and Putnamville Prison in the State of Indiana for Addiction Services. I supervised the provision of Statewide evaluations for Special Need Youth for the Indiana Department of Correction. Our Company also provided transitional services for youth from the Indiana Boot Camp to Fort Wayne and Indianapolis and Psychologists for the State of Arizona Department of Corrections. Additionally, I've conducted forensic evaluations for over 30 years for Competency and Insanity for courts in Vigo County, Bartholomew County, Marion and contiguous counties. I have over 10 years' experience working at Hamilton Center as an Associate Director of Addiction Services and Director of Regionalized Addiction Services. I've served as consultant for the Atterbury Job Corps Center for over 20 years. I also established the addiction program for the Indianapolis Salvation Army and Winona Hospital.

I also served as Neuropsychologist for Winona Hospital over a three year period.  I served as consultant to the State of Indiana, conducting a statewide research project on HIV and conducted a study for the Indiana State Department of Mental Health on Mental Health Service Delivery to Minorities.  I've given testimony to the Indiana General Assembly and been involved on the recent passage of the Expungment law in Indiana which was initiated by the Indiana Minority Mental Health Professional Association which I started and chaired for the past 11 years.  I served as Adjunct Professor for five years at the Indiana University Department of Psychiatry and currently hold Adjunct Status with Butler University for the past four years.

I hold a Bachelor's degree in Sociology and a Master's degree in Rehabilitation Counseling from Arkansas State University.  I received a Ph.D. from Indiana University with a double major in Counseling and Educational Psychology and specialization in Clinical Psychology. I received a Minority Fellowship from the American Psychological Association and was selected by the American Psychological Association to present my dissertation at the Annual Convention in New York City.

III.  <u>Compensation</u> - $100 an hour.

IV.  <u>Methodology</u>

    a.  Review Health Assurance Policy and Procedures

    b.  Review of Medical Records

    c.  Staff Interviews

    d.  Offender Interviews

    e.  Facility Visit and Tours

    f.  Review of Consultant Reports

Staff Interviews

#1 – Evelyn Dunn, Nurse Practitioner

Nurse Practitioner Dunn indicates that mental health sick call triage is picked up every day by the secretary in each unit's mailbox. She states the forms could be given to staff RN also. The sick call requests are triaged by mental health staff on a daily basis. Nurse Practitioner Dunn indicates that inmates are triaged the same day. Sick call requests are stamped and triaged within 24 hours with all being seen in less than seven days unless Security dictates otherwise. Mental Health appointments are scheduled by Nurse Practitioner Dunn and a mental health nurse. The medical appointments are scheduled by the executive secretary and the Chronic Care Nurse. If there are co-occurring problems, the Nurse Practitioner and the Physician collaborate on the cases.

Infirmary – The Nurse Practitioner or Psychiatrist authorize admissions and discharges. Those going to the 10-bed Infirmary which has cameras are those in medical, suicide or mental health observation, according to Nurse Practitioner Dunn. Every offender is on a mental health case load and receives one-to-one with the Mental Health Counselor. The primary duties of the mental health staff are as follows:

1. Triage and sick call
2. Mental Health rounds
3. Crisis Intervention/Emergencies
4. Individual Counseling
5. Intake Assessments/Transfer Interviews

Nurse Dunn indicated Bachelor's level and Master's level all conduct the same duties.

Short-term, involuntary medication administration is handled by the MD who writes the order. This is only done when there is a danger to self or others and for a short-term basis. A Long-term Committee for involuntary medication administration has been formed that includes the Health Services Administrator, Director of Nursing, Mental Health staff on the non-assigned unit, and the MD.

Nurse Practitioner Dunn indicated that grievances are handled through the ARP (Administration Remedy Program). The complaint is reviewed and processed within 45 days. Staff Mailow is the ARP person. Responses are given within 10 days. The process for grievances includes going from the inmate to the Coordinator (ARP), through the Mississippi Department of Corrections, back to the facility, to the department.

Nurse Practitioner Dunn indicated that Peer Reviews are done as follows:

Nurse Dunn is done by Dr. Anderson on a monthly basis.
The Mental Health Staffing Pattern given by Nurse Dunn includes Mental Health Staff of 3 to 5 on a shift 8 – 5 daytime with one to two staff working from 3 – 11 and one staff working 11 – 7.

On the weekend, shifts are one mental health staff on each shift, from 7 – 3, 3 – 11, and 11 – 7. They always have access to the supervisor by phone.

Nurse Practitioner Dunn indicated that the total number of patients on antidepressant medication was 584 (66%); the total number of mood stabilized was 147 (1.6%), the total number on antianxiety medication was 173 (1.9%), total number on Haldol 109 (1.2%). Approximately 8% out of 844 are on injectable medications. Nurse Dunn also indicated that the outside care for self-multilaters or cutters was 11 – 12 in 2012 and was reduced to zero in 2013. The Step-down Unit in treatment of outpatient has resulted in less psychiatric offsite visits to ER.

Staff Interview #2 – Transportation – Willie Ruffin
Transportation Director Ruffin indicates that there is no transportation for Mental Health except for Court Ordered Evaluation from MDOC in the area of competency. Medical Transportation to the hospital is decided by the physicians. Information received from the Medical Transport is sealed in an envelope. Director Ruffin indicates that with scheduled offsite appointments like surgery, there's no problem in getting the information back to the facility. The major point conveyed by Director Ruffin is that there is no transportation offsite for Mental Health except in emergency cases.

#3 – Classification – Doris Smith
Security Director Doris Smith indicates that security level classification is based on behavior. She indicates that administrative segregation is minimally for 20 days and long-term is indefinite. She indicated that the crisis for all behavior issues are discussed and that Mental Health can overrule and place an inmate in observation until they are seen and assessed for medication.

#4 – Head of Security – Major Derrick Smith

Major Smith indicates that he started in July of 2012 at EMCF. He indicates that in January of 2014, there was a three-week lockdown and that is very rare. He indicates that in Security, they have these phases: Phase I – no movement, Phase II – partial, Phase III – a couple of hours, Phase IV – normal operations. During the lockdown in January, Major Smith indicated that rounds were made only by Mental Health and that Nurse Practitioner Dunn also made rounds for medication adjustment or initial prescriptions. Major Smith indicated inmates in five and six have to request individual sessions and that inmates remain in cuffs. He stated Security always allows Mental Health to come first and that any use of force is reported in the Offender Track. Major Smith indicated that any injectable medications are handled the same way with a show of force used to prevent further action. He also indicated that inmates on the injectables stay in Medical until they're stabilized. These inmates walk to Medical voluntarily with Security. In Segregation, he indicates that Security does 30-minute checks and that they also do one-on-one observation with a check sheet.

#5 – Tina Naylor – Counseling Supervisor

Counseling Supervisor Naylor was observed on Unit 3 during rounds. Supervisor Naylor indicated there are 450 on the Chronic Care List. She indicated that the referral process from

Mental Health to the MD is the same with all residents.  During the rounds, Supervisor Naylor covered all the essentials of a competent Clinical Interview; it included mental health status, inmate concerns for the day, any problems within the last day, treatment compliance, compliance with medication and any requests.  Supervisor Naylor spent adequate time with each inmate and often gave recommendations or outlets for continued improvement.  It was apparent from the meeting with the inmates that she was quite familiar with them as all responded positively to her, showed her pictures of their families, talked about receiving letters or money for commissary, and phone privileges.  All inmates were cooperative and those asleep willingly got up and came to the outside of their cell for rounds.  Inmates were all seen outside of their cells for rounds. Staff sign in and out when Mental Health rounds are conducted to verify their completion.


Counseling Supervisor Naylor indicated care levels were as follows:
A – off medication, no history of mental health
B – off medication, history of mental health & no medication
C – on a medication or either history
D – on and off medication (rarely used)
E – chronically ill

She also indicated that the Nurse Practitioner or Psychiatrist make the recommendations to MDOC.

<u>#6 – Dr. Powe Team Meeting Delta Pod</u>

Dr. Powe and Ms. Warren, Mental Health Counselor, were observed conducting a Team Meeting with inmate W.R.  Inmate W.R. indicated that he has been prescribed 30 milligrams of Remeron daily, Buspar and Tegretol 200 milligrams bid.  He discussed his concerns in the Team Meeting indicating that his glasses had been broken during a confrontation with the Cert Team.  He also indicated that his Bible had been harmed.  He indicated that he was starting visits with family. The Team Meeting with this one inmate lasted 15 plus minutes.

<u>#7– Psychologist – Dr. Ricardo Gillespie</u>

Dr. Gillespie, Contract Psychologist with Health Assurance, states that he began at East Mississippi in 1999 when it was under the operation of Wackenhut.  He indicates there was litigation at Parchman and that he was part of the settlement under the guidance of one of the experts for the complainant.  He states that a settlement was reached where a 500-bed facility was constructed and that 500 inmates were transferred to East Mississippi.  It later became a 1,500-bed facility.  He states that the initial treatment program he wrote was nationally recognized and applauded by the experts as an excellent program.  He made numerous presentations on the program at national and local conferences.  Dr. Gillespie claims that when the 500-bed facility was increased to 1,500, the population changed to a more sociopathic group under GEO and now Health Assurance.  In his opinion, the program remains the same as it was when it received accolades from the complainant experts.  Dr. Gillespie states that the sociopathic inmates are the ones who manipulate with their aggressive and passive aggressive

7

behavior in the unit to manipulate and undermine the daily operation of the facility. He sees the shift in inmate population as the only change and not the provision of mental health services.

#8 – Dennis Huggins, Jr., Ph.D., Director of Mental Health

Dr. Huggins, a long-term staff member of East Mississippi indicates that he directs the Mental Health Programs for the MTC. He listed a staff of two psychologists, eight Master's level Counselors, and two Substance Abuse Counselors. The Daily Programming Plan at East Mississippi is quite extensive and includes pre-release sessions, character education, moral recognition therapy, conflict resolution, stress management, anger management, social skills, inside/out dad program, alcohol and drug, life skills, therapeutic community, cognitive skills, expressive art, substance abuse and music, therapy. Dr. Huggins also indicated that Unit 5 has a High Risk Incentive Tier program that includes a special management unit. This special management unit is for those inmates who have proven to be intractable to treatment in the past. This step-down unit is designed for inmates with co-occurring disorders, personality disorders, substance abuse, intellectual deficits and other mental health maladies. The unit is designed around inmates' behavior with management by staff based on the same. A four level tier allows inmates to progress from level 0 to three and return to regular population. This behavioral management approach for this subset of special needs inmates has been proven successful at many psychiatric/forensic institutions across the country. Dr. Huggins also described a suicide prevention program and training that is conducted by his department. A review of the program reveals all components of a comprehensive suicide prevention training program for all staff including Security. The standards recommended by ACA and NCCHC are met.

Documentation presented by Dr. Huggins indicates an abundance of programming hours for offenders in mental health, addictions and social skills. Documented hours for August, September and October of 2013 indicates an average of 5000 program hours were conducted each month. Documentation from January and February of 2014 indicates an increase in hours to February to 6000 program hours.

8

Inmate Interviews

Inmate Interview #1 - July 8th, 2014

Inmate RG – RG is a 60-year old European American male from Ripley, Mississippi.  He has served five years at East Mississippi Correctional Facility.  He has prior incarceration in Rankin County.  Inmate RG indicated that he has been treated at Timber Hills Community Facility in Mississippi.  He indicates that he receives medication once a day:  Geodon and Remeron.  Diagnosis:  Major Recurring Depression.
Inmate RG states that his medication was changed the week of interview because he had a heart attack and Geodon was too strong.  He indicates that he has not noticed any significant affect at this time.  Inmate RG describes the mental health services at East Mississippi Correctional Facility as okay.  When asked if he would change anything or if anything could be better, he gave nothing.  Inmate RG states that there is no difference in the treatment he receives here than what he had received at Timber Hills.  Inmate RG states that he had a heart attack and was rushed to the hospital where a stint was put in and saved his life.  His only concern was that he spent some time on a steel bed in medical upon his return.

Inmate Interview #2 - July 8th, 2014

Inmate NH – Inmate NH is a 24-year old African American male from Indonola, Mississippi.  Unit 5B.  Inmate NH indicates that his first time as an adult was served at Parchman.  He spent time at Walnut Grove as a juvenile at the age of 20 when he served one year.  Currently, he is serving four years plus life for murder.  Inmate NH indicates he was transferred for his behavior to the East Mississippi Correctional Facility.  He described his behavior as fighting guards during his year at Parchman.  He had been at East Mississippi since December 20th, 2013.  Inmate NH denies any mental health problems and states that he has never had any psychiatric medication or diagnosis.  He did complain of showers, food, and recreation sometimes being delayed.  He indicates that he takes Naproxen for his back PRN over the past two months.

Inmate NH gave a very vivid description of his acting out behavior to get guards' attention.  He states that it started on 5A, but that he's been on 5B since April of this year for attacking a guard.  He indicates that he often feigns falling out in his cell so that other inmates will call guards' attention.  Once the guards come into his cell, he indicates that he sticks his arm out and blocks the door so the cell cannot be locked.  In his zeal to educate me on prison life, he described other arts of disruption and destruction inmates use to manipulate for desired outcomes such as flooding and fire setting.  He indicates that he is one of two gang members on his unit who has spoken to other gang members in the facility, according to him.  This inmate describes a pattern where other inmates on his unit will flood their cells, set fires as a way of getting guards to come to their unit when they are upset by something that they desire.

9

V.  Summary

The preponderance of factual data indicates there is no lack of access to Mental Health care on a routine or emergency basis.  Chart reviews of inmate records indicate the standards for mental health access are exceeded on a daily basis and go beyond what is provided in the private sector. Inmates with identified mental health needs are seen on a daily basis for routine care and triaged. Weekly rounds are conducted and documented in medical records.  Rounds are verified by sign-in and sign-out sheets for each unit.  Furthermore, the care provided for mental health crisis is more than adequate as evidenced by the extensive documentation in the electronic medical records.  The following information specific to patients, highlights the extraordinary effort to provide mental health services within the East Mississippi Correctional Facility.

a.  Allegations of lack of Access to Mental Health Care

Patient C.G., a 31-year old African American male diagnosed with a psychotic disorder NOS, records indicate that he was seen 37 times in 2013 following sessions in 2012.  The following sessions were indicated in his record:  10/11/12, seen on mental health rounds by L. Williams, Mental Health Counselor.  Inmate denied suicidal/homicidal thoughts.  He was compliant with medication.  10/24/12, 11/28/12, 1/2/13, inmate was seen by mental health counselors for mental health rounds.  Inmate denied psychotic symptoms.  1/15/13, inmate seen by a treatment team.  Reported non-compliant with medications and reported not needing his medications.  Inmate was reported stable in mood and thoughts.  2/21/13, 2/28/13, 3/7/13, 3/15/13, 3/21/13 and 3/26/13, inmate was seen by mental health counselors for mental health rounds.  He denied hallucinations or delusions.  4/9/13, inmate was seen by L. Williams, Mental Health Counselor, and reported stress.  He denied any suicidal or homicidal thoughts and individual counseling was provided.  4/28/13, 5/8/13 and 5/9/13, inmate was seen by mental health counselors.  He denied mood or thought disturbances.  5/20/13, inmate was seen by L. Williams, Mental Health Counselor.  He requested an appointment with the psychiatry staff.  Reported an increase in stress.  Denied suicidal or homicidal thoughts.  5/23/13, he was seen by Psychiatric Nurse Practitioner Dunn.  Reported increase in stress due to receiving additional time added to his sentence.  He denied psychosis, suicidal or homicidal thoughts. His medication was adjusted with Remeron discontinued and Risperdal started.  5/20/13, he was seen by Kay Pough, Mental Health Counselor.  Inmate denied mood or thought disturbances or any mental health concerns.  6/5/13, inmate seen by M. Moss, Mental Health Counselor, requested a psychiatric evaluation and was referred for psychiatric visit.  6/6/13, inmate seen by Psychiatrist, Dr. Powe.  Reported increase in stress and paranoia.  Risperdal was continued.  6/18/13, seen by R. Davis, Mental Health Counselor for Mental Health Rounds, denied any psychotic symptoms.  Denied suicidal or homicidal thoughts.  7/26/13, seen by Psychiatric Nurse Practitioner Dunn.  Reported auditory and visual hallucinations. Reported additional stress due to mother's illness.  Reported mood swings, history of ADHD. Medication was adjusted with start of Tegretol 200 milligrams bid, increase of Risperdal and Artane was prescribed.  7/31/13 and 8/5/13, he was seen by mental health counselors.  Denied psychotic symptoms.  8/27/13, seen by a Treatment Team.  Reported compliant with medications.  Denied psychotic symptoms.  Stable on medication.  9/4/13 and 9/11/13, was seen by J. Lockett, Mental Health Counselor.  Denied any mental health concerns.  9/19/13, seen by Psychiatric Nurse Practitioner Dunn.  Reported medications not working, however,

