| | MISSISSIPPI DEPARTMENT OF CORRECTIONS | POLICY NUMBER 19-01 |
|---|---|---|
| | | AGENCYWIDE |
| | OFFENDER SEGREGATION | INITIAL DATE 08-13-1983 |
| ACA STANDARDS: 4-4249 thru 4-4273 | | EFFECTIVE DATE 08-01-2011 |
| STATUTES: 47-5-103 | NON-RESTRICTED | PAGE 1 of 4 |

**POLICY**:

It is the policy of the Mississippi Department of Corrections (MDOC) to establish classes of offender segregation.

**DEFINITIONS**:

Segregation – The confinement of an offender to an individual cell apart from the general population.

Administrative Segregation – A form of separation from the general offender population where the continued presence of the offender in the general population would pose a threat to life, property, self, staff, other offenders, or the security and/or orderly running of the facility.

Protective Custody – A form of separation of an offender from the general offender population who has requested or requires protection from other offenders.

Disciplinary Detention – A form of segregation from the general offender population in which an offender committing a serious violation of conduct is confined by the Disciplinary Hearing Officer for a designated period of time.

Health Care – The management of the physical and mental well-being of offenders.

Alternative Meals – Special food provided to offenders that comply with medical, religious or security requirements.

Management Isolation – Segregation of an offender in a cell environment in order to limit staff/other offender contact, restrict property, services, and activities due to his/her physical actions and/or threats that pose a risk to the offender, staff and/or other offenders.

**PRECEPTS**:

*Adult Correctional institutions:* **When segregation units exist, written policy and procedure govern their operation for the supervision of inmates under administrative segregation, protective custody, and disciplinary detention [4-4249].**

*Adult Correctional institutions:* **The warden/superintendent or shift supervisor can order immediate segregation when it is necessary to protect the inmate and others. The action is reviewed within 72 hours by the appropriate authority [4-4250].**

*Adult Correctional institutions:* **Written policy, procedure, and practice provide that an inmate is admitted to the segregation unit for protective custody only when there is documentation that protective custody is warranted and no reasonable alternatives are available [4-4251].**

19-01 (e)                    **EXHIBIT "43"**

| TITLE: OFFENDER SEGREGATION | | POLICY NUMBER 19-01 |
|---|---|---|
| EFFECTIVE DATE: 08-01-2011 | NON-RESTRICTED | PAGE 2 of 4 |

45  *Adult Correctional institutions:* Written policy, procedure, and practice provide that an
46  inmate is placed in disciplinary detention for a rule violation only after a hearing by the
47  disciplinary committee or hearing examiner [4-4252].
48
49  *Adult Correctional institutions:* Written policy, procedure, and practice provide for a review
50  of the status of inmates in administrative segregation and protective custody by the
51  classification committee or other authorized staff group every seven days for the first
52  two months and at least every 30 days thereafter [4-4253].
53
54  *Adult Correctional institutions:* Written policy, procedure, and practice specify the review
55  process used to release an inmate from administrative segregation and protective
56  custody [4-4254].
57
58  *Adult Correctional institutions:* There is a sanctioning schedule for institutional rule
59  violations. Continuous confinement for more than 30 days requires the review and
60  approval of the warden/superintendent or designee. Inmates held in disciplinary
61  detention for periods exceeding 60 days are provided the same program services and
62  privileges as inmates in administrative segregation and protective custody [4-4255].
63
64  *Adult Correctional institutions:* Written policy, procedure, and practice provide that a
65  qualified mental health professional personally interviews and prepares a written report
66  on any inmate remaining in segregation for more than 30 days. If confinement continues
67  beyond 30 days, a mental health assessment by a qualified mental health professional is
68  made at least every three months-more frequently if prescribed by the chief medical
69  authority [4-4256].
70
71  *Adult Correctional institutions:* Written policy, procedure, and practice require that all
72  special management inmates are personally observed by a correctional officer at least
73  every 30 minutes on an irregular schedule. Inmates who are violent or mentally
74  disordered or who demonstrate unusual or bizarre behavior receive more frequent
75  observation; suicidal inmates are under continuing observation [4-4257].
76
77  *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
78  in segregation receive daily visits from the senior correctional supervisor in charge, daily
79  visits from a qualified health care official (unless medical attention is needed more
80  frequently), and visits from members of the program staff upon request [4-4258].
81
82  *Adult Correctional institutions:* Written policy and procedure govern the selection criteria,
83  supervision, and rotation of staff who work directly with inmates in segregation on a
84  regular and daily basis [4-4259].
85
86  *Adult Correctional institutions:* Written policy, procedure, and practice provide that staff
87  operating segregation units maintain a permanent log [4-4260].
88
89  *Adult Correctional institutions:* Written policy, procedure, and practice provide that all
90  inmates in segregation are provided prescribed medication, clothing that is not
91  degrading, and access to basic personal items for use in their cells unless there is
92  imminent danger that an inmate or any other inmate(s) will destroy an item or induce
93  self-injury [4-4261].

