IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE DOCKERY, et al.                                              Plaintiffs

v.                                           Civil Action No. 3:13-cv-00326-WHB-JCG

CHRISTOPHER EPPS, et al.                                              Defendants

### ORDER GRANTING DEFENDANTS' MOTION TO SEAL CERTAIN EXHIBITS

WHEREAS Defendants have filed a Motion to Seal Certain Exhibits (ECF No. 223) that requests entry of an Order sealing certain exhibits filed in connection with Defendants' Motion to Exclude (ECF No. 222);

**WHEREAS** the Court has reviewed Defendants' request and concluded that the exhibits in question contain Protected Health Information, Individually Identifiable Health Information, and/or personal identifying information, and that sealing of exhibits containing such information is warranted;

**IT IS HEREBY ORDERED** that Defendants' Motion to Seal Certain Exhibits is **GRANTED**. The Clerk of the Court is hereby ordered to place under seal the following documents from the public:

| | | |
|---|---|---|
| Exhibit G | Medical records of Anderson, Robert #153440 | (2574 pages) |
| Exhibit H | Medical records of Autry, Bilethon #133725 | (1038 pages) |
| Exhibit I | Medical records of Barnett, Corey #R5905 | (1695 pages) |
| Exhibit J | Medical records of Barrett, John #2757 | (4093 pages) |
| Exhibit K | Medical records of Covington, Jeffery #171478 | (449 pages) |
| Exhibit L | Medical records of Dockery, Jermaine #K2538 | (1327 pages) |
| Exhibit M | Medical records of Flaggs, Tavares #M16163 | (3674 pages) |

Exhibit N    Medical records of Fredenburg, Philip #141387 (834 pages)

Exhibit O    Medical records of Hayes, Derrick #101544 (1413 pages)

Exhibit P    Medical records of Hayes, Gregory #146872 (1259 pages)

Exhibit Q    Medical records of Hogan, Otey #55786 (3029 pages)

Exhibit R    Medical records of Luckett, Alvin #44018 (1679 pages)

Exhibit S    Medical records of Lyons, Rico #128270 (2745 pages)

Exhibit T    Medical records of Osborne, Joseph #M2916 (987 pages)

Exhibit U    Medical records of Robinson, Willie #58101 (1062 pages)

Exhibit V    Medical records of Vann, James #137404 (3285 pages)

SO ORDERED, this 16th day of December, 2014.

                                                s/William H. Barbour, Jr.
                                                UNITED STATES DISTRICT COURT JUDGE