# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

3:13 cv 326

No. 15-90110



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 0 2 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

A True Copy
Certified order issued Nov 02, 2015

Jyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

JERMAINE DOCKERY, on behalf of themselves and all others similarly situated; JEFFREY COVINGTON, on behalf of themselves and all others similarly situated; JOSEPH OSBORNE, on behalf of themselves and all others similarly situated; PHILLIP FREDENBURG, on behalf of themselves and all others similarly situated; JOHN BARRETT, on behalf of themselves and all others similarly situated; DERRICK HAYES, on behalf of themselves and all others similarly situated; ALVIN LUCKETT, on behalf of themselves and all others similarly situated; JAMES VANN, on behalf of themselves and all others similarly situated,

        Plaintiffs - Respondents

MICHAEL COMBS; EDDIE PUGH; DERRICK LANE; TAVARES FLAGGS; HENRY MOORE,

        Intervenor Plaintiffs - Respondents

v.

MARSHALL L. FISHER, in his official capacity as Commissioner of the Mississippi Department of Corrections; GLORIA PERRY, in her official capacity as Chief Medical Officer for the Mississippi Department of Corrections; ARCHIE LONGLEY, in his official capacity as Deputy Commissioner for Institutions of the Mississippi Department of Corrections; RICHARD D. MCCARTY,

        Defendants - Petitioners

Motion for Leave to Appeal
under Fed. R. Civ. P. 23(f)

---

Before GRAVES, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that petitioners' motion for leave to appeal under Fed. R. Civ. P. 23(f) is DENIED.