**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

JERMAINE DOCKERY, *et al.*,

> Plaintiffs,

v.                                                              Civil Action No. 3:13-cv-326-WHB-JCG

PELICIA HALL, *et. al.*,

> Defendants.

---

**PLAINTIFFS' MOTION TO VACATE SUMMARY JUDGMENT, OR, IN THE**
**ALTERNATIVE, DEFER OPPOSITION BRIEFING TO ANY MOTION FOR**
**SUMMARY JUDGMENT UNTIL AFTER THE TRIAL IN THIS MATTER**

---

Plaintiffs bring this Motion to Vacate Summary Judgment, or in the Alternative, Defer Opposition Briefing to any Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 16:

1.   Under the Court's Case Management Order, summary judgment motions must be filed on or before July 28, 2017. *See* ECF No. 501.

2.   Trial in this matter is calendared to begin on January 2, 2018. *Id.* The case will be tried to the Court rather than to a jury.

3.   As to each of Plaintiffs' claims for relief, there are genuine disputes of material fact that will prevent the Court from granting summary judgment, and will require a trial on the merits.

4.   Permitting the parties to file summary judgment motions will only serve to increase litigation costs for the parties and the Court.

5.   Vacating the summary judgment proceeding in lieu of proceeding directly to trial will not prejudice Defendants.

6.   For these and the additional reasons set forth in the accompanying memorandum, Plaintiffs now bring this motion requesting that the Court amend the Case Management Order in this matter, and vacate the summary judgment proceeding in favor of proceeding directly to trial on the merits. In the alternative, Plaintiffs request that the Court exercise its discretion to defer opposition briefing on any motion for summary judgment until after trial.

7.   Plaintiffs submit the following exhibits in support of this motion:

a.   Exhibit 1 is a true and correct copy of the expert report prepared by Plaintiffs' expert Dr. Terry Kupers on December 29, 2016. The report has been redacted to omit any personally-identifiable information.

b.   Exhibit 2 is a true and correct copy of the expert report prepared by Plaintiffs' expert Dr. Bruce Gage on December 29, 2016. The report has been redacted to omit any personally-identifiable information.

c.   Exhibit 3 is a true and correct copy of the Mississippi Department of Corrections' Monthly Reports for the period of time between July 2015 and June 2016, and bearing Bates-stamp DEF-215921.

d.   Exhibit 4 is a true and correct copy of the Mississippi Department of Corrections' Monthly Reports for the period of time between July 2016 and January 2017, and bearing Bates-stamp DEF-215935.

e.   Exhibit 5 is a true and correct copy of the November 2016 first shift rosters at EMCF.

f.   Exhibit 6 is a true and correct copy of the EMCF Monitor's monthly monitoring worksheets for each month between January 2016 and December 2016, not including November 2016, for which no worksheet is available. The compilation bears the beginning Bates-stamp DEF-213182.

g.  Exhibit 7 is a true and correct copy of an email exchange initiated by Vernell Thomas on July 1, 2015, bearing Bates-stamp DEF_ESI_0006171. Prisoner names and MDOC numbers have been redacted for purposes of this exhibit.

h.  Exhibit 8 is a true and correct copy of the expert report prepared by Plaintiffs' expert Madeline LaMarre on December 29, 2016. Exhibit 1 of the LaMarre (2016) expert report is Ms. LaMarre's 2011 expert report, and Exhibit 2 of the LaMarre (2016) expert report is Ms. LaMarre's 2014 expert report in this case. The reports have been redacted to omit any personally-identifiable information.

i.  Exhibit 9 is a true and correct copy of excerpts of the May 22, 2017 deposition of Dr. Rolando Abangan.

j.  Exhibit 10 is a true and correct copy of an email exchange involving MDOC's Chief Medical Officer, Dr. Gloria Perry, on August 31, 2015, bearing Bates-stamp DEF_ESI_0015605.

Dated: July 3, 2017                        Respectfully submitted,

                                           s/Ravi Doshi

                                           Ravi Doshi
                                           Anna Q. Han
                                           Covington & Burling LLP
                                           One CityCenter, 850 Tenth Street, NW
                                           Washington, DC 20001-4956
                                           Phone: 202-662-5620
                                           rdoshi@cov.com
                                           ahan@cov.com
                                           (admitted *pro hac vice*)

Mark P. Gimbel
Gretchen Hoff Varner
Xinping Zhu
Erin K. Monju
Benjamin R. Salk
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: 212-841-1000
Fax: 212-841-1010
mgimbel@cov.com
ghoffvarner@cov.com
xzhu@cov.com
emonju@cov.com
bsalk@cov.com
(admitted *pro hac vice*)

Gabriel B. Eber
Eric G. Balaban
Carl Takei
Jamelia Natasha Morgan
Margaret Winter
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: 202-393-4930
Fax: 202-393-4931
geber@aclu.org
ebalaban@aclu.org
ctakei@aclu.org
jmorgan@aclu.org
(admitted *pro hac vice*)

Elissa Johnson, MS Bar #103852
Jody E. Owens, II, MS Bar # 102333
Sarah D. Bidinger, MS Bar #105015
Chelsea Caveny, MS Bar #105300
William Bardwell, MS Bar #102910
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS39201
Phone: 601-948-8882
Fax: 601-948-8885
elissa.johnson@splcenter.org
jody.owens@splcenter.org
sarah.bidinger@splcenter.org
chelsea.caveny@splcenter.org
will.bardwell@splcenter.org

Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012
Phone: 202-291-3774
elizabethalexander@lawofficesofelizabethalexander.com
(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Ravi Doshi, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

SO CERTIFIED, this 3rd day of July, 2017.

Respectfully submitted,

*/s/ Ravi Doshi*
Ravi Doshi