*American Correctional Association*

# ACCREDITATION REPORT



*Commission on Accreditation for Corrections*

Management & Training Corporation
East Mississippi Correctional Facility
Meridian, Mississippi

*The mission of the Commission on Accreditation for Corrections is to upgrade and improve practices and conditions in adult and juvenile correctional facilities and programs through an accreditation process which is founded on a commitment to accountability, professionalism and respect for basic human rights and which recognizes sound and effective correctional practices, while striving towards excellence in the field of corrections.*

**EXHIBIT**

**E**

DEF-024564

# ACA
### FOUNDED 1870
# AMERICAN CORRECTIONAL ASSOCIATION
206 NORTH WASHINGTON STREET, SUITE 200 • ALEXANDRIA, VIRGINIA 22314
703 • 224 • 0000  FAX: 703 • 224 • 0010
WWW.ACA.ORG

August 17, 2015

Management & Training Corporation
East Mississippi Correctional Facility
Meridian, Mississippi

Congratulations!

It is a pleasure to officially inform you that the East Mississippi Correctional Facility was accredited by the Commission on Accreditation for Corrections at the American Correctional Association 2015 August Conference on August 17, 2015 in Indianapolis, Indiana.

Your accreditation represents the satisfactory completion of a rigorous self-evaluation, followed by an outside review by a team of experienced, independent auditors.

Every profession strives to provide a high quality of service to society. To know that you, your staff, and other officials are complying with the requirements of the accreditation process is indeed a statement of a high level of commitment to the staff and persons under your care.

On behalf of the American Correctional Association and the Commission on Accreditation for Corrections, thank you for your commitment to the corrections profession and to the accreditation process.

Sincerely,

*Elias Diggins*

Elias Diggins, Chairperson
Commission on Accreditation for Corrections



## AMERICAN CORRECTIONAL ASSOCIATION

206 North Washington Street, Suite 200 • Alexandria, Virginia 22314
703 • 224 • 0000  Fax: 703 • 224 • 0010
WWW.ACA.ORG

For Immediate Release

# East Mississippi Correctional Facility Awarded National Accreditation

Elias Diggins, Chairperson of the Commission on Accreditation for Corrections (CAC), and Bridget Bayliss-Curren, Director of Standards and Accreditation, American Correctional Association recently announced the accreditation of the East Mississippi Correctional Facility. The award was presented in conjunction with the American Correctional Association 2015 Congress of Correction on August 17, 2015 in Indianapolis, Indiana.

In presenting the award, Elias Diggins, Chairperson of the CAC, and Mary Livers, President of the American Correctional Association (ACA), complimented the facility on their professional level of operation and their success in completing the accreditation process. The agency is one of over 1,500 correctional organizations currently involved in accreditation across the nation.

The accreditation program is a professional peer review process based on national standards that have evolved since the founding of the Association in 1870. The standards were developed by national leaders from the field of corrections, law, architecture, health care, and other groups who are interested in sound correctional management.

ACA standards address services, programs, health care and security operations essential to effective correctional management. Through accreditation, an agency is able to maintain a balance between protecting the public and providing an environment that safeguards the life, health, and safety of staff and offenders. Standards set by ACA reflect practical up-to-date policies and procedures and function as a management tool for agencies and facilities throughout the world.

The three-year accreditation award granted to the East Mississippi Correctional Facility does not signal the end of their involvement in the accreditation process. During the award period, staff will work to improve any deficiencies identified during the audit and maintain continuous compliance with the standards.

DEF-024566



# AMERICAN CORRECTIONAL ASSOCIATION

206 NORTH WASHINGTON STREET, SUITE 200 •ALEXANDRIA, VIRGINIA 22314
703 •224 •0000 FAX: 703 •224 •0010
WWW.ACA .ORG

Congratulations on your accreditation award! You are now a member of the elite in achieving correctional excellence. The certificate you have received is but a small symbol of the enormous dedication and commitment demonstrated by each and every member of your staff to the accreditation process, and I urge you to display it prominently as a continual reminder of the level of professionalism achieved. This is just the beginning of your journey, however, for the true test of excellence is the test of time. It is critical that your operation be able to sustain this achievement over time and be constant through both prosperity and adversity.

Achieving American Correctional Association Accreditation means you have demonstrated your dedication to getting the job done right, and that you are holding your agency to a higher standard.

Thank you for your commitment to the American Correctional Association and the standards and accreditation process.

*Bridget Bayliss Curren*

Bridget Bayliss-Curren, Director
Standards and Accreditation
American Correctional Association

DEF-024567

## Overview of the American Correctional Association

The American Correctional Association is the oldest and most prestigious correctional membership organization in the United States. Founded in 1870, ACA currently represents more than 20,000 correctional practitioners in the United States and Canada. Members include all levels of staff from a wide variety of correctional disciplines and programs as well as professionals in allied fields and representatives from the general public. In addition, the Association represents the interests of 74 affiliated organizations whose goals, while similar to those of ACA, focus on specialized fields and concerns within the realm of corrections.

At its first organizational meeting held in Cincinnati, Ohio, in 1870, the Association elected then-Ohio governor and future U.S. President, Rutherford B. Hayes, as its first president. The *Declaration of Principles* developed at that first meeting became the guidelines for correctional goals in both the United States and Europe.

Since that time, ACA has continued to take a leadership role in corrections and work toward a unified voice in correctional policy. In recent years, one of the Association's major goals has been the development of national correctional policies and resolutions of significant issues in corrections. These policies are considered for ratification at the Association's two annual conferences and ratified policies are then disseminated to the field and other interested groups. ACA has also had a major role in designing and implementing professional standards for correctional practices, as well as methods for measuring compliance with those standards.

The Association conducts research and evaluation activities, provides training and technical assistance, and carries out the regular responsibilities of any professional membership organization, including a full publications program. The Association's two annual conferences, held in varying cities across the nation, attract more than 5,000 delegates and participants each year from the 50 states, U.S. territories, and several foreign countries.

Membership in ACA is open to any individual, agency, or organization interested in the improvement of corrections and the purposes and objectives of the Association. Members include the majority of state, local, provincial, and territorial correctional agencies; individual correctional institutions and local jails, pretrial programs and agencies, schools of criminal justice in colleges and universities, libraries; and various probation, parole, and correctional agencies. Most of ACA's members are employed at the federal, state, and local levels. Members also include more than 200 volunteers affiliated with these agencies as administrators or as members of advisory boards and committees.

### Organizational Purposes of the American Correctional Association

Among the most significant purposes of the Association as outlined in its Constitution, are:

> *To promote the coordination of correctional organizations, agencies, programs, and services to reduce fragmentation and duplication of effort and increase the efficiency of correctional services on a national basis.*

> *To develop and maintain liaisons and a close working relationship in America with national, regional, state, and local associations and agencies in the correctional, criminal justice, civic, and related fields for mutual assistance and the interchange of ideas and information, and to extend and strengthen cooperative working relationships with similar associations and agencies on the international level.*

> *To develop and promote effective standards for the care, custody, training, and treatment of offenders in all age groups and all areas of the correctional field: detention facilities and services, institutions and other facilities for juvenile and adult offenders, probation, parole, community residential centers, and other community-based programs and services.*

> *To conduct studies, surveys, and program evaluations in the correctional field, and provide technical assistance to correctional organizations, departments, institutions, and services.*

> *To publish and distribute journals and other professional materials dealing with all types of correctional activities.*

> *To promote the professional development of correctional staff at all levels.*

In carrying out these purposes, ACA sponsors programs for policy analysis, demonstration, and research. ACA also provides testimony, consultation, publications, conferences, workshops, and other activities designed to stimulate constructive action regarding correctional problems.

### Standard and Accreditation

Perhaps ACA'S greatest influence has been the development of national standards and the accreditation process. ACA standards address services, programs, and operations essential to effective correctional management. Through accreditation, an agency is able to maintain a balance between protecting the public and providing an environment that safeguards the life, health, and safety of staff and offenders. Standards set by ACA reflect practical up-to-date policies and procedures and function as a management tool for over 1,500 correctional agencies in the United States.

DEF-024569

## Organizational Structure of the American Correctional Association

### Executive Committee

The Executive Committee is composed of the elected officers of the Association - president, vice president, treasurer, two Board of Governors' members, the immediate past president, the president-elect, and the ACA executive director. The Executive Committee meets at least quarterly and exercises most of the powers of the Board of Governors during the intervals between meetings of the board.

### Board of Governors

ACA's bylaws vest control of the Association with an 18-member elected Board of Governors composed of the officers of the Association and five at-large members. To ensure the interdisciplinary nature of the Association, board members must represent the following areas:

At-Large Citizen (not employed in corrections)
Correctional Administration (Adult)
Correctional Administration (Juvenile)
Institutions (Adult)
Institutions (Juvenile)
Probation (Adult)
Probation (Juvenile)
Parole or Post-Release Supervision (Adult)
Community Programs (Adult)

Community Programs (Juvenile)
Aftercare or Post-Release Supervision (Juvenile)
Detention (Adult)
Detention (Juvenile)
At-Large (Ethnic Minority) (3)
Education
Member At-Large

### Delegate Assembly

The Delegate Assembly is composed of delegates from the professional affiliates, geographical chapters, membership at-large, Board of Governors, past presidents of ACA, and representatives of each military service. The Delegate Assembly can establish policy, define Association positions on broad social and professional issues, and determine major programs and legislative priorities. They meet at least twice annually, at the Winter Conference and Congress of Correction.

### Committees

The majority of the Association's activities take place through committees. Each committee chair reports to the Association's Board of Governors at least twice a year. In this way, the Association collectively benefits from the involvement and contribution of the hundreds of individuals who function on the various committees. Ad-hoc committees are appointed by the president of the Association.

The current committees and councils are:

Committee on Affirmative Action                    Committee on Constitution and Bylaws

DEF-024570

Committee on International Relations
Committee on Congress Program Planning
Committee on Legal Issues
Committee on Correctional Awards
Committee on Membership
Committee on Military Affairs
Council of Professional Affiliates
Council of Dual-Membership Chapters and
State and Geographical Affiliates
Nominating Committee

Council on Professional Education
Credentials Committee
Research Council
Eligibility Committee
Resolutions & Policy Development
Comm
Committee on Ethics
Standards Committee
Legislative Affairs Committee

**Affiliates and Chapters**

Affiliates and state chapters are major features of the Association's structure. They represent professional, regional, and state groups across the United States and Canada. Affiliates and chapters contribute to the professional development of all members by providing consultation in their respective areas of interest and by participating in seminars and workshops at ACA's annual conferences.

The following affiliates and chapters are currently associated with ACA:

Alabama Council on Crime and Delinquency
Alston Wilkes Society
American Assn for Correctional Psychology
American Correctional Chaplains Association
American Correctional Food Service
Association
American Correctional Health Services Assn
American Institute of Architects
American Jail Association
American Probation and Parole Association
Arizona Probation, Parole, and Corrs Assn
Association for Corrl Research and Info Mgmt
Assn of Paroling Authorities, International
Assn of State Correctional Administrators
Assn of Women Executives in Corrections
International Assn of Correctional Officers
Iowa Corrections Association
Juvenile Justice Trainers Association
Kansas Correctional Association
Kentucky Council on Crime and Delinquency
Louisiana Correctional Association
Maryland Criminal Justice Association
Michigan Corrections Association
Middle Atlantic States Correctional
Association
Minnesota Corrections Association
Missouri Corrections Association

National Association of Adult and Juvenile
State
Corrections Mental Health Directors
National Assn of Blacks in Criminal Justice
National Association of Juvenile Corrl
Agencies
Oregon Criminal Justice Association
Parole and Probation Compact
Administrators Association
Pennsylvania Assn of Probation, Parole, and
Corrections
Prison Fellowship
South Carolina Correctional Association
Tennessee Corrections Association
Association on Programs for Female
Offenders
Central States Correctional Association
Colorado Correctional Association
Connecticut Criminal Justice Association
Correctional Association of Massachusetts
Correctional Accreditation Managers Assn
Correctional Education Association
Correctional Industries Association
Family and Corrections Network
Florida Council on Crime and Delinquency
Illinois Correctional Association
Indiana Correctional Association

DEF-024571

International Assn of Corrl Training Personnel
International Community Corrections Assn
National Association of Probation Executives
National Coalition for Mental and Substance
Abuse Health Care in the Justice System
National Correctional Recreation Association
National Council on Crime and Delinquency
Nation Juvenile Detention Association
Nebraska Correctional Association
Nevada Correctional Association
New Jersey Chapter Association
New Mexico Correctional Association
New York Corrections and Youth Svcs Assn

North American Association of Wardens &
Superintendents
North Carolina Correctional Association
Ohio Correctional and Court Svcs
Association
Texas Corrections Association
The Salvation Army
Utah Correctional Association
Virginia Correctional Association
Volunteers of America
Washington Correctional Association
Wisconsin Correctional Association

DEF-024572

## Major Activities of the American Correctional Association

### Legislation

The American Correctional Association is involved with all major issues affecting corrections today. Members and ACA staff maintain close working relationships with committees of the U.S. Congress and all federal agencies and groups whose decisions affect correctional policy. Expert testimony on a wide range of correctional issues is prepared for congressional committee and subcommittee hearings, and recommendations are provided to federal administrative agencies.

To ensure that the concerns and issues of the corrections profession are represented in proposed legislation and public policy, ACA's legislative liaison is addressing legislative and government concerns that will impact the corrections profession. ACA has established partnerships between chapters and affiliates and other national policy making organizations to present a strong collective voice for correctional reform throughout the world.

### Professional Development

The purpose of the Association's Professional Development Department is to plan, promote, and coordinate professional development through training seminars, workshops, and published materials including curriculums, resource guides, and monographs.

ACA's training plan calls for a variety of professional development activities. Nationally advertised workshops cover topics such as training for trainers, management training, community-based employment programs, and stress management. On-site workshops for state and local departments of corrections are offered in curriculum development, supervision, communications, and report-writing skills.

The *Training for Correctional Staff Trainers* workshops further the skills of correctional professionals qualified to initiate and deliver training. These workshops also enable agencies to comply with national standards for accreditation and ensure that training is job-related and professionally developed and presented.

The department also offers correspondence courses to further professional development. More than 6,000 correctional personnel have completed or are in the process of completing ACA's self-instruction training program for correctional officers. This program, developed under the auspices of the National Institute of Corrections, provides 40 hours of basic training in accordance with ACA standards. A score of at least 80 percent on the comprehensive examination must be attained to achieve certification.

The Association has similar courses available for correctional supervisors, juvenile caseworkers, and food service employees. Additional courses which cover report writing skills, correctional management skills, legal issues for probation and parole officers, and legal issues for correctional officers are also available.

DEF-024573

## Publications

As one of the leading publishers of practical correctional publications, ACA produces books, videos, and lesson plans. Among the wide ranging subjects available are management, community, security, counseling, law, history, and health. These excellent resources for career advancement appeal to practitioners and scholars alike. Directories for every major sector of corrections are also published by ACA.

The following is just a few of the many publications that ACA offers:

*Corrections Today* is the major corrections magazine in the United States. Published seven times a year, it focuses on the interests of the professional correctional employee and administrator. Articles include reports of original research, experiences from the field, discussion of public policy, and the perspectives of prominent practitioners and academicians.

*On the Line* is published five times a year and contains national and local news of interest to the criminal justice professional.

*Corrections Compendium Newsletter* publishes cutting-edge information about the corrections environment. Survey information is compiled from 52 U.S. and 14 Canadian correctional systems.

*The Juvenile and Adult Directory* has been published since 1939. A revised edition of the directory is released each January. This publication is the only up-to-date, comprehensive directory of all U.S. and Canadian juvenile and adult correctional departments, institutions, agencies, and paroling authorities.

*The National Jail and Adult Detention Directory* was first published in 1978. It is a source of information concerning jails. The directory, published every two years, attempts to list all jails in the United States that house offenders or detainees for more than 48 hours.

*The Probation and Parole Directory*, updated every two years, provides over 500 pages of information regarding federal, state, and county adult and juvenile probation, parole and aftercare systems in the United States. It includes statistics on caseloads, expenditures, and personnel.

*The State of Corrections*, formerly *The Proceedings*, includes the events of both the Congress of Correction and the Winter Conference. Published since 1870, it includes selected speeches and panel presentations concerning the latest thoughts and practices in the criminal justice field.

