IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE DOCKERY, ET AL.                                    PLAINTIFFS

VS.                                         CIVIL NO. 3:13-cv-326-WHB-JCG

PELICIA HALL, ET AL.                                        DEFENDANTS

### DEFENDANT'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIFTH SET OF INTERROGATORIES

\* \* \*

**INTERROGATORY NO. 4**: Identify all investigations of staff misconduct—including but not limited to any conduct that allegedly violated MDOC, MTC, HALLC, and/or Centurion policies or that violated state or federal law—that have occurred since January 1, 2013. For each investigation, provide the staff member's full name, date of the investigation, the alleged violation, and the result of the investigation.

**RESPONSE**: Defendant objects to this Interrogatory on grounds that it is overbroad and unduly burdensome in that it does not include a reasonable temporal limitation. Defendant also objects to this Interrogatory as being vague and ambiguous in that the terms "investigations" and "misconduct" are not reasonably defined in any meaningful way. Defendant further objects on grounds that the Interrogatory appears to presuppose all investigations are documented. Subject to and without waiving these or any other objections, please see the attached document being produced with these responses and Bates-stamped DEF-219190 through DEF-219192, which provides the staff member's name, alleged

PD.21880883.1

EXHIBIT

R

infraction(s), the discipline issued as a result of the investigation, and the date of the discipline with respect to those staff persons who were investigated for incidents involving (a) the use of force against inmates, (b) contraband intended for inmates, (c) fraternization with inmates, or (d) sexual conduct with inmates during the time period from July 1, 2015, to the present.

**SUPPLEMENTAL RESPONSE**: Subject to and without waiving the objections raised above or any other objections and consistent with Rule 26(e) of the Federal Rules of Civil Procedure, the correct Bates numbers for the chart referenced above are DEF-238871 through DEF-238873. Please disregard the chart referenced in the original response to Interrogatory Number 4 and Bates-stamped as DEF-219190 through DEF-219192.

**SECOND SUPPLEMENTAL RESPONSE**: Subject to and without waiving the objections raised above or any other objections and consistent with Rule 26(e) of the Federal Rules of Civil Procedure, please see the attached chart Bates numbered as DEF-300214, which supplements the chart produced at DEF-238871 through DEF-238873.

**INTERROGATORY NO. 5**: Identify all EMCF staff members who have been informally or formally disciplined since January 1, 2013, including, but not limited to, instances when staff have been sanctioned with suspension, administrative leave, written reprimands, termination, and/or the opportunity to resign.

**RESPONSE**: Defendant objects to this Interrogatory on grounds that it is overbroad and unduly burdensome in that it does not include a reasonable

2

substantive or temporal limitation. Defendant further objects to this Interrogatory as being vague and ambiguous in that the phrase "informally or formally disciplined" is not reasonably defined in any meaningful way. Subject to and without waiving these or any other objections, please see the attached document being produced with these responses and Bates-stamped DEF-219190 through DEF-219192, which identifies staff members disciplined for incidents involving (a) the use of force against inmates, (b) contraband intended for inmates, (c) fraternization with inmates, or (d) sexual conduct with inmates during the time period from July 1, 2015, to the present.

**SUPPLEMENTAL RESPONSE**: Subject to and without waiving the objections raised above or any other objections and consistent with Rule 26(e) of the Federal Rules of Civil Procedure, the correct Bates numbers for the chart referenced above are DEF-238871 through DEF-238873. Please disregard the chart referenced in the original response to Interrogatory Number 5 and Bates-stamped as DEF-219190 through DEF-219192.

**SECOND SUPPLEMENTAL RESPONSE**: Subject to and without waiving the objections raised above or any other objections and consistent with Rule 26(e) of the Federal Rules of Civil Procedure, please see the attached chart Bates numbered as DEF-300214, which supplements the chart produced at DEF-238871 through DEF-238873.

Dated: July 14, 2017.

