EXHIBIT E

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| | | | | Jan-15 | | | | |
| 1/5/2015 | Inmate on Inmate | Assault w/out serious injury | 1-A | ▮ | Yes, broomstick | Yes, ▮ | No | EOR EMCF-14-0549 |
| 1/7/2015 | Inmate on Inmate | Assault w/out serious injury | 1-C | ▮ unidentified offenders | unknown | Yes, ▮ | No | |
| 1/7/2015 | Inmate on Inmate | Fight | 3-C | ▮ | No | Yes, both | No | EOR EMCF-14-551 |
| 1/8/2015 | Inmate on Staff | Assault w/out serious injury | 3-CM Walker's office | ▮ MHC Jorge Anglin | No | Yes, Anglin (minor) | No | EOR-EMCF-15-0005 |
| 1/8/2015 | Inmate on Staff | Assault w/ serious injury | Med Unit | ▮ MHC Tina Naylor | No | Yes, Naylor | No | EOR-EMCF-15-0006 |
| 1/11/2015 | Inmate on Inmate | Assault w/out serious injury | 2-C | ▮ | No | No | No | |
| 1/12/2015 | Inmate on Staff | Assault w/ serious injury | 2-D | Officer Ashley Burrage | Yes | Yes (Burrage, minor) | No | EOR-EMCF-14-0552 |
| 1/12/2015 | Inmate on Inmate | Fight | 3-C | ▮ | No | Yes, ▮ ▮ | No | EOR EMCF-14-0553 |
| 1/12/2015 | Inmate on Inmate | Assault w/ serious injury | 2-D | ▮ | Yes, homemade knife | Yes, both | Yes, ▮ | EOR EMCF-14-552 |
| 1/15/2015 | Inmate on Staff | Assault w/out serious injury | 1-hallway | ▮ | No | No | No | EOR-EMCF-16-0015 |
| 1/15/2015 | Inmate on Inmate | Assault w/ serious injury | 5-B | ▮ | Yes, homemade knife | Yes, ▮ | Yes | EOR EMCF-15-0016 |
| 1/17/2015 | Inmate on Staff | Assault w/out serious injury | 3-C | ▮ Seargent Cole Vest | No | Yes, both | No | EOR-EMCF-15-0018 |
| 1/20/2015 | Inmate on Inmate | Fight | 2-A | ▮ | No | Yes, ▮ | No | |
| 1/21/2015 | Inmate on Inmate | | 4-D | ▮ | No | Yes, ▮ | Yes | |
| 1/30/2015 | Inmate on Inmate | Assault w/out serious injury | 2-hallway | ▮ | No | Yes | No | |
| 1/31/2015 | Inmate on Inmate | Fight | 3-A | ▮ | No | No | No | |
| | | | | Feb-15 | | | | |

DEF-216071

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|------|-----------------|------------------------|---------------------|------------------|------------|--------------|-------------------|--------|
| 2/1/2015 | Inmate on Inmate | Assault w/ serious injury | 5-B | ▮▮▮▮▮ | Yes, sharpened metal | Yes, ▮▮ | Yes | |
| 2/1/2015 | Inmate on Inmate | Assault w/out serious injury | 3-D | ▮▮▮▮ | No | Yes, ▮▮ | No | EMCF-15-0035 |
| 2/1/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ▮▮▮▮▮ | No | Yes, ▮▮ (minor) | No | EOR-EMCF-14-0038 |
| 2/1/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | ▮▮▮▮▮ | No | No | No | |
| 2/8/2015 | Inmate on Inmate | Assault w/out serious injury | 3-D | ▮▮▮▮ | Yes, food tray | No | No | |
| 2/9/2015 | Inmate on Inmate | Assault w/out serious injury | 6-classroom | ▮▮▮▮ | No | Yes, ▮▮ | No | |
| 2/17/2015 | Inmate on Inmate | Assault w/out serious injury | 2-B | ▮▮▮▮▮ | Yes, 2 sharpened metal objects | Yes, ▮▮ | | |
| 2/21/2015 | Inmate on Inmate | Assault w/out serious injury | 2-D | ▮▮▮▮ | No | Yes | No | |
| 2/24/2015 | Inmate on Inmate | Assault w/out serious injury | 6-A | "multiple offenders" | No | Yes, ▮▮ | No | |
| 2/3/2015 | Inmate on Staff | Assault w/out serious injury | Med Unit | ▮▮▮▮ Officer Battle | No | No | No | SUOF-EMCF-15-0011 |
| 2/4/2015 | Inmate on Staff | Assault w/out serious injury | 5-A | ▮▮▮▮ Officer A. Schade Officer Z. William Lieutenant Ruffin | No | No | No | EOR-15-0043, SUOF-15-0012 |
| | | | | Mar-15 | | | | |
| 3/4/2015 | Inmate on Inmate | Assault w/ serious injury | 5-C | ▮▮▮▮ | Yes, sharp metal object | Yes, both | Yes, ▮▮ | |
| 3/8/2015 | Inmate on Staff | Assault w/out serious injury | 2-hallway | Nurse Tina Jones | No | Yes, Nurse Jones | No | |
| 3/8/2015 | Inmate on Inmate | Assault w/ serious injury | 2-D | ▮▮▮▮ | No | Yes, ▮▮ | Yes | |
| 3/8/2015 | Inmate on Inmate | Assault w/ serious injury | 3-B | ▮▮▮▮ | No | Yes, both | Yes, ▮▮ | |
| 3/12/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | ▮▮▮▮ | No | Yes, ▮▮ (minor) | No | |
| 3/13/2015 | Inmate on Inmate | Assault w/ serious injury | 2-C | ▮▮▮▮ | No | Yes, ▮▮ | Yes | EMCF-15-0074 |

DEF-2160072

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| | | | | ▮ (victim, *alleged incident occurred on 3/9/2015* ) | | | | |
| 3/16/2015 | Inmate on Inmate | Assault w/out serious injury | 6-C | ▮ | Yes (stick, hot water, sharp object/knife) | Yes | No | |
| 3/22/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B | ▮ | No | Yes, both | No | |
| 3/23/2015 | Inmate on Inmate | Assault w/out serious injury | Laundry | ▮ | No | No | No | |
| 3/23/2015 | Inmate on Inmate | Assault w/out serious injury | 5-B | ▮ | Yes, homemade sharpened instrument | Yes, ▮ | No | |
| 3/23/2015 | Inmate on Inmate | Assault w/ serious injury | 5-D | ▮ | No | Yes, ▮ | Yes | |
| 3/24/2015 | Inmate on Inmate | Assault w/out serious injury | 1-C | Six Unidentified Offenders | No | No | No | |
| 3/27/2015 | Inmate on Inmate | Assault w/ serious injury | | ▮ | No | Yes, ▮ and ▮ | Yes, ▮ and ▮ | |
| 3/29/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ▮ | No | Yes, both | No | |
| 3/29/2015 | Inmate on Staff | Assault w/ serious injury | 5-C | Officer Kevin Colenberg | Yes (sharpened metal) | Yes, both | Yes, Colenberg | |
| | | | | Apr-15 | | | | |
| 4/3/2015 | Inmate on Staff | Assault by throwing substances | 6-D | Officer Clay Officer Shearry | No (unknown liquid) | No | No | EMCF-EOR-15-0099 RVR 01597720 |
| 4/8/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B | ▮ | No | No | No | |
| 4/9/2015 | Inmate on Inmate | Assault w/out serious injury | 2-A hallway | ▮ and two offenders from D pod | No | No | No | |

