EXHIBIT F

**Matthew Naidow**

| | |
|---|---|
| **From:** | Alexis Brown |
| **Sent:** | Friday, January 23, 2015 3:52 PM |
| **To:** | Norris Hogans; Ray Rice; Michael Rice; Matthew Naidow; Marjorie Brown; Christopher Dykes; Tina Bolden; Tony Donald; Keisha Butler |
| **Subject:** | FW: Spontaneous Use Of Force Housing Unit Bravo Pod Cell 201 |

---

**From:** Anthony Hodges
**Sent:** Friday, January 23, 2015 3:44 PM
**To:** Alexis Brown
**Subject:** Spontaneous Use Of Force Housing Unit Bravo Pod Cell 201

Spontaneous Use Of Force

Offender Involved:

Officers Involved:
Lieutenant A. Brown
Officer Miller
Sergeant Cole
Officer J. Ruffin
Case Manager T. Kelly

On the date of 1/23/2015 a Spontaneous Use Of Fore occurred at the location of Housing Unit Five Bravo pod involving ▇▇▇▇▇▇▇. The altercation occurred after the offender ▇▇▇▇▇▇▇ became combative after he was being escorted from the shower after he was being placed in the cell location of 201. The Offender ▇▇▇▇▇▇▇ placed his foot in the cell door as it was being secured. The offender became oppositional and began to physically assault security staff after he was able to defeat the mechanical hand restraint. A code black was called by radio traffic offender on staff to alert all available staff. EMCF Security staff responded and attempted to prevent the offender from assaulting staff. The Offender attempted to retrieve a metal sharpened object from inside his state issue clothing and Lieutenant Brown administered a burst of chemical agent in the direction of the offender and he was placed on the floor using soft hand techniques and restrained with the assistance of Case Manager T. Kelly. The mechanical restraints were placed back on the wrist of the offender and he was removed from the pod and refused examination by EMCF Medical staff. The Offender was placed back into the cell location of cell 201 with no further incident.

EOR-EMCF-14-0028

1

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Detail

### October 30, 2015

**Incident Information:**

| | |
|---|---|
| ID: | EMCF-15-0361 |
| Facility: | East Miss. CCF |
| Location: | Pod C |
| Date: | 10/30/2015 09:33 |
| Category: | GENERAL |
| Type: | Extraordinary Occurrence |
| Staff: | Vest, Cole |

| | |
|---|---|
| Chemical Restraint: | N |
| Mechanical Restraint: | N |
| Combined: | No |
| State: | |

**Offender:**
**ID:**

**Offender:**
**ID:**

**Description(s):**
Staff: Vest, Cole
Reported: 10/30/2015 12:39    Submitted: 10/30/2015

On October 30, 2015 at approximately 0933 hours a CODE BLACK was called on housing unit 3 Charlie Pod. The Code Black was called by Sgt. Bright. When I arrived to the call I, LT. Vest, witnessed that Offender ▓▓▓ had been assaulted by Offender ▓▓▓. According to Nurse Edwards Offender ▓▓▓ was standing in line waiting to receive his pills during pill call and Offender ▓▓▓ came up and struck Offender ▓▓▓ with a closed fist knocking him to the ground. The Offenders on the zone then intervened and pulled offender ▓▓▓ off Offender ▓▓▓ after Offender ▓▓▓ had struck Offender ▓▓▓ in the face multiple times while still on the ground. Code Green was called 0936. Both offenders were taken to medical and had body sheets done. Offender ▓▓▓ is being placed in administrative Segregation pending Disciplinary action. Offender ▓▓▓ was seen by East Mississippi Correctional Fac. Medical Staff and it was determined that Offender ▓▓▓ needed further medical treatment by an outside facility. The offender was taken to Rush Hospital Emergency Room. The Transport team that was assigned to this transport is Officer B. Ruffin and Officer Jones. The transport left in van 503 at 1217 hours. All paperwork and documentation was done and Warden Hogans was notified in person and all other chain of command will be notified via email.

DEF-030623

| | |
|---|---|
| **From:** | Compton, Tony <TCOMPTON@mdoc.state.ms.us> |
| **Sent:** | Tuesday, November 17, 2015 9:11 AM |
| **To:** | Thomas, Vernell <VEThomas@mdoc.state.ms.us> |
| **Subject:** | FW: SUOF Inmate on Inmate Assault and Staff |

See if you can view the camera footage.

**From:** Norris Hogans [mailto:Norris.Hogans@mtctrains.com]
**Sent:** Tuesday, November 17, 2015 6:50 AM
**To:** Marjorie Brown; Compton, Tony; Robyn Williams; Berryman-Willis, Chandra
**Subject:** Fwd: SUOF Inmate on Inmate Assault and Staff

Sent from my iPhone

Begin forwarded message:

