# Exhibit 53

| | |
|---|---|
| **From:** | Christopher Dykes <Christopher.Dykes@mtctrains.com> |
| **Sent:** | Monday, June 20, 2016 5:46 PM |
| **To:** | Frank Shaw <Frank.Shaw@mtctrains.com>; Norris Hogans <Norris.Hogans@mtctrains.com>; Ray Rice <Ray.Rice@mtctrains.com>; Michael Rice <Michael.Rice@mtctrains.com>; Alexis Brown <Alexis.Brown@mtctrains.com>; Alma Wren <Alma.Wren@mtctrains.com>; Tina Bolden <Tina.Bolden@mtctrains.com>; William Brown <William.Brown@mtctrains.com>; Otavian Patrick <Otavian.Patrick@mtctrains.com>; Cole Vest <Cole.Vest@mtctrains.com>; Robyn Williams <Robyn.Williams@mtctrains.com>; Richard Ricks <Richard.Ricks@mtctrains.com>; Marjorie Brown <Marjorie.Brown@mtctrains.com>; Jaqualynn McCarra <Jaqualynn.McCarra@mtctrains.com>; George Schwaeble <George.Schwaeble@mtctrains.com>; LeShauntae Hughes <LeShauntae.Hughes@mtctrains.com>; Lemarcus Ruffin <Lemarcus.Ruffin@mtctrains.com>; 'VEThomas@mdoc.state.ms.us'; Marjorie Brown <Marjorie.Brown@mtctrains.com>; Tony Donald <Tony.Donald@mtctrains.com>; Richard Ricks <Richard.Ricks@mtctrains.com>; Heather Sullivan <Heather.Sullivan@mtctrains.com>; Richard Cooney <Richard.Cooney@mtctrains.com> |
| **Subject:** | SUOF/ Inmate on Inmate Assault |

On 06/20/2016 at approximately 1330 hours an inmate on inmate assault and spontaneous use of force occurred on housing unit five C-pod. Offender Jonathan Taylor#L7561, who is housed in cell 5C-107, was being escorted back to his cell from the recreation area. Offender Kerrus Hunter#128609, who is housed in cell 5C-109, was able to manipulate his cell door and exit the cell. Offender Hunter then attempted to assault offender Taylor who was in restraints. Officers Holley and Joiner, who were the escorting officers, used soft empty handed restraint tactics to separate and restrain the offenders until assistance could arrive. Both offenders were examined by EMCF medical staff as well as officers Holley and Joiner. Officer Holley was taken to Rush workforce wellness for further examination due to injuring her lower back. Offender Hunter was issued Multiple RVR's and returned to his cell. All appropriate documentation was completed and all appropriate chain of command was notified.

Offender Kerrus Hunter#128609 is a black male that stands five feet eight inches tall and weighs 140 pounds. the offender was born 7-6-91 and is 25 years old. the offender is serving a 17 year sentence for armed robbery.

Offender Jonathan Taylor#L7561 is a white male that stands six feet one inches tall and weighs 200 pounds. the offender was born 3-13-84 and is 31 years old. the offender is serving a 14 year sentence for burglary of a vehicle.EMCF-16-0370/EMCF-SUOF-16-0095

*Christopher Dykes*
*Shift Captain*
*East Mississippi Correctional Facility*
*10641 Highway 80 West*
*Meridian, Ms. 39307*
*601.485.5255 ext.166*

