# Exhibit 56

# Mississippi Department of Health
Food Service Information

## Facility

| | | | |
|---|---|---|---|
| Name: East Mississippi Correctional Facility | | Status: Open | |
| Street: 10641 Highway 80 West | City: Meridian | State: MS | Zip: 39307 |
| Permit Date: 07/23/2015 | | Expire Date: 07/23/2016 | |

## Inspection Details

| counter Type | | | Scheduled |
|---|---|---|---|
| Inspection Number | 377696 | | |
| Score | B | | |
| Environmentalist Name | HORTON RAYFORD | | |
| Inspection Date | 03/21/2017 | | |

**COS = Corrected On Site    R=Repeat**

| Supervision | Compliance Status | COS | R |
|---|---|---|---|
| Person In Charge Present Demonstrates Knowledge And Performs Duty | In Compliance | ☐ | ☐ |
| Certified Manager | In Compliance | ☐ | ☐ |
| **Employee Health** | | | |
| Management Awareness Policy Present | In Compliance | ☐ | ☐ |
| Proper Use Of Report Restriction Exclusion | In Compliance | ☐ | ☐ |
| **Good Hygienic Practices** | | | |
| Proper Eating Tasting Drinking Or Tobacco Use | Not Observed | ☐ | ☐ |
| No Discharge From Eyes Nose And Mouth | In Compliance | ☐ | ☐ |
| **Preventing Contamination by Hands** | | | |
| Hands Clean And Properly Washed | In Compliance | ☐ | ☐ |
| No Bare Hand Contact With Ready To Eat Foods | In Compliance | ☐ | ☐ |
| Adequate Hand Washing Facilities Supplied Accessible | In Compliance | ☐ | ☐ |
| **Approved Source** | | | |
| Food Obtained Approved From Approved Source | In Compliance | ☐ | ☐ |
| Food Received At Proper Temperature | Not Observed | ☐ | ☐ |
| Food In Good Condition Safe And Unadulterated | In Compliance | ☐ | ☐ |
| Required Records Available Shell stock Tags Parasite Destruction | Not Applicable | ☐ | ☐ |
| **Protection from Contamination** | | | |
| Food Separated And Protected | In Compliance | ☑ | ☐ |
| Food Contact Surface Cleaned Sanitized | In Compliance | ☑ | ☐ |
| Proper Disposition Of Returned Previously Served Reconditioned And Unsafe Food | In Compliance | ☐ | ☐ |
| **Potentially Hazardous Food (TCS food)** | | | |
| Proper Cooking Time And Temperatures | Not Observed | ☐ | ☐ |
| Proper Reheating Procedure For Hot Holding | Not Observed | ☐ | ☐ |
| Proper Cooling Time And Temperatures | Not Observed | ☐ | ☐ |

| | | | |
|---|---|---|---|
| **Proper Hot Holding Temperatures** | In Compliance | ☑ | ☐ |
| **Proper Cold Holding Temperatures** | In Compliance | ☐ | ☐ |
| **Proper Date Marking And Disposition** | In Compliance | ☐ | ☐ |
| **Time As Public Health Control Procedures Records** | In Compliance | ☐ | ☐ |
| Consumer Advisory | | | |
| **Consumer Advisory Provided For Raw Or Undercooked Foods** | Not Applicable | ☐ | ☐ |
| Highly Susceptible Populations | | | |
| **Pasteurized Foods Used Prohibited Foods Not Offered** | Not Applicable | ☐ | ☐ |
| Chemical | | | |
| **Food Additives Approved And Properly Used** | Not Applicable | ☐ | ☐ |
| **Toxic Substance Properly Identified Stored Used** | In Compliance | ☐ | ☐ |
| Conformance with Approved Procedures | | | |
| **Compliance With Variance Specialized Process And Haccp Plan** | Not Applicable | ☐ | ☐ |
| **Risk Control Plan As Required** | Not Applicable | ☐ | ☐ |
| Good Retail Practices | | | |
| **Water And Ice Approved From Approved Source** | In Compliance | ☐ | ☐ |
| **Insects Rodents And Animals Not Present** | In Compliance | ☐ | ☐ |
| **Hot And Cold Water Available Adequate Pressure** | In Compliance | ☐ | ☐ |
| **Plumbing Installed Proper Backflow Devices** | In Compliance | ☐ | ☐ |
| **Sewage Waste Water Properly Disposed** | In Compliance | ☐ | ☐ |
| **Toilet Facilities Properly Constructed Supplied Cleaned** | In Compliance | ☐ | ☐ |
| **Permit Last Inspection Posted** | In Compliance | ☐ | ☐ |
| **Violations Count =** Number of Corrections / Repeats | 7 | 7 | 0 |

**Data Disclaimer**
Data in this system come from two very different systems
Some inspections in the old system may be missing prior to July 2002
Day Care Centers & Youth Camps Inspections prior to June 2005
If in doubt about any facility, call the responsible health department
Data are for informational purposes, not enforcement