10

denied psychotic symptoms.  Medication continued, Risperdal, Tegretol and Artane.  Tegretol was ordered to check therapeutic level.  9/19/13, 9/25/13, 10/11/13, 10/18/13 and 10/26/13, inmate was seen by J. Lockett, Mental Health Counselor, reported no mental health concerns.  10/29/13, lab reports a Tegretol level of 0.5 non-detective.  Tegretol was discontinued due to noncompliance by Nurse Practitioner Dunn.  Risperdal and Artane continued.  10/11/13 and 11/6/13, seen by J. Lockett, Mental Health Counselor for mental health rounds, denied any homicidal thoughts and psychotic symptoms.  11/19/13, seen by the Treatment Team and denied mental health concerns, reported he was compliant with medications.  11/27/13, inmate was seen by Psychiatric Nurse Practitioner Dunn , reported he does not need his medication and stated he quit taking his medication.  He denied any mood disturbances.  Risperdal and Artane were discontinued.  12/9/13, 12/16/13 and 12/23/13, inmate seen by mental health counselors for rounds.  Denied any mental health concerns.  Reported stable off medication.  1/17/14, seen by Nurse Practitioner Dunn, reported need to resume his medication.  Requested medication discontinued in November 2013, reported an increase in paranoia, auditory and visual hallucination, not sleeping.  Reported voices tell him to harm himself, denied suicidal plan or intent at the interview.  Medications resumed with Risperdal, Artane and Remeron.  1/22/14, 2/1/14 and 2/6/14, inmate was seen for mental health rounds by R. Davis, Mental Health Counselor, denied any mental health concerns.  2/10/14 to 3/1/14, he was seen by mental health counselors, denied any psychotic symptoms.  3/4/14, inmate left East Mississippi Correctional Facility.  **This inmate had 373 entries in electronic health records. The above documentation indicates the inmate had initial and ongoing access to mental health care.**

Patient 10-C.M., a 71-year old Caucasian male.  The following sessions were indicated in his record:  2/13/14, patient seen by T. Naylor, Mental Health Counselor, for mental health intake into EMCF.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  2/3/14, patient seen by Psychiatric Nurse Practitioner Dunn  on 2/13 for an initial psychiatric assessment.  Reported that he does not need or want mental health medications.  Reports sleep disturbances and depression.  Denied all suicidal/homicidal thoughts.  Referred to Mental Health Staff for 1:1 Individual Therapy.  Denied needing mental health medications.  2/18/14, 4/11/14 and 5/12/14, patient seen by J. Lockett, Mental Health Counselor, for 1:1 Individual therapy.  Offender was counseled.  Allowed to vent about his frustrations.  Voiced no suicidal/homicidal thoughts.  2/28/14, 3/6/14, 3/11/14, 3/17/14, 3/25/14, 3/31/14, 4/10/14, 4/24/14, 4/29/14, 5/9/14, 5/12/14, 5/22/14 and 5/25/14, the offender was seen by J. Lockett, Mental Health Counselor.  Denied all mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  2/28/14, patient seen by Dr. Gillespie, Psychologist.  Was oriented and coherent.  Denied all hallucinations.  Reported concerns of restarting Paxil.  Offender was referred and scheduled to see the Psychiatrist on 3/8/14.  3/6/14, patient seen for mental health rounds by J. Lockett, Mental Health Counselor.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  3/8/14, patient seen by the Psychiatric Nurse Practitioner Dunn .  Reported stress-depression-anxiety due to situational stressor.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Medication adjustments made.  Paxil was 20 mg po every morning ordered.  3/11/14 and 3/17/14, patient seen by mental health counselors, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  3/25/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reports stressing.  Denied suicidal/homicidal thoughts at interview.  Denied symptoms of psychosis at interview.  Offender counseled.  Medication adjustments made.  PLAN:  1. Increase Paxil 30 mg by mouth every pm, 2. RTC in 3 months/sooner as needed.  3/25/14 and 3/31/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/10/14 and 4/29/14, patient seen by P. Anderson, Mental Health Counselor, for mental health rounds.  Denied all suicidal/homicidal thoughts.  4/11/14, patient seen by J. Lockett, Mental Health Counselor, for Individual Counseling.  Reports medication compliance.  Allowed to vent.  Offender counseled.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/24/14 and 4/29/14, patient seen by mental health counselors, for mental health rounds.  Denied all mental health concerns.  Denied all suicidal/homicidal thoughts.  5/9/14, 5/12/14, 5/15/14, 5/22/14, 5/25/14 and 5/27/14, patient seen by mental health counselors, for mental health rounds.  Denied all hallucinations.  Denied all suicidal thoughts.  6/5/14 and 6/10/14, the offender was seen by J. Lockett, Mental Health Counselor.  Denied all mental health concerns.  6/11/14, offender no longer housed at EMCF.  **Patient's chart has 326 entries based on Document ID number in the electronic health record indicating initial and ongoing access to mental health care.**

Patient 11-J.A., a 33-year old African American male with a diagnosis of Alcohol Dependence-I, Cannabis Dependence-I, R/O Malingering-I, Schizophrenia, Paranoid Type-I, and Antisocial Personality D/O-II.  10/24/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Reports an extensive history of severe mental illness and behavior problems since the age of 12y/o or 13y/o.  Reports need medication to keep him calm.  Denied psychosis. Denied all suicidal/homicidal thoughts.  Thought processes goal directed, organized, and coherent.  Medications options discussed.  Medication adjustments made.  Current medications are Risperdal 2 mg po every pm, Artane 2 mg po every pm, Depakote 500 mg po, and Benadryl 75 mg now.  11/11/14, patient seen by D. Nickson, Mental Health Counselor. Reported agitation.  Denied all delusions.  Denied all suicidal/homicidal thoughts.  11/14/14, patient seen by L. Williams, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  11/15/13, the offender was throwing feces and urine out of his tray slot.  11/27/13, 12/3/13 and 12/9/13, patient seen by mental health counselors.  Denied all suicidal/homicidal thoughts.  12/3/13, 12/9/13 and 12/11/13, patient seen by mental health counselors.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  12/13/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported stressing.  Denied all psychosis.  Denied all delusions.  Denied all hallucinations. Denied all suicidal/homicidal thoughts.  Thought processes goal directed, organized, and coherent.  Medication adjustments made.  PLAN: 1. Increase Artane 5 mg by mouth bid, 2. Benadryl 50 mg IM NOW, and 3. F/U in 3 months/sooner as needed.  12/16/13 and 12/17/13, patient seen by R. Davis and T. Naylor, Mental health counselors.  Denied all suicidal/homicidal thoughts.  12/17/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported agitated.  Denied suicidal/homicidal thoughts.  Denied hallucinations, delusions, or paranoia.  Thought processes goal directed, organized, and coherent.  Medication adjustments discussed.  PLAN: 1. D/C Risperdal, 2. E/C Artane, 3. D/C Depakote and 4. F/U in 3 months/sooner as needed.  12/23/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts. 1/1/14, patient seen by T. Naylor, Mental Health Counselor, for Individual Counseling. Offender counseled and redirected.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  1/2/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported stressing. Denied suicidal/homicidal thoughts.  Denied symptoms of psychosis.  Thought processes goal directed, organized, and coherent.  He is able to weigh the risks/consequences of his thoughts/behaviors/actions.  1/4/14, patient seen by T. Naylor, Mental Health Counselor, for Individual Counseling.  Offender counseled and redirected.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  1/4/14, 1/5/14, 1/6/14, 1/8/14, 1/12/14, 1/13/14, 1/14/14, 1/16/14, 1/21/14 and 1/23/14, patient seen by mental health counselors.  Denied all suicidal/homicidal thoughts.  2/8/14, 2/9/14, 2/10/14, 2/11/14, 2/13/14, 2/16/14, 2/17/14, 2/21/14 and 2/25/14, patient seen by Mental Health Counselor.  Denied all hallucinations. Denied all suicidal/thoughts.  2/28/14, patient seen by Treatment Team.  Reported non-compliant with medication.  3/3/14, 3/6/14, 3/11/14, 3/19/14 and 3/23/14, patient seen by mental health counselors.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts. 3/24/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported agitated.  Denied suicidal/homicidal thoughts at interview.  Denied symptoms of psychosis at interview. Thoughts organized and coherent.  Continue to monitor off of medications as the offender refuses medications.  3/27/14 and 3/31/14, patient seen by R. Davis, Mental Health Counselor. Denied all hallucinations.  Denied all psychosis.  Denied all suicidal/homicidal thoughts.

13

4/2/14, patient seen by T. Naylor and L. Williams, Mental health counselors, for Individual Counseling. Offender counseled and redirected. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 4/7/14, 4/9/14, 4/12/14, 4/17/14 and 4/20/14, patient seen by mental health counselors. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 4/21/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reports irritated. Denied all hallucinations. Denied suicidal/homicidal thoughts. Denied all psychosis. Thoughts organized and coherent. Medication adjustments made. PLAN: 1. Haldol Dec. 50 mg IM Today, 2. Haldol 5 mg by mouth Today, 3. Benadryl 50 mg IM Today, 4. Haldol 50 mg IM every 28 days, 5. Artane 5 mg by mouth bid, and 6. RTC in 2 to 3 months/sooner as needed. 4/28/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 4/29/14, patient seen by Psychiatric Nurse Practitioner Dunn . Denied suicidal/homicidal thoughts at interview. Denied symptoms of psychosis at interview. Thoughts organized and coherent. Medications discussed and consent to continue medications. Medication adjustments made. PLAN: 1. Benadryl 50 mg IM NOW, 2. Increase Artane 5 mg by mouth bid, 3. Continue current RXs for Haldol Dec 50 mg IM every 28 days, and 4. RTC in 3 months/sooner as needed. 5/1/14, 5/4/14, 5/5/14, 5/6/14, 5/13/14, and 5/14/14, patient seen by mental health counselors. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 5/16/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported agitated. Denied suicidal/homicidal thoughts at interview. Denied symptoms of psychosis at interview. Thoughts organized and coherent. Discussed medications and consent to continue. PLAN: 1. Increase Haldol Dec 100 mg IM every 28 days (to start when the next injection due), 2. Continue current RXs for Artane 5 mg by mouth bid, and 3. RTC in 2 to 3 months/sooner as needed. 5/18/14 and 5/26/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds. Denied all psychosis. Denied all mental health concerns. 5/25/14, 5/28/14, and 5/30/14, patient seen by mental health counselors, for Individual Counseling. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/1/14, patient seen by R. Davis, Mental Health Counselor, for Individual Counseling. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/3/14 and 6/8/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/13/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported stressing. Denied suicidal/homicidal thoughts at interview. Denied symptoms of psychosis at interview. Thoughts organized and coherent. Discussed medication and consent to continue. PLAN: 1. Continue current RXs for Haldol Dec. 100 mg IM every 28 days, 2. Continue current RXs for Artane 5 mg by mouth bid, and 3. RTC in 3 months/sooner as needed. 6/16/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/18/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported agitated. Denied Suicidal/homicidal thoughts at interview. Denied symptoms of psychosis at interview. Denied disturbances to sleep/appetite. Discussed medications and consent to continue. Medication adjustments made. PLAN: 1. Haldol 5 mg IM and Benadryl 50 mg IM today, 2. Continue current RXs for Haldol Dec. 100 mg IM every 28 days, 3. Continue current RXs for Artane 5 mg by mouth bid, and 4. RTC in 2 to 3 months/sooner as needed. 6/29/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds. Denied all hallucinations. Denied all psychosis. Denied all suicidal/homicidal thoughts. 7/2/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported stressing. No reports of

14

suicidal/homicidal thoughts at interview.  No reports of psychosis at interview.  Thoughts organized and coherent.  Discussed medications and reports compliant.  Medication adjustment made.  Plan: Admit to medical – psych observation.  Continue current RXs for Haldol Dec. and Artane, and 9. Haldol 5 mg IM and Benadryl 50 mg IM every 12 hrs. as needed agitation X 30 days.  7/2/14 to 7/4/14, patient seen by mental health staff for monitoring of mood/thoughts.  Continues on psychiatric observation.  7/4/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Seen for follow-up.  Denied suicidal/homicidal thoughts at interview.  Denied symptoms of psychosis at interview.  Thoughts organized and coherent.  Denied disturbances to sleep/appetite.  Denied disturbances to mood at interview.  Discussed medications and consent to continue.  PLAN: 1. D/C psychiatric observation, 2. D/C from Medical, 3. Continue current RXs for Haldol Dec. 100 mg IM every 28 days, 4. Continue current RXs for Artane 5 mg by mouth bid, 5. Continue current RXs for as needed Haldol 5 mg IM and Benadryl 50 mg IM every 12 hrs. as needed agitation, and 6. RTC in 2 weeks/sooner as needed.  7/8/14, patient seen by T. Naylor, Mental Health Counselor, for Individual Counseling.  Offender counseled and redirected.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  7/8/14, patient seen by Y. Green, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts. **Patient's chart has 1124 entries based on Document ID number in the electronic health record indicating initial and ongoing access to mental health care.**

15

Patient 12-D.C., a 52-year old African American male, diagnosis of Post-Traumatic Stress D/O-I, Hx of Narcissistic Personality D/O, Hx of Antipersonality D/O, and Hx of Paranoid, Schizophrenia. The following sessions were indicated in his record: 5/2/13, patient seen by K. Pough, Mental Health Counselor, for mental health rounds. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 5/20/13 and 5/29/13, patient seen by M. Moss, Mental Health Counselor, for mental health rounds. Voiced no mental health concerns. Voiced no suicidal/homicidal thoughts. 6/5/13, patient seen by Treatment Team. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/5/13, seen by Dr. J. Powe, Psychiatrist. Reported hearing voices of God and Devil. Still talks to self. Thinks others are against him. Feel watched and talked about. Reports poor sleep. Denies all suicidal/homicidal thoughts. Medication adjustments made. PLAN: Perphenazine 8 mg. and Benztropine 2 mg. 6/13/13, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Reported no mental health concerns. 7/2/13, 7/12/13, 7/22/13, 7/23/13, and 7/31/13, patient seen by Mental health counselors, for mental health rounds. Denied all mental health concerns. Denied all suicidal/homicidal thoughts. 8/9/13, patient seen by M. Moss, Mental Health Counselor, for mental health rounds. Reported no mental health concerns. 8/19/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported stressing. No reports of suicidal/homicidal thoughts. Thought processes circumstantial. Symptoms of hypomania – irritable easily – mildly pressured – reports an extensive history of Bipolar DO and mental health problems. Reported compliant with current medications. PLAN: Continue current medications/mental health medications. 8/22/13 and 8/28/13, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 9/11/13, patient seen by Treatment Team. Reported medication compliant. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 9/18/13, patient seen by Treatment Team. Reported medication compliant. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 9/18/13, patient seen by M. Moss, Mental Health Counselor, for mental health rounds. Voiced no mental health concerns. 11/13/13, 11/21/13, and 11/27/13, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 11/27/13, patient seen by Dr. Gillespie, Psychologist. Denied suicidal or self-harm thoughts or intent. Currently denied overt thoughts of suspiciousness, paranoia or persecutions. Oriented and coherent WNL. Recent and remote memory intact…average intelligence. Patient seen by Mental health counselors for weekly mental health rounds in Dec. 2013, Jan. 2014, Feb. 2014, and March 2014. 4/15/14, patient seen by Dr. Gillespie, Psychologist. Denied suicidal thoughts or self-harm thoughts or intents. Denied all hallucinations. Denied all delusions. 4/17/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/thoughts. 4/22/14, patient seen by Dr. Gillespie, Psychologist. Denied all hallucinations. Denied all suicidal/homicidal thoughts. Thoughts are coherent and organized. 4/24/14 and 4/29/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 5/13/13, patient seen by J. Lockett, for Individual Counseling. Offender was allowed to vent. Offender counseled and redirected. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 5/14/14, 5/22/14 and 5/25/14, patient seen by Mental Health Counselor, for mental health rounds. Denied all psychosis. Denied all suicidal/thoughts. 5/29/14, patient seen by Treatment Team. Reported

16

auditory hallucinations due to PTSD.  Reported medication compliant.  No thoughts of harm to self or others.  No paranoia and delusions.  5/31/14, patient seen by J. Lockett, for Individual Counseling.  Allowed to vent.  Offender encouraged getting in groups.  Offender counseled on positive thinking.  6/5/14, patient seen by J. Lockett, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/thoughts.  6/8/14, patient seen by J. Lockett, for Individual Counseling.  Allowed to vent.  Thoughts are organized and coherent.  Denied all hallucination.  Denied all suicidal/homicidal thoughts.  6/10/14 and 6/17/14, patient seen by Mental health counselors, for mental health rounds.  Denied all mental  health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  6/17/14, patient seen by J. Lockett, for Individual Counseling.  Allowed to vent.  Thoughts organized and coherent.  Denied all hallucinations.  Denied all suicidal/thoughts.  6/28/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds.  Denies all mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  7/2/14, patient seen by J. Lockett, Mental Health Counselor, for Individual Counseling.  Reported not sleeping.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  7/3/14 and 7/9/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  **Patient's chart has 584 entries based on Document ID number in the electronic health record indicating initial and ongoing access to mental health care.**