19-01 (e)

| TITLE: OFFENDER SEGREGATION | | POLICY NUMBER 19-01 |
|---|---|---|
| EFFECTIVE DATE: 08-01-2011 | NON-RESTRICTED | PAGE 3 of 4 |

94  *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
95  in segregation have the opportunity to shave and shower at least three times per week
96  [4-4262].
97
98  *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
99  in segregation receive laundry, barbering, and hair care services and are issued and
100 exchange clothing, bedding, and linen on the same basis as inmates in the general
101 population. Exceptions are permitted only when found necessary by the senior officer
102 on duty; any exception is recorded in the unit log and justified in writing [4-4263].
103
104 *Adult Correctional institutions:* Alternative meal service may be provided to an inmate in
105 segregation who uses food or food service equipment in a manner that is hazardous to
106 self, staff or other inmates. Alternative meal service is on an individual basis, is based
107 on health or safety considerations only, meets basic nutritional requirements, and
108 occurs with the written approval of the warden/superintendent and responsible health
109 authority. The substitution period shall not exceed seven days [4-4264].
110
111 *Adult Correctional institutions:* Written policy, procedure, and practice provide that
112 whenever an inmate in segregation is deprived of any usually authorized item or activity,
113 a report of action is filed in the inmate's case record and forwarded to the chief security
114 officer [4-4265].
115
116 *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
117 in segregation can write and receive letters on the same basis as inmates in the general
118 population [4-4266].
119
120 *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
121 in segregation have opportunities for visitation unless there are substantial reasons for
122 withholding such privileges [4-4267].
123
124 *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
125 in segregation have access to legal materials [4-4268].
126
127 *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
128 in segregation have access to reading materials [4-4269].
129
130 *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
131 in segregation receive a minimum of one hour of exercise per day outside their cells, five
132 days per week, unless security or safety considerations dictate otherwise [4-4270].
133
134 *Adult Correctional institutions:* Written policy, procedure, and practice provide that inmates
135 in administrative segregation and protective custody are allowed telephone privileges [4-
136 4271].
137
138 *Adult Correctional institutions:* Written policy, procedure, and practice provide that, unless
139 authorized by the warden/superintendent or designee, inmates in disciplinary detention
140 are allowed limited telephone privileges except for calls related specifically to access to
141 the attorney of record [4-4272].

19-01 (e)

| TITLE: OFFENDER SEGREGATION | | POLICY NUMBER 19-01 |
|---|---|---|
| EFFECTIVE DATE: 08-01-2011 | NON-RESTRICTED | PAGE 4 of 4 |

142  *Adult Correctional Institutions:* **Written policy, procedure and practice provide that inmates**
143  **in administrative segregation and protective custody have access to programs and**
144  **services that include, but are not limited to, the following: educational services,**
145  **commissary services, library services, social services, counseling services, religious**
146  **guidance, and recreational programs [4-4273].**

148  The Commissioner or designee will establish procedures regarding offender segregation to
149  include, but not be limited to:

151  • Administrative Segregation
152  • Protective Custody
153  • Disciplinary Detention
154  • Management Isolation
155  • Supervision of offenders in segregation
156  • Conditions of segregation confinement
157  • Programs and services for offenders in segregation

159  The Director of Offender Services or designee will develop procedures to include, but not be
160  limited to:

162  • Documentation for placement of offenders in segregation
163  • Continued housing of offenders in segregation
164  • Safety of offenders in segregation
165  • Removal of offenders from segregation
166  • Classification review status

168  Procedures developed by the Director of Offender Services or designee will be reviewed by the
169  Deputy Commissioner of Institutions.

171  **DOCUMENTS REQUIRED:**

173  As required by this policy and through the chain of command.

| ENFORCEMENT AUTHORITY | | |
|---|---|---|
| All standard operating procedures (SOPs) and/or other directive documents related to the implementation and enforcement of this policy will bear the signature of and be issued under the authority of the Deputy Commissioner of Institutions. | | |
| **Reviewed and Approved for Issuance** | General Counsel | 7/22/204 Date |
| | Commissioner | 07/22/11 Date |

19-01 (e)