*Correctional standards* are the most significant improvement in correctional programming. As the basis for accreditation, they give administrators a nationally recognized system for upgrading and improving their correctional services. The Association currently publishes over 20 manuals for every correctional discipline.

DEF-024574

To aid in the development of policy with relation to accreditation, *Guidelines for the Development of Policies and Procedures* are available for adult correctional institutions, adult parole authorities/adult probation and parole field services, adult local detention facilities, adult community residential services, juvenile detention facilities, and juvenile training schools.

**Conventions**

ACA hosts two national conventions each year that attract more than 5,000 professionals from all aspects of corrections; the Winter Conference held in January, and the Congress of Correction, held in August. These events include a variety of workshops, exhibits, and seminars devoted to addressing topics specific to the corrections profession.

**Contracts and Grants**

The American Correctional Association has a history of successful grant and contract management and administration. ACA has completed contracts and grants of more than $30 million. These diverse initiatives, which are funded through federal and private sources, add to the technical expertise and knowledge of the organization as well as to the total field of corrections.

**Standards and Accreditation**

Perhaps ACA's greatest influence has been the development of national standards and the accreditation process. ACA standards address services, programs, and operations essential to effective correctional management. Through accreditation, an agency is able to maintain a balance between protecting the public and providing an environment that safeguards the life, health, and safety of staff and offenders. Standards set by ACA reflect practical up-to-date policies and procedures and function as a management tool for over 1,200 correctional agencies in the United States.

DEF-024575

## Overview of the Commission on Accreditation for Corrections

The Commission on Accreditation for Corrections (CAC) is a private, nonprofit organization established in 1974 with the dual purpose of developing comprehensive, national standards for corrections and implementing a voluntary program of accreditation to measure compliance with those standards.

The Commission was originally developed as part of the American Correctional Association. In 1979, by joint agreement, the Commission separated from the Association in order to independently administer the accreditation program. Between 1978 and 1986, the organizations shared the responsibility for developing and approving standards and electing members of the Commission. On November 7, 1986, the Commission on Accreditation for Corrections officially realigned itself with the American Correctional Association.

The Commission meets at least twice each year. The responsibility of rendering accreditation decisions rests solely with this board. The members of the Commission represent the full range of adult and juvenile corrections and the criminal justice system. They are elected from the following categories:

> National Association of Juvenile Correctional Agencies (1 representative)
> Council of Juvenile Correctional Administrators (1 representative)
> Association of State Correctional Administrators (2 representatives)
> National Sheriffs' Association (2 representatives)
> American Jail Association (1 representative)
> North American Association of Wardens and Superintendents (1 representative)
> International Community Corrections Association (1 representative)
> American Probation and Parole Association (1 representative)
> Association of Paroling Authorities International (1 representative)
> National Juvenile Detention Association (1 representative)
> American Bar Association (1 representative)
> American Institute of Architects (1 representative)
> National Association of Counties (1 representative)
> Correctional Health (Physician) (1 representative)
> Juvenile Probation/Aftercare (1 representative)
> Adult Probation/Parole (1 representative)
> At-Large (17 representatives)
> Citizen At-Large (Not in Corrections) (1 representative)

**Association Staff**

Accreditation activities are supported by the staff of the American Correctional Association, Standards and Accreditation Department, under the leadership of the director of the department. Standards and Accreditation Department staff is responsible for the daily operation of the accreditation program. Agencies in the process have contact primarily with the accreditation specialist responsible for their state or agency.

DEF-024576

**Auditors**

Over 600 corrections professionals in the United States have been selected, trained, and employed on a contract basis by the Association. These individuals perform the field work for the Association which includes providing assistance to agencies working toward accreditation, conducting on-site audits of agencies to assess compliance with standards and confirming that requirements are met, and monitoring to ensure maintenance of the conditions required for accreditation. Teams of auditors, referred to visiting committees or audit teams, are formed to conduct standards compliance audits of agencies seeking accreditation and reaccreditation.

Auditors are recruited nationally through announcements in prominent criminal justice publications and at major correctional meetings. Affirmative action and equal employment opportunity requirements and guidelines are followed in the recruitment of auditors. All auditors employed by the Association have a minimum of three years of responsible management experience, have received a recommendation from an agency administrator, and have demonstrated knowledge in the substantive area(s) in which they are employed to assist the Association. In addition, all auditors must successfully complete the Association's auditor training and be members of the ACA in good standing.

**Standards Development**

Development of the ACA standards began in 1974 with an extensive program of drafting, field testing, revising, and approving standards for application to all areas of corrections. Since then, over 1,200 correctional facilities and programs have adopted the standards for implementation through accreditation, and many others have applied the standards informally themselves.

In the development of standards, the goal was to prescribe the best possible practices that could be achieved in the United States today, while being both realistic and practical. Steps were taken to ensure that the standards would be representative of past standards development efforts, reflect the best judgment of corrections professionals regarding good corrections practice, recognize current case law, and be clear, relevant, and comprehensive. The standards development and approval process has involved participation by a wide range of concerned individuals and organizations. Twenty-three manuals of standards are now used in the accreditation process:

> *Standards for the Administration of Correctional Agencies*
> *Standards for Adult Parole Authorities*
> *Standards for Adult Probation and Parole Field Services*
> *Standards for Adult Correctional Institutions*
> *Standards for Adult Local Detention Facilities*
> *Standards for Small Jail Facilities*
> *Standards for Electronic Monitoring Programs*
> *Standards for Adult Community Residential Services*
> *Standards for Adult Correctional Boot Camps*
> *Standards for Correctional Industries*
> *Standards for Core Jails*

DEF-024577

*Standards for Correctional Training Academies*
*Standards for Juvenile Community Residential Facilities*
*Standards for Correctional Facilities*
*Standards for Juvenile Detention Facilities*
*Standards for Juvenile Day Treatment Programs*
*Standards for Juvenile Correctional Boot Camps*
*Standards for Therapeutic Communities*
*Standards for Small Juvenile Detention Facilities*
*Standards for Performance-Based Health Care in Adult Correctional Institutions*
*Certification Standards for Health Care Programs*
*Standards for Adult Correctional Institutions (in Spanish)*

The standards establish clear goals and objectives critical to the provision of constitutional and humane correctional programs and services. The standards include the requirement for practices to promote sound administration and fiscal controls, an adequate physical plant, adherence to legal criteria and provision of basic services. Basic services called for by the standards include the establishment of a functional physical plant, training of staff, adoption of sanitation and safety minimums, and provision of a safe and secure living environment. In offering specific guidelines for facility and program operations, the manuals of standards address due process and discipline, including access to the courts, mail and visitation, searches, and conditions of confinement of special management offenders.

The standards are systematically revised to keep pace with the evolution of different correctional practices, case law, and after careful examination of experiences, applying them over a period of time and circumstances. The ACA Standards Committee, which includes membership from the Commission on Accreditation for Corrections, is responsible for standards development and revision.

The ACA publishes biannual supplement to the standards with updated information and clarifications until new editions of standards manuals are published. Each supplement addresses standards interpretations, deletions, revisions, and additions for all manuals of standards issued by the Standards and Accreditation Department.

Suggestions and proposals for revisions to the standards from the field and interested others are encouraged. The Standards and Accreditation Department has developed a standards proposal form specifically for this purpose. The standards proposal form can be obtained from the Standards Supplement, the ACA website, or Standards and Accreditation Department staff (Appendix A). Proposals should be submitted via the ACA website.

DEF-024578

## Accreditation Process Descriptions

For over 120 years, the American Correctional Association has been the only national body involved in the development of standards for the correctional field. ACA standards are supported by ACA's Standards and Accreditation Department and the Commission on Accreditation for Corrections, which is the evaluating and certifying body for accreditation. The department is responsible for the administration of accreditation and ongoing development of correctional standards.

The accreditation process is a voluntary program for all types of correctional agencies. For these agencies, accreditation offers the opportunity to evaluate their operations against national standards, to remedy deficiencies, and to upgrade the quality of programs and services. The recognized benefits of such a process include: improved management; a defense against lawsuits through documentation; demonstration of a "good faith" effort to improve conditions of confinement; increased accountability and enhanced public credibility for administrative and line staff; a safer and more humane environment for personnel and offenders; and the establishment of measurable criteria for upgrading programs, staffing, and physical plant on a continuous basis.

A major component of the accreditation process is the standards compliance audit conducted by a visiting committee. The purpose of the audit is to measure operations against the standards, based on documentation provided by the agency.

**The Visiting Committee Report**

The results of the standards compliance audit are contained in the visiting committee report, a document prepared by the visiting committee chairperson. The report is distributed to the agency administrator and members of the visiting committee. This report is also submitted to the Commission on Accreditation for Corrections for consideration at the accreditation hearing.

The following information is usually contained in the visiting committee report:

*Agency and Audit Narrative*

The agency narrative includes a description of program services, a description of physical plant, number of offenders served on the days of the audit, a summary significant incidents and consent decrees, class action lawsuits and/or judgments against the agency/facility, if applicable. The audit narrative, prepared by the visiting committee chairperson, describes audit activities and findings. The narrative examines issues or concerns that may affect the quality of life and services in an agency or facility. Quality of life issues include areas such as staff training, adequacy of medical service, sanitation, use of segregation and detention, reported and/or documented incidences of violence and crowding in institutions, offender activity levels, programming and provision of basic services. The audit narrative also contains comments as a result of staff and offender interviews, and a detailed explanation of all noncompliant and not applicable standards.

DEF-024579

*Agency Response*

The agency has three options for standards found in noncompliance: a plan of action; an appeal; or a waiver request.

A **plan of action** is a detailed statement of tasks to be performed in order to achieve compliance with a standard found in noncompliance at the time of the audit. The plan of action designates staff responsibilities and timetables for completion.

An **appeal** is the agency's attempt to change the visiting committee's decision on a standard. The result of a successful appeal is a change in the status of the standard and a recalculation of the compliance tally.

A **waiver** may be requested when noncompliance with a standard does not adversely affect the life, health, or safety of staff and offenders and when quality of life conditions compensate for the lack of implementation of a plan of action. The granting of a waiver by the Commission waives the requirement for submitting a plan of action; however, it does not change the noncompliant finding.

A **discretionary compliance request** is when there are circumstances in which agencies choose not to comply with a particular standard for a variety of reasons. These reasons include:

- An unwillingness to request funds from a parent agency or funding source.

- A preference to satisfy the standard/expected practice's intent in an alternative fashion.

- An objection from a parent agency, higher level government official or funding source to the nature of the standard/expected practice.

- A clear policy in place at a higher level that is contrary to the requirements of the standard/expected practice.

- An existing provision in a collective bargaining agreement that makes compliance impossible (without bargaining with the employees' union to effect such a change).

*Auditor's Response*

This section contains the visiting committee's final reply to all responses received from the agency and includes comments regarding the acceptability of plans of action, appeals, and waivers.

DEF-024580

## Accreditation Hearings

The Commission on Accreditation for Corrections is solely responsible for rendering accreditation decisions and considers an agency's application at its next regular meeting following completion of the visiting committee report. The Commission is divided into panels that are empowered to reach and render accreditation decisions. These panels hear the individual application for accreditation and include a quorum of at least three Commissioners which includes the panel hearing chairperson. Agencies are notified in writing of the date, time, and location of the hearings by Standards and Accreditation Department Staff.

The panel hearing is the last step in the process. With the panel chairperson presiding, panel members discuss issues and raise questions relative to all aspects of agency operations and participation in the process. The information presented during the hearing and in the visiting committee report is considered by the panel members in rendering accreditation decisions.

The agency is invited to have a representative at the hearing and, in most cases, one or more individuals attend. When special conditions warrant, the visiting committee chairperson or a member of the visiting committee also may be asked to attend the hearings. When this occurs, the auditor provides information to help clarify controversial issues and responds to questions and concerns posed by panel members.

Attendance by any other parties (i.e. media representatives, public officials, or personnel from agencies other than the applicant) occurs only with the permission of the applicant agency. In these cases, the applicant agency representatives and panel members discuss procedures to be followed before commencement of the hearing.

## Conduct of Hearings

The panel schedule provides ample time for review of each individual agency pursuing accreditation. Hearings are conducted by the panel chairperson in accordance with established procedures. Panel proceedings require that a formal vote be taken on all final actions, i.e., agency appeals, waiver requests, and the final accreditation decision of the Commission. All panel proceedings are tape-recorded to assist in preparing minutes of the hearings. Panel activities generally occur as follows:

- Applicant agency representatives are requested by Standards and Accreditation Department staff to be on-call to allow for scheduling flexibility.

- A designated waiting area is usually provided for this purpose.

- When the panel is ready to review the agency, the Standards and Accreditation Department staff representative notifies agency representative(s).

- The hearing opens with an introduction by the panel chairperson.
- The agency representative is asked to give a brief description of the

DEF-024581

program.

- If a visiting committee member is present at the hearing, the panel chairperson may request that the auditor present an account of the visit, focusing on matters particularly pertinent to the decision or specific panel actions. In some cases, however, the panel may wish to call on the visiting committee member only to request additional information at different points during the hearing.

- The panel chairperson leads a standard by standard review of non-compliance issues. The agency representative presents information relative to their request for waivers, plans of action, appeals, and discretionary compliance requests. The agency may also present additional materials, including photographs or documentation, for review by the panel.

- Following the agency presentation, the chairperson has the option of calling the panel into executive session to consider the information provided, determine findings, and make an accreditation decision. Whether or not panel deliberations occur in the presence of agency personnel or in executive session varies from panel to panel, considering the preference of panel members and the sensitivity of issues to be discussed regarding the application.

In final deliberations, the Commission panel:

- Ensures compliance with all mandatory standards and at least 90 percent of all other standards.

- Responds with a formal vote to all appeals submitted by the applicant agency.

- Responds with a formal vote to all request for waivers, discretionary compliance, and plans of action submitted by the applicant agency.

At this time, the panel also:

- Assures that an acceptable plan of action will be submitted for every non-compliant standard, including those standards for which appeals of non-compliance and waiver requests have been denied by the panel. In judging the acceptability of plans of action, the panel ensures that all of the information requested on the form is provided. Furthermore, the feasibility of plans to achieve compliance is considered, including specific tasks, time frames, and resource availability (staff and funding) for implementing proposed remedies.

- Addresses to its satisfaction any concerns it has with visiting committee comments about the quality of life in the facility or program, patterns of non-compliance, or any other conditions reviewed by the panel relating to

DEF-024582

the life, health, and safety of residents and staff.

For each application, a roll call vote to award accreditation, extend an agency in Candidate or Correspondent Status, or deny accreditation is conducted. The options for final action available to the panel are outlined in the next chapter.

If the panel has deliberated in executive session, agency representatives are invited back into the meeting and informed of the panel's final decision and actions or recommendations on all other issues raised by the applicant. If accreditation has not been granted, the chairperson discusses with agency personnel specific reasons for the decision and the conditions of extension in Candidate or Correspondent Status and procedures for appeal.

**Accreditation Decisions**

Three decisions relative to the accreditation of an agency are available to panels:

- *Three-year accreditation award* based on sufficient compliance with standards, acceptance of adequate plans of action for all non-compliant standards and satisfaction of any other life, health, and safety conditions established by the panel. The balance of the contract must be paid in full in order to receive a certificate of accreditation.

- *Extension of the applicant agency in Candidate Status* (initial accreditation only) for reasons of insufficient standards compliance, inadequate plans of action, or failure to meet other requirements as determined by the panel. The Commission may stipulate additional requirements for accreditation if, in its opinion, conditions exist in the facility or program that adversely affect the life, health, or safety of the offenders or staff. Extension of an applicant in Candidate Status is for period of time specified by the panel and for identified deficiencies if in the panel's judgment, the agency is actively pursuing compliance.

- *Probationary Status* is determined when the panel specifies that compliance levels are marginal, there is a significant decrease in compliance from the previous audit (in the case of reaccreditation), or there are quality of life issues that would indicate continued monitoring. While an award of accreditation is granted, a monitoring visit must be completed and the report presented at the next meeting of the Commission. The cost for a monitoring visit is borne by the agency at a rate of cost plus 25%. The agency does not have to appear before the Commission for the review of the monitoring visit report. If they choose to do so, all related travel expenses are borne by the agency. Specific expectations for removal from probation are outlined.