                    Respectfully submitted,

BY:   JIM HOOD, ATTORNEY GENERAL
        STATE OF MISSISSIPPI

BY:   *s/ Krissy Nobile*

       Harold E. Pizzetta, III, Bar No. 99867
       Krissy Nobile, Bar No. 103577
       Office of the Attorney General
       Post Office Box 220
       Jackson, Mississippi 39205
       Telephone: (601) 359-3860
       Facsimile: (601) 359-2003
       hpizz@ago.state.ms.us
       knobi@ago.state.ms.us

BY:   *s/ Nicholas Morisani*

       Gary E. Friedman, Bar No. 5532
       Nicholas F. Morisani, Bar No. 104970
       Phelps Dunbar, LLP
       4270 I-55 North
       Jackson, Mississippi 39211-6391
       Telephone: 601-352-2300
       Facsimile: 601-360-9777
       Gary.Friedman@phelps.com
       Nick.Morisani@phelps.com

BY:   *s/ Michael J. Bentley*

       Michael J. Bentley, Bar No. 102631
       Megan B. Conner, Bar No. 102030
       Molly M. Walker, Bar No. 100689
       Erin D. Saltaformaggio, Bar No. 103999
       Michael C. Williams, Bar No. 104537
       Bradley Arant Boult Cummings, LLP
       Post Office Box 1789
       Jackson, Mississippi 39215-1789

Phone: (601) 948-8000
Fax:    (601) 948-3000
mbentley@babc.com
mconner@babc.com
mmwalker@babc.com
esaltaformaggio@bradley.com
mcwilliams@babc.com

**ATTORNEYS FOR THE DEFENDANT**

**CERTIFICATE OF SERVICE**

I, Nicholas F. Morisani, do hereby certify that I have this date forwarded, via United States Postal Service, postage prepaid, a true and correct copy of the above and foregoing to the following counsel of record:

Jody E. Owens II
Elissa Johnson
Sarah Bidinger
Chelsea Caveny
Will Bardwell
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, MS 39201

Swati Prakash
Xinping Zhu
Benjamin Salk
Erin Monju
Covington & Burling, LLP
620 8th Avenue
New York, NY 10018

Ravi Doshi
Anna Q. Hahn
Covington & Burling, LLP
One CityCenter
850 10th Street N.W.
Washington, DC 20001

5

PD.21880883.1

Gretchen Ann Hoff Varner
Covington & Burling, LLP
One Front Street
San Francisco, CA 94111

Jamelia Morgan
Gabriel B. Eber
Margaret Winter
Eric Balaban
Carl Takei
National Prison Project of the ACLU
915 15th St., NW, 7th Floor
Washington, D.C. 20005

Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012

**ATTORNEYS FOR PLAINTIFFS**

Dated: July 14, 2017.