PD.20775944.1

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|------|-----------------|------------------------|---------------------|------------------|-----------|--------------|-------------------|--------|
| 4/16/2015 | Inmate on Inmate | Assault w/out serious injury | 2-A | ▮ | No | Yes, ▮ | No | EMCF-15-110 |
| 4/17/2015 | Inmate on Staff | Assault w/ serious injury | 1-hallway | Sergeant Westmoreland | No | Yes, Westmoreland | Yes | |
| 4/17/2015 | Inmate on Inmate | Assault w/out serious injury | 7-HU | ▮ | No | Yes, (minor) | No | EMCF-EOR-15-0113 |
| 4/20/2015 | Inmate on Inmate | Assault w/ serious injury | 6-C | ▮ unknown offender | Yes (sharp object) | Yes, ▮ | Yes | |
| 4/21/2015 | Inmate on Inmate | Assault w/ serious injury | 1-B | ▮ unknown offender | No | Yes | Yes | |
| 4/23/2015 | Inmate on Inmate | Assault w/out serious injury | 2-B | ▮ | No | Yes, ▮ | No | EMCF-EOR-15-0120 |
| 4/24/2015 | Inmate on Staff | Assault w/out serious injury | 5-B | ▮ Officer Shearry Captain Thomas | No | No | No | EMCF-EOR-15-0120 SUOF 15-0026 RVR 01640528 |
| May-15 | | | | | | | | |
| 5/5/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ▮ | Yes, food tray | Yes, ▮ | No | EMCF-15-0139 |
| 5/5/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B | ▮ | No | No | No | EMCF-15-0136 |
| 5/5/2015 | Inmate on Staff | Assault w/out serious injury | 3-B | Lt. Alexis Brown | No | No | No | |
| 5/5/2015 | Inmate on Staff | Assault w/out serious injury | 4-hallway | ▮ Lt. Roberts | No | No | No | EMCF-15-0136 |
| 5/5/2015 | Inmate on Staff | Assault w/ serious injury | 3-C | ▮ Sgt. Westmoreland Unit Manager Simone Jones Lt. Joshua Roberts Sergeant Jeremy Mays | Yes, razor blades | Yes, Sgt. Mays | Yes (Rush) | EMCF-15-0138 SUOF-15-0030 |
| 5/7/2015 | Inmate on Inmate | Assault w/out serious injury | 2-B | ▮ multiple unnamed inmates | No | Yes, ▮ | No | EMCF-15-0143 |
| 5/10/2015 | Inmate on Inmate | Assault w/out serious injury | 4-A | ▮ | No | No | No | EMCF-15-0144 |
| 5/12/2015 | Inmate on Staff | Assault by throwing substances | 6-D | ▮ Officer Smith | Yes, liquid substance | No | No | EMCF-15-0147 SUOF 15-0034 RVR 01640555 |
| 5/13/2015 | Inmate on Staff | Assault w/out serious injury | 5-rec yard | ▮ Sgt. Donald | No | No | No | EOR-15-0152 SUOF-15-0036 RVR 01597876, RVR 01597864 |

DEF-216074

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 5/22/2015 | Inmate on Inmate | Assault w/out serious injury | 3-? | ███████████ | No | No | No | EMCF-15-0165 |
| 5/22/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | ████████ | No | No | No | EMCF-15-0164 |
| 5/26/2015 | Inmate on Inmate | Assault w/ serious injury | 5-B | ███████████ | Yes, homemade sharpened instrument | Yes,███ | Yes | EMCF-EOR-15-0171 RVR 01641522, RVR 01641523, RVR 01641524 |
| 5/29/2015 | Inmate on Inmate | Assault w/out serious injury | 1-A | ███████████ | Yes, sharpened metal | Yes,████ and ███ | No | |
| | | | | Jun-15 | | | | |
| 6/2/2015 | Inmate on Inmate | Assault w/ serious injury | 3-A | █████████ | Yes, hot water | Yes,███ | Yes | |
| 6/9/2015 | Inmate on Inmate | Assault w/out serious injury | 6-A | ████████████ | No | No | No | EOR-15-0189 |
| 6/14/2015 | Inmate on Inmate | Assault w/out serious injury | 2-D | four unknown inmates | No | Yes (bruises) | No | EMCF-EOR-15-0194 |
| 6/15/2015 | Inmate on Inmate | Assault w/out serious injury | 1-C | ███████████ | No | No | No | EOR-15-0196 |
| 6/15/2015 | Inmate on Inmate | Assault w/ serious injury | 3-C | ███████████ | No | Yes, Lee | Yes | |
| 6/15/2015 | Inmate on Staff | Assault w/out serious injury | Med Unit | ████████████ Captain Donald | Yes (sharpened eyeglass handle) | Yes, Cpt. Donald | No | EOR-EMCF-15-0195 |
| 6/19/2015 | Inmate on Inmate | Assault w/out serious injury | 2-C | unknown offender | No | No | No | |
| 6/20/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | ████████████ | No | No | No | |
| 6/22/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B | several unknown offenders | No | No | No | |
| 6/24/2015 | Inmate on Inmate | Assault w/out serious injury | 1-B | █████████ | Yes, food tray | Yes, both (minor) | No | EMCF-EOR-15-2015 |
| 6/30/2015 | Inmate on Inmate | Assault w/ serious injury | 1-C | unknown offender | No | Yes,███ | Yes | |
| | | | | Jul-15 | | | | |
| 7/1/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████████ | No | Yes,███ | No | EOR EMCF-15-0204 |