> **From:** Tony Donald <Tony.Donald@mtctrains.com>
> **Date:** November 17, 2015 at 4:31:49 AM CST
> **To:** Norris Hogans <Norris.Hogans@mtctrains.com>, Ray Rice <Ray.Rice@mtctrains.com>, Michael Rice <Michael.Rice@mtctrains.com>, Mary Jones <Mary.Jones@mtctrains.com>, "'VEThomas@mdoc.state.ms.us'" <VEThomas@mdoc.state.ms.us>
> **Cc:** Tina Bolden <Tina.Bolden@mtctrains.com>, Otavian Patrick <Otavian.Patrick@mtctrains.com>, William Brown <William.Brown@mtctrains.com>
> **Subject: SUOF Inmate on Inmate Assault and Staff**
>
> ### Spontaneous Use of Force (Inmate on Inmate Assault and Staff)
>
> **Inmates Involved:**
> [redacted]
> [redacted]
>
> **Staff Involved:**
> Officer Houston
> Sergeant Edwards
>
> **Incident Description:**
> On November 16, 2015 at approximately 2318 hours a code black was called on Housing Unit 3 Charlie pod involving [redacted] who is currently assigned to HU3 Charlie pod cell 206. Officer Houston along with Officer Thompson entered Charlie pod to lock down all offender for certified count when [redacted] physically attacked Officer Houston, putting her in a choke hold and dragging her off Charlie pod into the hallway. Housing Unit 3 tower Officer McClendon witnessed this incident as it occurred and she immediately called a code black. Before additional staff had arrived [redacted] attempted to intervene to stop [redacted] from assaulting Officer Houston. During the process [redacted] was knocked unconscious as stated by Officer McClendon. Additional staff arrived and [redacted] continued to display combative behavior. [redacted] was then asked to lay flat on the floor but refused to comply with all verbal commands. [redacted] then charged at Captain Donald with

intention of causing harm. Captain Donald then gave Sergeant Edwards orders to administer chemical agent.  Chemical agent was administered however no immediate effect and ███████████████ had then physically attacked Sergeant Edwards, striking her in the face several times with a closed fist. Sergeant Edwards then administered another burst of chemical agent in the offender direction hitting him directly in the face causing an immediate reaction. ███████████ ceased all physical combative behaviors and complied with staff orders and was placed in restraints and escorted to EMCF medical department. While being escorted to medical by Officer Fox and Sergeant Pollard ███████████████ sustained an injury while coming through the double door on HU3. Offender ████████████ was so disoriented from being exposed directly to the chemical agent that when Sergeant Pollard and Officer Fox both attempted to squeeze through the door at the same time during which ███████████████ bumped his head. ███████████████ was seen by Nurse Hardy RN who noted a laceration above the right eye and was also seen by Mental Health Nurse Dunn. The offender was later decontaminated and placed in intake with a one on one until a bed become available in medial for psych observation. ███████████████ he was seen by Nurse Hardy RN who noted a sever laceration above his left eye who was later sent to the local hospital for further treatment. All appropriate documentation was completed and Warden Hogans was notified by phone and all other chain of commands was notified via email.

███████████████████████████ is a black male that stand 6'02" and weight 200 pounds who is currently serving 15 years and 0 months for Delivery of controlled substance. ████████████ also has a history or physically assaulting staff.

EOR EMCF-15-0389

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved:<br>Sgt. J. McCarra | Inmates Involved:<br>████████████████ |
|---|---|
| | ████████████████ |

**Brief Description of Unusual Occurrence:**
On November 19, 2015 at approx. 1300 hours after an investigation was completed it was determined that Offender ███████████████████ and Offender ███████████████████ were fighting on Housing Unit 1 Charlie Pod in Bottom Tier Shower this fight was documented on video by another offender and was later posted on YouTube.com. EOR

**Immediate Action Taken:**
RVR & UOR was written.

| Sgt. J. McCarra | 11/19/2015 | 1330 |
|---|---|---|
| Person Completing Report | Date | Time |

| *[signature]* | | |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**



_____    _____
Warden's Signature                                Date

CC: MAJOR RICE – COMPLETED COPY



**Management & Training Corporation**

# EAST MISSISSIPPI CORRECTIONAL FACILTIY
# INCIDENT DEBRIEFING FORM

Offender's Name: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇   MDOC#

1. **Offender's Actions:** On February 15, 2016 at approximately 1600 hours, I, Lt. Wren was radioed to housing unit 3 in reference to Offender ▇▇▇▇▇▇▇▇▇ refused to return to his assigned pod. Offender ▇▇▇▇▇▇▇ stated Offender ▇▇▇▇▇▇▇▇▇▇▇ had assaulted him earlier today and he has a bruise on his shoulder and bump on the back of his head. The offender also stated he was not going back on his zone because his roommate was going to assault him. I advised the offender after count clears he will be brought to medical for medical examination.

2. **Staff Actions:** Offender ▇▇▇▇▇▇▇▇▇▇▇ was brought to EMCF medical department where he was examined by Nurse Hunter RN who determined the offenders having head trauma due to offender stating he was involved in a physical altercation. The facility physician Doctor Abangan determined the offender would need to be sent out to the local hospital for further examination. Approximately 1824 hours van 505 exited facility ground en-route to Anderson Hospital with Offender ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ who is currently assigned to housing unit 3 Charlie pod cell 210. Officer Dorman, Officer Naylor, and Officer Yarbrough were the three officers assigned to this medical transport. All appropriate documentation was completed and Warden Hogans was notified via phone and all other chains of command were notified via email

3. Corrective Action Taken:
none

4. Impact on staff:   none

5. Impact on Offender:   none

6. Corrective Action Still Needed:   none

7. Plans for Improvement:   none

_____       2·19·16
Shift Commander Signature          Date

DEF-031725