Patient 13-J.O., a 47-year old Caucasian male, diagnosis of Borderline Intellectual Functioning-I and Major Depressive D/O-I.  The following sessions were indicated in his record:  2/4/13, 2/12/13, 3/5/13, and 3/11/13, patient seen by J. Lockett, Mental Health Counselor.  Reported no mental health concerns.  Denied all suicidal/homicidal thoughts.  3/23/13, patient seen by Psychiatrist Dr. Reeve.  Reported depression and insomnia.  Denied all delusions.  Denied all suicidal/homicidal thoughts.  Medications adjustment made.  Medication Zoloft 25 mg discontinued.  Zoloft 100 mg po daily added.  3/28/13, patient seen by J. Lockett, Mental health counselors, for mental health rounds.  , Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/10/13 and 4/24/13, patient seen by J. Lockett, Mental health counselors, for mental health rounds.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  5/6/13, 5/21/13, and 5/28/13, patient seen by Mental health counselors, for mental health rounds.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  6/5/13, patient seen by Psychiatrist, Dr. Powe.  Reported increased anxiety attacks and sleep problems.  Denied all suicidal/homicidal thoughts.  Reported no voices or paranoid.  Denied all delusions.  Denied all hallucinations.  Medications adjusted.  Medication orders Buspirone 15 mg po and Zoloft 10 mg po once daily.  6/13/13, patient seen by J. Lockett, Mental health counselors, for mental health rounds.  Denied all mental health concerns.  6/26/13, patient seen by J. Lockett, Mental health counselors, for mental health rounds.  Denied all mental health concerns.  6/28/13, patient seen by Treatment Team.  Reported medication compliant.  Reports anxiety.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  7/2/13, 7/7/13, 7/12/13 and 7/18/13, patient seen by Mental health counselors, for mental health rounds.  Denied all mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  8/1/13, 8/11/13, 8/22/13, and 8/27/13, patient seen by mental health counselors, for mental health rounds.  Denied all mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  9/18/13, patient seen by M. Moss, Mental Health Counselor, for mental health rounds.  Denied all mental health concerns.  9/25/13, patient seen by Treatment Team.  Reported mood swings.  Offender counseled and redirected.  Referred to Psychiatrist.  10/27/13, patient seen by Dr. Anderson, Psychiatrist.  Reported anxiety, irritability, and depression.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Thoughts coherent.  Medication adjustments made.  PLAN: 1.  D/C Buspar, 2. Doxepin 25 mg, 3. Remeron 30 mg, and 4. Increase Zoloft 150 mg.  11/12/13 and 11/27/13, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  12/5/13, 12/13/13, 12/19/13 and 12/24/13, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  1/2/14, 1/9/14, and 1/15/14, patient seen by Mental health counselors, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  1/18/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported wants to have level of care changed to allow him to obtain job – currently level of care "E" – Will need "C" or higher to be allowed to work.  Stable to change level of care to "C"…Denied all psychosis.  Denied all suicidal/homicidal thoughts.  Denied all hallucinations, delusions, or paranoia.  Thoughts organized and coherent.  PLAN: 1. Recommendation for LOC change from E to C, 2. Remeron 30 mg, 3. Doxepin 25 mg, and 4. Zoloft 150 mg.  1/23/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  1/29/14,

patient seen by Psychiatric Nurse Practitioner Dunn . Reported irritability. Denied all suicidal/homicidal thoughts. Denies all psychosis. Denies all hallucinations, delusions, and paranoia. Thoughts organized and coherent. Medication adjustments made. PLAN: 1/D/C Sinequen, 2. Remeron 15 mg, 3. Neurontin 300 mg, 4. Continue RXs for Remeron 30 mg, 5. Continue current RXs for Zoloft. 1/30/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Reported medication is not right. Denied all hallucinations. Denied all depression. Denied all suicidal/homicidal thoughts. Referred to Psychiatric Nurse Practitioner for further assessment. 1/30/14, patient seen by Psychiatric Nurse Practitioner Dunn . Denied all suicidal/homicidal thoughts. Denied all psychosis. Denied all hallucinations, delusions, and paranoia. Thoughts organized and coherent. His Doxepin was D/C on last visit on 1/29/14 – requesting to resume Doxepin. Medication adjustments made. PLAN: 1. Doxepin 25 mg by mouth bid. 2/7/14 and 2/10/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Denied all hallucinations. Denied all depression. Denied all suicidal/homicidal thoughts. 2/11/14, patient seen by Psychologist, Dr. Gillespie. Denied overt mood disturbance. Denied all suicidal or self-harm thoughts or intent. No psychotic symptoms. Thoughts are organized and coherent. Stable on current medications. 2/12/14, patient seen by Treatment Team. Reported medication compliant. Denied all hallucinations. No thoughts of harm to self or others voiced. No paranoia voiced. No delusions voiced. 2/18/14 and 2/28/14, patient seen by Mental Health Counselor, for mental health rounds. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 3/6/14, 3/11/14, 3/17/14, 3/25/14, and 3/31/14, patient seen by Mental health counselors, for mental health rounds. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 4/10/14, patient seen by P. Anderson, Mental Health Counselor, for mental health rounds. Reported no mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 4/16/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported irritability. Denied all psychosis. Denied all suicidal/homicidal thoughts. Thoughts organized and coherent. Discussed medication and consent to medication adjustments. PLAN: 1. Increase Neurontin 600 mg, 2. Continue Remeron 15 mg, 3. Continue Remeron 30 mg, 4. Continue Zoloft 150 mg, 5. Continue Doxepin 25 mg, and 6. Refer to medical internist. 4/24/14 and 4/29/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 5/2/14, patient seen by J. Lockett, for Individual Counseling. Reported angry/irritability. Offender is counseled and de-escalated. Denied depression. Denied psychosis. 5/9/14, 5/15/14, 5/22/14, 5/25/14, and 5/27/14, patient seen by Mental health counselors, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/5/14, 6/10/14, 6/11/14, and 6/12/14, patient seen by Mental health counselors, for mental health rounds. Denied all mental health concerns. Denies all delusions. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/12/14, patient seen by J. Lockett, Mental health counselors, individual counseling. Reported Depression and Anxiety. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/12/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported anxiety. Mood- anxious- nervous – not resting good Affect – anxious. Denied all suicidal/homicidal thoughts. Denied all psychosis. Thoughts organized and coherent. Reports disturbances to sleep. Discussed medications-requesting as needed medication. Denied s/e to medications. PLAN: 1. Vistaril 100 mg NOW, 2. Vistaril 100 mg, 3. Continue Zoloft 150 mg, 4. Continue Remeron 15 mg, 5. Continue Remeron 30 mg, 6. Continue

19

Neurontin 600 mg, and 7. Continue Doxepin 25 mg. 6/13/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported anxiety. Mood- anxious. Affect-congruent with reported mood-anxious. Denied all suicidal/homicidal thoughts. Denies any plans/intents/thoughts to harm self. Denies all psychosis. Thoughts organized and coherent. Discussed medications and adjustments made. Denies s/e to medications. PLAN: 1. Vistaril 150 mg NOW, 2. Continue Zoloft 150 mg, Remeron 15 mg, Remeron 30 mg, Neurontin 600 mg, and Doxepin 25 mg. 6/13/14, patient seen by Y. Green, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/16/14, patient seen by Psychiatric Nurse Practitioner Dunn . Seen for follow-up. Denied all suicidal/homicidal thoughts. Denies all psychosis. Thoughts organized and coherent. PLAN: 1. Continue current medications of Vistaril 100 mg, Zoloft 150 mg, Remeron 15 mg, Remeron 30 mg, Neurontin 600 mg, and Doxepin 25 mg. 6/17/14, patient seen by J. Lockett, Mental health counselors, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/26/14, patient seen by Treatment Team. Reported medication compliant. Denied all thoughts of harm to self and others. No delusions reported. No paranoia reported. 6/27/14 and 6/28/14, patient seen by J. Lockett, Mental health counselors, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/29/14, patient seen by Dr. Anderson, Psychiatrist. Reports anxiety. Denied all hallucinations. Medication adjustments made PLAN: Increase Zoloft 200 mg by mouth am. 7/9/14, patient seen by J. Lockett, Mental health counselors, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. **Patient's chart has 461 entries based on Document ID number in the electronic health record indicating initial and ongoing access to mental health care.**

Patient 14-R.A., a 28-year old African American male, diagnosis of Schizophrenia, Undifferentiated type-I, Impulse Control D/O-I, Hx of Schizophrenia, Undifferentiated type-I, and Hx of Impulse Control D/O-I.  Patient seen by the following Mental Health Counselor(s) for behavioral management plans, individual counseling, and redirection of behavior/thoughts: J. Lockett, M. Moss, T. Naylor, L. Brown, R. Davis, and L. Williams.  The following sessions were indicated in his record:  3/7/13 and 3/15/13, patient seen by Mental health counselors, mental health rounds.  Reported no mental health concerns.  3/15/13, patient seen by T. Naylor, Mental Health Counselor, for individual counseling.  Reported Case Manager Concerns.  Offender counseled.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  3/21/13, patient seen by Treatment Team.  Reported non-compliance with medication.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  3/22/13, patient seen by M. Moss, Mental Health Counselor, for mental health rounds.  Reported  no mental health concerns.  3/30/13, 4/1/13, 4/8/13, and 4/16/13, patient seen by Mental health counselors for Individual Counseling.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/18/13, patient seen by Treatment Team.  Reported non-compliance with medication.  Wants a transfer.  Denied all suicide/homicidal thoughts.  Denied all hallucinations.  4/23/13, 5/20/13, 5/30/13, and 6/13/13, patient seen by T. Naylor, Mental Health Counselor, for mental health rounds.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/29/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported agitation.  Verbal and physical aggression.  Denies hallucinations.  Denies suicidal/homicidal thoughts.  Thought processes organized and coherent.  Medications ordered.  Haldol 10 mg IM and Benadryl 0 mg IM NOW.  Admitted to Suicide Watch on 1:1 Observation.  5/1/13, 5/7/13, and 5/8/13, patient seen by Mental health counselors for individual counseling.  Offender counseled.  Behavior redirection.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  5/8/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported broke window out of cell.  Exhibiting mood disturbances.  Denies hallucinations.  Medication adjustments made.  Haldol 5 mg/ml every 6 hours as needed for agitation, Benadryl 50 mg/ml every 6 hours as needed for EPS, Haldol 5 mg po twice a day, and Benadryl 50 mg po every 6 hours as needed for EPS.  Admit to Psychiatric observation.  5/8/13, patient seen by T. Naylor, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  5/14/13, patient seen by Psychologist, Dr. Gillespie.  Explained busting window to his cell window and cut on himself for attention.  Also, informed refusing to take medication, but now explain being compliant.  Lack of impulse control.  Thoughts are coherent.  Denied all hallucinations.  Currently denies suicidal or self-harm thoughts or intent.  5/15/13, patient seen by Psychiatric Nurse Practitioner Dunn .  No disruptive behaviors.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Denied psychosis.  Reported compliant with current medication.  Medication adjustments made.  Medication orders are increase to Risperdal 4 mg po every night, increase Cogentin 2 mg, po every night, and Paxil 20 mg po every night.  Discharged from psychiatric observation.  5/17/13 seen by Psychiatric Nurse Practitioner Dunn .  Severely agitated.  Uncooperative with verbal and physical aggression.  Exhibiting dangerous behaviors due to physical aggression, escalating agitation.  Several ongoing attempts to offer verbal de-escalation.  Haldol 10 mg IM and Benadryl 50 mg given.  Placed on observation for monitoring of mood/thoughts.  5/18/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported muscle stiffness.  Cogentin 2 mg po given.  5/16/13, 5/17/13, 5/19/13, 5/20/13, 5/22/13, 5/23/13, 5/24/13 and 5/25/13, patient seen by several Mental health counselors for

individual counseling. Offender was counseled. Behavior redirection. Denied all suicidal/homicidal thoughts. 5/25/13, patient seen by Psychiatrist, Dr. Anderson. Seen for crisis stabilization. Admits agitated, aggressive and destructive. Noted behavior secondary to naiveté from direction of peers to act out. No cuts on himself over last few months. Still displaying difficulty acclimating to unit rules and accepting redirection. Consistent refusal of psychotropic. Denied all delusions. Denies all hallucinations. 5/23/13 and 5/30/13, patient seen by Mental health counselors, for mental health rounds. Denied all mental health concerns. 6/1/13 and 6/2/13, patient seen by T. Naylor, Mental Health Counselor, for Individual Counselling. Reported agitation. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 6/3/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported physical altercation with a peer. Denied all suicidal/homicidal thoughts. Denied psychosis. Denied all hallucinations at interview. Presents with an extensive history of severe acting out behaviors and disruptive behaviors. 6/5/13, 6/9/13, 6/10/13, 6/11/13, 6/12/13, 6/14/13, and 6/23/13, patient seen b several Mental health counselors for Individual Counseling. 7/1/13, patient seen by Treatment Team. Reported non-compliant with medication. 7/8/13, 7/9/13, and 7/15/13, patient seen by Mental health counselors for Individual Counseling. Offender was counseled and redirected. 7/15/13, patient seen by Psychiatric Nurse Practitioner Dunn . Exhibiting dangerous behaviors, threats to harm himself, threats to others, and destruction of property. Speech irritable/hostile. Affect/Mood – hostile/agitated. Denies suicidal/homicidal thoughts. However, he is exhibiting behaviors that clearly indicate a danger to self/others. Denied auditory/visual hallucinations. Will admit to Medical on psychiatric observation for monitoring of mood/behaviors. Medications adjusted. Current orders are D/C Risperdal, Decrease Cogentin 1 mg by mouth bid, Haldol 10 mg IM and Benadryl 50 mg IM every 6 hrs. as needed agitation, Haldol 10 mg IM and Benadryl 100 mg IM NOW, and Haldol Dec. 100 mg IM every 28 days. 7/19/13, 7/27/13, and 7/29/13, patient seen by Mental health counselors, for Individual Counseling. Offender was counseled and redirected. 8/5/13, 8/6/13, and 8/7/13, patient seen by Mental health counselors, for Individual Counseling. Offender was counseled. Behavior redirection. 8/9/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported hearing voices. He is smiling. He is offered as needed medications. He immediately reports "don't want no shot…"MSE: Alert/oriented. Speech normal rate/tone/rhythm. Belligerent/oppositional with report of "aint' taking no shot…got a knife in here if they come in here." Mood/Affect – irritable. At the mention of as needed medications – he is uncooperative and refused to participate in interview with further threats "got a knife for them…let them come in here…" Insight/judgment – ongoing poor with poor impulse control. Offered as needed medication – he refused – does not meet criteria for forced medications at the time of interview. Vaguely reports – got a knife – security present and aware of commends of knife. No further comments of hearing voices. 8/12/13, 8/15/13, and 8/20/13, seen by Mental health counselors, for Individual Counseling. Offender counseled and behavior redirected. 9/1/13, 9/8/13, 9/17/13, and 9/30/13, patient seen by Mental health counselors, for mental health rounds. Reported no mental health concerns. 9/5/13, patient seen by Psychiatric Nurse Practitioner Dunn . Seen due to severe agitation. Speech loud/rambling-pressured/elevated. Denied suicidal/homicidal thoughts. Denied auditory or visual hallucinations. Mood disturbances – anger – hostile – increased in energy – risk taking – elevated. Monitor in medical for the night – mental health to reassess on tomorrow – psychiatric observation. Haldol Dec. 100 mg IM tonight (given). Continue current RXs for Haldol Dec. 100 mg IM

every 28 days.  Haldol 10 mg IM and Benadryl 50 mg IM NOW.  9/6/13, patient seen by L. Brown, Mental Health Counselor.  Reported ready to go back to the unit.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Discharged back to the unit.  9/8/13, patient seen by M. Moss, Mental Health Counselor, for Individual Counseling.  Offender was counseled and redirected.  10/6/13, 10/7/13, and 10/21/13, patient seen by Mental health counselors, for Individual Counseling.  Offender counseled and behaviors redirected.  11/4/13, patient seen for Treatment Team.  Reported that he wants his medication d/c.  No other concerns reported.  11/11/13, patient seen by D. Nickson, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all delusions.  Denied all suicidal/homicidal thoughts.  12/4/13, 12/10/13, and 12/7/13, patient seen by R. Davis, Mental Health Counselor.  Reported no mental health concerns.  12/30/13, patient seen by D. Nickson, Mental Health Counselor, for Individual Counseling.  Offender counseled on his housing unit.  1/4/14, patient seen by D. Nickson, Mental Health Counselor, for Individual Counseling.  Denied all hallucinations.  Denied all delusions.  1/6/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reports wants medication discontinued.  Denies hallucinations.  Denies all suicidal/homicidal thoughts.  Denies symptoms of psychosis.  Denies delusions.  Denies paranoia.  Thoughts organized and coherent.  Continues to refuse medication.  PLAN: 1. D/C Haldol Dec., 2. D/C Cogentin, 3. Do not recommend transfer from EMCF nor do not recommend change of LOLC at this time, and 4. F/U in 3 to 6 months/sooner as needed.  1/4/14 to 3/6/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denied all mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  1/5/14, patient seen by H. Thomas, Mental Health Counselor, for Individual Counseling.  Reported agitation.  Denied all hallucinations. Denied all delusions.  Offender counseled and redirect.  Security called for assistance.  3/6/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denied all psychosis.  Denied all hallucinations. Denied all suicidal/homicidal thoughts.  3/10/14, patient seen by P. Anderson, Mental Health Counselor, for Individual Counseling.  Reported stressing.  Denied all hallucinations.  Denied all delusions.  Thoughts coherent.  Denies all suicidal/homicidal thoughts.  3/11/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported stressing out.  Denied all suicidal/homicidal thoughts.  Denies all intents/urged/thoughts to harm self or others.  Denies all psychosis. Denies all hallucinations, delusions, or paranoia.  Medication discussed and he wants to continue to remain on medications.  3/14/14, patient seen by Treatment Team.  Reported no psychiatric issues.  3/18/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported agitation.  Mood – need to get moved off that zone.  Affect – anxious/irritable.  Denies suicidal/homicidal thoughts at interview – however presents with self-injurious behaviors that could lead to severe injury or accidental death.  Denies symptoms of psychosis – however present with history of severe psychosis.  Thoughts organized and coherent.  Exhibiting mood disturbances with poor impulse control – poor adjustment issues will restart psychotropic medications – history of doing well on psychotropic medications – Haldol – self-injurious behaviors decreased/stopped with the use of psychotropic medications in the past – he is likely to further decompensate if allowed to remain off medications.  PLAN: 1. Haldol Dec. 100 mg IM NOW, 2. Haldol 10 mg IM and Benadryl 100 mg IM NOW, 3. Haldol Dec. 100 mg IM every 28 days X 180 days, 4. Haldol 10 mg IM and Benadryl 75 mg IM every 12 hrs. as needed agitation X 30 days, 5. Admit to medical on psychiatric observation, 6. Safety Smock/No Regular Property, 7. Safety Food Containers/Safety Food Utensils, 8. Mental