- *Denial of accreditation* removes the agency from Accredited Status (in the case of reaccreditation) and withdraws the agency from the accreditation program. Situations such as insufficient standards compliance, inadequate plans of action, failure to meet other requirements as determined by the panel or quality of life issues may lead to the denial of accreditation, it is

DEF-024583

withdrawn from the process and is not eligible to re-apply (as an applicant) for accreditation status for a minimum of six months from the date of that panel hearing. The Commission will explain the process for appeal.

The agency receives written notification of all decisions relative to accreditation after the hearing.

**Appeal Process**

The accreditation process includes an appeal procedure to ensure the equity, fairness, and reliability of its decisions, particularly those that constitute either denial or withdrawal of Accredited Status. Therefore, an agency may submit an appeal of any denial or withdrawal of accreditation.

The basis for reconsideration is based on grounds that the decision(s) were:

- Arbitrary, capricious, or otherwise in substantial disregard of the criteria and/or procedures promulgated by the Commission.

- Based on incorrect facts or an incorrect interpretation of facts.

- Unsupported by substantial evidence.

- Based on information that is no longer accurate.

The reasonableness of the standards, criteria, and/or procedures for the process may not serve as the basis for reconsideration. The procedures for reconsideration are as follows:

- The agency submits written request for reconsideration to the Director of Standards within 30 days of the adverse decision stating the basis for the request.

- The Executive Committee of the Commission, composed of the officers of the Commission, reviews the request and decides whether or not the agency's request presents sufficient evidence to warrant a reconsideration hearing before the Commission. The agency is notified in writing of the Executive Committee's decision.

- If the decision is made to conduct a hearing, the hearing is scheduled for the next full Commission meeting and the agency is notified of the date.

- The agency, at its option and expense, has the right of representation, including counsel.

- Following the hearing held before the Commission, the decision, reflecting a majority opinion, is made known to the agency immediately.

- Pending completion of the reconsideration process, the agency maintains its

DEF-024584

prior status. Until a final decision has been reached, all public statements concerning the agency's accredited status are withheld.

- Following completion of the reconsideration process, any change in the status of an agency is reflected in the next regularly published list of accredited agencies.

DEF-024585

## Accredited Status

The accreditation period is three years, during which time the agency must maintain the level of standards compliance achieved during the audit and work towards compliance of those standards found in non-compliance. Regular contact with Standards and Accreditation Department staff should also be maintained.

**Annual Report**

During the three year accreditation period, the agency submits an annual report to the Standards and Accreditation Department. This statement is due on the anniversary of the accreditation (panel hearing) date and contains the following information:

*Current standards compliance levels* – This includes any changes in standards compliance since accreditation, listing on a standard-by-standard basis any standard with which the agency has fallen out of compliance or achieved compliance.

*Update of plans of action* – A progress report is included with respect to plans of action submitted to the hearing panel, indicating completion of plans resulting in compliance with standards and revised plans reflecting the need for additional time, funds, and/or resources to achieve compliance.

*Significant Events*- A report is made of events and occurrences at the agency during the preceding year that impact on standards compliance, agency operation, or the quality of services provided by the agency. This might include:

- A change in the agency administration and/or major staffing changes mission change or program revisions.

- Mission change or program revisions.

- Changes in the offender population, including number of offenders or general offender profile.

- Physical plant renovations, additions, or closing.

- Any major disturbances, such as extended periods or lock-down, employee work stoppages, etc.

- Any significant incident to include allegations of physical/sexual abuse.

- A death from other than natural causes.

Standards and Accreditation Department staff review the annual report received from the agency and respond to clarity issues or request additional information if necessary.

In addition to submission of the annual report, the agency is responsible for notifying Standards and Accreditation Department staff of any major incident, event, or circumstances

DEF-024586

that might affect standards compliance. This notice must be provided to the Standards and Accreditation Department immediately following the event. For example, an agency must notify the Standards and Accreditation Department if it is the subject of a court order, has a major disturbance, escape, physical/sexual abuse (to include allegations), employee work stoppage, death from unnatural causes, or experiences a major fire or other disaster. It it the responsibility of the accredited agency to inform Standards and Accreditation Department staff or provide them with copies of news articles, special reports, or results of investigations that address conditions that affect standards compliance.

Finally, the Standards and Accreditation Department may request that the agency respond to public criticism, notoriety, or patterns of complaint about agency activity that suggests failure to maintain standards compliance. The Standards and Accreditation Department may conduct an on-site monitoring visit to the agency to verify continued compliance.

**Monitoring Visits**

Monitoring visits to agencies in Accredited Status are conducted by an ACA auditor(s) in order to assess continuing compliance with the standards. A monitoring visit may be conducted at anytime during the accreditation period, with advance notice to the agency. The determination of need for a monitoring visit is based on:

- Compliance levels, findings, and recommendations by the Commission on Accreditation for Corrections during the hearing.

- Incidents or events reported by the agency in its annual report.

- Problems indicated by adverse media reports or correspondence received by Standards and Accreditation Department staff, disturbances at the agency, or special investigations.

The length of the visit varies depending on the number of standards or special issues that must be addressed during the visit. The visits are conducted similar to standards compliance audits, but on a reduced scale. Monitoring visits are charged to the agency at a rate of cost plus twenty-five percent.

Activities, as a general rule, involve a review of all mandatory standards, all standards found in non-compliance at the time of accreditation, and any other concerns identified by the Commission. The visit also involves a tour of the agency and interviews with staff and offenders to ensure maintenance of the requirements of accreditation. It concludes with an exit interview during which the auditor informs the agency staff of the findings of the visit.

Following the visit, the auditor prepares a monitoring visit report that addresses findings of the visit. The report includes a list of standards reviewed, explanation of non-compliance findings, results of the tour and interviews with agency staff and offenders, and discussion of any issues believed to be relevant to the agency's accreditation. The report, as with others prepared by auditors, is reviewed and sent to the agency by Standards and Accreditation staff.

DEF-024587

When a monitoring visit to the agency reveals deficiencies in maintaining compliance levels that existed at the time of accreditation, or less than 100 percent compliance with mandatory standards, the agency prepares a response providing explanation of the problems indicated in the report. When the agency has failed to maintain compliance with all mandatory standards, the monitoring visit report and the agency response are submitted to the Commission on Accreditation for Corrections for review during a regular hearing. Agency representatives are advised of the date, time, and location of the review, and are invited to attend. At the discretion of the Commission, the agency may be placed in probationary status and a revisit conducted to determine if deficiencies have been corrected.

**Revocation of Accreditation**

If the Commission panel believes that an agency's failure to maintain continuous compliance with certain standards is detrimental to life, health, and safety of residents and staff, the Commission may place an agency on probation. Probationary status last for a specific period of time designated by the Commission at its next regularly schedule meeting. The Commission again reviews the program and considers removing the probationary status or revoking accreditation. When the agency corrects the deficiencies within the probationary status period and the corrections have been verified and accepted, the agency resumes its status as an accredited agency. An agency that does not satisfactorily correct the deficiencies may be withdrawn from accreditation.

Another condition that may result in a rehearing and consideration of revocation is following a significant event in an agency (i.e. major disturbance, death from other than natural causes or allegations of physical/sexual abuse of offenders). Failure to notify the Standards and Accreditation Department in a timely manner may result in suspension of the agency's accreditation. Once ACA is notified of the major event, the Director of Standards and Accreditation may consult with the Executive Committee of the Commission, who may request a monitoring visit. If a visit is warranted, ACA will notify the agency and a date will be established with the concurrence of the facility. The monitoring visit will take place within 14 days of this notification. The monitoring visit report will be sent to the Director of Standards within 7 days of the monitoring visit and then forwarded to the Executive Committee of the Commission. Following review of the report, a determination will be made by the Executive Committee as to whether revocation of accreditation is warranted. Prior to any rehearing, agency representatives will be notified, so that any issues may be addressed and responded to in writing.

Accreditation is revoked for the following reasons:

- Failure on the part of the agency to adhere to the provisions on the contract.

- Failure on the part of the agency to maintain continuous compliance with the standards at levels sufficient for accreditation.

- Intentional misrepresentation of facts, lack of good faith, or lack of deliberate speed or a concerted effort to progress in the accreditation process, including the implementation of plans of action.

DEF-024588

- Failure to notify ACA of significant incidents in the annual report to the Commission.

- Adverse conditions of confinement that affect the life health, and/or safety of staff and offenders.

- Failure to comply with the conditions of probation or suspension.

Standards and Accreditation Department staff notify the agency in writing of the specific reasons identified by the Commission for the revocation hearing. Agencies may appeal the decision of the Executive Committee to the full board of the Commission on Accreditation for Corrections. Appeals must be submitted within 30 days. The agency may apply to re-enter the process 180 days after the revocation of accreditation.

**Expiration of Accredited Status**

Accreditation is granted for a three year period. Unless the agency has applied for reaccreditation and completed activities in the process required for reaccreditation, the Commission withdraws the agency from Accreditation Status after this three year period.

For agencies in Accredited Status that are seeking subsequent accreditation, administrative extensions of Accredited Status may be granted under certain conditions. For example, relocation of the facility, staff turnover, and major renovations often warrant an extension. In these cases, a written request to the Director of Standards and Accreditation is required, outlining the reasons for extending the accreditation period. Agencies that fail to successfully complete an audit within the three year period, or do not receive an extension prior to their expiration date, are withdrawn from Accredited Status.

DEF-024589





### Visiting Committee Report and Hearing Minutes

**CONFIDENTIALITY**

*The American Correctional Association and the Commission on Accreditation for Corrections do not disclose to external parties specific information contained in this Accreditation Report or information discussed in the Accreditation Hearing. The Association encourages all participating agencies to provide information to the media about their accreditation activities, including disclosure of the Self-Evaluation and Accreditation Report.*

COMMISSION ON ACCREDITATION FOR CORRECTIONS

STANDARDS COMPLIANCE INITIAL AUDIT

Management and Training Corporation
East Mississippi Correctional Facility (MTC)
Meridian, Mississippi

March 9-11, 2015

### VISITING COMMITTEE MEMBERS

Lester Leroy Young, Chairperson
Correctional Consultant
1500 North East 1st Street
Moore, Oklahoma 73160-7804
(405) 227-2435
ll.young@doc.state.ok.us

Harry E. Wilson
Correctional Consultant
PA DOC
145 Morningstar Drive
Belle Vernon, Pennsylvania 15012
(724) 963-4749
hewil@comcast.net

Jody Jones
Correctional Consultant
PO Box 772
Hominy, Oklahoma 74035
(580) 747-0948
jones_bj07@yahoo.com

DEF-024591

A.    **Introduction**

The audit of the Management and Training Corporation (MTC) East Mississippi Correctional Facility (EMCF), Meridian, Mississippi was conducted on March 9-11, 2015, by the following team:  Lester Leroy Young, Chairperson; Harry E. Wilson, Member; and Jody Jones, Member.

B.    **Facility Demographics**

Rated Capacity: 1,500
Actual Population:
Average Daily Population for the last 12 months: 1,181
Average Length of Stay: 5 Years, 0 months, 0 days
Security/Custody Level: 354 Maximum, 681 Medium, 146 Minimum
Age Range of Offenders: 26-35
Gender: Male
Full-Time Staff: (324)
(290 Administrative/ Support, (38) Program, (219) Security, (30) Health Assurance Contract Medical, (8) Trinity Food Services Contract

C.    **Facility Description**

The Management and Training Corporation, East Mississippi Correctional Facility is a maximum/medium-security facility located in Lauderdale County Mississippi seven miles West of Meridian, Mississippi on a 160-acre site.   The physical address is 10641 Highway 80 West, Meridian, Mississippi.   The East Mississippi Correctional Facility has a contract capacity of 1375; the population on March 9, 2015 was 1,181.   The mission statement of the East Mississippi Correctional Facility is "to protect the citizens of the State of Mississippi by efficiently operating a safe secure facility capable of housing 1,500 medium to maximum custody male offenders.   This will be accomplished through the implementation of security, education and programming while meeting the mental health needs of the inmate population".

The physical plant was open April 1, 1999 and consisted of six buildings; the one-story concrete and steel main structure houses the administrative, programs, education, gym, chapel, food service, laundry, medical, and visiting.   Two additional offender housing units and support areas have been added to the compound.  The East Mississippi Correctional Facility offender housing units are all connected by long hall ways to each other and the main structure.  There are six housing units with two tiers on each with 680 two men cells and 97 single cells.  Each single cell has approximately 160 square feet of living space.  Each multiple occupancy cell has 78.3 square feet of living space for each offender. There is 4,995.7 square feet of space in each of the housing units 1 thru 4 or 86 square feet per offender.  There is 3,398.18 square feet of space in each of the 5 & 6 housing units or 53.1 square feet per offender.

DEF-024592

EMCF has a 124 bed Long Term Segregation Unit plus a 30 bed Administrative Segregation Unit and each cell has 86 square feet of space. The EMCF has 62% of its staff with less than one year of service. EMCF has 15 % of its staff with less than three years on experience. Only 23% of the staff would be considered seasoned staff with four or more years of correctional experience.

The East Mississippi Correctional Facility inmates are assigned work assignments, treatment programs, and education goals according to their skills and program requirements.

The Management and Training Corporation were awarded the contract to manage the East Mississippi Correctional Facility July 19, 2012. This is considered their initial ACA Accreditation Audit.

**D.    Pre-Audit Meeting**

The team met on March 8, 2015, in Meridian, Mississippi, to discuss the information provided by the Association staff and the officials from Management and Training Corporation and the East Mississippi Correctional Facility.

The chairperson divided standards into the following groups:

Standards #4-4001 to 4-4174 Lester Leroy Young, Chairperson
Standards #4-4176 to 4-4347 Harry E. Wilson, Member
Standards #4-4348 to 4-4530 Jody Jones, Member

**E.    The Audit Process**

1.    Transportation

The team was escorted to the facility by Victor Rivera, Accreditation Manager.

2.    Entrance Interview

The audit team proceeded to the office of Norris Hogans, Warden. The team expressed the appreciation of the Association for the opportunity to be involved with MTC and the East Mississippi Correctional Facility in the accreditation process. Present at this meeting was Warden Norris Hogans, Marjorie Brown, MTC Regional Vice President, audit team and Victor Rivera Accreditation Manager.

The audit team members gave a brief introduction and provided a limited overview of their correctional work history. The audit process was discussed at this time.

DEF-024593

The chairperson advised Warden Hogan and those present that the audit team would be asking questions of staff and offenders to obtain information about the quality of life and operations of the facility. The audit team advised those present that the team would take some additional time and talk with those they meet on the tour. The audit team also advised Warden Hogans that the questions ask on the tour would also be asked and discussed with him and his executive staff. Warden Hogans was advised that audit team would ask him and his team to provide clarification if the audit team had questions. The audit team asked Warden Hogans if he had any concerns regarding auditor safety. The audit team also advised Warden Hogan that they would observe any safety and security protocols that the facility had in place. Warden Hogans only requirement was that if there was an incident at the facility that the audit team would be escorted from the area and the audit team agreed. There were no incidents that occurred while the audit team was present.

Norris Hogans, Warden escorted the team to the Wardens Conference room where the formal entry meeting was held.

The following persons were in attendance:

| | |
|---|---|
| Norris Hogans | Warden |
| Ray Rice | Deputy Warden Programs |
| Marjorie Brown | VP Regional Director (MTC) |
| Robyn Williams | Director of Corrections (MTC) |
| Ed Porter | Operations Director (MTC) |
| Marie B. Grady | Executive Assistant to the Warden |
| Tim Wilson | Fire/Safety/Sanitation/Caustic Control |
| Jessie Houston | Business Manger |
| Victor Rivera | Accreditation Manager |
| Ollie Little | Health Service Administrator Health |
| Assurance | |
| Michael Rice | Chief of Security/Major |
| Daniel Baker | Lead Education |
| Vernell Thomas | Contract Monitor |
| Derek Davis | Human Resource Manager |
| Crystal Rutledge | Trinity Food Service Manager |
| Mary Dempsey | Administrative Remedy Program |
| John Newbaker | Chaplain |
| George Schwaeble | Training Administrator |
| Michael Sessions | Maintenance Supervisor |
| Dr. Marshall Powe | Psychologist |
| Dr. Amy Hodgson | Psychologist |
| Harry Tucker | Therapeutic Community (Alcohol & Drug) |
| Dr. Dennis Huggins | Director of Mental Health |

DEF-024594

It was explained that the goal of the visiting team was to be as helpful and non-intrusive as possible during the conduct of the audit. The chairperson emphasized the goals of accreditation toward the efficiency and effectiveness of correctional systems throughout the United States. The audit team provided a brief work history introduction and discussed the areas they would be responsible for during the audit. The audit schedule was also discussed at this time. The chairperson advised those present that the audit team would be asking questions of staff and offenders to obtain information about the quality of life and operations of the facility. The audit team advised those present that the team would take time and talk with those they met on the tour. The audit team asked those present for some space when talking with staff and offenders to ensure they would speak freely.