*[signature]*
Nicholas F. Morisani

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Employee Discipline/Term July 1, 2015 - May 1, 2017 | | Responsive to Interrogatories No. 4 & 5 (Fifth Set of Int.) | | | |
| 2 | Name | Alleged Infraction | Discipline | Issue/Term Date | Investigation | Arrested |
| 3 | Cameron, Thomas | Failed to report Excessive UOF | NOC: 5 day + 7 day suspension | NA | | No |
| 4 | Tucker, Necomma | Failed to report Excessive UOF | NOC: 5 day + 7 day suspension | NA | | No |
| 5 | Lowel, McCarty | Sgt. Fired "warning burst" from a pepperbill system at offender while he was secured behind his cell door | NOC: 3 day deferred suspension | NA | | No |
| 6 | Roberts, Joshua | Captain failed to complete 8 EOR reports and 3 UOF reports | NOC: 3 day suspension | NA | Yes | No |
| 7 | Croft, Georgina | Failed to report Excessive UOF | NOC: 5 day + 7 day suspension | NA | Yes | No |
| 8 | Graham, Sherika | Failed to report Excessive UOF | NOC: Suspension pending investigation + 10 days suspension | NA | | No |
| 9 | Dorman, Stephen | Failed to report Excessive UOF | NOC: 5 day + 7 day suspension | NA | Yes | No |
| 10 | Stewart, Terry | Officer administered chemical agent to an inmate while he was secured behind his cell door. | NOC: 5 day suspension | NA | | No |
| 11 | Norris, Alexis | Investigation conducted on 12.30.16 into staff's involvement with inmate. Inmates possession of cell phone contained multiple photos of employee in adition to video chatting while in MTC uniform. | Termination | 3/13/2017 | Yes | No |
| 12 | Duemmel, Amanda | On 1.24.17, employee was asked if they were listd on any inmate visitation list and denied. A background check identified that this employee was listed as an offender's visitor. | Termination | 3/20/2017 | Yes | No |
| 13 | Altman, William | Attempted to solicit the assistance of 3 security staff members for the purpose of introducing contraband into the facility. | Termination | 8/10/2015 | Yes | No |
| 14 | Purnell, Hentrell | Introduction of Contraband inlucding 1.0 grams of meth, 0.2 grams of meth; 1.0 gram of marijuana & 19 grams of tobacco | Termination | 6/29/2016 | Yes | Yes |
| 15 | Patrick, Otavian | Investigation identifies employee has been receiving money from an offender's brother thru western union | Termination | 3/15/2017 | Yes | No |
| 16 | Ayala, Julian | Excessive UOF on an inmate | Termination | 12/15/2015 | Yes | No |
| 17 | Kazic, Alma | Controlled substance | Termination | 8/8/2016 | Yes | No |
| 18 | Hill, Jeremiah | Tobacco | Termination | 8/8/2016 | Yes | No |
| 19 | Smith, Precious | Contraband | Termination | 8/10/2015 | | No |