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 7/3/2015 | Inmate on Inmate | Assault w/out serious injury | 4-Hallway | ███ | No | No | No | EOR EMCF-15-0205 |
| 7/13/2015 | Inmate on Inmate | Assault w/out serious injury | 2-D | ███ | Yes, broomstick | Yes, ███ | No | |
| 7/15/2015 | Inmate on Staff | Assault by throwing substances | 5-B | ███ Cpt. Thomas Off. Mobley Off. Brown MHC Parish Anderson LPN Kimberly Townsend Nurse Nicholson Nurse Taylor | Yes, unknown liquid substance | No | No | EOR EMCF-15-0212 |
| 7/15/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B Hallway | ███ | unknown | Yes, ███ | No | EOR EMCF-15-0215 |
| 7/17/2015 | Inmate on Inmate | Assault w/ serious injury | 1-C | ███ | unknown | Yes, ███ | Yes | EOR EMCF-15-0216 |
| 7/20/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | ███ | Yes, sharp metal object | Yes, ███ | No | EOR EMCF-15-0218 |
| 7/20/2015 | Inmate on Staff | Assault w/out serious injury | 3-A Hallway | ███ Sgt. Williams Sgt. Stanton Off. Lard Nurse Bobbie Hunter | No | Yes, Stanton | No | EOR EMCF-15-0220 |
| 7/21/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███ | No | Yes, both | No | EOR EMCF-15-0224 |
| 7/23/2015 | Inmate on Inmate | Assault w/out serious injury | 4-A | ███ | unknown | Yes, ███ | No | |
| 7/24/2015 | Inmate on Inmate | Assault w/out serious injury | 3-D | ███ | No | Yes, ███ | No | EOR EMCF-15-0229 |
| 7/25/2015 | Inmate on Inmate | Assault w/ serious injury | 2-C | ███ | Yes, shank | Yes, ███ | Yes | EOR EMCF-15-0230 |
| 7/26/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | ███ | No | Yes, both | No | EOR EMCF-15-0232 |
| 7/27/2015 | Inmate on Inmate | Fight | 3-B | ███ | No | No | No | EOR EMCF-15-023_ |

Aug-15

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 8/1/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | | No | Yes, | No | EOR EMCF-15-0241 |
| 8/2/2015 | Inmate on Inmate | Assault w/ serious injury | 4-A | | unknown | Yes, | Yes | EOR EMCF-15-0245 |
| 8/6/2015 | Inmate on Inmate | Assault w/out serious injury | 1-A | | unknown | Yes, | No | |
| 8/6/2015 | Inmate on Inmate | Assault w/out serious injury | 4-A | | Yes, sharp metal object | Yes, all | No | EOR EMCF-15-0249 |
| 8/8/2015 | Inmate on Inmate | Assault w/out serious injury | 3-D | | No | No | No | EOR EMCF-15-0253 |
| 8/13/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | | Yes, food tray | No | No | EOR EMCF-15-0262 |
| 8/14/2015 | Inmate on Inmate | Assault w/out serious injury | 5-A | | Yes, sharp metal object | Yes, | No | EOR EMCF-15-0264 |
| 8/18/2015 | Inmate on Inmate | Assault w/out serious injury | 5-A | | No | No | No | EOR EMCF-15-0257 |
| 8/20/2015 | Inmate on Inmate | Assault w/out serious injury | Kitchen | | unknown | Yes, | No | |
| 8/24/2015 | Inmate on Inmate | Assault w/out serious injury | 3-Hallway | | No | Yes, both | No | EOR EMCF-15-0274 |
| 8/27/2015 | Inmate on Inmate | Assault w/out serious injury | 4-C | | unknown | Yes, | No | EOR EMCF-15-0276 |
| 8/30/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B | | No | Yes, | No | EOR EMCF-15-0278 |
| 8/30/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B | | No | No | No | EOR EMCF-15-028__ |
| 8/31/2015 | Inmate on Inmate | Assault w/ serious injury | 3-C | | unknown | Yes, | Yes | EOR EMCF-15-0281 |
| Sep-15 | | | | | | | | |
| 9/1/2015 | Inmate on Inmate | Assault w/out serious injury | 4-A | | No | No | No | |
| 9/1/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | | Yes, food tray | No | No | EOR EMCF-15-0285 |
| 9/5/2015 | Inmate on Staff | Assault w/out serious injury | 1-B | Off. J. Bester Off. Cook | No | Yes, Bester | Yes | EOR EMCF-15-0291 |

DEF-216077

PD.20775944.1

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|------|-----------------|------------------------|---------------------|------------------|-----------|--------------|-------------------|--------|
| 9/6/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ████████████ | No | Yes, both | No | EOR EMCF-15-0292 |
| 9/9/2015 | Inmate on Inmate | Fight | 4-A | ████████████ | No | No | No | EOR EMCF-15-0294 |
| 9/11/2015 | Inmate on Inmate | Assault w/ serious injury | 1-A | ████████████ | Yes, sharp instrument | Yes, ████████ | Yes | EOR EMCF-15-0301 |
| 9/12/2015 | Inmate on Inmate | Assault w/out serious injury | 1-D | ████████████ | unknown | Yes, ████ | No | |
| 9/14/2015 | Inmate on Inmate | Assault w/out serious injury | 2-D | ████████████ | unknown | Yes, ████ | Yes | |
| 9/15/2015 | Inmate on Inmate | Assault w/out serious injury | 2-A | ████████████ | No | No | No | |
| 9/16/2015 | Inmate on Inmate | Assault w/ serious injury | 1-A | ████████████ | No | Yes,████████ | Yes | EOR EMCF-15-0309 |
| 9/18/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ████████████ | Yes, broomstick | No | No | EOR EMCF-15-0312 |
| 9/20/2015 | Inmate on Staff | Assault w/out serious injury | Med Unit | Off. Q. Mitchell Off. Arrington Off. Battle | No | No | No | EOR EMCF-15-0314 |
| 9/24/2015 | Inmate on Inmate | Assault w/ serious injury | Med Unit | ████████████ | unknown | Yes, ████ | No | EOR EMCF-15-0319 |
| | | | | Oct-15 | | | | |
| 10/4/2015 | Inmate on Inmate | Assault w/ serious injury | 4-A | ████████████ | Yes, razor blade | Yes, ████ | Yes | EOR EMCF-15-0329 |
| 10/8/2015 | Inmate on Inmate | Assault w/out serious injury | 3-D | ████████████ | No | Yes, ████ | No | EOR EMCF-15-0334 |
| 10/10/2015 | Inmate on Staff | Assault by throwing substances | 5-B | Sgt. Pulliam Cpt. Thomas Sgt. Shearry Off. Clay | No | No | No | EOR EMCF-15-0336 |
| 10/12/2015 | Inmate on Staff | Assault by throwing substances | Med Unit | Cpt. Dykes | No | Yes, all | No | EOR EMCF-15-0340 |
| 10/16/2015 | Inmate on Inmate | Assault w/ serious injury | 3-C | ████████████ | No | Yes, ████ | Yes | |