23

health to monitor on each shift, 9. Security to conduct every 30 min. checks and to report to the mental health staff, the Nursing Staff, and the shift commander of behaviors that suggest a danger to self/others.  3/18/14 to 3/21/14, patient seen by Mental health counselors for continued monitoring.  3/20/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denies all psychosis.  Denies all hallucinations.  Denies suicidal/homicidal thoughts.  3/21/14, patient seen by Mental health counselors while on psychiatric observation for continued monitoring of mood/thoughts/ behavior.  3/21/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Seen for follow up while on psychiatric observation.  Mood – alright.  Affect – euthymic.  Denies suicidal/homicidal thoughts – denies plans/intents/urges to harm self.  Denies symptoms of psychosis at interview.  Thoughts organized and coherent.  Denies disturbances to sleep/appetite.  Denies disturbances to mood.  Insight/judgment – fair at interview.  PLAN: 1. Continue to monitor on psychiatric observation.  3/21/14 to 3/24/14, patient seen by Mental health counselors while on psychiatric observation for continued monitoring of mood and thoughts.  3/24/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported ready to go.  Mood – ready to leave medical.  Affect – euthymic.  Denies suicidal/homicidal thoughts at interview.  Denies symptoms of psychosis at interview.  Thoughts organized and coherent.  Reports not sleeping – denies disturbances to appetite.  Denies disturbances to mood.  Insight/judgment – fair.  Discussed medications.  He agrees to continue with the long-acting Haldol – requesting to start Benadryl.  Will start Benadryl to minimize potential s/e to psychotropic medications – will also aid in sleep/rest.  No s/e at interview – no symptoms of TD or EPS.  PLAN: 1. Benadryl 75 mg by mouth every pm X 180 days, 2. Continue current Rx's for Haldol Dec. and as needed Haldol/Benadryl, 3. D/C psychiatric observation, 4. D/C from medical infirmary, and 5. RTC in 2 to 3 months/sooner as needed.  3/26/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denied all psychosis.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/2/14, 4/8/14, 4/14/14, 4/16/14, and 4/29/14, patient seen by Mental health counselors for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/22/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Report the Benadryl is not strong enough.  Mood – alright.  Affect – euthymic.  Denies suicidal/homicidal thoughts at interview – denies thoughts/plan/intents to harm self/others.  Denies symptoms of psychosis at interview.  Thoughts organized and coherent.  Denies disturbances to sleep/appetite.  Denies disturbances to mood at interview.  Insight/judgment – fair.  Denies s/e to medications.  PLAN 1. Continue current RXs for Haldol Dec. and Benadryl, and 2. RTC in 3 months/sooner as needed.  4/22/14 and 4/28/14, patient seen by Mental health counselors, for individual counseling.  Denied all suicidal/homicidal thoughts.  5/6/14, 5/13/14, 5/19/14, and 5/27/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denied all psychosis.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  6/4/14, 6/11/14, and 6/18/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denied all psychosis.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  6/16/14, patient seen by Treatment Team.  Reported no mental health concerns.  Denied all symptoms of psychosis.  7/1/14, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  **Patient's chart has 1306 entries based on Document ID number in the electronic/health record indicating initial and ongoing access to mental health care.**

24

Patient 28-J.D., a 33-year old African American male, diagnosis of Schizophrenia, Paranoid Type-I and Impulse Control D/O NOS-I.  6/6/13, patient seen by Psychiatrist, Dr. Powe. Reported thoughts of attacking guard.  Denied hallucinations.  Have verbal rages/outbursts. Thoughts disturbed.  Medications adjusted.  Prozac D, add Cogentin 1 mg, and Perphenazine 8 mg.  6/6/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported depression. Admitted to Medical for psychiatric observation.  Reported at times has suicidal thoughts. Denies all plans/intents to harm self.  Depressed/withdrawn.  Denies current SI/HI.  Denies AH/VH.  Thought processes goal directed, organized, and coherent.  Continue current medications.  6/9/13, patient seen by Dr. Anderson, Psychiatrist.  Reported stressing.  Hostile and withdrawn.  Denied hallucinations.  Denied all suicidal/homicidal thoughts.  Continue current medication.  6/9/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported Cogentin making eyes blurry.  Denied suicidal/homicidal thoughts.  Medication adjustment made.  D/C Cogentin.  Artane 2 mg.  6/9/13 to 6/12/13, patient seen by Mental Health Counselor for monitoring of mood/thoughts.  6/12/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Denied all hallucinations.  Denied suicidal/homicidal thoughts.  Thoughts organized and coherent.  No loose association.  Denied all psychosis.  Continue current medication regime.  6/18/13, patient seen for Treatment Team.  Reports medication compliant.  Denied all hallucinations.  Denied all mental health concerns.  6/18/13 to 8/20/13, patient seen by Mental Health Counselor for mental health rounds.  Denied all mental health concerns.  8/27/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported increase paranoia.  Denied all suicidal/homicidal thoughts.  Denied all hallucinations.  9/4/13 to 9/11/13, patient seen by Mental health counselors for monitoring of mood/thoughts.  9/19/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Denied hallucinations.  Denied all suicidal/homicidal thoughts.  Continue current medication orders.  9/24/14 to 12/6/13, patient seen by Mental Health Counselor for monitoring of mood thoughts.  Denied all suicidal/homicidal thoughts.  12/9/13, patient seen for Treatment Team.  Voiced no suicidal/homicidal thoughts.  Voice no hallucinations.  12/21/13 to 4/21/14, patient seen by Mental health counselors for monitoring of mood/thoughts during mental health rounds. 3/10/14, patient seen for Treatment Team.  Reports paranoia.  Denied all suicidal/homicidal thoughts.  Denied all hallucinations.  4/22/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported depression and increase in paranoia.  Denied all suicidal/homicidal thoughts. Denied all hallucinations.  Thoughts are organized and coherent.  Medication adjustments made.  D/C Remeron and d/c Tegretol.  Medications adjusted to include Trilafon, Prozac and Artane.  Consented to treatment and medications discussed.  4/28/14, patient seen for mental health rounds by P. Anderson, Mental Health Counselor.  Denied suicidal/homicidal thoughts. Denied psychosis.  5/14/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Mild anxiety/depression – however reported has job as pod orderly – reported his job helps with decreasing stress/frustration.  Reported compliant with medications.  Denied thoughts to harm self/others.  Denied psychosis.  Consented to continue medications, Trilafon, Prozac, and Artane.  Denied s/e to medications.  Referred to Mental Health Counselor for individual counseling – history of adjustment issues/poor coping skills.  5/21/14, patient seen for Treatment Team.  Reported "a little depression.." – however reported coping well.  Denied suicidal/homicidal thoughts.  Denied hallucinations/paranoia/delusions.  5/31/14, patient seen for mental health rounds by P. Anderson, Mental Health Counselor.  Denied suicidal/homicidal thoughts.  Denied psychosis.  6/2/14, patient seen by A. Hodgson, LPC. Seen for individual counseling.  6/19/14, 6/26/14, and 7/3/14, patient seen for mental health

26

rounds by P. Anderson, Mental Health Counselor.  Denied mental health concerns.  Denied mood/thought disturbances.  **Patient's chart has 427 entries based on document ID number in the electronic health record indicating initial and ongoing access to mental health care.**

Patient 25-J.K., a 26-year old African American male, diagnosis of Bipolar D/O NOS-I, Hx of Antisocial Personality D/O-II, and Intermittent Explosive D/O-I. 4/3/12, patient transferred to EMCF. Mental health intake completed by L. Brown, Mental Health Counselor. Denied all suicidal/homicidal thoughts. 5/10/12, patient seen by Psychiatrist, Dr. Swarup. Medications adjusted with start of Risperdal 2 mg. 7/23/12, 7/24/12, 8/16/12, 8/22/12, 8/29/12, 9/26/12, 10/3/12, 10/15/12, and 10/24/12, patient seen by Mental health counselors. 2/21/13, 2/28/13, 3/1/13, 3/7/13, 3/15/13, 3/21/13, and 3/26/13, patient seen by Mental health counselors. Mental health rounds/individual counseling. 4/9/13, patient seen for Treatment Team. Reports medication compliant. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 4/28/13, 5/18/13, and 5/21/13, patient seen by Mental health counselors for mental health rounds. 7/26/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported mood disturbances. Denied suicidal/homicidal thoughts at time of interview. Denied auditor/visual hallucinations at time of interview. Medications adjusted. PLAN: 1. Depakote 1000 mg by mouth bid., 2. Risperdal 3 mg by mouth bid, and 3. Artane 5 mg by mouth bid. 7/29/13, 8/5/13, 8/12/13, 9/3/13, 9/18/13, 10/3/13, 10/11/13, and 10/17/13, patient seen by Mental health counselors for mental health rounds. 10/24/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported the Risperdal too strong causing him to sleep too much. Denied disturbances to thoughts/mood. Denied suicidal/homicidal thoughts. Denied hallucinations, delusions, or paranoia. Medications adjusted. Risperdal decreased and Depakote discontinued – noncompliant with Depakote labs. 10/28/13, patient seen for mental health rounds by Mental health counselors. 10/29/13, patient seen for Treatment Team. Denied thoughts to harm self/others. Denied hallucinations/delusions. Denied mood disturbances. Reported compliant with medications. 10/31/13, patient seen for mental health rounds by J. Lockett, Mental Health Counselor. Calm/cooperative. Denied suicidal/homicidal thoughts. Denied psychosis. 12/12/13, 12/16/13, 12/31/13, 1/6/14, 1/11/14, 1/18/14, 1/31/14, and 2/6/14, patient seen by Mental health counselors for mental health rounds. 2/11/14, patient seen for Treatment Team. Denied mental health concerns. 2/14/14, 2/12/14, 2/21/14, and 2/25/14, patient seen for mental health rounds by Mental Health Counselor, R. Davis, Mental Health Counselor. Denied mood/thought disturbances. 3/4/14, patient seen for Treatment Team. Hospital/angry. Reported compliant with medications. Denied suicidal/homicidal thoughts. Denied psychosis. 3/15/14, 3/18/14, 3/24/14, 4/2/14, and 4/15/14, patient seen by Mental health counselors for mental health rounds. 4/21/14, patient seen by Psychiatric Nurse Practitioner Dunn . Reported doing well – compliant with medications. Denied s/e to medications. Denied psychosis. Denied mood disturbances. Medications continued. Risperdal and Artane. 5/14/14, 5/20/14, 5/28/14, 6/4/14, 6/11/14, 6/18/14, and 6/29/14, patient seen by Mental health counselors for mental health rounds. 7/8/14, patient seen by Mental health counselors for mental health rounds. 7/8/14, patient seen by Mental health counselors for mental health rounds. 1/11/14, patient seen by Psychiatrist, Dr. Anderson. Reported compliant with medications. Mood stable. Continue Haldol Dec. and Cogentin. 1/14/14, and 2/24/14, patient seen by Mental health counselors for mental health rounds. Denied mood/thought disturbances. 3/1/14, patient seen by Psychiatrist, Dr. Anderson. Exhibiting psychosis with reports of seeing spaceships. Increased hallucinations with depressed mood. Medications adjusted. Loxapine, Wellbutrin, and Artane started – Haldol Dec. continued. Residual psychosis. 3/4/14 and 4/15/14, patient seen by Mental Health Counselor for mental health rounds. Denied mental health concerns. Denied psychosis/denied mood disturbances. 4/21/14, patient seen by Treatment Team. Reported

compliant with medications.  Denied hallucinations/delusions.  4/22/14 and 6/26/14, patient seen for mental health rounds.  Denied thoughts to harm self/others.  Denied psychosis. Denied mood disturbances.  Calm/cooperative.  **Patient's chart has 925 entries based on document ID number in the electronic health record indicating initial and ongoing access to mental health care.**

Patient 19-R.L., a 24-year old African American male, diagnosis of Schizophrenia D/O-I, Personality D/O NOS-II R/O Impulse control D/O NOS-I, Hs of Academic Problem-I, Impulse Control D/O NOS-I, and Polysubstance Dependence-I. 1/6/13, 1/9/13, 1/10/13, 1/12/13, 1/13/13, 1/14/13, 1/24/13, 1/26/13, 1/29/13, and 2/6/13, patient seen by Mental health counselors. Offender was counseled. Denied suicidal/homicidal thoughts. From dates 2/13/13 to 2/28/13, this offender was not housed at EMCF facility. 3/1/13, the offender returned back to EMCF. Mental health intake completed by T. Naylor, Mental Health Counselor. Denied all suicidal/homicidal thoughts. 3/5/13, 3/12/13, 3/13/13, 3/17/13, 3/18/13, 3/19/13, 3/22/13, 3/23/13, 3/27/13, and 3/29/13, patient seen by Mental health counselors. 4/2/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported agitated. Exhibiting disturbances to thought processes, with disorganized behaviors. Denied hallucinations. Denied delusions. Medications adjusted. New medication orders are Cogentin 1 mg, Haldol Dec. 100 mg/ml, Haldol lactate 5 mg/ml as needed for agitation. 4/5/13, 4/6/13, 4/8/13, 4/9/13, 4/10/13, 4/15/13, 4/21/13, 4/22/13, 4/24/13, 4/25/13, 4/27/13, 4/29/13, 4/30/13, 5/3/13, 5/5/13, 5/8/13 and 5/10/13, patient seen by Mental health counselors. 5/10/13, the offender was discharged from this facility. 8/21/13, the offender returned back to EMCF. 8/21/13, Patient seen by T. Naylor, Mental Health Counselor, for mental health intake. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 8/25/13 and 8/26/13, patient seen by Mental health counselors. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 8/29/13, patient seen by Psychiatric Nurse Practitioner Dunn . Exhibited mood disturbances at interview with speech rambling and loose. Denied suicidal/homicidal thoughts at time of interview. Denied auditor/visual hallucinations at time of interview. Medications adjusted. New orders are Haldol Dec. 100 mg IM every 28 days. Cogentin 1 mg by mouth bid, and Tegretol 200 mg by mouth bid. Consented to medications. 9/2/13, 9/6/13, 9/17/13, 9/26/13, and 9/30/13, patient seen by Mental health counselors. 10/15/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported agitated. Denied suicidal or homicidal thoughts. Denied auditory/visual hallucinations at interview. Medications adjusted. D/C Haldol 10 mg IM and Benadryl 50 mg IM. 10/22/13 and 10/29/13, patient seen by Mental health counselors. Offender was counseled and behavior was redirected. 10/29/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported not sleeping. Reported willing to take Haldol Dec. injections as ordered. Asking for Benadryl to help him sleep. Cogentin recently D/C'd due to noncompliance. Denied suicidal/homicidal thoughts. Denied hallucinations, delusions, or paranoia. Thought processes goal directed, organized and coherent. Medications adjusted with Benadryl 50 mg IM NOW and Benadryl 75 mg by mouth every pm. 11/7/13, 11/10/13, 11/16/13, 11/17/13, 11/18/13, 11/19/13, 11/21/13, 11/25/13, 11/28/13 and 11/29/13, patient seen by Mental health counselors. 11/29/13, patient seen by Psychiatric Nurse Practitioner Dunn . Denied suicidal/homicidal thoughts at interview. Presented with agitation. Medications adjusted with Haldol 10 mg IM and Benadryl 50 mg IM NOW and Haldol 10 mg IM and Benadryl 50 mg IM every 12 hrs. as needed psychotic agitation. 12/5/13, 12/9/13, 12/17/13, 12/24/13, and 12/18/13, patient seen by Mental Health Counselor. Denied all suicidal/homicidal thoughts. 12/18/13, patient seen by Psychiatric Nurse Practitioner Dunn . Reported set a fire in his cell due to his reports of "do not want to be house on unit 6…" No reports of suicidal/homicidal thoughts. Placed on observation to allow for monitoring. Medications adjusted with increase Haldol Dec. 150 mg IM every 28 days and Haldol 10 mg IM and Benadryl 75 mg IM every 12 hrs. as needed agitation. 1/1/14, 1/4/14, 1/5/14, 1/7/14, 1/9/14, 1/14/14, 1/21/14/1/22/14, 1/26/14, 1/27/14,