3.   Facility Tour

The team toured the entire facility from 8:45 a.m. to 1:30 p.m... The following persons accompanied the team on the tour and responded to the team's questions concerning facility operations:

| | |
|---|---|
| Norris Hogans | Warden |
| Ray Rice | Deputy Warden Programs |
| Victor Rivera | Accreditation Manager |
| Michael Rice | Chief of Security/Major |
| Dr. Dennis Huggins | Director of Mental Health |
| Marjorie Brown | VP of Region IV (MTC) |
| Robyn Williams | Director (MTC) |
| Ed Porter | Director (MTC) |
| Heather Sullivan | Secretary Deputy Warden Programs |
| Vernell Thomas | Contract Monitor MDOC |

Notice of the ACA re-accreditation had been posted in the units and at the different offender information locations.

4.   Conditions of Confinement/Quality of Life

During the tour, the team evaluated the conditions of confinement at the facility. The following narrative description of the relevant programmatic services and functional areas summarizes the findings regarding the quality of life.

EMCF was originally designed to house and treat offender that are mentally challenged and offenders with substance abuse treatment needs. This is accomplished today through the use of programs specifically designed to address the offenders psychological and substance abuse treatment needs.

DEF-024595

The main purpose is to provide a safe, secure setting that maximizes the opportunity for the offender's personal development and positive treatment. Dr. Dennis Huggins is the Director of Mental Health and the Program Director. EMCF has two psychologists, nine Mental Health Therapist that conduct 24 hours of Therapeutic treatment groups weekly. EMCF has three Drug and Alcohol Counselors that also provide weekly cognitive treatment based programs weekly. The Treatment Team also provides four to five hours of treatment per week.

EMCF provides each offender with an individual treatment and program plan. The plans utilize education, life skills training and mental health/substance treatment groups designed to address the rehabilitative needs of those offenders and will help them reintegrate back into society.

EMCF has a one year Substance Abuse Therapeutic Community Program (SATCP) that adds to the quality of life for offenders at the facility. The offenders that graduate from the SATCP are also required to be part of a "Substance Abuse After Care" program. EMCF also provides offender a three month Substance Abuse Education Group for short term offenders. The offenders in these programs on the unit were positive and their actions were reflective of the group treatment and the quality of the positive staff interaction.

The two newer offender units is a butterfly design with dayroom space and staff offices that encourages offender staff interaction. The older offender housing unit was in need of some minor repair. The main administrative, education, food service, education, medical, and treatment areas were well maintained. The offenders in the Therapeutic dorms took a great deal of pride in their living area and cells. This was not the audit team's observation in some of the other offender housing units and this appears to be due to the nature of the offender population. The facility was free of clutter in the main areas but some of the infirmary and offender cells had some clutter. Correctional officers had a good understanding of both security and treatment and the interaction with the offenders reflected the benefits of both skills. The staff is able to manage and obtain offender compliance of a difficult mental health offender population with clear and concise directives.

Security

The security is enhanced by correctional officers that monitor the entrances, exits, and perimeter. Michael Rice is the Chief of Security and holds the rank of Major. EMCF has 219 security staff and a 24 person Correctional Officer Correctional Emergency Response Team (CERT). Derelle Gandy and LeDonnie Ruffin are the Emergency Response Team Leaders.

Only 10 of the slots are currently filled on the CERT team and interviews for additional officers are planned when new officers meet the required qualifications. The security officers conduct random pat searches and strip searches as well as make rounds within the facility. The facility compound buildings are enclosed by a double twelve foot chain link fence and a double twelve-foot, the exterior fence has four rolls of razor ribbon on the bottom and a single roll on the top. The inner perimeter fence contains a microwave sensor system, which alerts to central control in the event of contact. There is an armed mobile perimeter patrol that is manned twenty-four hours per day. EMCF has 34 outside cameras that monitor the perimeter. Staff and visitor verification is performed at all entrances, medical offices, offender housing units and exit points. Those entering the facility must pass through a full-body scanner semilunar to the ones used at airports. All bags and brief cases are x-rayed and searched. No personal keys are allowed to enter the facility and a chit system is used at the entrance to secure and track items left at the entrance. Offender movement is controlled and offender searches are conducted at key areas within the facility. Security devices were well maintained, operational and in good repair. The facility has 133 inside cameras that monitor the housing units, hall ways, entrances and other inside operations. The cameras are monitored by central control and the housing units control room officers. Chief of Security Rice and a number of security staff the audit team talked with were asked about offender on offender assaults. Chief of Security Rice stated that a number of offenders have mental health issues that will sometimes not let them process anger and frustration in a positive way. These offenders have a life time of using violence as a solution to their problems. One of the Emergency Response Team Leaders was asked to explain the chemical agent policy at EMCF. He stated that it is his experience that this is one of the safest and human methods of managing maximum and medium security offenders with mental health issues. He also feels that the use of chemical agent has resulted in less injury to staff. He and the other staff that were asked about the chemical agent policy and they understood and could explain the policy. The audit team also asked about the number of offender assaults on staff and what is the procedure for alerting security staff when there is an assault taking place. The officers stated that all offenders bumping into, pushing of staff and striking staff with any type of object as an offender assault on staff and is reported. The officers stated they use their radio and whatever means available to notify other staff of assaults taking place and to request assistance. The auditor asked the officers and other staff what they are doing to train staff to help prevent and be on guard against offender staff assaults. The officers stated that mental health treatment team staff and training staff all train staff in how to manage offenders with mental health issues. The staff was informed about the use of restraints, firearms, key control, chemical agents, evacuation plans and the use of force guidelines.

DEF-024597

All equipment sign in and out logs were in place, current and with no uncompleted spaces or log entries. The EMCF has a K-9 Unit with two German Shepard dogs that are trained to detect contraband cell phones. The facility has been very successful in finding this type of contraband and deterring this type of negative behavior.

**Environmental Conditions**

The East Mississippi Correctional Facility was well illuminated, lighting, heat and airflow tests were all completed and the facility met the ACA standards. Documentation was in place that indicates that EMCF complies and had acceptable levels at the time of the audit. The climate in the education classrooms was comfortable, as were the comfort levels in food service, laundry area, offices and housing units. The East Mississippi Correctional Facility has one supervisor and five full time maintenance tech staff one of which has a heath and air trade skills. No trade license is required for maintenance techs in the state of Mississippi for work inside correctional facilities. The ratio of showers to offenders, wash basins to offenders, and toilets to offenders were in compliance with standards. The audit team felt no offender tension and no offenders stated that they had fear for their safety during the course of the audit. It was also obvious to the audit team that there are a lot of offenders with mental health issues on medication and the work would be challenging.

**Sanitation**

The administrative areas, dorms and hallway walls had been painted prior to the audit. Each offender housing unit has a janitor/mop closet and there is a limited supply of cleaning supplies maintained on the unit. There were no visible rodent problems. EMCF has an insect/rodent prevention program for the facility that includes the staff offices, housing units, laundry, canteen, and food service areas. The offender showers in some of the dorms were in need of being repainted. The audit team found that some of the long term segregation housing offenders had written or painted the walls in their cells. Some of the offenders on medication during the course of the tour were still in bed. There is a by-weekly linen exchange and it was in good repair. The main hall floors were waxed and clean and free of trip hazards. Mop buckets and mops were of a plastic construction and in good repair. The Unit Managers ensure cleanliness and proper sanitation with staff supervision, offender support, good housekeeping plan and procedures that are enforced.

DEF-024598

**Fire Safety**

The East Mississippi Correctional Facility has an "EST 3 Fire Alarm System" with smoke detectors and heat sensors located in all living and work areas. Lieutenant Tim Wilson is the Fire Safety officer and ensures that alarms, fire extinguishers, exit lights and evacuation routes are checked and current. EMCF is fully equipped with an overhead sprinkler system. The food service unit has an "Ansul" dry chemical and fire alarm system. The Mississippi State Fire marshal's office has conducted yearly inspections as they have jurisdictional authority. The fire extinguishers were all properly tagged and are inspected monthly. The Meridian Mississippi fire Department is seven miles from the facility with a five minute response time in the event on an emergency. All staff is trained to respond to a fire emergency. Evacuation plans are all clearly posted, exit signs were working and exit locations are clearly marked.

**Food Service**

The East Mississippi Correctional Facility currently has a Contract with Trinity Food Services. The Food Service Manager is Ms. Crystal Rutledge and she had a total of 47 offenders that working in food service on March 9, 2015. She has a paid food service staff of eight individuals. The cost per meal is $1.07 and the East Mississippi Correctional Facility follows the Mississippi Department of Criminal Justice Master menu system. A certified dietitian reviews and approves the master menu for the four-week cycles. The regular caloric count for offender is 2,900 per day and 2,200 per day for those offenders on the "Diet for Health". The offenders are provided three hot meals per day. The audit teams ate the lunch meal on March 10, 2015 and found the food presentation temperatures, smell and taste to be acceptable. The food service units prepare approximately 3,600 meals per day. The majority the offender meals are severed on the offender housing units in the unit day rooms. Unit 5 Alfa, Unit 5 Bravo, and Unit 6 Delta offenders eat their meals in their cells. The food service workers are the only offenders that eat in the offender dining room. The sanitation level in the food preparation area was acceptable there was no evidence of rodents or insects. The freezer and refrigerator logs were in place and current. The sanitation temperatures on the dish machines and the pots and pans sinks were well within acceptable standards. There is no staff dining facility. The staff eats in the administration brake room, offices and outside on picnic tables in nice weather.

DEF-024599

**Medical Care**

Medical care is provided at East Mississippi Correctional Facility via Health Assurance, LLC. Offenders have access to medical services 24 hours per day, seven days per week. Emergencies are referred to Rush Hospital and Anderson's Regional Medical Center. Offenders needing to be seen by medical services can submit a Sick Call Request form. Sick calls are collected and triaged daily from locked boxes on each unit or handed directly to nursing staff. Nursing staff utilize nursing protocols to assess and treat offenders. Two physicians and four nurse practitioner are available for those who need provider services. Sick call clinic is available 5 days per week at minimum. In addition to medical, offenders have access to dental, optometric and mental health services on site.

Offenders receive medical and mental health screenings at admission to EMCF. Medications are reviewed and offenders with a chronic condition are enrolled into chronic clinic. EMCF has approximately 400 offenders managed by the chronic clinic nurse. Chronic clinic list was accurate and up to date.

Medical staff makes rounds in segregated housing daily to address medical concerns, collect sick call requests and administer medications.

East Mississippi Correctional Facility charges a $6.00 co-pay for offender initiated routine medical, dental and mental health services. No charges are applied for emergency or staff initiated care, referrals, work related, immunizations, labs or care that is mandatory per policy.

Pharmaceuticals are provided by IHS Pharmacy. Medications with a low risk for abuse are given to inmates for self-administration (keep-on-person). Pill line is conducted twice per day by nursing staff at each housing unit. Observation of pill pass indicated very good control of offenders by officers and thorough monitoring and documentation by nursing staff. Offenders were compliant with instructions of the medical staff.

EMCF medical services clinic includes: a dental clinic, pharmacy area, nurse's station, exam rooms, emergency room, adequate storage, and staff offices. A gurney and well stocked emergency bag (which includes an AED) are readily available for response to areas outside of medical services.

Narcotics, sharps, tools and chemicals accountability procedures were observed in the medical and dental clinics. Counts were accurate, with a fluid procedure. The clinic was clean, organized and equipped to handle the needs of the offender population.

DEF-024600

First aid kits were located in designated sites throughout the facility. Monthly checks are completed.

The medical unit has a 10 bed infirmary located directly across from the nurse's station. All are equipped with cameras and two of the cells are negative pressure cells. Negative pressure testing documentation was available indicating accurate testing, insuring the cells are in working order. Offenders are admitted to infirmary care whenever medical needs are greater than what can be addressed while the offender is housed in general population. Infirmary cells are also used for suicide watch and therapeutic seclusion when necessary and as ordered by mental health.

MENTAL HEALTH SERVICES

Mental health services are available 24 hours per day, 7 days per week. Intake mental health screens are completed upon admission by qualified medical staff. Referrals are made to the mental health treatment team as necessary.

All employees receive suicide prevention and first aid, CPR training annually.

Health Assurance, LLC Medical and Mental Health staff includes:

FULL TIME
| | |
|---|---|
| 1 | Medical Director/MD |
| 1 | Health Services Administrator |
| 1 | Director of Nursing |
| 1 | Director of Medical Records |
| 5 | Clerks |
| 1 | Referral Coordinator |
| 8 | Registered Nurses |
| 17 | Licensed Practical Nurses |
| 1 | Mental Health Director |
| 1 | Master Social worker |
| 2 | Bachelor Social worker |
| 4 | Mental Health Counselor |

PART TIME
| | |
|---|---|
| 4 | Registered Nurses |
| 3 | Licensed Practical Nurses |
| 2 | Psychiatrist |

DEF-024601

CONTRACTED

| | |
|---|---|
| 2 | Dentist |
| 2 | Physician |
| 4 | Nurse Practitioner |
| 2 | Psychiatrist |
| 1 | Optometry Tech |
| 1 | Radiology Tech |

MISCELLANEOUS

Approximately 20 random offenders were spoken with regarding healthcare, mental health programs and general living. The majority had no complaints about the services available to them. Any concern voiced to this auditor was checked into, with nothing found supporting the offender's claims.

All staff spoken with were pleasant, helpful and knowledgeable of their areas, as well as the general operations of the facility. Many of them were very passionate and engaged in their duties. This auditor observed appropriate and meaningful interaction when staff were addressing offenders not only in health services but throughout the facility.

**Recreation**

East Mississippi Correctional Facility recreation is under the supervision of Marico Jones, Recreation Specialist. He has support from one correctional officer. He is responsible for meeting the recreational needs of EMCF offenders. EMCF has four offender working in the recreation department learning clerical and equipment management skills. EMCF has a half court size gym and provides health and fitness opportunities. The housing units have access to the gym on specific day schedules. The offender housing units each have two outside covered area on each housing unit that is the size of a half court gym with a walking area and basketball goal. The fixed weights/exercise area and volleyball court are available in the gym. The recreational supervisor also visits the unit and sign up offenders for exercise/recreation on the unit for offenders that can come to the gym. Table games, TV and day room activities are available to the general offender population. The segregation unit and the behavior modification units have exercise cages on the unit and an outside area with a basketball goal and exercise/walking area.

**Religious Programming**

East Mississippi Correctional Facility has a full time Chaplain John Newbaker, Bilal Hasan is the contract Islamic Imam (ten hours per month), and 30 religious volunteers.

DEF-024602

EMCF utilizes the visiting room and an education class rooms to hold religious services. Chaplain Newbaker has the experience and skills to work with the public and staff to meet the needs of the offender population. EMCF has one offender that work as the chaplain tutors and clerk. EMCF provides religious based programs to all faith groups at the EMCF. Religious services are part of the orientation process for offenders. Religious services and program opportunities are posted throughout the areas accessible by offenders. In order to attend religious service offenders must write the Chaplain's Office and request to be added to the religious service list. The offenders will then be able to attend that particular religious service every time it meets. Offenders are required to send a request to be removed from a list and added to another. Offenders can be on only one list at a time. Religious services are offered seven days per week. Offenders enrolled in faith based program can earn an Associate's and a Bachelor's Degree in Theology.

**Offender Work and Programs**

East Mississippi Correctional Facility has 106 offender jobs. Doris Smith is the Offender Job and Classification Supervisor. The Mental Health Diagnosis for EMCF offender population is 87% with a Diagnosis of Axis I. There are 885 offender program slots. There are currently 452 offenders taking part. Due to the security classification of the EMCF work opportunities for offenders are limited. Offenders that are not eligible to work maybe assigned to educational or therapy groups. EMCF does not pay offenders but they earn days off there sentence with "good time behavior credits". The majority of the offenders cannot be employed due to long term segregation, disciplinary, custody level, mental health and medical status.