DEF-238871

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 21 | Spencer, Christopher | Contraband | Termination | 2/21/2017 | Yes | No |
| 22 | Thomas, Jr, J.T. | EUOF | Termination | 3/8/2016 | Yes | No |
| 23 | Roberts, Joshua | EUOF | Termination | 3/15/2016 | Yes | No |
| 24 | Arrington, Terry | EUOF | Termination | 3/15/2016 | Yes | No |
| 25 | Felton, Derek | EUOF | Termination | 3/15/2016 | Yes | No |
| 26 | Davis, Jacorey | EUOF | Termination | 3/8/2016 | Yes | No |
| 27 | McDonald, Jeremy | EUOF | Termination | 3/8/2016 | Yes | No |
| 28 | Maurer, Jonathan | EUOF | Termination | 3/15/2016 | Yes | No |
| 29 | Everett, Clyde | EUOF | Termination | 9/8/2016 | Yes | No |
| 30 | Burton, Welton | EUOF | Termination | 10/10/2016 | Yes | No |
| 31 | Shults, Zachary | EUOF | Termination | 4/3/2017 | Yes | No |
| 32 | Vargas, Gennifer | Fraternization | Termination | 12/5/2016 | Yes | No |
| 33 | Brown, Beasia | Fraternization | Termination | 9/23/2016 | Yes | No |
| 34 | Jones, LaTonya | Fraternization | Termination | 3/29/2016 | Yes | No |
| 35 | Ezell, Shakira | Fraternization | Termination | 8/10/2015 | Yes | No |
| 36 | Griffin, Natisha | Fraternization | Termination | 3/29/2016 | Yes | No |
| 37 | Young, Aldranna | Fraternization | Termination | 7/24/2015 | Yes | No |
| 38 | Willis, Qualimazaria | Fraternization | Termination | 6/29/2016 | Yes | No |
| 39 | Blanks, Danesha | Fraternization | Termination | 6/29/2016 | Yes | No |
| 40 | Johnson, Alexus | Fraternization | Termination | 7/18/2016 | Yes | No |
| 41 | Harris, Joanna | Fraternization | Termination | 9/8/2016 | Yes | No |
| 42 | Turnage, Alexis | Fraternization | Termination | 3/20/2017 | Yes | No |
| 43 | Jenkins, Tyesha | Fraternization | Termination | 12/3/2015 | Yes | No |
| 44 | Sturdivant, Quanita | Fraternization | Termination | 3/29/2016 | Yes | No |
| 45 | Yarbough, Fannie | Fraternization | Termination | 3/15/2016 | Yes | No |
| 46 | Thomas, Patrick | EUOF - failed to report | Termination | 1/19/2016 | Yes | No |
| 47 | Grady, Derelle | EUOF - failed to report | Termination | 3/15/2016 | Yes | No |
| 48 | Rodriquez Jr., Orlando | Fraternization | Termination | 1/22/2016 | Yes | No |
| 49 | Clay, Jeremy | Contraband | Termination | 4/6/2016 | Yes | No |
| 50 | Sims, ShaDana | Fraternization | Termination | 12/16/2015 | Yes | No |
| 51 | Sims, Jalysha | Fraternization | Termination | 12/29/2015 | Yes | No |
| 52 | Bonner, Dameyon | EUOF | Termination | 12/15/2015 | Yes | No |
| 53 | Barnes, Kimberly | Fraternization | Termination | 4/11/2016 | Yes | No |
| 54 | Calhoun, Taiya | Fraternization | Termination | 6/6/2016 | Yes | No |
| 55 | Thames, Diamond | Fraternization | Termination | 7/18/2016 | Yes | No |
| 56 | Goree, Mahogany | EUOF | Termination | 1/17/2017 | Yes | No |
| 57 | Brown, Alexis | Fraternization | Resigned in Lieu | 10/26/2016 | Yes | No |
| 58 | Donald, Shaquille | Fraternization | Resigned in Lieu | 7/13/2015 | Yes | No |
| 59 | Jones, Marico | Contraband | Resigned in Lieu | 8/24/2015 | Yes | No |
| 60 | Mobley, Harold | Fraternization | Resigned in Lieu | 10/31/2016 | Yes | No |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 61 | Mosley, Denisha | Fraternization | Resigned in Lieu | 12/16/2015 | Yes | No |
| 62 | Fields, Nicasia | Fraternization | Resigned in Lieu | 4/4/2017 | Yes | No |
| 63 | Strickland, Asia | Fraternization | Resigned in Lieu | 1/9/2017 | Yes | No |
| 64 | Lanier, Shureka | Fraternization | Resigned in Lieu | 2/24/2017 | Yes | No |
| 65 | Goss, Nakeisha | Fraternization | Resigned in Lieu | 8/27/2015 | Yes | No |
| 66 | Strong, Andrea | Fraternization | Resigned in Lieu | 10/15/2015 | | No |
| 67 | Lewis, Asia | Fraternization | Resigned in Lieu | 9/16/2015 | | No |
| 68 | Presswood, Katierra | Fraternization | Resigned in Lieu | 4/26/2016 | Yes | No |

DEF-238873

# Employee Discipline/Term May 1, 2017 - July 13, 2017

Responsive to Interrogatories No. 4 & 5 (Fifth Set of Int.)

| Name | Alleged Infraction | Discipline | Issue/Term Date | Investigation | Arrested |
|---|---|---|---|---|---|
| Arnold, Shalynn | Fraternization | Termination | 5/1/2017 | Yes | No |
| Granger, Ashley | Fraternization | Termination | 5/8/2017 | Yes | Yes |
| Stewart, Terry | Drugscreen | Termination | 5/15/2017 | No | No |
| Reed, Keutta | ROC Violation - Abandoned Post | Termination | 6/21/2017 | No | No |
| Dean, Jaquesha | ROC Violation | Termination | 7/5/2017 | No | No |
| Griffin, Vera | ROC Violation - Abandoned Post | Termination | 6/13/2017 | No | No |
| Thompson, Joseph | Drugscreen | Termination | 5/17/2017 | No | No |
| Sentura Edwards | EUOF - unauthorized use of chemical | 3 Days Suspension - Deferred | N/A | No | No |

DEF-300214