DEF-216078

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 10/19/2015 | Inmate on Inmate | Fight | 3-A | ███████ | No | No | No | EOR EMCF-15-0351 |
| 10/26/2015 | Inmate on Staff | Assault by throwing substances | 5-B | Sgt. Felton Off. Davis | No | No | No | EOR EMCF-15-0355 |
| 10/30/2015 | Inmate on Inmate | Assault w/out serious injury | 4-A | ███████ | No | Yes, ███ | No | EOR EMCF-15-0362 |
| Nov-15 | | | | | | | | |
| 11/2/2015 | Inmate on Staff | Assault w/out serious injury | 2-Hallway | ███████ Off. Jackson | No | Yes, Jackson | No | EOR EMCF-15-0365 |
| 11/4/2015 | Inmate on Staff | Assault by throwing substances | Med Unit | ███████ Nurse Smith | No | No | No | EOR EMCF-15-0368 |
| 11/14/2015 | Inmate on Inmate | Fight | 3-C | ███████ | No | No | No | EOR EMCF-15-0382 |
| 11/15/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | Yes, plastic chair | Yes, ███ | No | EOR EMCF-15-0385 |
| 11/16/2015 | Inmate on Inmate | Assault w/out serious injury | 4-A | ███████ | No | Yes, both | No | EOR EMCF-15-0388 |
| 11/20/2015 | Inmate on Inmate | Assault w/out serious injury | 5-A | ███████ | No | No | No | EOR EMCF-15-0394 |
| 11/21/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B | ███████ | No | No | No | EOR EMCF-15-0395 |
| 11/22/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | No | No | No | EOR EMCF-15-0396 |
| 11/23/2015 | Inmate on Staff | Assault w/out serious injury | 5-B | ███████ Off. Heidelberg Off. Bradley | No | No | No | |
| 11/23/2015 | Inmate on Inmate | Assault w/ serious injury | 2-B | ███████ | unknown | Yes, ███ | Yes | EOR EMCF-15-0397 |
| 11/24/2015 | Inmate on Inmate | Assault w/out serious injury | 1-C | ███████ | No | No | No | EOR EMCF-15-0398 |
| 11/27/2015 | Inmate on Inmate | Assault w/ serious injury | 3-C | ███████ | No | Yes, ███ | Yes | |
| 11/27/2015 | Inmate on Inmate | Assault w/out serious injury | 3-A | ███████ | No | Yes, ███ | No | EOR EMCF-15-0403 |
| 11/27/2015 | Inmate on Inmate | Assault w/out serious injury | 6-C | ███████ | No | No | No | EOR EMCF-15-0405 |
| 11/27/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | No | Yes, both | No | EOR EMCF-15-0406 |

DEF-216079

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 11/28/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | No | No | No | EOR EMCF-15-0407 |
| 11/29/2015 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | No | No | No | EOR EMCF-15-0411 |
| Dec-15 | | | | | | | | |
| 12/2/2015 | Inmate on Inmate | Assault w/out serious injury | 5-D | ███████ | No | No | No | |
| 12/2/2015 | Inmate on Inmate | Assault w/out serious injury | 4-A | ███████ | No | Yes, both | Yes | |
| 12/3/2015 | Inmate on Inmate | Assault w/out serious injury | 2-C | ███████ | Yes, sharp object | Yes, both | No | EOR EMCF-15-0417 |
| 12/3/2015 | Inmate on Inmate | Assault w/out serious Injury | 3-C | ███████ | No | No | No | EOR EMCF-15-0418 |
| 12/5/2015 | Inmate on Staff | Assault w/ serious injury | 6-D | ███████ Off. Maurer Off. Hill Lt. Vest | Yes, broken light bulb | Yes, Maurer | Yes | EOR EMCF-15-0419 |
| 12/6/2015 | Inmate on Inmate | Assault w/out serious injury | 4-A | ███████ | No | No | No | EOR EMCF-15-0422 |
| 12/7/2015 | Inmate on Inmate | Assault w/out serious injury | 3-B | ███████ | Yes, boiling water | No | No | EOR EMCF-15-0425 |
| 12/17/2015 | Inmate on Inmate | Assault w/out serious injury | 6-B | ██████ | No | No | No | EOR EMCF-15-0443 |
| 12/23/2015 | Inmate on Staff | Assault w/out serious injury | 2-Hallway | Cpt. Dykes Lt. Vest | No | Yes, Vest | No | EOR EMCF-15-0447 |
| 12/27/2015 | Inmate on Inmate | Fight | 1-A | ███████ | No | No | No | |
| Jan-16 | | | | | | | | |
| 1/2/2016 | Inmate on Inmate | Assault w/out serious injury | 3-A | ███████ | No | No | No | EOR EMCF-16-0004 |
| 1/4/2016 | Inmate on Staff | Assault w/out serious injury | 1-C | ██████ Off. J. Smith Cpt. Dykes | No | No | No | EOR EMCF-16-0008 |
| 1/4/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | No | No | No | EOR EMCF-16-0010 |
| 1/6/2016 | Inmate on Inmate | Assault w/out serious injury | Kitchen | ███████ | No | Yes, ███ | No | EOR EMCF-16-0012 |

DEF-2160080

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 1/12/2016 | Inmate on Inmate | Fight | 3-D | | No | No | No | |
| 1/16/2016 | Inmate on Staff | Assault w/out serious injury | 3 & 4-Main Hallway | Off. Yarbrough Cpt. Roberts MHN Dunn | No | No | No | EOR EMCF-16-0027 |
| 1/21/2016 | Inmate on Inmate | Assault w/out serious injury | 3-D | | No | No | No | EOR EMCF-16-0035 |
| 1/27/2016 | Inmate on Inmate | Assault w/ serious injury | 6-C | | Yes, unknown | Yes, | Yes | EOR EMCF-16-0047 |
| 1/31/2016 | Inmate on Inmate | Assault w/out serious injury | 1-C | | No | Yes, | No | EOR EMCF-16-0057 |
| Feb-16 | | | | | | | | |
| 2/5/2016 | Inmate on Inmate | Assault w/out serious injury | 3-? | | No | Yes, | No | |
| 2/10/2016 | Inmate on Inmate | Assault w/out serious injury | 7 | | No | Yes, | No | EOR EMCF-16-0077 |
| 2/11/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | | No | Yes, all | No | EOR EMCF-16-0081 |
| 2/15/2016 | Inmate on Inmate | Assault w/out serious injury | 6-A | | No | No | No | EOR EMCF-16-0086 |
| 2/16/2016 | Inmate on Inmate | Assault w/ serious injury | 4-C | | unknown | Yes, | Yes | EOR EMCF-16-0092 |
| 2/16/2016 | Inmate on Inmate | Fight | 3-C | | No | No | No | EOR EMCF-16-0093 |
| 2/24/2016 | Inmate on Inmate | Assault w/out serious injury | 1-B | | No | No | No | EOR EMCF-16-0114 |
| 2/24/2016 | Inmate on Staff | Assault w/out serious injury | 1-Hallway | Nurse C. Jones Off. Perkins Off. Everette | No | Yes, Perkins | No | EOR EMCF-16-0116 |
| 2/25/2016 | Inmate on Inmate | Assault w/ serious injury | 2-D | | Yes, food tray | Yes, | Yes | EOR EMCF-16-0124 |
| 2/26/2016 | Inmate on Staff | Assault by throwing substances | 4-C | Off. A. Boyd | Yes, coffee cup | No | No | EOR EMCF-16-0128 |
| Mar-16 | | | | | | | | |
| 3/3/2016 | Inmate on Inmate | Assault w/ serious injury | 1-B | | Yes, unknown | Yes, | Yes | EOR EMCF-16-0141 |