1/29/14, and 1/30/14, patient seen by Mental health counselors.  Denied all hallucinations.  Denied all delusions.  2/8/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Denied suicidal/homicidal thoughts.  Denied symptoms of psychosis.  Thoughts organized and coherent.  Denied disturbances to sleep/appetite.  Denied disturbances to mood.  Continue current medications.  3/1/14, 3/3/14, 3/9/14, 3/10/14, 3/18/14, 3/25/14, and 3/31/14, patient seen by Mental health counselors.  3/11/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported agitated.  Denied suicidal/homicidal thoughts.  Denied symptoms of psychosis.  Medication orders are Haldol 10 mg IM and Benadryl 75 mg IM NOW, Continue Haldol Dec. 150 mg IM every 28 days and Haldol 10 mg and Benadryl 75 mg IM every 12 hrs. as needed agitation.  4/7/13, patient seen for Treatment Team.  Reported medication compliance.  Denied suicidal/homicidal thoughts.4/7/14 and 4/11/14, patient seen by Mental health counselors.  No mental health concerns.  4/11/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported agitated.  Affect – elevated/pressured.  Denied suicidal/homicidal thoughts.  Denied symptoms of psychosis.  Thoughts loose.  Medications adjusted with consented to Haldol 10 mg by mouth NOW and Benadryl 75 mg IM NOW.  4/19/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Presented with increased agitation.  Consented to Haldol 10 mg by mouth and Benadryl 50 mg by mouth NOW.  Continue current RXs for Haldol Dec. and as needed Haldol/Benadryl.  4/22/14, 4/26/14, and 4/30/14, patient seen by Mental health counselors.  Individual counseling.  4/30/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Seen due to reports of self-injurious behaviors.  Reported on unit hitting his hands against the wall.  Reported he was agitated due to wanting to talk to his family.  Reported further plans/intents to return to unit and place a string around his neck. Elevated mood with loose thoughts at interview.  Prn medications administered – Thorazine and Benadryl.  Took voluntarily.  Placed on observations – presenting with poor insight/judgment – risk taking.  Danger to self.  5/1/14, patient seen by Dr. Powe, Psychologist.  Allowed a phone call to his mother.  5/3/14, patient seen by T. Naylor, Mental Health Counselor.  Seen for individual counseling due to poor coping/impulsive behaviors.  5/13/14, patient seen by H. Thomas, Mental Health Counselor.  Seen for individual counseling.  5/22/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Has returned from the local hospital after requiring transport to local ER due to sustained facial trauma.  The offender reported he placed a string around his neck resulting in him passing out and running into a door on the unit.  Denied suicidal thoughts.  Denied psychosis.  Engaging in high-risk behaviors.  Presenting with risk-taking/poor insight/poor judgment/impulsive.  Admitted to medical on suicide observation.  5/23/14, 5/24/14, 5/2/14, 5/3/14, 5/4/14, 5/5/14, 5/6/14, 5/7/14, 5/8/14, 5/9/14, 5/10/14, 5/11/14, 5/12/14, 5/13/14, 5/14/14, 5/15/14, 5/16/14, 5/17/14, 5/18/14, 5/19/14, 5/20/14, 5/21/14, 5/22/14, 5/23/14, 5/24/14, 5/25/14, 5/26/14, 5/27/14, 5/28/14, 5/29/14, 5/30/14, 5/31/14, 6/1/14, 6/2/14, 6/3/14, 6/4/14, 6/5/14, 6/6/14, 6/7/14, and 6/8/14, patient seen by Mental health counselors.  Continues on suicide observations.  Monitoring of mood/thoughts.  6/9/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Remains in medical on suicide observation.  Exhibiting self-injurious behaviors.  Hitting himself in the face with his hands causing nose to bleed.  Prn Haldol/Benadryl given – took voluntarily.  Suicide observation continued.  6/10/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Remains on suicide observation.  Threatening to break light fixture.  Repeatedly hitting himself in the face with his hands.  Prn medications given – Haldol/Benadryl IM – took voluntarily.  Suicide observation continued.  6/14/14, patient seen by Psychiatrist, Dr. Anderson.  Continues on suicide observation.  Denied current suicidal

thoughts.  Admitted to suicidal gesture with breaking of light fixture.  Reported frustrated due to had not been released back to unit.  Denied mood/thought disturbances at interview.  Suicidal observation continued.  6/16/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Denied suicidal/homicidal thoughts at interview.  Denied psychosis.  Denied mood/thought disturbances at interview.  Suicide observation discontinued.  D/C from medical.  Medications continued Haldol Dec. No s/e to medications at interview.  6/18/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Self-inflicted cut to right wrist.  Elevated mood/agitation.  Reported wants to be moved to different housing unit.  Aggressive. – verbal/physical aggression.  Reporting suicidal with plans to return to unit and place a string around his neck.  Prn medication – Haldol/Benadryl given – took voluntarily.  Placed on suicide observation.  6/22/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Remains on suicide observation.  Reported plans to harm self – reports if he had something to harm self with – he would harm self.  Mood disturbances.  Suicide observation continued.  6/28/14, patient seen by Psychiatrist, Dr. Anderson.  Mood has improved and less disorganized.  Reported at times auditory hallucinations "hearing uncle's voice at times…tries hard to ignore…" Continue suicide observation/continue current medications.  Haldol Dec. 7/1/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Remains on suicide observation.  Will not consent to safety.  No reports of suicidal thoughts at interview.  However, he continues to engage in self-injurious type behaviors to include tearing of his suicide shroud with threats to place strings around his neck.  Poor insight/judgment – poor impulse control.  Continue suicide observation.  7/4/14, patient seen by Psychiatric Nurse Practitioner Dunn .  Continues on suicide observation.  Denies suicidal thoughts.  Mood stabilizing.  Reports looking forward to being D/C from medical back to unit.  Discussed possible D/C from medical in 72 hours if he continues to improve without engaging in self-injurious behaviors.  Pleasant/cooperative.  Suicide observation continued for safety precautions due to recent high-risk behaviors – will reassess for release in 72 hours.  He agrees to recommendations.  7/5/14 and 7/6/14, seen by Mental health counselors.  No reports of thoughts to harm self.  Calm/cooperative.  Continues on suicide observation.  7/7/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Remains on suicide observation.  Denies suicidal thoughts – denies plan/thoughts/intents to harm self.  Denied mood/thought disturbances.  Suicide observation D/C and the offender is D/C from medical.  **Patient's chart has 1512 entries based on document id number in the electronic health records indicating initial and ongoing access to mental health care.**

31

Patient 20-G.H., a 23-year old African American male, diagnosis of Hx of Reading D/O-II and Schizophrenia, Disorganized Type-I.  1/1/14, 1/7/14, 1/11/14, 1/16/14, 1/22/14, and 1/28/14, patient seen by Mental health counselors.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  1/11/14, patient seen by Dr. Anderson, Psychiatrist.  Reported anger and agitation.  Medications adjusted with start of Depakote 500 mg po bid.  2/4/14, 2/11/14, 2/17/14, 2/23/14, 3/4/14, 3/10/14, 3/19/14, 3/20/14, and 3/25/14, patient seen by Mental health counselors.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  3/8/14, offender physically assaulted a peer with hitting peer in the face with a lock.  Haldol 10 mg IM with Benadryl 75 mg IM given for agitation – tool voluntarily.  4/3/14, 4/7/14, 4/15/14, 4/21/14, 4/22/14, and 5/6/14, patient seen by Mental Health Counselor, for mental health rounds.  Denied hallucinations.  Denied suicidal/homicidal thoughts.  5/14/14, patient seen by Psychologist, Dr. Gillespie.  Denied mood/thought disturbances.  Cognitive deficit with difficulty processing information – has diagnosis of mild mental retardation.  Monitor mental status and medication compliance.  5/17/14, patient seen by Psychiatrist, Dr. Anderson.  Reported depression/sadness – death of 14y/o cousin.  Reported difficulty sleeping.  Denied suicidal thoughts.  Medications adjusted – Remeron 30 mg po every pm started.  5/26/14 and 6/27/14, patient seen by Mental health counselors.  Denied mood/thought disturbances.  **Patient's chart has 387 entries based on document ID number in the electronic health records indicating initial and ongoing access to mental health care.**

Patient 4-F.G., a 44-year old African American Male diagnosed with Antisocial Personality D/O-II and Schizophrenia, Paranoid Type-I. Patient seen by Psychiatric Nurse Practitioner Dunn on 4/29/14. Remains in medical on psychiatric observation. Severe agitation. Severe mood/thought disturbances. Escalating Agitation. Making verbal threats to harm himself. Took a battery and placed in his mouth – reported swallowed the battery. Placed on suicide observation. 4/29/14, 4/30/14, and 5/1/14, patient seen by mental health counselors. Remained on Suicide observation for safety precautions. Mood/thought disturbances. 5/1/14, patient seen for X-Ray (confirmed batteries in abdomen). Transferred to ER for further evaluation. Returned with orders "x-ray in 2 days if batteries no passed, seek immediate care if difficulty swallowing, abdominal pain, vomiting, blood/black stools, oral temp 102 or greater, wheezing or SOB, and inspect stools…" Suicide observation continued. 5/2/14, 5/3/14, 5/4/14, 5/5/14, and 5/6/14, patient seen by mental health counselors. Remains on suicide observation for safety precautions. Mood/thought disturbances. 5/6/14, patient seen by Dr. Edwards, MD. F/U to confirmed reports of swallowed batteries. Patient examined. No complaints reported. 5/6/14, 5/7/14, 5/8/14, and 5/9/14, patient seen by mental health counselors. Continues on suicide observation. Mood/thought disturbances continue. 5/9/14, patient seen by Psychiatric Nurse Practitioner Dunn. Remains on suicide observation. Psychosis and mania continues. Agitation/aggression. Insight/judgment impaired due to mood/thought disturbances. Continue suicide observation. 5/10/14, 5/11/14, 5/12/14, 5/13/14, 5/14/14, 5/15/14, 5/16/14, and 5/17/14, patient seen by mental health counselors. Continues with mood/thought disturbances – agitation/psychosis. Continues on suicide observation. 5/17/14, patient seen by Psychiatrist, Dr. Anderson. Reported that mood is calming down, wants to return back to the unit, admitted to swallowing batteries out of anger for not being able to go back to the unit, also admits that he was fixated on Nurse Practitioner Dunn during his psychosis, has been compliant with as needed meds that are self-directed and to Dec. injection. Medications adjusted – Neurontin increased 1800 mg pot id and Klonopin increased 1 mg po bid. Continue on Suicide observation. 5/18/14 and 5/19/14, patient seen by mental health counselors. Continues on suicide observation. 5/19/14, patient seen by Psychiatric Nurse Practitioner Dunn. Calm and cooperative at interview. No agitation/aggression. More organized and coherent. Denied suicidal/homicidal thoughts. No delusions/hallucinations exhibited at interview. Suicide observation discontinued. Placed on psychiatric observation to allow for continue monitoring of mood/behaviors prior to D/C back to general population. Current medication continued. Haldol Dec., Klonopin, Neurontin, and Benadryl. No sxs of TD or EPS at interview. Denies s/e to medications. 5/19/14 to 5/22/14, patient seen by mental health counselors. Continues on psychiatric observation. 5/22/14, patient seen by Psychiatric Nurse Practitioner Dunn. Irritability and agitation. Speech elevated. Psychotic agitation. Delusional and paranoid. Verbally threatening staff. Thoughts loose and disorganized. Continue to monitor on psychiatric observation until mood stabilizes. Current medications continued. Haldol Dec., Klonopin, Neurontin, and Benadryl. No sxs of TD or EPS at interview. Denies s/e to medications. 5/22/14 to 6/9/14, patient seen by mental health counselors. Continues on psychiatric observation. 6/9/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reports irritability. Remains on psychiatric observation. Paranoia and agitation continues. Agitation/aggression. Insight/judgment poor due to mood/thought disturbances. Continue psychiatric observation. 6/9/14 to 6/13/14, patient seen by mental health counselors. Continues on psychiatric observation. 6/14/14, patient seen by Psychiatric Nurse Practitioner Dunn. Remains on psychiatric observation. Psychotic agitation. Delusional and paranoid. Verbally threatening staff. Thoughts loose and disorganized. Insight/judgment poor

due to mood/thought disturbances.  Continue psychiatric observation.  6/13/14 to 6/22/14, patient seen by mental health counselor.  Continues on psychiatric observation.  6/23/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Calm and cooperative at interview and only mild irritability.  No verbal threats.  Mood/thoughts stabilizing.  Continue to monitor on psychiatric observation.  6/23/14 to 6/28/14, patient seen by mental health counselors.  Continues on psychiatric observation.  6/28/14, patient seen by Dr. Anderson, Psychiatrist.  Calm and cooperative at interview.  No agitation/aggression.  More organized and coherent.  Denied suicidal/homicidal thoughts.  No delusions/hallucination exhibited at interview.  Psychiatric observation discontinued.  D/C back to general population.  Current medications continued.  Haldol Dec., Klonopin, Neurontin, and Benadryl.  No sxs of TD or EPS at interview.  Denies s/e to medications.  6/29/14 to 6/30/14, patient seen by mental health counselors.  Continues on psychiatric observation.  7/1/14 and 7/7/14, patient seen by mental health staff for Individual Counseling.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  7/10/14, patient seen by L. Williams, Mental Health Counselor, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  **Patient's chart has 2393 entries based on Document I.D. number in the electronic health record, indicating services were more than adequate.**

Patient 5-A.W., a 25-year old African American Male with diagnosis of Schizophrenia, Paranoid Type-I and Hx. Of Obsessive Compulsive D/O-I.  2/4/13, 2/11/14, and 2/17/14, patient seen by mental health counselors, for mental health rounds.  Denied all mental health counselors.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  2/18/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported the whispers have increased and panic attacks have returned.  Reported paranoia.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Thoughts coherent and organized.  Medications adjusted.  Trilafon 4 mg ordered.  2/23/14, 3/4/14, and 3/10/14, patient seen by T. Naylor, Mental Health Counselor, for mental health rounds.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  3/19/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported whispers, clenching jaws and teeth.  Denied psychosis.  Denied all suicidal/homicidal thoughts.  Denied hallucinations.  Thoughts organized and coherent.  Medications adjusted.  Artane 5 mg started and Trilafon 4 mg continued.  3/19/14 to 3/25/14, patient seen by mental health counselors for mental health rounds.  Denied all suicidal/homicidal thoughts.  Denied all hallucinations.  4/3/14 to 4/18/14, patient seen by mental health counselors for mental health rounds.  Denied all mental health concerns.  Denied all suicidal/homicidal thoughts.  5/3/14 to 5/26/14, patient seen by mental health counselors for mental health rounds.  Denied all psychosis.  Denied all suicidal/homicidal thoughts.  6/3/14 to 6/27/14, patient seen by Mental Health Counselor for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  **Patient's chart has 378 entries based on Document I.D. number in the electronic health record, indicating services were more than adequate.**

Patient 6-W.R., a 44-year old African American Male with diagnosis of Bipolar D/O-I, Alcohol Dependence-I, Depressive D/O NOS-I, and Impulse Control D/O NOS-I. 1/1/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reported ongoing depression. Reported compliant with his medication. Denied all suicidal/homicidal thoughts. Denied all hallucinations. Denied all psychosis. Medication orders are to continue Buspar 15 mg, Tegretol 200 mg and Zoloft 100 mg. 1/2/14, 1/11/14, and 1/18/14, patient seen by J. Anglin, Mental Health Counselor, for mental health rounds. Reported no mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 2/3/14, patient seen by J. Anglin for Office Visit. Denied all hallucinations. Denied all delusions. 3/1/14, patient seen for mental health sick call request by R. Davis, Mental Health Counselor. Reports need to see Psychiatrist/Psychiatric Nurse Practitioner regarding evaluation of medications. Denied hallucinations. Denied all delusions. 3/5/14, the offender was seen by Psychiatric Nurse Practitioner Dunn. Reported increased stress. Denied all hallucinations. Denied all suicidal/homicidal thoughts. Denies psychosis. Thoughts are organized and coherent. Medication adjusted. Celexa & Buspar discontinued, Tegretol 200 mg continued, and Remeron 30 mg continued. 3/6/14, 3/12/14, 3/20/14, and 3/26/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds. Reported no mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 3/25/14, patient seen by Treatment Team. Reported medication compliant. Reported no mental health concerns. Denied all hallucinations. Denied all psychosis. Denied all suicidal/homicidal thoughts. 3/27/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reported anxiety. Denied all psychosis. Denied all suicidal/homicidal thoughts. Thoughts coherent and organized. Medications adjusted. PLAN: 1. Buspar 10 mg by mouth bid, 2. Increase Tegretol 400 mg p obis, and 3. Continue Remeron 30 mg by mouth every pm. 4/1/14, 4/9/14, and 4/18/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds. Denied all psychosis. Denied suicidal/homicidal thoughts. 4/18/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reported anxiety. Reported medication compliant. Denied psychosis. Denied all suicidal/homicidal thoughts. Thoughts organized and coherent. Medication adjustment made. PLAN: 1. Increase Buspar 15 mg by mouth bid, 2. Continue Remeron 30 mg by mouth every pm, and 3. Continue Tegretol 400 mg by mouth bid. 5/1/14, 5/8/14, 5/15, 14, 5/21/14, and 5/29/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds. Denied all psychosis. Denied all mental health concerns. Denied all suicidal/homicidal thoughts. 5/20/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reported stressing. Denied all suicidal/homicidal thoughts. Denied psychosis. Continue current medication orders of Tegretol, Buspar, and Remeron. 6/5/14, 6/12/14, 6/19/14, and 6/28/14, patient seen by mental health counselors, for mental health rounds. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 7/8/14, patient seen by Treatment Team. Reported stressing. Reported compliant with medication. Denied all hallucinations. Denied all suicidal/homicidal thoughts. Given stress management material. Offender counseled and redirected. 7/11/14, patient seen by Y. Green, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. Denied all hallucinations. Denied all hallucinations. Denied all suicidal/homicidal thoughts. **Patient's chart has 490 entries based on Document I.D. number in the electronic health record, indicating adequate access.**