**Academic and Vocational Education**

East Mississippi Correctional Facility has an academic education program that employs three teachers and serves 140 offenders enrolled in various classes. Mr. Daniel Baker is the Lead Educator. The education opportunities include ABE, GED, Basic Computer Skills and Life Skills programs. The main focus is GED. There were 20 offenders that received their GED in the last 12 months. There have been 14 offenders that have completed the "Basic Computer course and received certificates of completion. The computer literacy program is self-paced academic assistance for various grade levels. The program also teaches offender limited computer skills that assist offenders in obtaining the additional preparation skills needed for the GED classes. Mr. Loyd Smith is the EMCF Vo-Tech instructor that teaches "Facility Care" as a vocational program. There are 20 offenders enrolled in vocational classes.

DEF-024603

This is a new program and 21 offenders have graduated from the program and received certificates of completion.

## Social Services

East Mississippi Correctional Facility has staff from different departments that serve the social service needs of the EMCF offenders. There are nine mental health professionals, two Psychologist, classification supervisor, eight classification case managers, three substance abuse counselors and program director Dennis Huggins. They provide the offenders social services and help to meet the programming needs of the offender population. EMCF concentrates on the following treatment programs: Anger/Stress management, Life Skills/Pre Release Groups, Mental Illness Recognition Groups, Diagnostic Group, Conflict Resolution Groups, Central Awareness Group, Problem Solving Groups, Substance Abuse Education Groups, Behavior Program Level 1, BRAT Program (Acute Mental Illness/Suicidal Offenders) Fatherhood Initiative Class, Music Appreciation and Post Traumatic Disorder Group. EMCF also a has Substance Abuse Therapeutic Community that has a Substance "Abuse After Care" component. EMCF provided 56,530 hours of programing to the offender from January 2014 until September 2014. Social services and pre-release education is available to all offenders through these programs.

## Visitation

East Mississippi Correctional Facility allows visiting Saturday and Sunday with visiting hour times being 9:00 a.m. to 2:00 p.m. EMCF has a visiting room that can accommodate 117 individuals and meets the needs of the offender population. There are vending machines available and visitors are allowed to bring in $20.00 in change to purchase items during the visits. The offenders must have all visitors on their list approved by the facility. Offenders are allowed to have up to ten adults on their visiting list. Children are not counted against the number of the offender visitors that visit. Special visits are accommodated and EMCF has the ability to allow contact and non-contact visits. There is no outside visiting area and no special accommodations for children.

## Library Services

The East Mississippi Correctional Facility Library services are under the education department. The East Mississippi Correctional Facility is part of the interagency library book loan and library agreement with the Mississippi Library Commission. Marylyn Braxton is both the library and law library Supervisor. The EMCF library and the law library have one contract Liberian with Certification, two offender library clerks and one law library clerk.

The libraries are opened five days per week from 8:00 a. m. until 5:00 p. m. The ENCF currently has 5,284 books available for the offenders to utilize. EMCF provides library book carts for the offender housing units when the library is not open. The offenders can check out one to two books to read per week depending on their security status. The library services are delivered to the offenders on the unit. The books checked out must be returned prior to checking out additional books. The library has an offender clerk that assist offenders with their law book and document questions. The law books are on the Lexis Nexis computer program that is updated as case law changes. The offenders access the law library services through the "request to staff" process. Offenders in the special housing unit access these services in the same manner.

**Laundry**

The East Mississippi Correctional Facility has a full service laundry system with one full time staff. Dorothy Ferrell is the Laundry Supervisor. EMCF has four offender laundry workers. The laundry has nine commercial washers and nine operational commercial dryers. All detergents and cleaning supplies are automatically feed into the machines. The laundry detergents are in locked cages that are under staff control and not accessible to the offenders working in the laundry. The special management unit laundry is done at this location with special precautions to control or prevent the spread of infectious disease. The offender's linen exchange is available twice per week. Ms. Dorothy Ferrell was asked about the letter received by ACA from an offender stating that he did not receive a full issue of clothing when he arrived. She stated that all offenders are issued three set of clothes upon arrival and receive laundry services for a fresh set of clothes three days per week. Offenders are provided by-annual and annual replacement of issued clothing and linen. Offenders are allowed to purchase additional underwear and socks from the canteen.

F.    **Examination of Records**

Following the facility tour, the team proceeded to the Wardens Conference Room to review the accreditation files and evaluate compliance levels of the policies and procedures. The facility has no notices of non-compliance with local, state, or federal laws or regulations.

1.    Litigation

Over the last year, the facility had no consent decrees, class action lawsuits or adverse judgments. The EMCF is dealing with a lot of old issues that resulted from the previous private prison contact.

DEF-024605

Warden Norris Hogans is working with staff to address old issues from the previous private prison contract and increase the open lines of communications between staff and offenders.

2.     Significant Incidents/Outcome Measures

The team reviewed the significant incidents and outcome measures with Warden Norris Hogans and his staff. Based on the observation of the team and the communication with all levels of staff and the offender population we feel the numbers reflected in this report are consistent with the overall mission of and security level of the East Mississippi Correctional Facility.

The team talked with Warden Hogans regarding the items of interest and these are the findings:

During the reporting time period of January 2014 to December 2014, EMCF has experienced 106 offender assaults on offenders and of these assaults 10 were with weapons. Warden Hogans and the audit team reviewed the assaults and he advised us that the Mental Health Diagnosis for EMCF offender population is 87% with a Diagnosis of Axis I. These offenders have a difficult time with controlling their behavior and dealing with conflict in an appropriate manner. EMCF also tracks PREA complaints and there were 11 PREA complaints. The audit team discussed these complaints and feel that these numbers appear consistent for the population. EMCF had 46 offender assaults on staff in the same reporting period with 23 of these assaults being with weapons. Warden Hogans advised the audit team that whenever an offender intentionally brushes against staff or utilizes some type of object to hit staff it is counted as an assault on staff. Offenders in Long Term Segregation had thirty five of these assaults and the mental health unit had eight of the offender assaults on staff. Warden Hogans advised that staff is provided training regarding how to deal with offenders with mental health issues as part of their training. EMCF listed 18 disturbances in the same reporting period on the Significant Incident Summary. Warden Hogans was asked what is considered a disturbance. He explained that that anytime a lockdown occurs, several offenders are caught with weapons, the CERT is called in to the facility the incident is reported to the MDOC and their computer lists it as a disturbance. EMCF utilized Chemical Agents 163 times in the reporting period. The Chief of Security Michael Rice and Warden Hogans discussed the policy and procedures and explained their practice. Warden Hogans and staff feel this is that safest way to deal with offenders at this security level and reduce the possibility of injury to staff and the offender. The EMCF Special Reaction Team was used 45 times during this reporting period. The two unusual months were May 2014 when they were used 12 times and July 2014 when they were used 10 times.

DEF-024606

Warden Hogans and Chief of Security Michael Rice advised the audit team that the CERT was called to search the buildings, work in Long Term Segregation because offenders would not close their food ports, some offenders were facing off with weapons and offender assaults on staff. There were only 54 Substantiated Grievances in the 12 month reporting period with no major issues. The offender's grievances that EMCF resolved in favor of the offender were for maintenance (8), canteen (5), RVR Appeals (2), state issue items (11), replacement of property (3), trusty status (1), job classification (1), soap and tissue (1), shoes (1), class attendance (1), new prayer mat (1) and wheel chair repair (1). The explanations provided to the audit team regarding the Significant Incident Report and the interviews with staff and offenders during the course of the audit are consistent with our observations that the facility numbers are consistent with the mission of the facility.

The Significant Incident Summary numbers are consistent with the following.

1. The re-assignment by MDOC of offenders assigned to state facilities maintaining administrative segregations offenders to EMCF Long Term Segregation Unit.

2. The mission of the facility which is to treat MDOC offenders with mental health issues. Mental Health Diagnosis for EMCF offender population is 87% with a Diagnosis of Axis I.

The Health Care Outcomes covers the period of January 2014 to December 2014. This report was discussed the Warden Norris Hogans, Ollie Little, Health Services Administrator for Health Assurance and the team medical auditor. The audit team discussed the generic medicine claim and the medical care provided for EMCF offenders. It appears that offenders are provided a level of care that is more than acceptable and is compliant with ACA Standards.

3.    Departmental Visits

Team members revisited the following departments to review conditions relating to departmental policy and operations:

| Department Visited | Person(s) Contacted |
| --- | --- |
| Medical | Ollie Little |
| School | Daniel Baker |
| Vo-Tech Education | Loyd Smith |
| Segregation Unit | Doris Smith |
|  | Sharon Williams |

DEF-024607

| | |
|---|---|
| Administrative Remedy | Mary Dempsey |
| Food Service | Crystal Rutlegde |
| Contract Monitor | Vernell Thomas |
| Commissary | Annie Spinks |
| Mental Health Programs | Dr. Dennis Huggins |
| Deputy Warden Programs | Ray Rice |
| Security | Michael Rice |
| | Derelle Gandy |
| | LeDonnie Ruffin |
| Training | George Schwaeble |
| Classification/Offender Jobs | Doris Smith |
| Fire/Safety/Tools/Chemicals | Lowell McCarty |

Sharon Williams one of the segregation unit case managers was very helpful in the education of the audit team regarding how the case management needs of offenders on the unit is address. She is part of the facility treatment team, she makes rounds in the unit daily but is only required to do so once per week and she responds to all offender request forms. Mary Dempsey, Administrator explained the Administrative Remedy Program (grievance polices) and the process the facility uses to ensure offenders issues are addressed by staff prior to a need to result in court action. Once the issue enters the Administrative Remedy Program is accepted the entire process is completed in 90 days. Ollie Little, Health Services Administrator provided a number of documents about the medical operations of the East Mississippi Correctional Facility and worked well with the audit team in the audit process of observing and understanding all aspects of the medical operations. Crystal Rutlegde, Food Service Supervisor explained how the temperatures were maintained and sanitation methods used to feed offenders in the segregation housing unit. The food service utilizes portable serving lines that keep hot foods hot and cold foods cold for the offenders on long term segregation. Trays are prepared in food service for the other housing units and officers are called to pick up the food tray when that unit trays are ready. The officers take the trays directly from the staging area to the housing unit's day rooms. Gloves and other sanitary procedures are used and followed. Annie Spinks explained how offenders place their commissary orders. She delivers all commissary items to the offenders on the unit weekly. Offenders can spend from $50.00 to $200.00 dollars per week on commissary items. Contract Monitor Vernell Thomas explained the facilities effort to address offender issues. She has been the contract monitor since September 2014. She observes and ensures EMCF compliance with MDOC's policies and contract requirements. She provides monthly reports on her observations and makes recommendations for improvements. She states she has seen improvements in the facility operations. Dr. Dennis Huggins is the Director of Mental Health and the Program Director provided a lot of information and data about the mental health programs offered to the offenders at EMCF. EMCF has two psychologists, nine Mental Health Therapist that conduct 24 hours of Therapeutic treatment groups weekly.

DEF-024608

EMCF has three Drug and Alcohol Counselors that also provide weekly cognitive treatment based programs weekly. The Treatment Team also provides four to five hours of treatment per week.

4.     Shifts

    a.     Day Shift

The team was present at the facility during the day shift. The East Mississippi Correctional Facility has three cards/shifts the shift hours are eight hours in length. The cards/shifts are from 7:00 a.m. to 3:00 p.m. There is also an administrative day shift that works as the facility administration supervisors. The officers on this shift were very knowledgeable of facility operations and post policy. They take pride in their work locations. The team observed the lunch feeding of the segregation housing unit and unit officer handling of high security offenders during escorts. The team talked with control room officer and observed control room operations. The team went to the armory and visited with the armory officer regarding key control, weapons use and training staff. EMCF has an electronic key watch system that provides reports as needed. EMCF master keys and key procedures were being followed. Log books were current and complete. The team observed the count process and found it more than adequate to meet the needs of the facility. The officers were asked about the use of force policy and they demonstrated both knowledge of the policy and were they could go to get a copy if needed. The audit team was able to observe two misconduct hearings. The officers the audit team talked with on this shift regarding staff safety stated they felt safe at EMCF.

    b.     Evening Shift

The team was present at the facility during the 2nd card/shift which operates from 3:00 p.m. to 11:00 p.m. The audit team attended the shift briefing. The second card/shift is very active in facility operations. The team talked with the shift supervisors and officers. The team observed the procedures used to feed offenders in the housing units. The team was able to observe kitchen worker prepare food trays for the offenders they feed on the unit, shift change on the unit, and shift change procedures. The team observed the shake down process involving all officers that were entering the facility for roll call at the start of the shift. Offenders are not allowed to leave the housing units without proper authorization. The correctional officers on this shift knew policy. They knew the offenders and they were professional in their interaction with the offenders. The dorm and interior post officers had signed their post orders. The officers were asked about the use of force policy and they demonstrated both knowledge of the policy and were they could go to get a copy if needed.

19

DEF-024609

The officers were asked about offender on offender assaults and offender on staff assaults. The staff stated that the numbers of offender on offender assaults are not as frequent as they were in the past. The officers the audit team talked with on this shift regarding staff safety stated they felt safe at EMCF.

c.    Night Shift

The team was present at the facility during the 3rd card/shift which operates from 11:00 p.m. to 7:00 a.m.   The audit team observed this shift from 5:50 a.m. until 7:00 a.m....   This shift has the least amount of offender incidents because the majority of the offenders are locked down starting at 11:00 p.m. each night. The officers on this shift were asked about the yearly training requirement and how they obtain the required training. They had all received or were in the process of receiving the required training. The officers were asked about their work history and involvement in the ACA Audit process. The officers on this shift feel they were a part of the process and they stated that the shift supervisor kept them advised about what is taking place at the facility. Officers state they are provided information at shift briefing and by their shift supervisor. The officers on this shift were asked about the use of force policy and they demonstrated both knowledge of the policy and were they could go to get a copy if needed. The officers were asked about chemical agent and what is the process to decontaminate the offender after chemical agents are used. The officers explained the process of when they use chemical agents and their documentation requirements after it is used. The officers the audit team talked with on this shift regarding staff safety stated they felt safe at EMCF. This shift is responsible for the early morning routine operations of the facility. The audit team observed the process of offender movement which was controlled and without issues.

5.    Status of Previously Non-compliant Standards/Plans of Action

The Management Training Corporation was awarded the contract to manage the East Mississippi Correctional Facility on July 19, 2012. This is considered the Initial ACA Audit.

G.    **Interviews**

During the course of the audit, team members met with both staff and offenders to verify observations and/or to clarify questions concerning facility operations.

20

DEF-024610

1.    Offender Interviews

Approximately 116 offenders were interviewed during the audit team's visit. It appears that the majority of the offenders were supportive of the warden and the administrative staff. There were no general population major complaints about staff treatment or fairness. ACA had four offenders that sent letters regarding the ACA Audit of the East Mississippi Correctional Facility. The Audit team reviewed the letters and provides this brief overview of the letters content and what was observed.

The first letter dated January 26, 2014 was from an offender who was complaining that the hot water tank always went out over the weekend and the maintence staff would wait until they came to work on Monday to repair it. His other complaint was that at lunch the offenders are served cold cuts. He stated the cheese and baloney sometimes has ice on it and he would like for the facility to provide the offenders with a microwave to heat the food. He also had a complaint about not getting the full clothing order when he arrived. His last compliant was about the warden all the time talking about saving money. The offender states for this reason he was given generic drugs, he feels offender are not being sent to the hospital and he was not getting the treatment he needed for his back and stomach. The audit team visited with the maintenance staff, warden and medical staff and the offender. The offender states there is no longer any issues and that things are going well. EMCF currently provides three hot meals per day and there is a micro wave in each dorm. The offender no longer had any complaints about medical or the hot water. The offender stated he still has a mental health diagnosis and he would like to spend the rest of his time at EMCF. He also stated that he feels safe at the facility. All offenders are issued three sets of clothes and linen they are also provided by-annual and annual replacements.