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 3/4/2016 | Inmate on Staff | Assualt by throwing substances | 5-? | Off. Keeton<br>Sgt. Moore<br>Lt. Carney | Yes, radio | No | No | EOR EMCF-16-0146 |
| 3/6/2016 | Inmate on Inmate | Assault w/out serious injury | Med Unit | ███████ | No | No | No | EOR EMCF-16-0147 |
| 3/7/2016 | Inmate on Inmate | Assault w/out serious injury | 3-? | ███████ | No | No | No | EOR EMCF-16-0149 |
| 3/7/2016 | Inmate on Inmate | Assault w/out serious injury | 3-A | ███████ | unknown | Yes, ███ | No | EOR EMCF-16-0150 |
| 3/7/2016 | Inmate on Staff | Assault w/out serious injury | 5-B | Off. Wells<br>Off. Stephens<br>Nurse Smith<br>Nurse Shirley<br>MHC Paris Anderson | No | Yes, Wells | No | EOR EMCF-16-0152 |
| 3/11/2016 | Inmate on Staff | Assault w/out serious injury | 1-Hallway | Sgt. Pulliam<br>Sgt. Shearry<br>Nurse S. Inge | No | No | No | EOR EMCF-16-0161 |
| 3/11/2016 | Inmate on Staff | Assault w/out serious injury | 2-C | ███████<br>Off. Gully | Yes, Sharp Metal Weapon | No | No | EOR EMCF-16-0162 |
| 3/16/2016 | Inmate on Inmate | Assault w/out serious injury | Med Unit | ███████ | No | Yes, both | No | EOR EMCF-16-0168 |
| 3/20/2016 | Inmate on Inmate | Fight | 4-A | ███████ | No | No | No | |
| 3/21/2016 | Inmate on Inmate | Fight | 4-A | ███████ | No | No | No | EOR EMCF-16-0177 |
| 3/22/2016 | Inmate on Inmate | Assault w/ serious injury | 6-C | ███████ | unknown | Yes, ███ | Yes | |
| 3/23/2016 | Inmate on Inmate | Fight | 2-D | ███████ | No | Yes, ███ | Yes | EOR EMCF-16-0182 |
| 3/24/2016 | Inmate on Inmate | | 1-D | ███████ | unknown | Yes, ███ | Yes | EOR EMCF-16-0187 |

DEF-216082

PD.20775944.1

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 3/30/2016 | Inmate on Staff | Assault w/ serious injury | 5-A rec yard | ███████ <br>Capt. Donald <br>UM Tony Donald <br>Lt. Brown <br>Off. Will <br>Off. Wells <br>Off. Harbin <br>Off. Holder <br>Sgt. Pulliam <br>Off. Ruffin <br>Off. Hibbler <br>MHC Grice <br>Nurse Smith | Yes, hand restraints | No | No | |
| 3/31/2016 | Inmate on Staff | Assault by throwing substances | 5-B | ███████ <br>Off. Delaney <br>Off. Howard <br>███████ | Yes, filled water bottle | Yes, Delaney | No | EOR EMCF-16-0195 |
| Apr-16 | | | | | | | | |
| 4/2/2016 | Inmate on Inmate | Assault w/out serious injury | 3-D | ██████ <br>Cpt. Dykes | No | No | No | EOR EMCF-16-0197 |
| 4/3/2016 | Inmate on Inmate | Assault w/ serious injury | 4-A | ████████ | No | Yes, both | Yes | EOR EMCF-16-0198 |
| 4/8/2016 | Inmate on Inmate | Assault w/ serious injury | 2-C | ██████ | unknown | Yes, ██ | Yes | EOR EMCF-16-0211 |
| 4/16/2016 | Inmate on Inmate | Assault w/out serious injury | 1-C | █████████ | Yes, Sharp Metal Weapon | Yes, ████ | No | EOR EMCF-16-0222 |
| 4/19/2016 | Inmate on Inmate | Assault w/ serious injury | 1-B | ██████ | unknown | Yes, ██ | Yes | EOR EMCF-16-0229 |
| 4/28/2016 | Inmate on Inmate | Assault w/out serious injury | 1-C | ██████ | Yes, stick | Yes, ███ | No | EOR EMCF-16-0240 |
| May-16 | | | | | | | | |
| 5/1/2016 | Inmate on Inmate | Assault w/ serious injury | 1-C | ███████ | Yes, unknown | Yes, ████ | Yes | EOR EMCF-16-0249 |
| 5/2/2016 | Inmate on Inmate | Fight | 3-C | ██████ | No | No | No | EOR EMCF-16-0256 |
| 5/5/2016 | Inmate on Inmate | Assault w/out serious injury | 7 | ███████ | No | No | No | EOR EMCF-16-0267 |

DEF-216083

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|------|-----------------|------------------------|---------------------|------------------|------------|--------------|-------------------|--------|
| 5/10/2016 | Inmate on Staff | Assault w/out serious injury | 3-C | Off. Bell<br>Lt. Cooney | No | No | No | EOR EMCF-16-0283 |
| 5/11/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ██████████ | No | No | No | EOR EMCF-16-0280 |
| 5/11/2016 | Inmate on Staff | Assault w/ serious injury | 3-C | ██████████<br>Lt. Bridges<br>Cpt. Patrick<br>Sgt. Ruffin<br>Sgt. Traylor | No | No | No | EOR EMCF-16-0280 |
| 5/14/2016 | Inmate on Inmate | Assault w/out serious injury | 3-D | ██████████ | No | No | No | EOR EMCF-16-0292 |
| 5/24/2016 | Inmate on Staff | Assault by throwing substances | 1-main hallway | Off. Wren<br>Off. Conner<br>Sgt. Westmoreland | No | No | No | EOR EMCF-16-0316 |
| 5/30/2016 | Inmate on Inmate | Assault w/out serious injury | 5-B | ██████████ | Yes, broken light bulbs | No | No | EOR EMCF-16-0325 |
| 5/30/2016 | Inmate on Staff | Assault w/out serious injury | Med Unit | ██████████<br>Sgt. Bergeron<br>Cpt. Brown | No | No | No | EOR EMCF-16-0326 |
| Jun-16 | | | | | | | | |
| 6/1/2016 | Inmate on Inmate | Assault w/out serious injury | 2-A | ██████████ | No | Yes, unknown | No | EOR EMCF-16-0329 |
| 6/2/2016 | Inmate on Staff | Assault w/out serious injury | 3-C | ██████████<br>Off. Furline<br>Cpt. Dykes | Yes, door | Yes, unknown | No | EOR EMCF-16-0331 |
| 6/2/2016 | Inmate on Inmate | Assault w/out serious injury | 2-C | ██████████ | unknown | Yes, █████ | No | EOR EMCF-16-0333 |
| 6/2/2016 | Inmate on Inmate | Fight | 3-A | ██████████ | No | No | No | EOR EMCF-16-0335 |
| 6/11/2016 | Inmate on Inmate | Assault w/out serious injury | 4-A | ██████████ | Yes, shank | No | No | EOR EMCF-16-0349 |
| 6/17/2016 | Inmate on Inmate | Assault w/ serious injury | 2-B | ██████████ | Yes, Sharp Metal Weapon | Yes, █████ | Yes | EOR EMCF-16-0365 |