Patient 7-T.H., a 34-year old African American Male diagnosed with Schizophrenia, Undifferentiated Type-I and Posttraumatic Stress D/O-I. 4/28/13 and 5/19/13, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds. Reported no mental health concerns. 5/28/13, patient seen by J. Anglin, Mental Health Counselor, for sick call. Reported needs medication increased. Offender was counseled. Referred and scheduled to see psychiatry staff. 6/5/13, patient seen by M. Moss, Mental Health Counselor. Seen for mental health rounds. Requested to see the psychiatrist for medication increase. 6/6/13, seen by June Powe, Psychiatrist. Reported wanting to increase medication. Denied all suicidal and homicidal thoughts. He is guarded, suspicious, and paranoid. Voiced no suicidal thoughts. Medication adjustments made. Medication order of Risperdal 4 mg po every pm. 6/18/13, the offender was seen by R. Davis, Mental Health Counselor, for mental health rounds. Denied all mental health concerns. 8/5/13 to 11/6/13, patient seen by Mental Health Counselor for mental health rounds. Reported no mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 11/13/13, the offender left East Mississippi Correctional Facility. **Patient's chart has 343 entries based on Document I.D. number in the electronic health record, indicating adequate access.**

Patient 8-W.H., a 54-year old African American Male diagnosed with Nicotine Dependence-I and Schizophrenia, Undifferentiated Type-I.  5/3/13 and 5/20/13, patient seen by L. Brown, Mental Health Counselor, for mental health rounds.  Reported no mental health concerns.  5/5/13, patient seen by Dr. Anderson, Psychiatrist.  Admitted to residual depression and willing to have a dose increase of his Celexa.  Appropriate attitude.  Thoughts coherent.  Denied hallucinations.  Medication adjustment made.  Celexa 40 mg po every day.  5/29/13, patient seen by M. Moss, Mental Health Counselor, for mental health rounds.  Thoughts are disorganized and distorted.  Offender was counseled and redirected.  6/1/13, patient seen by T. Naylor, Mental Health Counselor.  Denied psychosis.  Thought processes coherent and logical.  Denied all mood disturbances.  Denied all suicidal/homicidal thoughts.  6/6/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Thoughts loose, disorganized and incoherent.  Medication adjustment made.  Celexa was discontinued.  Haldol Dec. 100 mg and Cogentin 1 mg ordered.  Haldol Lactate 5 mg order as needed for agitation.  Admitted to Psychiatric Observation for monitoring of mood/thoughts.  6/6/13, 6/7/13, 6/8/13, and 6/9/13, the offender was seen by K. Pough, J. Lockett, M. Moss, and L. Brown, mental health counselors, for mental health rounds.  Reported no mental health concerns.  6/9/13, seen by Dr. Anderson, Psychiatrist.  Complains of cramps and dry mouth on Cogentin.  Worries about how it worsens his digestion, only sleeping 15-20 minutes per night.  Racing thoughts and pressured speech present.  Thoughts are coherent.  Denied all hallucinations.  Medications adjusted.  Depakote 500 mg po twice a day and Artane 2 mg po twice a day.  6/10/13 to 7/13/13, the offender was seen daily by mental health counselors (M. Moss, J. Anglin, J. Lockett, T. Naylor, R. Davis, K. Pough, C. Thomas, L. Williams, L. Brown, and H. Thomas).  Continued monitoring of mood/thoughts.  7/12/13, patient seen by T. Naylor, Mental Health Counselor.  Denied all hallucinations.  Denied all psychosis.  Denied all suicidal/homicidal thoughts.  D/C from psychiatric observation.  7/13/13, patient seen by Dr. Anderson, Psychiatrist.  Reported pills are too big.  Denies all hallucinations.  Denies all delusions.  Medication adjustments made.  PLAN: Depakote decreased from 500 mg po bid to 250 mg bid.  7/17/13 to 7/25/13, patient seen by J. Lockett, Mental Health Counselor, for mental health rounds.  Denied all mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  7/19/13, patient seen by Dr. Gillespie, Psychologist.  Denied all hallucinations.  Denied overt mood disturbance.  No abnormality of thought content indicated.  Offender oriented and coherent.  8/1/13, 8/7/13, 8/11/13, and 8/20/13, patient seen by mental health counselors, for mental health rounds.  Denied all mental health concerns.  Denied all suicidal/homicidal thoughts.  9/4/13, 9/10/13, 9/17/13, and 9/26/13, patient seen by mental health counselors, for mental health rounds.  Denied all psychosis.  Denied all suicidal/homicidal thoughts.  9/12/13, patient seen for Treatment Team.  Reported medication compliant.  Denied all suicidal/homicidal thoughts.  10/5/13, 10/10/13, 10/17/13, 10/24/13, and 10/29/13, patient seen by mental health counselors, for mental health rounds.  Denied all mental health concerns.  Denied all suicidal/homicidal thoughts.  11/14/13, 11/22/13, and 11/28/13, patient seen by mental health counselors, for mental health rounds.  Denied all mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  12/5/13, 2/18/13, and 12/29/13, patient seen by mental health counselors, for mental health rounds.  Denied all psychosis.  Denied all suicidal/homicidal thoughts.  1/2/14, 1/8/14, 1/14/14, 1/23/14, and 1/30/14, patient seen by mental health counselors, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  2/4/14, 2/12/14, 2/18/14, and 2/24/14, patient seen by mental health counselors for mental health rounds.  Denied all mental health concerns.  Denied all suicidal/homicidal thoughts.  3/4/14, 3/11/14, 3/20/14,

38

and 3/25/14, patient seen by mental health counselors, for mental health rounds.  Denied all mental health concerns.  Denies all hallucinations.  Denied all suicidal/homicidal thoughts.  4/3/14, 4/7/14, and 4/15/14, patient seen by T. Naylor, Mental Health Counselor, for mental health rounds.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/16/14, patient seen by Psychiatric Nurse Practitioner Dun.  He is manic and disorganized at the interview.  Denied all suicidal/homicidal thoughts.  Severely loose and disorganized.  Mood disturbances present.  Discussed medication changes.  Consented to medication adjustments.  Plan is to give as needed medications of Haldol 10 mg and Benadryl 100 given now.  Increase Artane to 5 mg twice a day and Depakote 1000 mg twice a day.  Continue Haldol Dec. 150 mg every 28 days.  4/22/14 and 5/6/14, patient seen by T. Naylor, Mental Health Counselor, for mental health rounds.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  5/8/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported hearing voices, not sleeping, disturbing the unit, and non-compliant with meds.  Denied all suicidal/homicidal thoughts.  Reported auditory hallucinations.  Reported noncompliant with oral medications.  Medication adjustment made.  Reported and requested "can you increase it to every 2 weeks…it is not lasting…" Denied side effects to medications.  No overt symptoms of TD or EPS.  Medication orders are Haldol 10 mg IM and Benadryl 50 mg IM NOW.  Haldol 10 mg IM and Benadryl 50 mg IM every 12 hours as needed agitation.  Increase Haldol Dec. 200 mg IM every 28 days.  5/26/14 and 5/30/14, patient seen by T. Naylor and Y. Green, mental health counselors, for mental health rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  6/11/14 to 6/27/14, patient seen by mental health counselor.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  7/11/14, patient seen by T. Naylor, Mental Health Counselor, for mental health rounds.  Voiced no hallucinations.  Voiced no mental health concerns.  Voiced no suicidal/homicidal thoughts.  **Patient's chart has 465 entries based on Document I.D. number in the electronic health record, indicating adequate access.**

Patient 9-C.W., a 26-year old African American Male diagnosed with Hx. Of Intermittent Explosive D/O-I, Antisocial Personality D/O-II, and Bipolar D/O NOS-I.  12/4/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Seen due to increased agitation.  Medications adjusted.  Thorazine IM 100 mg.  Was given stat to de-escalate agitation.  Risperdal 2 mg po every pm and Remeron 30 mg po every pm.  Admitted to Medical on Suicide observation.  12/4/13, 12/5/13, 12/6/13, 12/7/13, 12/8/13, and 12/9/13, the offender was seen by J. Anglin, R. Davis, C. Thomas, H. Thomas, and L. Williams, mental health counselors, for mental health rounds.  Seen for monitoring of mood/thoughts.  Denied all hallucinations.  Denied Suicidal/homicidal thoughts.12/6/13, patient seen by the Psychiatric Nurse Practitioner Dunn.  Reported increased stress.  Reported wants to talk with Chaplain regarding family issues.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Continue current medications.  Referred to Chaplain.  12/6/13, 12/7/13, 12/8/13, 12/9/13, and 12/10/13, the offender was seen by J. Anglin, R. Davis, C. Thomas, H. Thomas, and L. Williams, mental health counselors, for mental health rounds.  Seen for monitoring of mood/thoughts.  Denied all hallucinations.  Denied suicidal/homicidal thoughts.  12/10/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported taking an overdose.  Reports ongoing stress.  Denied all suicidal/homicidal thoughts.  Medication adjustments made.  Risperdal and Remeron discontinued.  Nursing staff assessed v/s. No reports of abnormalities to V/S.  Kept in medical overnight for observation.  12/11/13, patient seen by Psychiatric Nurse Practitioner Dunn and Dr. Edwards.  Offender observed disoriented and disorganized.  Sent to the ER per orders of the medical internist.  12/14/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Seen for mental health follow-up to recent episode of overdosing on meds.  He is disorganized and incoherent.  Nurse Practitioner Dunn along with Dr. Edwards ordered Benadryl 25 mg to target sxs of muscle stiffness.  12/16/13, 12/17/13, and 12/18/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Seen for monitoring of mood/behaviors.  He is stabilizing, ambulation has improved, more coordinated gait, some confused-like behaviors; however – overall – he is stabilizing---current medications continued and the offender remained in medical for psychiatric observation.  12/21/13, patient seen by Dr. Anderson, Psychiatrist.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Current medications continued.  12/22/13 to 12/29/13, patient seen by mental health counselors.  Continues on psychiatric observation.  12/30/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Continues to be on psychiatric observation.  Some confused-like behaviors at interview.  Denied hallucinations, delusions, and paranoia.   Denied all suicidal/thoughts.  Reported stiffness.  Medication adjustments made.  PLAN: Benadryl 100 mg tonight.  Benadryl 75 mg po, continue to monitor in medical and encouraged to drink fluids.  1/2/14, patient seen by C. Thomas, Mental Health Counselor, for mental health rounds.  Denied all mental health concerns.  1/3/14, patient seen by T. Naylor, Mental Health Counselor.  Reported agitation.  Threatening self-harm.  Nursing staff informed of agitation – as needed medication can be given.  1/6/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported muscle stiffness.  Denied all suicidal/homicidal thoughts.  Denied all sxs of psychosis.  Thoughts more organized and coherent. PLAN: Benadryl 75 mg now, Benadryl 50 mg po, Cogentin 2 mg, and D/C suicide observation.  1/8/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Remains in medical on psychiatric observation.  Recently started on Prolixin to assist with stabilization due to decompensation.  Denied all suicidal/homicidal thoughts.  Denied all psychosis.  Denied all hallucinations.  Thoughts more organized and coherent.  Continue to monitor on psychiatric observation to allow ongoing stabilization.  1/14/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Disorganized with loose thoughts.  Encouraged compliance with medication.

Denied all suicidal/homicidal thoughts.  No sxs of EPS.  PLAN: 1. D/C psychiatric observation, 2. D/C from medical, 3. Continue current medication of Prolixin Dec. and Cogentin, and 4. Mental health staff to monitor weekly on the units and refer back to Psychiatric Nurse Practitioner if needed.  1/18/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported stressing.  Denied suicidal/homicidal thoughts.  Denied intent/plans/thoughts to harm self.  Denied hallucinations.  Denied delusions.  Denied depression.  PLAN; 1. D/C Cogentin, 2. Return to unit, and 3. Continue current medication Prolixin Dec.  1/22/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported agitated.  Denied all suicidal/homicidal thoughts.  Denied sxs of psychosis.  Denied all hallucinations.  Thoughts organized and coherent.  PLAN: Give as needed Prolixin and Benadryl for agitation.  1/31/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denied all psychosis.  Denied all suicidal/homicidal thoughts.  2/1/14, patient seen by T. Naylor, Mental Health Counselor, for Individual Counseling.  Offender counseled and redirected.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  2/6/14, 2/21/14, and 2/25/14, patient seen by R. Davis, Mental Health Counselor, for mental health rounds.  Denied all mental health concerns.  Denied all psychosis.  2/13/14, patient seen by J. Anglin, Mental Health Counselor.  Seen for counseling due to death in family.  Denied all delusions.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  2/18/14, patient seen by Treatment Team.  Reported medication compliant.  Denied all hallucinations.  Denied suicidal/homicidal thoughts.  2/20/14, patient seen by J. Anglin, Mental Health Counselor, for Individual Counseling.  Reported agitation.  Offender counseled and redirected.  2/20/14 to 2/25/14, patient seen by mental health counselors, for mental health rounds.  Denied all suicidal/homicidal thoughts.  2/26/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported side effects to medications – stiffness.  Denied all hallucinations.  Denies all suicidal/homicidal thoughts.  Medication adjustments made.  PLAN: 1. Cogentin 2 mg by mouth NOW, 2. Cogentin 2 mg by mouth bid, 3. Continue current RXs for Prolixin Dec. and as needed Prolixin/Benadryl, and 4. RTC in 1 day (will admit to allow time to self-due to recent stressor).  2/27/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Admitted to Medical due to recent stressor.  Denied psychosis.  Denied hallucinations.  Denied suicidal/homicidal thoughts.  Reported wants to continue medications.  PLAN:  Admit to Medical-psychiatric observation.  2/27/14 and 2/28/14, patient seen by mental health staff.  Seen for monitoring of mood/thoughts.  Continues on psychiatric observation.  2/28/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Denied all psychosis.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Medications discussed.  PLAN: 1. D/C psychiatric observation, 2. D/C from medical infirmary, 3. Benadryl 50 mg by mouth every pm, and 4. Continue current RXs for Prolixin Dec., Cogentin, and as needed Prolixin/Benadryl.  3/3/14 to 3/17/14, patient seen by mental health counselors for mental health rounds.  Denied all suicidal/homicidal thoughts.  3/17/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported agitation.  Denied psychosis.  Denied all suicidal/homicidal thoughts.  Offender counseled.  Coping strategies discussed.  PLAN: 1. Continue current RXs for Prolixin Dec., Cogentin, as needed Prolixin/Benadryl, and Benadryl, and 2. RTC in 1 month/sooner as needed.  3/17/14, 4/3/14, and 4/8/14, patient seen by mental health Counselor, for mental health rounds.  Denied all suicidal/homicidal thoughts.  Denied all psychosis.  4/12/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Denied all psychosis.  Denied all suicidal/homicidal thoughts.  Thoughts organized and coherent.  PLAN: 1. Continue Prolixin Dec. 25 mg IM every 14 days, 2. Continue Benadryl 50 mg by mouth every pm, and 3. Continue Cogentin 2 mg by mouth bid.  4/16/14, patient seen by R. Davis, Mental Health Counselor, for mental health

41

rounds.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  4/19/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported mild stiffness.  Denied all thoughts to harm self/others at interview.  Denies hallucinations, delusions, or paranoia at interview.  Thoughts organized and coherent.  Discussed medications and consent to continue medications.  Medication adjustments made.  PLAN: 1. D/C Cogentin, 2. Artane 5 mg by mouth bid, 3. Continue Benadryl 50 mg by mouth every pm, and 4. Continue Prolixin Dec. 25 mg IM every 14 days.  5/7/14, patient seen by R. Davis, Mental Health Counselor.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  5/13/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported can't sleep.  Pleasant/cooperative for interview.  Mood – stressing.  Affect – euthymic.  Denied suicidal/homicidal thoughts at interview.  Denied sxs of psychosis at interview.  Thoughts organized and coherent.  Medication adjustments made. PLAN: 1. D/C Prolixin Dec., 2. D/C Benadryl, 3. Stelazine 5 mg by mouth every pm, 4. Artane 5 mg by mouth bid, and 5. RTC in 2 to 3 months/sooner as needed.  5/14/14 to 5/20/14, patient seen by mental health counselor, for mental health rounds.  Reported no mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  5/26/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Denied suicidal/homicidal thoughts at interview.  Denied sxs of psychosis at interview.  Thoughts organized and coherent.  Discussed medications and consent to continue meds.  Reported not wanting to take Stelazine.  Medication adjustments made.  PLAN: 1. D/C Stelazine, 2. Navane 5 mg by mouth every pm X 180 days, 3. Continue current RXs for Artane 5 mg by mouth every pm, and 4. RTC in 3 months/sooner as needed.  5/28/14 to 6/28/14, patient seen by mental health counselors, for mental health rounds.  Denies all hallucinations.  Denies all suicidal/homicidal thoughts.  7/11/14, patient seen by Y. Green, Mental Health Counselor, for mental health rounds.  Denied all mental health concerns.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  **Patient's chart has 1231 entries based on Document I.D. number in the electronic health record, indicating crisis was appropriately addressed.**