The second letter has no date but was regarding an Incident the offender claims occurred on July 13, 2013. He stated that an officer had thrown a radio at him and that the facility had not done enough to investigate the incident and take action against staff. He requested that ACA conduct a full investigation of the incident and his complaint. The audit team discussed the letter with Warden Norris Hogans, Chief of Security Michael Rice and the offender. This issue has also been resolved and the offender states that he was "horse-playing with the officer" when she reacted as she did to his hitting her. Warden Hogans was not working at the facility at the time of the alleged incident, and Chief of Security Michael Rice did not remember the alleged incident. The officer listed in the letter no longer works for the facility. The offender is currently in Long Term Segregation for another conflict with an officer.

21

DEF-024611

The third offender sent two letters with court and supporting documents that started July 9, 2013 with the last letter dated April 2014. A law firm representing Trinity Services and he had agreed to settle a dispute by dropping a Lawsuit against Trinity Services Group Food Service staff if they would allow him to return to his job in food service at EMCF. There are a number of letters in reply to the offender from the Director of Private and Regional Prisons. The audit team talked with Warden Norris Hogans, Unit Manger and Offender. The offender has his job back in food service. The issues raised in the letters have been resolved. This offender advised the audit team member that he has currently asked to cell with a certain offender he feels comfortable with but has not had a reply from Warden Hogans.

The fourth offender had sent a letter to ACA Standards and Accreditation requesting copies of ACI and ACRS standards because he felt that EMCF was not in compliance with these standards. The ACA audit team does not know if the offender was sent the documents he requested. The audit team reviewed the ACA ACI standards he had listed in his letter and found the facility to be compliance with these Standards. This offender is no longer housed at EMCF.

The offenders had no negative comments about the quantity of food provided by Trinity Food Service. The team ate the lunch meal in the dining room with the offenders on March 10, 2015. The quantity, quality and presentation were satisfactory.

The offenders the audit teamed talked with voiced no major concerns with medical.

There is a positive feeling among the offenders in the therapeutic communities, cognitive treatment programs, life skills program and education programs.

The offenders at this custody level expressed to the team that they felt safe at the East Mississippi Correctional Facility. The offenders were asked about the number of offender on offender assaults and the number of offender assaults on staff. The offender the audit team talked with stated that the offender assaults are because some of the offenders do not show them the proper respect. The offenders also stated that the offender assaults on staff are not occurring as much as it did in the past. The majority of the correctional staff have less than one year of correctional experience. The audit team could not determine if this change in offender assaults on staff has been because of staff training on how to deal with these types of offenders.

Notice of the ACA re-accreditation had been posted in the units and at the different offender information locations.

22

DEF-024612

2.    Staff Interviews

The audit team spoke with approximately 126 staff in the course of the audit process. Staff at the facility is professional in their interaction with the offenders and other staff. The EMCF has 62% of its staff with less than one year of service. EMCF has 15 % of its staff with less than three years on experience. Only 23% of the staff would be considered seasoned staff with four or more years of correctional experience. The staff appears to be working as a team and communicate well with each other and the offender population. The audit teams asked opened ended questions regarding staff safety and were provided the same response from the majority of the staff they feel safe. The audit team observed a sense of pride by all levels of staff in the facility regarding the jobs they perform. The staff the audit team talked with said they were involved in the accreditation process and committed to the success of the facility. There was a great deal of support for the administration. The staff that the audit team talked with felt that their contributions are recognized and that they make a difference. The staff are aware that they work with a demanding offender population. There are some staff that would prefer not to work with the offenders in Long Term Segregation but are doing so and had a positive perspective about their contribution and efforts to help these offenders return to general population. Dr. Dennis Huggins is the Director of Mental Health and the Program Director provided a lot of information and data and is proud of the mental health treatment programs offered to the offenders at EMCF. The audit team was able to observe several Mental Health, Unit and Program Team meetings with offenders. The unit, mental health treatment and program teams met as a group one on one with the offenders as part of the assessments for treatment. The audit team was impressed by our observations though out the audit process of this team approach in dealing with the needs of this unique offender population.

H.    **Exit Discussion**

The exit interview was held at 12:00 in the contact visiting room with the Warden Norris Hogans and 118 staff in attendance.

The following persons were also in attendance:

| | |
|---|---|
| Tony Compton | MDOC Director Private Prisons |
| George Terry | Health Assurance LLC |
| Marjorie Brown | VP of Region IV (MTC) |
| Robyn Williams | Director (MTC) |
| Ed Porter | Director (MTC) |
| Vernell Thomas | MDOC Contract Monitor |

The chairperson explained the procedures that would follow the audit. The team discussed the compliance levels of the mandatory and non-mandatory standards and reviewed their individual findings with the group.

23

DEF-024613

The chairperson expressed appreciation for the cooperation of everyone concerned and congratulated the facility team for the progress made and encouraged them to continue to strive toward even further professionalism within the correctional field.

DEF-024614

COMMISSION ON ACCREDITATION FOR CORRECTIONS

AND THE

AMERICAN CORRECTIONAL ASSOCIATION

---

**COMPLIANCE TALLY**

---

| Manual Type | Adult Correctional Institution, 4th Edition |
|---|---|
| Supplement | 2012 Standards Supplement |
| Facility/Program | MTC East Mississippi Correctional Facility |
| Audit Dates | March 9-11, 2015 |
| Auditor(s) | Lester Young, Chairperson<br>Harry E. Wilson, Member<br>Jody Jones, Member |

| | MANDATORY | NON-MANDATORY |
|---|---|---|
| Number of Standards in Manual | 60 | 465 |
| Number Not Applicable | 4 | 39 |
| Number Applicable | 56 | 426 |
| Number Non-Compliance | 0 | 0 |
| Number in Compliance | 56 | 426 |
| Percentage (%) of Compliance | 100 % | 100% |

- Number of Standards *minus* Number of Not Applicable *equals* Number Applicable

- Number Applicable *minus* Number Non-Compliance *equals* Number Compliance

- Number Compliance *divided by* Number Applicable *equals* Percentage of Compliance

DEF-024615

COMMISSION ON ACCREDITATION FOR CORRECTIONS

Management and Training Corporation
East Mississippi Correctional Facility (MTC)
Meridian, Mississippi

March 9-11, 2015

<u>Visiting Committee Findings</u>

Mandatory Standards

Not Applicable

**Standard #4-4353**

IF FEMALE OFFENDERS ARE HOUSED, ACCESS TO PREGNANCY MANAGEMENT IS SPECIFIC AS IT RELATES TO THE FOLLOWING:

- PREGNANCY TESTING
- ROUTINE PRENATAL CARE
- HIGH-RISK PRENATAL CARE
- MANAGEMENT OF THE CHEMICALLY ADDICTED PREGNANT INMATE
- POSTPARTUM FOLLOW-UP
- UNLESS MANDATED BY STATE LAW, BIRTH CERTIFICATES/REGISTRY DOES NOT LIST A CORRECTIONAL FACILITY AS THE PLACE OF BIRTH

FINDINGS:

The East Mississippi Correctional Facility houses no female offenders.

**Standard #4-4362**

IF FEMALE OFFENDERS ARE HOUSED, ACCESS TO PREGNANCY MANAGEMENT IS SPECIFIC AS IT RELATES TO THE FOLLOWING:

- PREGNANCY TESTING
- ROUTINE PRENATAL CARE
- HIGH-RISK PRENATAL CARE
- MANAGEMENT OF THE CHEMICALLY ADDICTED PREGNANT INMATE
- POSTPARTUM FOLLOW-UP

DEF-024616

- UNLESS MANDATED BY STATE LAW, BIRTH CERTIFICATES/REGISTRY DOES NOT LIST A CORRECTIONAL FACILITY AS THE PLACE OF BIRTH

CUSTODY STAFF, PROCEDURES WILL REQUIRE A SUBSEQUENT REVIEW OF POSITIVE FINDINGS BY THE LICENSED HEALTH CARE STAFF. WRITTEN PROCEDURES AND SCREENING PROTOCOLS ARE ESTABLISHED BY THE RESPONSIBLE PHYSICIAN IN COOPERATION WITH THE FACILITY MANAGER. INMATES CONFINED WITHIN A CORRECTIONAL COMPLEX WITH CONSOLIDATED MEDICAL SERVICES DO NOT REQUIRE HEALTH SCREENING FOR INTRA-SYSTEM TRANSFERS.

FINDINGS:

The East Mississippi Correctional Facility only receives intra-system transfers.

**Standard #4-4365**

IF FEMALE OFFENDERS ARE HOUSED, ACCESS TO PREGNANCY MANAGEMENT IS SPECIFIC AS IT RELATES TO THE FOLLOWING:

- PREGNANCY TESTING
- ROUTINE PRENATAL CARE
- HIGH-RISK PRENATAL CARE
- MANAGEMENT OF THE CHEMICALLY ADDICTED PREGNANT INMATE
- POSTPARTUM FOLLOW-UP
- UNLESS MANDATED BY STATE LAW, BIRTH CERTIFICATES/REGISTRY DOES NOT LIST A CORRECTIONAL FACILITY AS THE PLACE OF BIRTH

IF FEMALE OFFENDERS ARE HOUSED, ACCESS TO PREGNANCY MANAGEMENT IS SPECIFIC AS IT RELATES TO THE FOLLOWING:

- PREGNANCY TESTING
- ROUTINE PRENATAL CARE
- HIGH-RISK PRENATAL CARE
- MANAGEMENT OF THE CHEMICALLY ADDICTED PREGNANT INMATE
- POSTPARTUM FOLLOW-UP
- UNLESS MANDATED BY STATE LAW, BIRTH CERTIFICATES/REGISTRY DOES NOT LIST A CORRECTIONAL FACILITY AS THE PLACE OF BIRTH

FINDINGS:

The East Mississippi Correctional Facility only receives intra-system transfers.

DEF-024617

**Standard #4-4371**

ALL INTERSYSTEM OFFENDER TRANSFERS WILL UNDERGO A MENTAL HEALTH APPRAISAL BY A QUALIFIED MENTAL HEALTH PROFESSIONAL WITHIN FOURTEEN DAYS OF ADMISSION TO A FACILITY. IF THERE IS DOCUMENTED EVIDENCE OF A MENTAL HEALTH APPRAISAL WITHIN THE PREVIOUS NINETY DAYS, A NEW MENTAL HEALTH APPRAISAL IS NOT REQUIRED, EXCEPT AS DETERMINED BY THE DESIGNATED MENTAL HEALTH AUTHORITY. MENTAL HEALTH APPRAISALS INCLUDE, BUT ARE NOT LIMITED TO:

- REVIEW OF AVAILABLE HISTORICAL RECORDS OF INPATIENT AND OUTPATIENT PSYCHIATRIC TREATMENT
- REVIEW OF HISTORY OF TREATMENT WITH PSYCHOTROPIC MEDICATION
- REVIEW OF HISTORY OF PSYCHOTHERAPY, PSYCHO-EDUCATIONAL GROUPS AND CLASSES OR SUPPORT GROUPS
- REVIEW OF HISTORY OF DRUG AND ALCOHOL TREATMENT
- REVIEW OF EDUCATION HISTORY
- REVIEW OF HISTORY OF SEXUAL ABUSE-VICTIMIZATION AND PREDATORY BEHAVIOR
- ASSESSMENT OF CURRENT MENTAL STATUS AND CONDITION
- ASSESSMENT OF CURRENT SUICIDAL POTENTIAL AND PERSON-SPECIFIC CIRCUMSTANCES THAT INCREASE SUICIDE POTENTIAL
- ASSESSMENT OF VIOLENCE POTENTIAL AND PERSON-SPECIFIC CIRCUMSTANCES THAT INCREASE VIOLENCE POTENTIAL
- ASSESSMENT OF DRUG AND ALCOHOL ABUSE AND/OR ADDICTION
- USE OF ADDITIONAL ASSESSMENT TOOLS, AS INDICATED
- REFERRAL TO TREATMENT, AS INDICATED
- DEVELOPMENT AND IMPLEMENTATION OF A TREATMENT PLAN, INCLUDING RECOMMENDATIONS CONCERNING HOUSING, JOB ASSIGNMENT, AND PROGRAM PARTICIPATION

FINDINGS:

The East Mississippi Correctional Facility does not receive inter-system transfers.

DEF-024618

COMMISSION ON ACCREDITATION FOR CORRECTIONS

Management and Training Corporation
East Mississippi Correctional Facility (MTC)
Meridian, Mississippi

March 9-11, 2015

<u>Visiting Committee Findings</u>

Non-Mandatory Standards

Not Applicable

**Standard #4-4043**

COMMISSARY/CANTEEN FUNDS ARE AUDITED INDEPENDENTLY FOLLOWING STANDARD ACCOUNTING PROCEDURES, AND AN ANNUAL FINANCIAL STATUS REPORT IS AVAILABLE AS A PUBLIC DOCUMENT.

FINDINGS:

The East Mississippi Correctional Facility does not control Commissary Canteen funds. All commissary and canteen funds are controlled by the Mississippi Department of Corrections.

**Standard #4-4045**

INMATES' PERSONAL FUNDS HELD BY THE INSTITUTION ARE CONTROLLED BY ACCEPTED ACCOUNTING PROCEDURES.

FINDINGS:

The East Mississippi Correctional Facility offender personal funds and accounts are held by the Mississippi Department of Corrections.

**Standard #4-4057**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT ALL PERSONNEL ARE SELECTED, RETAINED, AND PROMOTED ON THE BASIS OF MERIT AND SPECIFIED QUALIFICATIONS. NEW EMPLOYEES RECEIVE CREDIT FOR THEIR PRIOR TRAINING.

29

DEF-024619

FINDINGS:

The East Mississippi Correctional Facility employees are not covered by merit system, civil service or union contracts.

**Standard #4-4059**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT EMPLOYEES COVERED BY MERIT SYSTEMS, CIVIL SERVICE REGULATIONS, OR UNION CONTRACT ARE APPOINTED INITIALLY FOR A PROBATIONARY TERM OF AT LEAST SIX MONTHS BUT NO LONGER THAN ONE YEAR.

FINDINGS:

The East Mississippi Correctional Facility is not covered by a merit system, civil service employment or union contract.

**Standard #4-4143**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR THE ASSIGNMENT OF APPROPRIATELY TRAINED INDIVIDUALS TO ASSIST DISABLED OFFENDERS WHO CANNOT OTHERWISE PERFORM BASIC LIFE FUNCTIONS.

FINDINGS:

The East Mississippi Correctional Facility does not house disabled offenders who cannot perform basic life functions.

**Standard #4-4181**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT WHEN BOTH MALES AND FEMALES ARE HOUSED IN THE FACILITY, AT LEAST ONE MALE AND ONE FEMALE STAFF MEMBER ARE ON DUTY AT ALL TIMES.

FINDINGS:

The East Mississippi Correctional Facility does not house female offenders.

DEF-024620

**Standard #4-4190-1**

WRITTEN POLICY, PROCEDURE AND PRACTICE, IN GENERAL, PROHIBIT THE USE OF RESTRAINTS ON FEMALE OFFENDERS DURING ACTIVE LABOR AND THE DELIVERY OF A CHILD. ANY DEVIATION FROM THE PROHIBITION REQUIRES APPROVAL BY, AND GUIDANCE ON, METHODOLOGY FROM THE MEDICAL AUTHORITY AND IS BASED ON DOCUMENTED SERIOUS SECURITY RISKS.  THE MEDICAL AUTHORITY PROVIDES GUIDANCE ON THE USE OF RESTRAINTS ON PREGNANT OFFENDERS PRIOR TO ACTIVE LABOR AND DELIVERY.

FINDINGS:

The East Mississippi Correctional Facility does not house female offenders.

**Standard #4-4278**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT MALE AND FEMALE INMATES HOUSED IN THE SAME INSTITUTION HAVE SEPARATE SLEEPING QUARTERS BUT EQUAL ACCESS TO ALL AVAILABLE SERVICES AND PROGRAMS. NEITHER SEX IS DENIED OPPORTUNITIES SOLELY ON THE BASIS OF THEIR SMALLER NUMBER IN THE POPULATION.

FINDINGS:

The East Mississippi Correctional Facility does not house female offenders.