DEF-216084

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 6/19/2016 | Inmate on Inmate | Assault w/ serious injury | 6-D | ███ | Yes, unknown | Yes, ███ | Yes | |
| 6/20/2016 | Inmate on Inmate | Assault w/out serious injury | 5-C | ███ | No | Yes, ███ | Yes | EOR EMCF-16-370 |
| 6/25/2016 | Inmate on Inmate | Assault w/out serious injury | 2-C | ███ | unknown | No | No | |
| 6/26/2016 | Inmate on Inmate | Assault w/ serious injury | 1-A | ███ | unknown | Yes, ███ | Yes | EOR EMCF-16-0386 |
| 6/29/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███ | No | Yes, both | No | EOR EMCF-16-0393 |
| 6/29/2016 | Inmate on Staff | Assault w/out serious injury | 5-Hallway | Off. Ellis Off. Hopkins | No | No | No | EOR EMCF-16-0108 |
| 6/29/2016 | Inmate on Inmate | Assault w/out serious injury | | ███ | unknown | No | No | EOR EMCF-16-0397 |
| | | | | Jul-16 | | | | |
| 7/1/2016 | Inmate on Inmate | Assault w/out serious injury | 5-B | ███ | No | Yes, abrasions | No | EOR-EMCF-16-0405 |
| 7/7/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | Ofc A. Boyd | No | No | No | EOR-EMCF-16-0415 RVR-01708778 |
| 7/12/2016 | Inmate on Inmate | Assault w/out serious injury | 2-D | ███ | No | Yes, blood from mouth | No | EOR-EMCF-16-0431 |
| 7/14/2016 | Inmate on Inmate | Assault w/out serious injury | 3-A | ███ | Yes, MDOC ID card | No | No | EOR-EMCF-16-0435 |
| 7/14/2016 | Inmate on Staff Assault | Assault w/out serious injury | Jeff Anderson Hospital | Ofc T. Clay Ofc M Jones Maj Rice Sgt W. Ruffin | No | No | Occurred at Hospital because ███ swallowed razor blades | EOR-EMCF-16-0438 EMCF-SUOD-16-0122 |
| 7/15/2016 | Inmate on Staff Assault | Assault w/ serious injury | 5-C | Ofc Ricks Sgt Ruffin Lt Cooney | Yes, handcuffs | No | Yes, Ofc Ricks Lt Cooney | EOR-EMCF-16-0441 SUOF-16-0124 |
| 7/16/2016 | Inmate on Inmate | Assault w/out serious injury | Med Unit | ███ | Yes, lunch tray | No | No | EOR-EMCF-16-0442 SUOF-16-0125 |

PD.20775944.1

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 7/19/2016 | Inmate on Inmate | Assault w/out serious injury | 1-A | members of the Gangster Disciple | No | Yes | No | EOR-EMCF-16-0444 |
| 7/20/2016 | Inmate on Inmate | Assault w/ serious injury | 4-A | ███ | Yes, light fixture | Yes, ███ | Yes, ███ | |
| 7/21/2016 | Inmate on Inmate | Assault w/out serious injury | 2-C | Unidentified | No | Yes, laceration | No | EOR-EMCF-16-0449 |
| 7/21/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███ | No | No | No | EOR-EMCF-16-0451 |
| 7/23/2016 | Inmate on Inmate | Assault w/out serious injury | 3-B | ███ | No | No | No | EOR-EMCF-16-0457 |
| 7/23/2016 | Inmate on Staff Assault | Assault w/out serious injury | 5-A | Ofc Lanier | Yes Unknown Liquid | No | No | EOR-EMCF-16-0458 |
| 7/23/2016 | Inmate on Staff Assault | Assault w/ serious injury | 3-C | Sgt E. Westmoreland | Yes, feeding tray | Yes, laceration | Yes, Sgt. Westmoreland | EOR-EMCF-16-0459 ESIS Report #79478772828001 |
| 7/25/2016 | Inmate on Inmate | Assault w/out serious injury | 3-B | ███ | No | No | No | EOR-EMCF-16-0464 |
| 7/27/2016 | Inmate on Inmate | Assault w/out serious injury | 5-B | ███ | No | Yes, laceration | No | EOR-EMCF-16-0475 |
| 7/28/2016 | inmate on Staff Assault | Assault w/ serious injury | 5-B | Ofc. Furline | Yes, padlock tied to string | No | Yes, Ofc Furline | EOR-EMCF-16-0477 |
| 7/29/2016 | Inmate on Inmate | Assault w/out serious injury | 1-A | ███ | Yes, shaped like an ice pick | Yes, bruises to head | No | EOR-EMCF-16-0479 |
| Aug-16 | | | | | | | | |
| 8/1/2016 | Inmate on Staff Assault | Assault w/out serious injury | 6-B | Lt L. Moore | Yes, table & chair | Yes, Lt Moore | No | EOR-EMCF-16-0483 SUOF-16-0139 |
| 8/4/2016 | Inmate on Staff Assault | Assault w/out serious injury | 5-C | Lt Cooney | No | No | No | EOR-EMCF-16-0485 SUOF-16-0140 |
| 8/7/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███ | No | No | No | notification only for informal resolutions |
| 8/7/2016 | Inmate on Staff Assault | Assault w/out serious injury | 2-D | Ofc Stewart | No | No | No | EOR-EMCF-16-0495 SUOF-16-0144 |
| 8/7/2016 | Inmate on Staff Assault | Assault w/out serious injury | 4-C | Ofc Goree | No | No | No | EOR-EMCF-16-0496 |

PD.20775944.1

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 8/9/2016 | Inmate on Inmate | Assault w/out serious injury | 2-D | ███████ unnamed | No | Yes, cut on forehead | No | EOR-EMCF-16-0502 |
| 8/12/2016 | Inmate on Inmate | Assault w/out serious injury | 1-B | ███████ | No | Yes, | No | EOR-EMCF-16-0512 |
| 8/14/2016 | Inmate on Inmate | Assault w/out serious injury | 2-A | ███████ | No | No | No | EOR-EMCF-16-0513 |
| 8/14/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | ███████ Ofc L. Moore | Yes, leg | No | No | EOR-EMCF-16-0514 |
| 8/16/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | No | No | No | EOR-EMCF-16-0521 |
| 8/17/2016 | Inmate on Staff Assault | Assault w/ serious injury | 1-D | ███████ canteen manager Ofc Joine | Yes, IV stand from stretcher | Yes, Ofc Joiner | Yes, Ofc Joiner | EOR-EMCF-16-0520 EMCF-SUOF-16-0150 |
| 8/22/2016 | Inmate on Inmate | Assault w/out serious injury | 4-D | ███████ | No | No | No | EOR-EMCF-16-0530 |
| 8/24/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | No | No | No | EOR-EMCF-16-0535 |
| 8/25/2016 | Inmate on Staff Assault | Assault w/ serious injury | 5-C | ███████ Sgt L. Smith | Yes, light bulb | Yes, Sgt Smith | Yes, Sgt Smith | EOR-EMCF-16-0539 |
| 8/25/2016 | Inmate on Staff Assault | Assault by throwing substances | 5-C | ███████ Lt Cooney | No | No | No | EOR-EMCF-16-0542 PUOF-16-0161 |
| 8/26/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | Sgt. Everett ███████ | No | No | No | EOR-EMCF-16-0545 SUOF-16-0163 |
| 8/27/2016 | Inmate on Inmate | Assault w/out serious injury | 3-B | ███████ | No | No | No | EOR-EMCF-16-0548 |
| 8/27/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ███████ | No | No | No | EOR-EMCF-16-0549 |
| Sep-16 | | | | | | | | |
| 9/5/2016 | Inmate on Staff Assault | Assault by throwing substances | 5-B | ███████ Ofc D. Hunt | Yes, unknown liquid substance | No | Yes | EOR-EMCF-16-0560 |
| 9/5/2016 | Inmate on Inmate | Assault w/out serious injury | 3-B | ███████ | No | Yes, minor | No | EOR-EMCF-16-0561 |
| 9/11/2016 | Inmate on Inmate | Assault w/out serious injury | 1-C | ███████ | No | Yes, scraps to facial area | No | EOR-EMCF-16-0568 |
| 9/12/2016 | Inmate on Inmate | Assault w/ serious injury | 6-B | ███████ | Yes | Yes. Stabbed | Yes, ███ | EOR-EMCF-16-0567 |