Patient 15-N.A., a 44-year old African American Mal diagnosis of Hx of Cocaine Abuse-I, Hx of Cannabis Abuse-I, and Schizophrenia, Paranoid Type-1. 2/24/13 and 3/4/13, patient seen for mental health rounds by mental health counselors. Reported no mental health concerns. 3/5/13, patient seen by Dr. Gillespie, Psychologist. Denied suspicious/paranoid thoughts. No abnormality of thought content exhibited. Oriented within normal limits. No internal stimuli. No suicidal/homicidal thoughts voice. 3/19/13, 4/9/13, and 4/22/13, patient seen for mental health rounds by mental health counselors. Denied mental health concerns. 4/29/13, patient seen for Treatment Team. Reported medication compliant. Denied all mental health concerns. 5/3/13, 5/20/13, 6/7/13, 6/17/13, and 6/25/13, patient seen for mental health rounds by mental health counselors. Denied mental health concerns. 6/29/13, patient seen by Dr. Anderson, Psychiatrist. Reported compliant with medications. Mood stable. Requested to be on oral Haldol. Medications adjusted. Medications changed to Haldol 10 mg po bid. 7/17/13, 7/28/13, 7/31/13, 8/11/13, 8/27/13 and 9/7/13, patient seen by mental health counselors for mental health rounds. Reported no mental health concerns. 11/24/13, patient seen by Psychiatric Nurse Practitioner Dunn. Reported the Cogentin is messing with my eyes and problems sleeping. Denied disturbances to mood/thoughts. Denied sxs of psychosis. Denied suicidal/homicidal thoughts. Denied disturbances to mood. Medications adjusted. Cogentin D/C'd and Artane 5 mg po bid initiated. Remeron 30 mg by mouth every pm and Haldol 10 mg by mouth bid continued. 11/26/13, 12/4/13, 12/31/13, 12/19/13, 12/23/13, 1/2/14, and 1/9/14, patient seen by mental health counselors for mental health rounds. Denied mental health concerns. 1/13/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reported he is not sleeping. Requested increase of Remeron. Denied suicidal/homicidal thoughts. Denied sxs of psychosis. Thoughts organized and coherent. Consented to increase in Remeron. Denied s/e from medications. Medications adjusted. Remeron increased 45 mg by mouth every pm. 1/15/14, 1/21/14, 1/30/14, 2/7/14, 2/11/14, 2/25/14, and 3/3/314, patient seen for mental health rounds by mental health counselor. Denied mental health concerns. 3/19/14, patient seen for Treatment Team. Reported compliant with his medication. Denied all mental health concerns. 3/25/14, 4/2/14, 4/8/14, and 4/14/14, patient seen by J. Lockett, Mental Health Counselor. Reported no mental health concerns. 4/18/14, patient seen by Dr. Gillespie, Psychologist. Denied hallucinatory processes to include internal stimuli or paranoid diagnosis. Denied paranoid, suspicious or persecutory thoughts since being on current medications. Oriented and coherent WNL. 4/25/14, patient seen by Psychiatric Nurse Practitioner Dunn. Returned to the facility from CMCF. Had been transferred offsite to St. Dominic Hospital for gallbladder surgery – housed at CMCF after surgery. Denied suicidal/homicidal thoughts. Denied psychosis. Consented to continue medications – Artane, Haldol, and Remeron. Denied s/e to medications. 4/29/14, patient left EMCF for f/u to have staples removed at St. Dominic Hospital due to recent gallbladder surgery. 6/6/14, patient transferred back to EMCF from CMCF. Seen by mental health staff R. Davis, Mental Health Counselor and M. Powe, Psychologist, for intake interview. Had been housed at CMCF after his f/u at St. Dominic Hospital. Denied suicidal/homicidal thoughts. Denied psychosis. 6/10/14, patient seen by J. Lockett, Mental Health Counselor. Denied mental health concerns. 6/11/14, patient seen by Psychologist, Dr. Gillespie. Requested to resume previous medications prior to being transferred from EMCF. Denied mood/thought disturbances. Referred for medication evaluation with Psychiatric Nurse Practitioner. 6/14/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reported anxiety/worrying due to has not heard from his daughter. Requested to resume Haldol, Artane, and Remeron. Medications resumed. Denied suicidal/homicidal thoughts. Denied mood/thought disturbances. 6/26/14, and 7/14/14, seen by

43

44

mental health counselors for mental health rounds.  Denied mood/thought disturbances.
**Patient's chart has 529 entries based on document ID number in the electronic health record, indicating adequate access.**

Patient 18-C.H., a 36-year old African American Male diagnosed with Polysubstance Dependence-I and Schizophrenia, Paranoid Type. 10/25/12, patient seen by Psychiatric Nurse Practitioner Dunn. Increased psychosis with hallucinations and delusions. Has severely decompensated off medications. Refused offered psychotropic medications. Placed in medical on psychiatric observation to allow for monitoring of mood/behaviors. 10/26/12 and 10/27/12, patient seen by mental health counselors. Continued with severe psychosis. Continued on psychiatric observation to allow for monitoring of mood/behaviors. 10/27/12, patient seen by Psychiatrist, Dr. Reeves. "Inmate with complaints of various medical issues, AIDS, cancer, etc. He has a long history of schizophrenia. – He appears to be delusional. Delusions are significant. I recommend antipsychotic agents but he refuses them…" Continue to monitor closely. 10/27/12, 10/28/12, 10/29/12, 10/30/12, 10/31/12, 11/1/12, 11/2/12, 11/3/12, 11/4/12, 11/5/12, 11/6/12, and 11/7/12, patient seen by mental health counselors. Continues on psychiatric observation – mood/thought disturbances. 11/7/12, patient seen by Psychiatric Nurse Practitioner Dunn. Continued with increase in psychosis. Refused offered medications. Continued on psychiatric observation due to severe psychosis – delusions, hallucinations, and paranoia. 11/8/12, 11/9/12, 11/10/12, 11/11/12, 11/12/12, 11/13/12, 11/14/12, 11/15/12, 11/16/12, 11/17/12, 11/18/12, 11/19/12, 11/20/12, 11/21/12, 11/22/12, 11/23/12, 11/24/12, and 11/25/12, patient seen by mental health counselors. Continued on psychiatric observation. Continued with mood/thought disturbances – increase in psychosis. 11/25/12, patient seen by Psychiatrist, Dr. Anderson. "Inmate grossly disorganized and psychotic and continued to refuse his medication regimen…" Continued on psychiatric observation. 11/26/12, 11/27/12, 11/28/12, 11/29/12, 11/30/12, 12/1/12, 12/2/12, 12/3/12, and 12/4/12, patient seen by mental health counselors. Continued on psychiatric observation to continue to monitor mood/behaviors. 12/4/12, patient seen by Psychiatric Nurse Practitioner Dunn. Remains on psychiatric observation. Severe psychosis with delusions, hallucinations, and paranoia. Mood/thought disturbances. He has refused offered medications since being placed on observation. However, finally agreed on yesterday to take the offered medications voluntarily – Haldol Dec. 100 mg IM and plain Haldol 10/Benadryl 50 mg given IM. He had been refusing medications since admitted to observation. Continued on psychiatric observation to monitor mood behaviors. 1/2/13, patient seen by T. Truelove, Mental Health Counselor. Denied Suicidal/homicidal thoughts. Delusions – however, cooperative. 1/2/13, patient seen by Psychiatric Nurse Practitioner Dunn. Agitated. Reported to this provider, the offender broke his bed by repeatedly slamming the bed against the wall – he reported "I was exercising." Haldol 10 mg given IM to assist with decreasing psychotic agitation. Took voluntarily/cooperative with the administration of the injection. 1/10/13, patient seen by Psychiatric Nurse Practitioner Dunn. Calm at interview. Denied mood/thought disturbances at interview. Stabilizing with current medications. Has significantly improved with psychotropic medications – on medications for a month now – had initially refused at the time of admission to observation – a month ago – accepted offered medications. D/C psychiatric observation. Continue Haldol Dec. and Cogentin – no s/e to medications. 1/11/13, seen by Psychiatric Nurse Practitioner Dunn. Reported doing well on unit. D/C from psychiatric observation on yesterday, 1/10/13. Calm on unit. 1/13/13, patient seen by Psychiatrist, Dr. Anderson. Requested to discontinue medications – agreed to continue medications after reassured that the medications are helping with his overall mental health. Haldol Dec. and Cogentin continued. 1/15/13, patient seen by Psychiatric Nurse Practitioner Dunn at the request of the investigative staff – reports that the offender has been involved in inappropriate behaviors on the unit – sexually inappropriate behaviors on the unit. Denied

mood/thought disturbances.  No sxs of psychosis at interview.  Medications continued.  Haldol Dec. and Cogentin.  8/14/13, patient seen by Mental Health Counselor, H. Thomas, at the request of security staff.  The offender initially reported he needed to be isolated due to having suicidal thoughts.  Later admitted to "owing breakfast trays…trying to catch out…" Denied suicidal thoughts.  8/14/13, patient seen for Treatment Team.  Reported compliant with medications.  Denied hallucinations or delusions.  Denied mood disturbances.  8/19/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Self-injurious behaviors – superficial cut to left arm.  Reported cutting himself to get off the unit due to not wanting to be housed on current unit.  Reported hearing voices to harm hurt himself.  Prn Haldol administered – took voluntarily.  Haldol Dec. increased.  Denied plans/intents to harm self.  Referred to security regarding his housing issues.  9/3/13, 9/9/13, 9/23/13, 10/2/13, 10/10/13, 10/17/13, 10/24/13, 10/29/13, 11/15/13, 11/22/13, 11/28/13, 12/5/13, 12/18/13, 12/24/13, 1/2/14, and 1/8/14, patient seen for mental health rounds by mental health counselors.  1/11/14, patient seen by Psychiatrist, Dr. Anderson.  Reported compliant with medications.  Mood stable.  Continue Haldol Dec. and Cogentin.  1/14/14 and 2/24/14, patient seen by mental health counselors for mental health rounds.  Denied mood/thought disturbances.  3/1/14, patient seen by Psychiatrist, Dr. Anderson.  Exhibiting psychosis with reports of seeing spaceships.  Increased hallucinations with depressed mood.  Medications adjusted.  Loxapine, Wellbutrin, and Artane started – Haldol Dec. continued.  Residual psychosis.  3/4/14 and 4/15/14, patient seen by mental health counselor for mental health rounds.  Denied mental health concerns.  Denied psychosis/denied mood disturbances.  4/21/14, patient seen by Treatment Team.  Reported compliant with medications.  Denied hallucinations/delusions.  4/22/14 and 6/26/14, patient seen for mental health rounds.  Denied thoughts to harm self/others.  Denied psychosis.  Denied mood disturbances.  Calm/cooperative.  **Patient's chart has 925 entries based on document ID number in the electronic health record, indicating risk assessment did occur.**

Patient 27-T.A., a 52-year old African American Male diagnosis of Schizophrenia, Paranoid Type-I.  12/3/12 and 1/1/13, patient seen by L. Brown, Mental Health Counselor.  Reported no mental health concerns.  12/23/12, patient seen by Dr. Anderson, Psychiatrist.  Reported want to be switched to oral Haldol and want Cogentin changed.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Medication adjustments made.  Haldol 5 mg po and Artane 1 mg.  1/14/13, patient seen for Treatment Team.  Reported no mental health concerns.  Denied all hallucinations.  Denied suicidal/homicidal thoughts.  1/18/13 to 2/20/13, patient seen by mental health counselors.  1/28/13, sick call was completed stating want to talk about medication.  Seen by L. Brown, Mental Health Counselor.  Reported want off of the shot.  Referred and scheduled for the Psychiatrist/Psychiatric Nurse Practitioner. (labeled: SCR: INMATE REQUEST FORM)  1/29/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Denied mental health concerns.  Denied all hallucinations.  Consented to continue current medications.  Denied s/e to medications.  2/4/13 to 2/20/13, patient seen by mental health counselors.  2/5/13, patient seen by Dr. Gillespie, Psychologist.  Denied suspicious/paranoid thoughts.  Denied internal stimuli.  Denied hallucinations.  2/20/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported hearing voices.  Reported noncompliance with medication.  Denied all suicidal/homicidal thoughts.  PLAN: 1. Monitor on psychiatric observation.  2/21/13, patient seen by T. Naylor, Mental Health Counselor.  Denied all hallucinations.  Denied all suicidal/homicidal thoughts.  Returned to regular housing unit per orders of Psychiatric Nurse Practitioner  Dunn.  2/22/13 and 2/23/13, patient seen by L. Brown, Mental Health Counselor.  Denied all mental health concerns.  3/1/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported the offender threatened to jump from stairs/attempted to jump from stairs.  Denied all suicidal/homicidal thoughts.  PLAN: Admit to medical infirmary on psychiatric observation.  3/2/13, patient seen by Dr. Anderson, Psychiatrist.  Reported hearing voices.  Denied all suicidal/homicidal thoughts.  Medication adjustment made.  Haldol 5 mg po every morning.  3/1/13 to 3/11/13, patient seen by mental health counselor for continued monitoring of mood/thoughts as the offender is on psychiatric observation.  3/11/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Denied all suicidal/homicidal thoughts.  Denied all hallucinations.  Thought processes organized and coherent.  His behavior will be monitored during mental health rounds for any s/s relapse/decompensate.  PLAN: D/C from medical.  3/15/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported hearing voices.  Preoccupied by internal stimuli, as he appears distracted; however, he is pleasant with the interview.  Thoughts processes organized and coherent.  Medications adjusted.  Haldol 10 mg IM and Benadryl 50 mg IM is given.  PLAN: Admit to medical infirmary on psychiatric observation.  3/16/13 to 3/23/13, patient seen by mental health counselors for monitoring of the offenders mood/thoughts as the offender remains on psychiatric observation.  3/22/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported compliant with medications.  Denied all suicidal/homicidal thoughts.  Denied all hallucinations.  Thought processes organized and coherent.  No s/s flight of ideas or loos associations.  Continue current medications.  PLAN: D/C to housing unit.  3/22/13 to 5/13/13, patient seen by mental health counselors during mental health rounds.  5/15/13, patient seen by Psychiatric Nurse Practitioner Dunn.  Reported paranoia.  Denied all suicidal/homicidal thoughts.  Denied all hallucinations.  Admitted for psychiatric observation.  5/15/13 to 5/25/13, patient seen by mental health counselor for monitoring of offender's mood/thoughts as the offender continues to be on psychiatric observation.  5/26/13, patient seen by Dr. Anderson, Psychiatrist.  Denied all hallucinations.  Denied all delusions.  Denied all suicidal/homicidal thoughts.  Now says that increase in Haldol has helped to eliminate those voices and he is

47

looking forward to returning back to the unit soon. 5/26/13 to 5/29/13, patient seen by mental health counselors for monitoring of mood/thoughts. 5/26/13, patient seen by Psychiatric Nurse Practitioner Dunn. Denied all hallucinations. Denied suicidal/homicidal thoughts. Denied paranoid. Thought processes goal directed, organized, and coherent. Discharged from psychiatric observation. Continue current medications.5/31/13, patient seen by L. Brown, Mental Health Counselor. Reported no mental health concerns. 6/3/13, patient seen for Treatment Team. Reported medication compliant. Denies all hallucinations. Denied all suicidal/homicidal thoughts. 6/7/13 to 6/30/13, patient seen by mental health counselor. Reported no mental health concerns. 7/2/13, patient seen by L. Brown, Mental Health Counselor. Reported no sleeping. Denied suicidal/homicidal thoughts. 7/2/13 to 7/7/13, patient seen by mental health counselors for continuing monitoring of mood/thoughts. Denied all suicidal/homicidal thoughts. 7/7/13 to 9/17/13, patient seen by mental health counselors on mental health rounds. Denied mental health concerns. 9/23/13, patient seen for Treatment Team. Reports medication compliant. Denied all mental health concerns. Denied all hallucinations. Denied all suicidal/homicidal thoughts. 9/25/13 to 11/5/13, patient seen by mental health counselors for mental health rounds. Denied all suicidal/homicidal thoughts. 11/9/13, patient seen by Psychiatric Nurse Practitioner Dunn. Reported stressing. Affect – anxious. Denied suicidal/homicidal thoughts at interview. Denied hallucinations, delusions, or paranoia. Thoughts organized, coherent and paranoia. Reported medication compliant. Reported taking meds – reports the current dose of Artane is not enough. Artane increased. 1/10/13 to 12/11/13, patient seen by mental health counselor for mental health rounds. Denied all suicidal/homicidal thoughts. 12/14/13, patient seen by Psychiatric Nurse Practitioner Dunn. Reported hallucinations. Thoughts organized, goal directed, and coherent. Medication adjustment made. PLAN: 1. Haldol 10 mg IM and Benadryl 50 mg IM NOW, 2. Haldol 10 mg IM and Benadryl 50 mg IM every 12 hrs. as needed psychotic agitation, 3. Haldol 10 mg by mouth bid, 4. Artane 5 mg by mouth bid, 5. Admit to medical – psychiatric observation. 12/15/13 to 12/18/13, patient seen by mental health counselors for continuing monitoring of offender's mood/thoughts. 12/18/13, patient seen by Psychiatric Nurse Practitioner Dunn. Continues to report hallucinations. Denied all suicidal/homicidal thoughts. Medication adjustment made. Orders 1. Haldol Dec. 100 mg IM every 28 days X 180 days (give on tomorrow – Dec. 19, 2013) and 2. D/C oral Haldol. 12/18/13 to 12/21/13, patient seen by mental health counselor for monitoring of mood/thoughts as the offender is on psychiatric observation. 12/13/13, patient seen by Psychiatric Nurse Practitioner Dunn. Reported depression. Denied suicidal/homicidal thoughts. Denied sxs of psychosis. Thought processes goal directed, organized, and coherent. Medication adjustments made. PLAN: 1. Wellbutrin 100 mg by mouth bid X 180 days, 2. Continue current RXs for Artane, as needed Haldol and Benadryl, and Haldol Dec., 3. D/C psychiatric observation, and 4. D/C from medical. 12/21/13 to 12/24/13, patient seen by mental health counselor. Denied all suicidal/homicidal thoughts. 1/15/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reported increase stress due to roommate keeping him up all night. Reports auditory hallucinations due to stressing. Reports voices telling him to harm himself. Placed on psychiatric observation to monitor mood/behaviors. Prn Haldol/Benadryl given. 1/16/14, patient seen by Psychiatric Nurse Practitioner Dunn. Reported doing well. Denied mood/thought disturbances. Denied suicidal/homicidal thoughts. D/C from observation. Medications continued. Denied s/e to medications. 1/22/14 and 1/28/14, patient seen by mental health counselors during mental health rounds. Denied mental health concerns. 2/3/14, patient seen for Treatment Team. Reported compliant with medications. Denied s/e to medications.