**Standard #4-4285**

WRITTEN POLICIES AND PROCEDURES GOVERN THE ADMISSION OF INMATES NEW TO THE SYSTEM. THESE PROCEDURES INCLUDE AT A MINIMUM THE FOLLOWING:

- DETERMINATION THAT THE INMATE IS LEGALLY COMMITTED TO THE INSTITUTION
- THOROUGH SEARCHING OF THE INDIVIDUAL AND POSSESSIONS
- DISPOSING OF PERSONAL PROPERTY
- SHOWER AND HAIR CARE, IF NECESSARY
- ISSUE OF CLEAN, LAUNDERED CLOTHING AS NEEDED
- PHOTOGRAPHING AND FINGERPRINTING, INCLUDING NOTATION OF IDENTIFYING MARKS OR OTHER UNUSUAL PHYSICAL CHARACTERISTICS
- MEDICAL, DENTAL, AND MENTAL HEALTH SCREENING
- ASSIGNING TO HOUSING UNIT
- RECORDING BASIC PERSONAL DATA AND INFORMATION TO BE USED FOR MAIL AND VISITING LIST

31

DEF-024621

- EXPLAINING MAIL AND VISITING PROCEDURES
- ASSISTING INMATES IN NOTIFYING THEIR NEXT OF KIN AND FAMILIES OF ADMISSION
- ASSIGNING OF REGISTERED NUMBER TO THE INMATE
- GIVING WRITTEN ORIENTATION MATERIALS TO THE INMATE
- DOCUMENTING ANY RECEPTION AND ORIENTATION PROCEDURE COMPLETED AT A CENTRAL RECEPTION FACILITY

FINDINGS:

The East Mississippi Correctional Facility houses only intra-system transfers.

**Standard #4-4286**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THE PREPARATION OF A SUMMARY ADMISSION REPORT FOR ALL NEW ADMISSIONS. THE REPORT INCLUDES AT A MINIMUM THE FOLLOWING INFORMATION:

- LEGAL ASPECTS OF THE CASE
- SUMMARY OF CRIMINAL HISTORY, IF ANY
- SOCIAL HISTORY
- MEDICAL, DENTAL, AND MENTAL HEALTH HISTORY
- OCCUPATIONAL EXPERIENCE AND INTERESTS
- EDUCATIONAL STATUS AND INTERESTS
- VOCATIONAL PROGRAMMING
- RECREATIONAL PREFERENCE AND NEEDS ASSESSMENT
- PSYCHOLOGICAL EVALUATION
- STAFF RECOMMENDATIONS
- PRE-INSTITUTIONAL ASSESSMENT INFORMATION

FINDINGS:

The East Mississippi Correctional Facility houses only intra-system transfers.

**Standard #4-4287**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR A RECEPTION PROGRAM FOR NEW INMATES UPON ADMISSION TO THE CORRECTIONAL SYSTEM. EXCEPT IN UNUSUAL CIRCUMSTANCES, INITIAL RECEPTION AND ORIENTATION OF INMATES IS COMPLETED WITHIN 30 CALENDAR DAYS AFTER ADMISSION.

32

DEF-024622

FINDINGS:

The East Mississippi Correctional Facility houses only intra-system transfers.

**Standard #4-4307**

IF YOUTHFUL OFFENDERS ARE HOUSED IN THE FACILITY, WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THEY ARE HOUSED IN A SPECIALIZED UNIT FOR YOUTHFUL OFFENDERS EXCEPT WHEN:

- A VIOLENT, PREDATORY YOUTHFUL OFFENDER POSES AN UNDUE RISK OF HARM TO OTHERS WITHIN THE SPECIALIZED UNIT; AND/OR
- A QUALIFIED MEDICAL OR MENTAL-HEALTH SPECIALIST DOCUMENTS THAT THE YOUTHFUL OFFENDER WOULD BENEFIT FROM PLACEMENT OUTSIDE THE UNIT

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR THE PREPARATION OF A WRITTEN STATEMENT OF THE SPECIFIC REASONS FOR HOUSING A YOUTHFUL OFFENDER OUTSIDE THE SPECIALIZED UNIT AND A CASE-MANAGEMENT PLAN SPECIFYING WHAT BEHAVIORS NEED TO BE MODIFIED AND HOW THE YOUTHFUL OFFENDER MAY RETURN TO THE UNIT. THE STATEMENT OF REASONS AND CASE-MANAGEMENT PLAN MUST BE APPROVED BY THE WARDEN OR HIS OR HER DESIGNEE. CASES ARE REVIEWED AT LEAST QUARTERLY BY THE CASE MANAGER, THE WARDEN OR HIS OR HER DESIGNEE, AND THE YOUTHFUL OFFENDER TO DETERMINE WHETHER A YOUTHFUL OFFENDER SHOULD BE RETURNED TO THE SPECIALIZED UNIT.

FINDINGS:

The East Mississippi Correctional Facility does not house youthful offenders.

**Standard #4-4308**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR THE DIRECT SUPERVISION OF YOUTHFUL OFFENDERS HOUSED IN THE SPECIALIZED UNIT TO ENSURE SAFETY AND SECURITY.

FINDINGS:

The East Mississippi Correctional Facility dose not house youthful offenders.

33

DEF-024623

**Standard #4-4309**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR CLASSIFICATION PLANS FOR YOUTHFUL OFFENDERS THAT DETERMINE LEVEL OF RISK AND PROGRAM NEEDS DEVELOPMENTALLY APPROPRIATE FOR ADOLESCENTS. CLASSIFICATION PLANS SHALL INCLUDE CONSIDERATION OF PHYSICAL, MENTAL, SOCIAL, AND EDUCATIONAL MATURITY OF THE YOUTHFUL OFFENDER.

FINDINGS:

The East Mississippi Correctional Facility does not house youthful offenders.

**Standard #4-4310**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT ADEQUATE PROGRAM SPACE BE PROVIDED TO MEET THE PHYSICAL, SOCIAL, AND EMOTIONAL NEEDS OF YOUTHFUL OFFENDER AND ALLOWS FOR THEIR PERSONAL INTERACTIONS AND GROUP-ORIENTED ACTIVITIES.

FINDINGS:

The East Mississippi Correctional Facility does not house youthful offenders.

**Standard #4-4311**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT YOUTHFUL OFFENDERS IN THE SPECIALIZED UNIT FOR YOUTHFUL OFFENDERS HAVE NO MORE THAN INCIDENTAL SIGHT OR SOUND CONTACT WITH ADULT OFFENDERS FROM OUTSIDE THE UNIT IN LIVING, PROGRAM, DINING, OR OTHER COMMON AREAS OF THE FACILITY. ANY OTHER SIGHT OR SOUND CONTACT IS MINIMIZED, BRIEF, AND IN CONFORMANCE WITH APPLICABLE LEGAL REQUIREMENTS.

FINDINGS:

The East Mississippi Correctional Facility does not house youthful offenders.

**Standard #4-4312**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT PROGRAM PERSONNEL WHO WORK WITH YOUTHFUL OFFENDERS FROM THE SPECIALIZED UNIT BE TRAINED IN THE DEVELOPMENTAL, SAFETY, AND OTHER SPECIFIC NEEDS OF YOUTHFUL OFFENDERS.

DEF-024624

WRITTEN JOB DESCRIPTIONS AND QUALIFICATIONS REQUIRE TRAINING FOR STAFF SPECIFICALLY ASSIGNED TO THE UNIT OR STAFF THAT IS RESPONSIBLE FOR PROGRAMMING OF YOUTHFUL OFFENDERS IN THE SPECIALIZED UNIT BEFORE BEING ASSIGNED TO WORK WITH YOUTHFUL OFFENDERS. THE TRAINING SHOULD INCLUDE BUT NOT BE LIMITED TO THE FOLLOWING AREAS:

- ADOLESCENT DEVELOPMENT
- EDUCATIONAL PROGRAMMING
- CULTURAL AWARENESS
- CRISIS PREVENTION AND INTERVENTION
- LEGAL ISSUES
- HOUSING AND PHYSICAL PLANT
- POLICIES AND PROCEDURES
- THE MANAGEMENT OF, AND PROGRAMMING FOR, SEX OFFENDERS
- SUBSTANCE-ABUSE SERVICES
- COGNITIVE-BEHAVIORAL INTERVENTIONS, INCLUDING ANGER MANAGEMENT, SOCIAL-SKILLS TRAINING, PROBLEM SOLVING, AND RESISTING PEER PRESSURE
- SUICIDE PREVENTION
- NUTRITION
- MENTAL-HEALTH ISSUES
- GENDER-SPECIFIC ISSUES
- CASE-MANAGEMENT PLANNING AND IMPLEMENTATION

FINDINGS:

The East Mississippi Correctional Facility does not house youthful offenders.

**Standard #4-4323**

WHEN REQUIRED BY STATUTE, FOOD PRODUCTS THAT ARE GROWN OR PRODUCED WITHIN THE SYSTEM ARE INSPECTED AND APPROVED BY THE APPROPRIATE GOVERNMENT AGENCY. THERE IS A DISTRIBUTION SYSTEM THAT ENSURES PROMPT DELIVERY OF FOODSTUFFS TO INSTITUTION KITCHENS.

FINDINGS:

The East Mississippi Correctional Facility does not grow food to be shipped to other institutions.

DEF-024625

**Standard #4-4353-1**

WHERE NURSING INFANTS ARE ALLOWED TO REMAIN WITH THEIR MOTHERS, PROVISIONS ARE MADE FOR A NURSERY, STAFFED BY QUALIFIED PERSONS, WHERE THE INFANTS ARE PLACED WHEN THEY ARE NOT IN THE CARE OF THEIR MOTHERS.

FINDINGS:

The East Mississippi Correctional Facility does not house female offenders.

**Standard #4363-1**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE FOR EARLY IDENTIFICATION AND TREATMENT OF OFFENDERS WITH ALCOHOL AND DRUG ABUSE PROBLEMS THROUGH A STANDARDIZED BATTERY ASSESSMENT. THE BATTERY SHALL BE DOCUMENTED AND INCLUDE AT A MINIMUM THE FOLLOWING:

- SCREENING AND SORTING
- CLINICAL ASSESSMENT AND REASSESSMENT
- MEDICAL ASSESSMENT FOR APPROPRIATE DRUG AND ALCOHOL PROGRAM ASSIGNMENT TO THE NEEDS OF THE INDIVIDUAL INMATES
- REFERRAL

FINDINGS:

All diagnoses testing is performed at the Central Mississippi Reception and Classification Center upon initial intake.   The East Mississippi Correctional Facility houses only intra-system transfers.

**Standard #4-4364**

ALL IN-TRANSIT OFFENDERS RECEIVE A HEALTH SCREENING BY HEALTH-TRAINED OR QUALIFIED HEALTH CARE PERSONNEL ON ENTRY INTO THE AGENCY SYSTEM. FINDINGS ARE RECORDED ON A SCREENING FORM THAT WILL ACCOMPANY THE OFFENDER TO ALL SUBSEQUENT FACILITIES UNTIL THE OFFENDER REACHES HIS OR HER FINAL DESTINATION. HEALTH SCREENS WILL BE REVIEWED AT EACH FACILITY BY HEALTH-TRAINED OR QUALIFIED HEALTH CARE PERSONNEL. PROCEDURES WILL BE IN PLACE FOR CONTINUITY OF CARE.

FINDINGS:

The East Mississippi Correctional Facility offenders are intra-system transfers.

DEF-024626

**Standard #4-4383**

WHEN INSTITUTIONS DO NOT HAVE QUALIFIED HEALTH CARE STAFF, HEALTH-TRAINED PERSONNEL COORDINATE THE HEALTH DELIVERY SERVICES IN THE INSTITUTION UNDER THE JOINT SUPERVISION OF THE RESPONSIBLE HEALTH AUTHORITY AND WARDEN OR SUPERINTENDENT.

FINDINGS:

The East Mississippi Correctional Facility has full time qualified health care personnel on site.

**Standard #4-4391**

IF VOLUNTEERS ARE USED IN THE DELIVERY OF HEALTH CARE, THERE IS A DOCUMENTED SYSTEM FOR SELECTION, TRAINING, STAFF SUPERVISION, FACILITY ORIENTATION, AND DEFINITION OF TASKS, RESPONSIBILITIES AND AUTHORITY THAT IS APPROVED BY THE HEALTH AUTHORITY. VOLUNTEERS MAY ONLY PERFORM DUTIES CONSISTENT WITH THEIR CREDENTIALS AND TRAINING. VOLUNTEERS AGREE IN WRITING TO ABIDE BY ALL FACILITY POLICIES, INCLUDING THOSE RELATING TO THE SECURITY AND CONFIDENTIALITY OF INFORMATION.

FINDINGS:

The East Mississippi Correctional Facility has no volunteers utilized in the delivery of health care.

**Standard #4-4392**

ANY STUDENTS, INTERNS, OR RESIDENTS DELIVERING HEALTH CARE IN THE FACILITY, AS PART OF A FORMAL TRAINING PROGRAM, WORK UNDER STAFF SUPERVISION, COMMENSURATE WITH THEIR LEVEL OF TRAINING. THERE IS A WRITTEN AGREEMENT BETWEEN FACILITY AND TRAINING OR EDUCATIONAL FACILITY THAT COVERS SCOPE OF WORK, LENGTH OF AGREEMENT, AND ANY LEGAL OR LIABILITY ISSUES.  STUDENTS OR INTERNS AGREE IN WRITING TO ABIDE BY ALL FACILITY POLICIES, INCLUDING THOSE RELATING TO THE SECURITY AND CONFIDENTIALITY OF INFORMATION.

FINDINGS:

The East Mississippi Correctional Facility does not use students, interns or residents in the delivery of health care services.

DEF-024627

**Standard #4-4403-1**

IF TELEHEALTH IS USED FOR PATIENT ENCOUNTERS, THE PLAN INCLUDES POLICIES FOR:

- PATIENT CONSENT
- CONFIDENTIALITY/PROTECTED HEALTH INFORMATION
- DOCUMENTATION
- INTEGRATION OF THE REPORT OF THE CONSULTATION INTO THE PRIMARY HEALTH CARE RECORD

FINDINGS:

The East Mississippi Correctional Facility does not use Telehealth.

**Standard #4-4436**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT COMPREHENSIVE COUNSELING AND ASSISTANCE ARE PROVIDED TO PREGNANT INMATES IN KEEPING WITH THEIR EXPRESSED DESIRES IN PLANNING FOR THEIR UNBORN CHILDREN.

FINDINGS:

The East Mississippi Correctional Facility has no pregnant inmates housed at this facility.

**Standard #4-4443**

IF A TEMPORARY RELEASE PROGRAM IS IN PLACE, IT SHOULD INCLUDE BUT NOT BE LIMITED TO THE FOLLOWING:

- WRITTEN OPERATIONAL PROCEDURES
- CAREFUL SCREENING AND SELECTION PROCEDURES
- WRITTEN RULES OF CONDUCT AND SANCTIONS
- A SYSTEM OF SUPERVISION TO MINIMIZE INMATE ABUSE OF PROGRAM PRIVILEGES
- A COMPLETE RECORDKEEPING SYSTEM
- A SYSTEM FOR EVALUATING PROGRAM EFFECTIVENESS
- EFFORTS TO OBTAIN COMMUNITY COOPERATION AND SUPPORT

FINDINGS:

The East Mississippi Correctional Facility houses medium and maximum security offenders who are not eligible for temporary release programs.

DEF-024628

**Standard #4-4447**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT CONSISTENT WITH THE LAW OF THE JURISDICTION, THERE IS A SYSTEM FOR PROVIDING NOTIFICATION TO THE REGISTERED VICTIM(S) OF A CRIME PRIOR TO ANY RELEASE FROM CONFINEMENT OF THE CONVICTED INMATE AND/OR ESCAPE FROM CUSTODY. FOLLOW-UP NOTIFICATION TO VICTIM(S) OCCURS WHEN ESCAPEES ARE RETURNED TO CUSTODY.

FINDINGS:

The Mississippi Department of Corrections notifies the victim and/or designated immediate family 15 days prior to the offenders release.