DEF-216087

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 9/12/2016 | Inmate on Inmate | Assault w/ serious injury | 1-B | [redacted] | No | Yes | Yes, [redacted] | |
| 9/14/2016 | Inmate on Inmate | Assault w/ serious injury | 6-C | [redacted] | Yes | Yes | Yes | EOR-EMCF-16-0573 |
| 9/16/2016 | Inmate on Staff Assault | Assault w/out serious injury | 5-C | [redacted] Ofc Harbin Ofc Grace | Yes fluorescent light bulb | No | No | EOR-EMCF-16-0580 SUOF-16-0175 |
| 9/16/2016 | Inmate on Inmate | Assault w/out serious injury | 3-B | [redacted] | No | No | No | EOR-EMCF-16-0581 |
| 9/21/2016 | Inmate on Inmate | Assault w/out serious injury | 3-D | [redacted] | No | No | No | EOR-EMCF-16-0587 |
| 9/21/2016 | Inmate on Inmate | Assault w/out serious injury | 3-D | [redacted] | No | No | No | EOR-EMCF-16-0588 |
| 9/23/2016 | Inmate on Staff Assault | Assault w/ serious injury | 5-C | [redacted] Sgt. Pulliam | No | Yes, dislocated elbow | Yes, Sgt Pulliam | EOR-EMCF-16-0595 SUOF-16-0179 |
| 9/25/2016 | Inmate on Inmate | Assault w/ serious injury | 3-A | [redacted] | Yes | Yes | Yes, [redacted] | EOR-EMCF-16-0597 |
| 9/25/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | [redacted] Lt McCarra | | No | No | EOR-EMCF-16-0598 SUOF-16-0180 |
| 9/26/2016 | Inmate on Inmate | Assault w/out serious injury | 2-B | [redacted] | No | No | No | EOR-EMCF-16-0599 |
| 9/28/2016 | Inmate on Inmate | Assault w/out serious injury | 1-B | multiple unknown offenders observed assaulting [redacted] | No | No | No | EOR-EMCF-16-0605 |
| 9/29/2016 | Inmate on Inmate | Assault w/ serious injury | Classroom (Green Mile) | [redacted] administered chemical agent on offenders | Yes, sharpened metal tool | Yes, stab wound to chest | Yes, [redacted] | EOR-EMCF-16-0609 SOUF-16-0183 |
| | | | | Oct-16 | | | | |
| 10/1/2016 | Inmate on Staff Assault | Assault w/ serious injury | 5-B | [redacted] Lt Rowell Ofc Graves Sgt Spencer Sgt Freeman | No | Yes | Yes, Sgt Spencer | EOR-EMCF-16-0612 SOUF-16-0185 |

DEF-216088

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 10/6/2016 | Inmate on Inmate | Assault w/out serious injury | 6-C | [redacted] | No | Yes, bruises | No | EOR-EMCF-16-0628 |
| 10/12/2016 | Inmate on Inmate | Assault w/out serious injury | 4-B | [redacted] | No | Yes, punched in nose | No | EOR-EMCF-16-0641 |
| 10/14/2016 | Inmate on Inmate | Assault w/out serious injury | 5-B | [redacted] | No | Yes, hit in mouth | No | EOR-EMCF-16-0645 |
| 10/16/2016 | Inmate on Inmate | Assault w/out serious injury | 7-D | [redacted] | No | No | No | EOR-EMCF-16-0649 |
| 10/17/2016 | Inmate on Staff Assault | Assault w/out serious injury | 5-B | Ofc J. Dubose | Yes, key chain | Yes, Ofc Dubose | Yes, Ofc Dubose | EOR-EMCF-16-0651 |
| 10/18/2016 | Inmate on Inmate | Assault w/out serious injury | 3-A | [redacted] | Yes, food tray | No | No | EOR-EMCF-16-0652 |
| 10/18/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | Ofc J. Ford | No | Yes, Ofc Ford | No | EOR-EMCF-16-0653 |
| 10/20/2016 | Inmate on Inmate | Assault w/out serious injury | 3-D | [redacted] | No | No | No | EOR-EMCF-16-0661 SOUF-16-0198 |
| 10/20/2016 | Inmate on Staff Assault | Assault w/out serious injury | 1-C | [redacted] Ofc August | Yes, light bulb | No | No | EOR-EMCF-16-0662 SOUF-16-0199 |
| 10/22/2016 | Inmate on Staff Assault | Assault w/out serious injury | 1-A | Sgt Ray Sgy Lee | No | No | No | EOR-EMCF-16-0670 |
| 10/24/2016 | Inmate on Inmate | Assault w/out serious injury | 1-B | [redacted] | No | Yes, lacerations/ bruises | No | EOR-EMCF-16-0673 |
| 10/25/2016 | Inmate on Staff Assault | Assault w/out serious injury | Green Mile Entrance | [redacted] Sgt A. Williams | No | Yes, cut off Sgt air supply | No | EOR-EMCF-16-0674 SOUF-16-0203 |
| 10/27/2016 | Inmate on Inmate | Assault w/out serious injury | 3-B | [redacted] | Yes, chair | No | No | EOR-EMCF-16-0680 |
| 10/29/2016 | Inmate on Inmate | Assault w/out serious injury | 3-D | [redacted] | No | No | No | EOR-EMCF-16-0690 |
| 10/30/2016 | Inmate on Inmate | Assault w/out serious injury | 1-A | two vice lords offenders | No | No | No | EOR-EMCF-16-0691 |
| 10/31/2016 | Inmate on Inmate | Assault w/ serious injury | 5-D | [redacted] other offenders | No | Yes, ribs fractures | Yes, [redacted] | EOR-EMCF-16-0692 |
| | | | | Nov-16 | | | | |
| 11/1/2016 | Inmate on Staff Assault | Assault w/out serious injury | 5-B | [redacted] Lt Richard Cooney | Yes, light fixture | No | No | EOR-EMCF-16-0695 |