49

Denied sxs of psychosis.  Denied suicidal/homicidal thoughts.  2/4/14, 2/11/14, 2/17/14, 2/23/14, and 3/19/14, patient seen by mental health counselors on mental health rounds.  Denied mental health concerns.  3/21/14, patient seen by Psychiatric Nurse Practitioner Dunn.  Released from prison today.  On interview, denied suicidal/homicidal thoughts.  Denied mood/thought disturbances.  Thoughts organized and coherent.  Discharge medications discussed.  Consented to continue medications.  Denied s/e to medications.  **Patient's chart has 584 entries based on document ID number in the electronic health record, indicating extensive documentation in medical records.**

 Level of Care

The Special Management Unit, a mental health step-down program titled, High-Risk Incentive Peer Program represents the institution's level of care for inmates whose behavior and mental health symptoms have shown to be intractable to permanent change.  Inmates with severe behavioral problems are able to matriculate through this unit into other units.  This program is consistent with the risk and needs responsibility model often seen in correctional facilities where services are matched to criminogenic needs of offenders.  The design of a high-risk incentive tier program is consistent with models found effective in psychiatric state hospitals and correctional facilities based on a social learning model of positive and negative reinforcement for behavior.  These programs are based on progression through a level system and inmate's ability to attain specific milestones of behavioral change.  Inmates entering the Special Management Unit are assessed in an orientation group where they are given information about the expectations, policies and procedures.  The treatment needs are identified and a treatment plan is developed upon admission to the unit.  The program is designed to have inmates progress through three levels based on their behavior.  All inmates begin at level one.  Treatment is provided primarily in groups on pods A through D in Unit 5.  Inmates can progress or regress on their level based upon their behavior.  Desired incentives vary from each level and can be attained based upon the offender's behavior.  Specific programs available in the Special Management Unit include the following:

> Integrated Co-Occurring Disorder Treatment
> Aggression Replacement Training (ART)
> Thinking for a Change
> Conflict Resolution
> Interpersonal Effectiveness
> Structured Recreation

   Supplemental Services include the following:

> Family Visiting
> Religious Counseling
> Access to Library Services

It is quite evident that services are tailored to the individual needs of inmates as much as possible from the Individual Treatment Plan.  Inmates can progress from level three of the Special Management Unit to a unit outside of the tier program by completing the following steps:

1. Meet all Level 1 and Level 2 milestones.
2. Engage in pro-social behavior by refraining from secretive, deceptive and manipulative behavior.
3. Demonstrate an ability to challenge and replace thinking errors in a variety of situations.
4. Consistently demonstrate assertiveness skills when interacting with others.
5. Demonstrate pro-social behavior when interacting in group recreational activities.
6. Acquire coping skills when faced with difficulties in day-to-day living.
7. Not receive any negative information reports for at least 90 days.

8.  Express emotions appropriately.
9.  Write or verbalize an autobiography .
10. Complete Transition Meeting with the Treatment Team.

Accomplishment of the above milestones requires progression through appropriate expectations from each level over a sustained period of time which would be consistent with reinforcing positive behavior change from a level of treatment to another.

The outline of the Special Management Unit gives a more vivid description of the level of treatment program.  (Appendix)

Segregation Management

Segregation Management at the East Mississippi Correctional Facility comprises Solitary Confinement and Long-Term Segregation. The program is housed on Unit five where it has four pods and in Pod 6D. The physical structure allows for inmates to have access to a fenced area outside of their pod.

The prevention of mental deterioration is a major concern of solitary confinement and segregation. East Mississippi Correctional Facility has prevented the deleterious effect of solitary confinement and segregation by instituting a high-incentive tier program where inmates participate in a social learning model to promote positive behavioral change. This model has proved to be effective in reducing suicides, promoting self-enhancement through the various incentives at each level, and been cost-efficient in preventing disturbances such as property destruction.

The East Mississippi Correctional Facility program use of ipod's for the program's music is similar to the use of MP-3 players that have been researched and used successfully in Massachusetts County Jails to prevent mental decompensation and reward for positive behavior. The reinforcement items used at East Mississippi Correctional Facility are privileges such as additional time in the recreation area, additional showers, enhanced phone time with family, additional stamps for corresponding, and access to music. These positive reinforcements are considerable antidotes to mental deterioration and segregation. The Segregation Management Program at East Mississippi Correctional Facility meets all standards of accrediting bodies and follows the most recent best practice in correctional facilities.

Quality of Care

East Mississippi Correctional Facility adheres to Health Assurance policy of striving for continual improvement with the Quality Improvement Committee that meets quarterly. The committee reviews the standards of care to ensure quality. Quality of care meets the standards for NCCHC and ACA as evidenced by the factual data.

Inmates entering East Mississippi receive an Intake Assessment. Once at the facility, based upon their Intake Assessment, inmates are assigned a classification that is based upon their security and their mental health needs. Inmates who are assigned to one of seven units in the facility, can access mental health services by filling out a sick call form that is placed in a box or given to the attending registered nurse. These requests are triaged within a 24-hour period and depending on the needs, appointments are made by the Nurse Practitioner. Weekly rounds are conducted on each unit. Inmate requests are responded to in a timely manner. Based upon observation, inmates' requests were handled in a timely manner. Individual and group counseling is offered along with crisis management. Quality of Care is also enhanced by the level of programming provided by MTC on a daily basis. In one month alone, MTC staff provided six thousand hours of programming which is outstanding. Continuity of care is enhanced by Team Meetings that are held with the inmates. The Team Meetings allow adequate time for inmates to voice their concerns with the mental health staff and appropriate adjustments are rendered. Another indication of high quality care is the compliance rate with medication that is in the 90 percent range which exceeds community standards and is high for any correctional facility.

The psychotropic formulary at East Mississippi Correctional Facility is quite extensive for a correctional facility with minimum to no exclusion of old and new anti-psychotic, anti-anxiety and anti-depression medication. Pharmacy audits by the State revealed no concerns with pharmacy administration, thus substantiating another critical indicator of high quality of care.

Crisis Management

Management of any mental health crisis begins with the response of appropriately trained and authorized mental health professionals. In the East Mississippi Correctional Facility crises were handled by the appropriately trained individual. Consistently, staff give priority and immediate notification to mental health staff when a crisis is reported. The initial risk assessment is usually done by mental health staff and referred to the Psychiatric Nurse Practitioner who conducts an evaluation and refers to the Psychiatrist or sometimes the Psychologist. The collaboration is excellent as demonstrated by the following case:

36-year old African American Male diagnosed with Polysubstance Dependence and Schizophrenia, Paranoid Type. 10/25/12, patient seen by Psychiatric Nurse Practitioner Dunn . Increased psychosis with hallucinations and delusions. Has severely decompensated off medications. Refused offered psychotropic medications. Placed in medical on psychiatric observation to allow for monitoring of mood/behaviors. 10/26/12 and 10/27/12, patient seen by Mental health counselors. Continued with severe psychosis. Continued on psychiatric observation to allow for monitoring of mood/behaviors. 10/27/12, patient seen by Psychiatrist, Dr. Reeves. "Inmate with complaints of various medical issues, AIDS, cancer, etc. He has a

long history of schizophrenia. – He appears to be delusional.  Delusions are significant.  I recommend antipsychotic agents but he refuses them…" Continue to monitor closely.  10/27/12, 10/28/12, 10/29/12, 10/30/12, 10/31/12, 11/1/12, 11/2/12, 11/3/12, 11/4/12, 11/5/12, 11/6/12, and 11/7/12, patient seen by Mental health counselors.  Continues on psychiatric observation – mood/thought disturbances.  11/7/12, patient seen by Psychiatric Nurse Practitioner Dunn .  Continued with increase in psychosis.  Refused offered medications.  Continued on psychiatric observation due to severe psychosis – delusions, hallucinations, and paranoia.  11/8/12, 11/9/12, 11/10/12, 11/11/12, 11/12/12, 11/13/12, 11/14/12, 11/15/12, 11/16/12, 11/17/12, 11/18/12, 11/19/12, 11/20/12, 11/21/12, 11/22/12, 11/23/12, 11/24/12, and 11/25/12, patient seen by Mental health counselors.  Continued on psychiatric observation.  Continued with mood/thought disturbances – increase in psychosis.  11/25/12, patient seen by Psychiatrist, Dr. Anderson.  Inmate grossly disorganized and psychotic and continued to refuse his medication regimen…" Continued on psychiatric observation.  11/26/12, 11/27/12, 11/28/12, 11/29/12, 11/30/12, 12/1/12, 12/2/12, 12/3/12, and 12/4/12, patient seen by Mental health counselors.  Continued on psychiatric observation to continue to monitor mood/behaviors.  12/4/12, patient seen by Psychiatric Nurse Practitioner Dunn .  Remains on psychiatric observation.  Severe psychosis with delusions, hallucinations, and paranoia.  Mood/thought disturbances.  He has refused offered medications since being placed on observation.  However, finally agreed on yesterday to take the offered medications voluntarily – Haldol Dec. 100 mg IM and plain Haldol 10/Benadryl 50 mg given IM.  He had been refusing medications since admitted to observation.  Continued on psychiatric observation to monitor mood/behaviors.  1/2/13, patient seen by T. Truelove, Mental Health Counselor.  Denied suicidal/homicidal thoughts.  Delusional – however – cooperative.  1/2/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Agitated.  Reported to this provider, the offender broke his bed by repeatedly slamming the bed against the wall – he reported "I was exercising."  Haldol 10 mg given IM to assist with decreasing psychotic agitation.  Took voluntarily/cooperative with the administration of the injection.  10/10/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Calm at interview.  Denied mood/thought disturbances at interview.  Stabilizing with current medications.  Has significantly improved with psychotropic medications – on medications for a month now – had initially refused at the time of admission to observation – a month ago – accepted offered medications.  D/C psychiatric observation.  Continue Haldol Dec. and Cogentin – no s/e to medications.  1/11/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Reported doing well on unit.  D/C from psychiatric observation on yesterday, 1/20/13.  Calm on unit.  1/13/13, patient seen by Psychiatrist, Dr. Anderson.  Requested to discontinue medications – agreed to continue medications after reassured that the medications are helping with his overall mental health.  Haldol Dec. and Cogentin continued.  1/15/13, patient seen by Psychiatric Nurse Practitioner Dunn  at the request of the investigative staff – reports that the offender has been involved in inappropriate behaviors on the unit – sexually inappropriate behaviors on the unit.  Denied mood/thought disturbances.  No symptoms of psychosis at interview.  Medications continued.  Haldol Dec. and Cogentin.  8/14/13, patient seen by Mental Health Counselor, H. Thomas, at the request of the security staff.  The offender initially reported he needed to be isolated due to having suicidal thoughts.  Later admitted to "owing breakfast trays…trying to catch out…" Denied suicidal thoughts.  8/14/13, patient seen for TX Team.  Reported compliant with medications.  Denied hallucinations or delusions.  Denied mood disturbances.  8/19/13, patient seen by Psychiatric Nurse Practitioner Dunn .  Self-injurious behaviors – superficial cut to left arm.  Report cutting himself to get off the unit due to not wanted to be housed on current unit.  Reported hearing voices to harm hurt

54

himself.  Prn Haldol administered – took voluntarily.  Haldol Dec. increased.  Denied plans/intents harm self.  Referred to security regarding his housing issues.  9/3/13, 9/9/13, 9/23/13, 10/2/13, 10/10/13, 10/17/13, 10/24/13, 10/29/13, 11/15/13, 11/22/13, 11/28/13, 12/5/13, 12/18/13, 12/24/13, 1/2/14, 1/8/14, patient seen for mental health rounds by Mental health counselors.  1/11/14, patient seen by Psychiatrist, Dr. Anderson.  Reported complaint with medications.  Mood stable. Continue Haldol Dec. and Cogentin.  1/14/14 and 2/24/14, patient seen by Mental health counselors for mental health rounds.  Denied mood/thought disturbances.  3/1/14, patient seen by Psychiatrist, Dr. Anderson.  Exhibiting psychosis with reports of seeing spaceships.  Increased hallucinations with depressed mood.  Medications adjusted.  Loxapine, Wellbutrin, and Artane started – Haldol Dec. continued.  Residual psychosis.  3/4/14 and 4/15/14, patient seen by Mental Health Counselor for mental health rounds.  Denied mental health concerns.  Denied psychosis/denied mood disturbances.  4/21/14, patient seen by TX Team.  Reported compliant with medications.  Denied hallucinations/delusions.  4/22/14 and 6/26/14, patient seen for mental health rounds.  Denied thoughts to harm self/others.  Denied psychosis. Denied mood disturbances. Calm/cooperative. **The above response indicates that the appropriate handling and disposition of a crisis that resulted in successful stabilization of this offender's psychiatric symptoms.**

Shelvy Haywood Keglar, Ph.D., HSPP

55

56

**Appendix A – Patient Identification**

**Patient #1 –** ███████████████

**Patient #4 –** ████████

**Patient #5 –** ████████

**Patient #6 –** █████████████████

**Patient #7 –** █████████

**Patient #8 –** ████████

**Patient #9 –** █████████

**Patient #10 –** █████████

**Patient #11 –** ████████

**Patient #12 –** █████████

**Patient #13 –** █████████

**Patient #14 –** █████████

**Patient #15 –** █████████

**Patient #18 –** █████████

**Patient #19 –** ███████

**Patient #20 –** █████████

**Patient #25 –** █████████

**Patient #27 –** ██████████

**Patient #28 –** ██████████

## Overview of the Special Management Unit

The following chart summarizes the overall structure and conditions within the SMU:

| PODS | Level | Bed Capacity | Celling | Minimum Time in Phase | Recreation | Showers and Hygiene | Counseling | Visits | Commissary | Telephone |
|---|---|---|---|---|---|---|---|---|---|---|
| A | New Admissions for Assessment and Orientation and Level I | 32 | Single | 90 days RVR Free | 1 hour, 5 days a week | 3 showers, haircuts twice monthly | Orientation Group, Motivational Interviewing and Illness Management | 1 non-contac t visit per month | Hygiene and 20 stamps a month | 1 call per week |
| B | Actively Disruptive Level 0 | 32 | Single | 90 Days RVR Free 6 Months | 1 hour, 5 days a week | 3 showers, Haircuts twice monthly | Reorientation Group, Aggression Replacement Training, Motivational Interviewing and Anger Management | 1 non-contac t visit per month | Hygiene and 20 stamps a month | 1 call per week |
| C | Level II | 30-60 | Initial Single Then Double cell | 90 days RVR Free | 2-4 hours, 7 days, Limited Mixing | 7 showers, Haircuts twice monthly | Aggression Replacement Training, Thinking for Change, Conflict Resolution, and Anger Management | 1 non-contac t visit per month | Close Custody Commissary and 20 stamps a month | Phone calls 2 times per week |
| D | Level III | 30-60 | Single Cell | 90 days RVR Free | 3-4 Hours, 7 days, daily – mixing | 7 showers, Haircuts twice monthly | Thinking for Change, Interpersonal Effectiveness and Co-occurring Disorders Treatment | 1 non-contac t visit per month | Close – Medium Minimum Custody | Daily phone calls |