**Standard #4-4447-1**

WRITTEN POLICY, PROCEDURE AND PRACTICE PROVIDE THAT DESIGNATED STAFF IS RESPONSIBLE FOR COORDINATION OF VICTIM'S PROGRAMS AND THAT CURRICULUM IS ESTABLISHED FOR PROVIDING TRAINING TO STAFF INVOLVED WITH VICTIM'S ISSUES. THIS CURRICULUM INCLUDES THE FOLLOWING TOPICS:

- SPECIFIC SERVICES AVAILABLE TO CRIME VICTIMS
- CHANGES IN LAWS IMPACTING VICTIMS
- WAY(S) OF GAINING ACCESS TO THE SERVICES
- CONFIDENTIALITY OF VICTIM INFORMATION
- WAY(S) FOR VICTIMS TO COMMUNICATE COMPLAINTS AND OTHER CONCERNS
- PROGRAM EVALUATION MEASURES, WHICH INCLUDE VICTIM INPUT REGARDING THE EFFECTIVENESS OF SERVICES AND WAYS FOR THEM TO MAKE SUGGESTIONS REGARDING AGENCY POLICIES AND PRACTICES INTENDED TO ASSIST CRIME VICTIMS

FINDINGS:

The Mississippi Department of Corrections and not EMCF is responsible for all victim services.

**Standard #4-4456**

WHERE AN INDUSTRIES PROGRAM EXISTS, THERE WILL BE A STATUTE AND/OR WRITTEN POLICY AND PROCEDURE THAT AUTHORIZES THE ESTABLISHMENT OF AN INDUSTRIES PROGRAM AND DELINEATES THE AREAS OF AUTHORITY, RESPONSIBILITY, AND ACCOUNTABILITY FOR THE PROGRAM.

DEF-024629

FINDINGS:

The East Mississippi Correctional Facility does not have an industries program.

**Standard #4-4457**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE SECURITY AND PROGRAM DETERMINATIONS NECESSARY FOR ANY INDIVIDUAL TO BE ELIGIBLE FOR INDUSTRIES WORK ARE MADE BY THE CLASSIFICATION COMMITTEE.

FINDINGS:

The East Mississippi Correctional Facility does not have an industries program.

**Standard #4-4458**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT THE NUMBER OF INMATES ASSIGNED TO INDUSTRIES OPERATIONS MEET THE REALISTIC WORKLOAD NEEDS OF EACH INDUSTRIES OPERATING UNIT.

FINDINGS:

The East Mississippi Correctional Facility do not have an industries program.

**Standard #4-4459**

EACH INDUSTRY'S OPERATING UNIT HAS A WRITTEN QUALITY CONTROL PROCEDURE THAT PROVIDES FOR RAW MATERIAL, IN-PROCESS, AND FINAL PRODUCT INSPECTION.

FINDINGS:

The East Mississippi Correctional Facility has no industry work program.

**Standard #4-4460**

A COST ACCOUNTING SYSTEM FOR EACH OPERATING INDUSTRIES UNIT IS DESIGNED, IMPLEMENTED, AND MAINTAINED IN ACCORDANCE WITH GENERALLY ACCEPTED ACCOUNTING PRINCIPLES.

FINDINGS:

The East Mississippi Correctional Facility does not have an industries program.

40

DEF-024630

**Standard #4-4461-1**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT, CONSISTENT WITH THE LAWS AND LEGAL PRACTICES WITHIN THE JURISDICTION, RESTITUTION IS COLLECTED AND ULTIMATELY MADE AVAILABLE TO THE VICTIMS OF CRIME AND/OR THEIR SURVIVORS. WHERE SUPPORTED BY STATUTE, AND FEASIBLE, VICTIM AWARENESS CLASSES ARE OFFERED TO HELP OFFENDERS UNDERSTAND THE IMPACT OF THEIR CRIMES ON THE VICTIMS, THEIR COMMUNITIES, AND THEIR OWN FAMILIES.

FINDINGS:

The Mississippi Department of Corrections provides victim services not the East Mississippi Correctional Facility/MTC.

**Standard #4-4462**

PRIVATE INDUSTRIES ON THE INSTITUTION GROUNDS EMPLOYING INMATES IN POSITIONS NORMALLY FILLED BY PRIVATE CITIZENS PAY INMATES THE PREVAILING WAGE RATE FOR THE POSITION OCCUPIED.

FINDINGS:

The East Mississippi Correctional Facility has no private industries located at this facility.

**Standard #4-4463**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT INMATES EMPLOYED IN THE COMMUNITY BY PUBLIC OR PRIVATE ORGANIZATIONS IN POSITIONS NORMALLY OCCUPIED BY PRIVATE CITIZENS ARE COMPENSATED AT THE PREVAILING WAGE RATE FOR THE POSITION OCCUPIED. INMATES RECEIVING SUCH COMPENSATION REIMBURSE THE JURISDICTION FOR A REASONABLE SHARE OF ITS COST IN MAINTAINING THEM.

FINDINGS:

The East Mississippi Correctional Facility does not have offenders employed by the public or private organizations in the community.

41

DEF-024631

**Standard #4-4502**

WRITTEN POLICY, PROCEDURE, AND PRACTICE PROVIDE THAT INMATES WITH APPROPRIATE SECURITY CLASSIFICATIONS ARE ALLOWED FURLOUGHS TO THE COMMUNITY TO MAINTAIN COMMUNITY AND FAMILY TIES, SEEK EMPLOYMENT OPPORTUNITIES, AND FOR OTHER PURPOSES CONSISTENT WITH THE PUBLIC INTEREST.

FINDINGS:

The East Mississippi Correctional Facility does not allow offender furloughs because it is not appropriate to the facility security classification.

**Standard #4-4530**

WRITTEN POLICY, PROCEDURE, AND PRACTICE REQUIRE THAT ONGOING, BUT NOT LESS THAN SEMI-ANNUALLY, CONSULTATION TAKES PLACE AS DETERMINED BY THE AGENCY OR PARENT AGENCY WITH THE LOCAL JOINT TERRORISM TASK FORCE (JTTF), OR ANOTHER SIMILAR AGENCY, ON ALL TERRORISM MATTERS TO INCLUDE:

- A LIST OF KNOWN TERRORIST INMATES IN LOCAL CUSTODY
- INTELLIGENCE REGARDING INMATES WITH SUSPECTED TERRORIST TIES
- INFORMATION REGARDING SPECIFIC INCIDENTS, EVENTS, OR THREATS AFFECTING THE INSTITUTION OR DETENTION FACILITY THAT HAVE A POSSIBLE TERRORISM CONNECTION

FINDINGS:

The Mississippi Department of Corrections is responsible for this standard not the East Mississippi Correctional Facility/MTC. There is no local Joint Terrorism Task Force.

42

DEF-024632

**Significant Incident Summary**

This summary is required to be provided to the chair of your audit team upon their arrival. The information contained on this form will also be summarized in the narrative portion of the visiting committee report and will be incorporated into the final report. It should contain data for the last 12 months; indicate those months in the boxes provided. Please type the data. If you have questions on how to complete the form, please contact your regional manager.

Facility East Mississippi Correctional Facility                    Year January2014 to December 2014

| Incidents | | Jan. | Feb. | March | April | May | June | July | Aug. | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assault: Offenders/ Offenders* | Indicate types (sexual**, physical, etc.) | 0 3 | 1 4 | 0 10 | 2 5 | 1 6 | 1 17 | 1 13 | 1 12 | 2 14 | 1 5 | 1 7 | 0 10 |
| | # With Weapon | 1 | 0 | 3 | 0 | 0 | 2 | 1 | 2 | 0 | 0 | 1 | 0 |
| | # Without Weapon | 2 | 5 | 7 | 7 | 7 | 16 | 13 | 11 | 16 | 6 | 7 | 10 |
| ssault: Offender/ Staff | Indicate types (sexual**, physical, etc.) | 0 1 | 0 1 | 0 5 | 0 3 | 0 3 | 0 6 | 0 9 | 0 6 | 0 4 | 1 2 | 0 1 | 0 5 |
| | # With Weapon | 1 | 1 | 2 | 3 | 1 | 3 | 7 | 1 | 3 | 0 | 0 | 1 |
| | # Without Weapon | 0 | 0 | 3 | 0 | 2 | 3 | 2 | 5 | 1 | 3 | 1 | 4 |
| Number of Forced Moves Used*** | (Cell extraction or other forced relocation of offenders) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Disturbances**** | | 1 | 0 | 0 | 3 | 2 | 4 | 1 | 1 | 2 | 2 | 1 | 1 |
| Number of Times Chemical Agents Used | | 19 | 10 | 16 | 26 | 29 | 26 | 10 | 12 | 5 | 4 | 3 | 3 |
| Number of Times Special Reaction Team Used | | 4 | 0 | 5 | 3 | 12 | 5 | 10 | 5 | 0 | 0 | 0 | 1 |
| Four/Five Point Restraints | Number | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Indicate type (chair, bed, board, etc.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Offender Medical Referrals as a Result of Injuries Sustained | #'s should reflect incidents on this form, not rec or other source | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Escapes | # Attempted | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 |
| | # Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Substantiated Grievances (resolved in favor of offender) | Reason (medical, food, religious, etc.) | mix | mix | mix | mix | mix | mix | mix | mix | mix | mix | mix | mix |
| | Number | 4 | 7 | 3 | 1 | 1 | 2 | 4 | 5 | 2 | 9 | 6 | 10 |
| Deaths | Reason (violent, illness, suicide, | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Number | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

*Any physical contact that involves two or more offenders
**Oral, anal or vaginal copulation involving at least two parties
***Routine transportation of offenders is not considered "forced"
****Any incident that involves four or more offenders. Includes gang fights, organized multiple hunger strikes, work stoppages, hostage situations, major fires, or other large scale incidents

43



DEF-024633

| | | Health Care Outcomes | | |
|---|---|---|---|---|
| **Standard** | **Outcome Measure** | **Numerator/Denominator** | **Value** | **Calcu-lated O.M.** |
| 1A | (1) | Number of offenders diagnosed with a MRSA infection within the past twelve (12) months | 10 | |
| | divided by | The average daily population | 1193 | .008 |
| | (2) | Number of offenders diagnosed with active tuberculosis in the past twelve (12) months | 0 | |
| | divided by | Average daily population. | 1193 | 0 |
| | (3) | Number of offenders who are new converters on a TB test that indicates newly acquired TB infection in the past twelve (12) months | 0 | |
| | divided by | Number of offenders administered tests for TB infection in the past twelve (12) months as part of periodic or clinically-based testing, but not intake screening. | 1039 | 0 |
| | (4) | Number of offenders who completed treatment for latent tuberculosis infection in the past twelve (12) months | 0 | |
| | divided by | Number of offenders treated for latent tuberculosis infection in the past twelve (12) months. | 2 | 0 |
| | (5) | Number of offenders diagnosed with Hepatitis C viral infection at a given point in time | 46 | |
| | divided by | Total offender population at that time. | 1193 | .038 |
| | (6) | Number of offenders diagnosed with HIV infection at a given point in time | 3 | |
| | divided by | Total offender population at that time. | 1193 | .003 |
| | (7) | Number of offenders with HIV infection who are being treated with highly active antiretroviral treatment (HAART) at a given point in time | 7 | |
| | divided by | Total number of offenders diagnosed with HIV infection at that time. | 7 | 1 |
| | (8) | Number of selected offenders with HIV infection at a given point in time who have been on antiretroviral therapy for at least six months with a viral load of less than 50 cps/ml | 2 | |
| | divided by | Total number of treated offenders with HIV infection that were reviewed. | 7 | .286 |
| | (9) | Number of offenders diagnosed with an Axis I disorder (excluding sole diagnosis of substance abuse) at a given point in time | 1019 | |

44

DEF-024634

| | | | | |
|---|---|---|---|---|
| | divided by | Total offender population at that time. | 1169 | .87 |
| | (10) | Number of offender admissions to off-site hospitals in the past twelve (12) months | 41 | |
| | divided by | Average daily population. | 1193 | .034 |
| | (11) | Number of offenders transported off-site for treatment of emergency health conditions in the past twelve (12) months | 162 | |
| | divided by | Average daily population in the past twelve (12) months. | 1193 | .136 |
| | (12) | Number of offender specialty consults completed during the past twelve (12) months | 482 | |
| | divided by | Number of specialty consults (on-site or off-site) ordered by primary health care practitioners in the past twelve (12) months. | 480 | 1.004 |
| | (13) | Number of selected hypertensive offenders at a given point in time with a B/P reading > 140 mmHg/ >90 mm Hg | 26 | |
| | divided by | Total number of offenders with hypertension who were reviewed. | 100 | .26 |
| | (14) | Number of selected diabetic offenders at a given point in time who are under treatment for at least six months with a hemoglobin A1C level measuring greater than 9 percent | 11 | |
| | divided by | Total number of diabetic offenders who were reviewed. | 39 | .28 |
| | (15) | The number of completed dental treatment plans within the past twelve (12) months | 1492 | |
| | divided by | the average daily population during the reporting period. | 1193 | 1.25 |
| 2A | (1) | Number of health care *staff* with lapsed licensure or certification during a twelve (12) month period | 0 | |
| | divided by | Number of licensed or certified staff during a twelve (12) month period. | 49 | 0 |
| | (2) | Number of new health care staff during a twelve (12) month period that completed orientation training prior to undertaking their job | 11 | |
| | divided by | Number of new health care staff during the twelve (12) month period. | 11 | 1 |
| | (3) | Number of occupational exposures to blood or other potentially infectious materials in the past twelve (12) months | 1 | |
| | divided by | Number of employees. | 63 | .016 |
| | (4) | Number of direct care staff (employees and contractors) with a conversion of a TB test that indicates newly acquired TB infection in the past twelve (12) months | 0 | |
| | divided by | Number of direct care staff tested for TB infection in the past twelve (12) months during periodic or clinically indicated evaluations. | 466 | 0 |
| 3A | (1) | Number of offender grievances related to health care services found in favor of the offender in the past twelve (12) months | 13 | |
| | divided by | Number of evaluated offender grievances related to health care services in the past twelve (12) months. | 423 | .03 |

45

DEF-024635

| | | | | |
|---|---|---|---|---|
| | (2) | Number of offender grievances related to safety or sanitation sustained during a twelve (12) month period | 120 | |
| | divided by | Number of evaluated offender grievances related to safety or sanitation during a twelve (12) month period. | 120 | 0 |
| | (3) | Number of adjudicated offender lawsuits related to the delivery of health care found in favor of the offender in the past twelve (12) months | 0 | |
| | divided by | Number of offender adjudicated lawsuits related to healthcare delivery in the past twelve (12) months | 23 | 0 |
| 4A | (1) | Number of problems identified by quality assurance program that were corrected during a twelve (12) month period | 8 | |
| | divided by | Number of problems identified by quality assurance program during a twelve (12) month period. | 5 | 1.6 |
| | (2) | Number of high-risk events or adverse outcomes identified by the quality assurance program during a twelve (12) month period. | 0 | |
| | (3) | Number of offender suicide attempts in the past twelve (12) months | 1 | |
| | divided by | Average daily population | 1193 | .0008 |
| | (4) | Number of offender suicides in the past twelve (12) months | 0 | |
| | divided by | Average daily population | 1193 | 0 |
| | (5) | Number of unexpected natural deaths in the past twelve (12) months | 0 | |
| | divided by | Total number of deaths in the same reporting period. | 1 | 0 |
| | (6) | Number of serious medication errors in the past twelve (12) months | 0 | |
| 5A | None | | | |
| 6A | None | | | |
| 7A | None | | | |
| 7B | None | | | |
| 7C | None | | | |

46

DEF-024636

**COMMISSION ON ACCREDITATION FOR CORRECTIONS**
**PANEL ACTION REPORT**

Indianapolis Marriott Downtown
Indianapolis, Indiana

August 15, 2015

Management & Training Corporation
East Mississippi Correctional Facility
Meridian, Mississippi

Agency Representatives:     Norris Hogans, Warden
Victor Rivera, Compliance Coordinator
Carl Fink, Director, Policy and Audits
Marjorie Brown, Vice President

Panel Members:     Steve Andraschko, Chairperson
Kelly Harrington, Member
Marina Cadreche, Member
Richard Weigel, Member

Staff:     Robert Brooks

**Panel Action**

No Action Required.

Granted Accreditation.

**Accreditation Panel Decision**

Moved:     Commissioner Harrington
Seconded:     Commissioner Weigel

Three-Year Accreditation:     Yes

| **Accreditation Vote** | **Yes** | **No** |
|---|---|---|
| Commissioner Andraschko | ✓ | |
| Commissioner Harrington | ✓ | |
| Commissioner Cadreche | ✓ | |
| Commissioner Weigel | ✓ | |

DEF-024637

**Final Tally**

| | |
|---|---|
| Mandatory | 100% |
| Non-Mandatory | 100% |

DEF-024638