DEF-216089

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|------|-----------------|------------------------|---------------------|------------------|------------|--------------|-------------------|--------|
| 11/2/2016 | Inmate on Inmate | Assault w/ serious injury | 6-D | other offenders | Yes, broken broom handle | Yes, stabbed | Yes, ███ | EOR-EMCF-16-0697 |
| 11/3/2016 | Inmate on Staff Assault | Assault w/ serious injury | 5-A | Ofc Travis Clay Ofc Michael Rice | Yes, key chain & hand cuffs | Yes | Yes, Ofc Clay | EOR-EMCF-16-0699 SUOF-16-0215 |
| 11/3/2016 | Inmate on Inmate | Assault w/ serious injury | 4-C | unknown Offenders | No | Yes, broken jaw | Yes, ███ | EOR-EMCF-16-0703 |
| 11/4/2016 | Inmate on Inmate | Assault w/out serious injury | | | Yes, Tray | Yes | No | EOR-EMCF-16-0707 |
| 11/8/2016 | Inmate on Inmate | Assault w/out serious injury | 4-C | | No | Yes, bite marks on ear | No | EOR-EMCF-16-0711 |
| 11/9/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | | No | No | No | EOR-EMCF-16-0712 |
| 11/12/2016 | Inmate on Inmate | Assault w/out serious injury | 6-B | unknown offenders | No | No | No | EOR-EMCF-16-0722 |
| 11/14/2016 | Inmate on Inmate | Assault w/out serious injury | 5-A | | Yes, liquid & light bulb | | | EOR-EMCF-16-0724 |
| 11/16/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | | No | No | No | EOR-EMCF-16-0730 |
| 11/18/2016 | Inmate on Inmate | Assault w/out serious injury | 6-D | Unknown Offender | Yes, stabbed by object | Yes, stabbed | No | EOR-EMCF-16-0735 |
| 11/18/2016 | Inmate on Inmate | Assault w/out serious injury | 3-A | | No | No | No | EOR-EMCF-16-0733 |
| 11/23/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-hallway | Unit Manager S. Jones | No | No | No | EOR-EMCF-16-0742 SUOF-16-0229 |
| 11/23/2016 | Inmate on Staff Assault | Assault w/out serious injury | Med Unit | Nurse Smith | No | No | No | EOR-EMCF-16-0743 SUOF-16-0230 |
| 11/24/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | Ofc Stennis | No | No | No | EOR-EMCF-16-0745 |
| 11/24/2016 | Inmate on Staff Assault | Assault w/out serious injury | 5-B | Ofc Graves | Yes, sharp metal object | No | No | EOR-EMCF-16-0746 SUOF-16-0233 |
| 11/24/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | Cpt Rowell Ofc Graves | No | No | No | EOR-EMCF-16-0747 SUOF-16-0234 |

DEF 216090

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 11/27/2016 | Inmate on Inmate | Assault w/out serious injury | 1-A | ▌ | No | Yes, to head | Yes, ▌ | EOR-EMCF-16-0750 |
| 11/28/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | ▌ Ofc Ford | No | No | No | EOR-EMCF-16-0752 SUOF-16-0235 |
| 11/28/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-C | ▌ Ofc T. Debose | No | No | No | EOR-EMCF-16-0753 SUOF-16-0236 |
| 11/30/2016 | Inmate on Staff Assault | Assault w/ serious injury | 5-A | ▌ Ofc B. Ellis | Yes, unknown object | Yes, ▌ | Yes | EOR-EMCF-16-0756 SUOF-16-0237 EOR-EMCF-16-0759 PUOF-16-0239 |
| 11/30/2016 | Inmate on Inmate | Assault w/out serious injury | 3-A | ▌ | No | No | No | EOR-EMCF-16-0758 EMCF-SUOF-16-0238 |
| Dec-16 | | | | | | | | |
| 12/3/2016 | Inmate on Inmate | Fight | 3-hallway | ▌ | No | Yes | No | EOR-EMCF-16-0765 |
| 12/3/2016 | Inmate on Inmate | Assault w/out serious injury | 3-C | ▌ | | | | EOR-EMCF-16-0767 EMCF-SUOF-16-0242 |
| 12/4/2016 | Inmate on Staff Assault | Assault w/out serious injury | 3-hallway | ▌ Ofc Goree | No | No | No | EOR-EMCF-16-0768 |
| 12/5/2016 | Inmate on Inmate | Assault w/out serious injury | 7 | ▌ | No | No | No | |
| 12/7/2016 | Inmate on Staff Assault | Assault w/out serious injury | 5-C | ▌ | No | No | No | EOR-EMCF-16-0773 EMCF-SUOF-16-0247 |
| 12/9/2016 | Inmate on Inmate | Assault w/out serious injury | 1-C | ▌ | No | Yes | No, ▌ | EOR-EMCF-16-0782 |
| 12/17/2016 | Inmate on Inmate | Assault w/ serious injury | 2-C | unidentified offenders | No | Yes | Yes | EOR-EMCF-16-0768 |
| 12/17/2016 | Inmate on Staff Assault | Assault w/out serious injury | | ▌ Lt Richard Cooney | Yes, plastic shank | No | No | EOR-EMCF-16-0796 SUOF-16-0260 |
| 12/19/2016 | Inmate on Staff Assault | Assault w/out serious injury | 5-C | ▌ Ofc B Grace Ofc A Bonner | Yes, light bulb, shoes, spitting | No | No | EOR-EMCF-16-0800 SUOF-16-0261 |

DEF-216091

| Date | Type of Assault | Subcategory of Assault | Location (Unit-Pod) | Persons Involved | Weapon (?) | Injuries (?) | Outside Transport | Number |
|---|---|---|---|---|---|---|---|---|
| 12/20/2016 | Inmate on Staff Assault | Assault w/out serious injury | 6-C | ████ Sgt Westmoreland | No | No | No | EOR-EMCF-16-0803 SUOF-16-0265 |
| 12/22/2016 | Inmate on Inmate | Assault by throwing substances | 5-C | ████ | No | No | No | EOR-EMCF-16-0809 |
| 12/25/2016 | Inmate on Inmate | Assault w/out serious injury | 3-D | ████ | No | Yes | No | EOR-EMCF-16-0812 |
| 12/27/2016 | Inmate on Inmate | Assault w/out serious injury | 6-B | ████ | No | Yes | No | EOR-EMCF-16-0815 |
| 12/28/2016 | Inmate on Inmate | Assault w/ serious injury | 3-A | ████ | No | Yes | Yes, ████ | EOR-EMCF-16-0820 |
| 12/29/2016 | Inmate on Inmate | Assault w/out serious injury | 6-C | ████ | No | Yes | No | EOR-EMCF-16-0825 |

DEF-216092

PD.20775944.1