# Exhibit 83

**MTC** Management & Training Corporation

East Mississippi Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

| | |
|---|---|
| From: | Heather Sullivan, Compliance Coordinator |
| To: | Vernell Thomas, MDOC Contract Monitor |
| Cc: | Tony Compton, Director of Private Prisons |
| | Chandra Berryman-Willis, Assistant Director of Private & Regional Facilities |
| Date: | August 8, 2016 |
| Re: | EMCF Weekly Contract Monitor Report – July 24-31, 2016 |

Below are the responses for the Weekly Contract Monitor Report for East Mississippi Correctional Facility:

### Housing Units:

**Finding**
- Housing Unit 1: Doors covered; too many chairs in cells.

**Response**
- Offender uncovered doors and Unit Manager removed extra chairs from cells.

**Finding**
- Housing Unit 2D: Offender Kendrick Nelson #125708 is asking for shoes; the ones he had on were busted, but he did receive shoes in March.

**Response**
- A state issue form has been submitted for a size 12 pair of shoes for this offender.

**Finding**
- Housing Unit 2: 2C: windows covered/sheets hanging. Cells 108 & 202 need painting. 2D: cells have too many chairs inside.

**Response**
- Cell compliance was directed to each offender to remove any foreign material or sheets from the windows. Mr. Smith and the paint crew are currently painting on Housing Unit 2 (8.1.16). An inspection was done by Unit Manager Hodges and all the excess chairs were removed.

**Finding**
- Housing Unit 4: 4C: Clothes line hanging, trays in pod. 4A: clothes everywhere.

**Response**
- This was taken care of by getting a tool to cut lines down from Sgt. McCarty. Trays have been counted on and are supposed to be counted off the pod after every feeding – some trays being collected late – noted – Unit Manager Jones will address. A new cleaning crew recently started on 4; this should eliminate the matter of clothing everywhere on the pod.

**Finding**
- Housing Unit 5/6: Windows and doors covered. Offenders are complaining of not getting medical attention. I, Contract Monitor Thomas, called medical and was advised they are being

DEF-212958

told they do not have enough staff to escort. I have observed staff sitting in the entrance to the unit, looking to be doing nothing.

**Response**
- Offenders were told to remove items covering windows and doors on housing units 5/6. Unit Manager Donald will address proper escorting procedures with officers and on how to call for assistance when needing to escort offenders to medical.

<u>**Maintenance:**</u>

1. 2D 115 water shooting out of sink; offenders have the sink covered with a sink to keep the water in the sink. Repaired 8.03.16

2. 2D 102 water will not cut off. Repaired 8.03.16

3. 2D 209 light needs replacing; only a part of it lights up – very dim in the cell – offenders are asking for light. Repaired 8.03.16.

<u>**Kitchen:**</u>

1. Entrance to Kitchen is unsecure at all times; staff is either standing or sitting in the house leaving the kitchen unsecure with no security staff. Offender workers are seen exiting the kitchen when they please.

    Response from Major Rice: As part of the kitchen issue, we have begun instructing the kitchen officers on the proper procedures. When the officer does not follow it, we then complete disciplinary action. Will be serving Officer Little a four day suspension for this today (8.8.16).

DEF-212959

**MTC Management & Training Corporation**

East Mississippi Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

From: Heather Sullivan, Compliance Coordinator

To: Vernell Thomas, MDOC Contract Monitor

Cc: Tony Compton, Director of Private Prisons

Chandra Berryman-Willis, Assistant Director of Private & Regional Facilities

Date: August 11, 2016

Re: EMCF Weekly Contract Monitor Report – August 1-7, 2016

Below are the responses for the Weekly Contract Monitor Report for East Mississippi Correctional Facility:

### Housing Units:

**Finding**
- Housing Unit 1: Only one floor officer on the 1st shift (7-3).

**Response**
- A shift supervisors meeting was held on Thursday, August 11th and all shift supervisors were reminded of the contractual obligation of staffing requirements.

**Finding**
- Housing Unit 2: 2B: Clothes on rails; 2C: Showers covered with sheets.

**Response**
- Clothes and sheets were removed by the pod orderly.

**Finding**
- Housing Unit 3: Showers Covered.

**Response**
- Shower is uncovered and staff has been told to make sure that the offenders do not have anything extra covering the showers.

**Finding**
- Housing Unit 4C: Offender walking around with altered clothes (all white); doors/windows covered.

**Response**
- On Unit Manager Jones return, she went through the cells and collected any altered clothing; Unit Manager Jones is also making unexpected rounds to inspect windows and doors and make sure they are not covered.

**DEF-212960**

**Finding**
- Housing Unit 5/6: Doors windows covered; clothes on rails; clothesline made from steps to shower area.

**Response**
- Offenders on 5/6 were instructed to remove any items covering windows or doors. Items were removed from the rails and the clothesline was taken down. .

<u>Kitchen:</u>

1. No security staff inside of kitchen (mostly sitting/standing in the hall); doors to entrance of kitchen unsecure to entrance of kitchen; 8/4/16 0258 hours there were 4 carts of dirty trays left in the middle of kitchen.

   Response:  Staff members have been advised of the proper procedure and supervisory staff will be checking for compliance. If staff continue to fail to follow procedure, further disciplinary action will be taken.

<u>Maintenance:</u>

1. 3C 203 Toilet will not flush. Repaired 8/4/16.

<u>Warehouse/Unit 5/6:</u>

1. Segregation unit still not getting state issue as required, upon asking unit manager about offenders clothing, I am being told they have been ordered over two-three weeks. Ongoing issue.

   Response:  Business Manager, Ms. Houston, who is also over the Warehouse, has spoken with the Unit Manager on 5/6 and the warehouse supervisor. Many of the orders that were being sent in had just recently received state issue and/or were not due. An inventory is being taken and offenders who are in need of state issue will receive it.  Ms. Houston will follow-up on this to ensure compliance.

DEF-212961

**MTC** Management & Training Corporation

East Mississippi Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

| | |
|---|---|
| From: | Heather Sullivan, Compliance Coordinator |
| To: | Vernell Thomas, MDOC Contract Monitor |
| Cc: | Tony Compton, Director of Private Prisons |
| | Chandra Berryman-Willis, Assistant Director of Private & Regional Facilities |
| Date: | August 24, 2016 |
| Re: | EMCF Weekly Contract Monitor Report – August 8-13, 2016 |

Below are the responses for the Weekly Contract Monitor Report for East Mississippi Correctional Facility:

### Housing Units:

**Finding**
- Housing Unit 1: Brooms/mops on pod not in use; improper count being conducted.

**Response**
- All brooms and mops were removed from the pod. Unit Manager Anderson notified watch commander about the counts not being done properly.

**Finding**
- Housing Unit 3C: Sheet over shower.

**Response**
- Unit Manager Morgan addressed this with Sgt. Everette; she said that she will make sure that no sheets are up when they are in the shower.

**Finding**
- Housing Unit 4: too many chairs in the cells; 4C: brooms/mops on the pod and windows covered. 4C 206: non allowable nude pictures over the entire wall; 4D: mop cart on pod not in use (always on pod).

**Response**
- Unit Manager Jones is issuing informals to all offenders involved. Showed informals to Contract Monitor Thomas on 8.24.16.

**Finding**
- On 8/9/16, there were five offenders sleeping in the intake area with no security present.

**Response**
- Captain Dykes stated that four of the offenders were on medical/psychiatric hold; one offender was moved out on August 15, 2016 and security staff was posted in intake until all other offenders were moved.

**Finding**
- Housing Unit 6: 6A is still asking for a mop to clean with (8/11/16); 6D doors covered; offenders observed with altered clothing.

DEF-212962

**Response**
- Sanitation Officer Keaton issued the pod orderly on 6A a mop. Offenders on HU 6D were told to remove all items covering doors; security staff advised offenders to dress in compliance and removed altered clothing from their cells during cell inspections.

**Finding**
- Housing Unit 5/6: doors covered; no security checks; Offenders are complaining about there are not chemicals to clean with; staff are not located where they can monitor pods/offenders (sitting in main entrance).

**Response**
- All offenders were instructed to remove items covering doors. Security staff was informed to conduct routine security checks at designated times; Sanitation officer Keaton has requested the chemicals for HU 5/6 from Lt. Wilson, Fire & Safety. Security staff were informed to make their rounds on their assigned housing units and not to sit in the entrance of 5/6.

### Maintenance:

1. 3A lights out on pod. - Had to call an outside contractor for this; will be here on 8/25/16.
2. 3C top shower will not cut off; been running for several days. - Repaired.

### Medical:

1. Offenders complain about mental health making rounds early when most are asleep, and if someone asks to see someone, they are advised that rounds are already made.

    Response from HSA O. Little: Our Mental Health Staff gets here at 8:00 am and doesn't get to the units until at least 8:30 or 9:00 am at the earliest. If a patient misses or will not wake up to voice issues on rounds, then they should use the sick call process or discuss the issues with the provider at the next visit. We see Mental Health sick calls 5 days a week and nursing staff can address emergency items on the weekends and nights. There is ample access to care for all patients.



**East Mississippi Correctional Facility**
10641 Hwy 80 West
Meridian, MS 39307

| | |
|---|---|
| From: | Heather Sullivan, Compliance Coordinator |
| To: | Vernell Thomas, MDOC Contract Monitor |
| Cc: | Tony Compton, Director of Private Prisons |
| | Chandra Berryman-Willis, Assistant Director of Private & Regional Facilities |
| Date: | October 28, 2016 |
| Re: | EMCF Weekly Contract Monitor Report – October 3 – 8, 2016 |

Below are the responses for the Weekly Contract Monitor Report for East Mississippi Correctional Facility:

**Housing Units:**

**Finding**
- Housing Unit 1: Lunch trays being passed out by offenders.

**Response**
- Contract Monitor, Ms. Thomas, and Compliance Coordinator, Ms. Sullivan, both met with Unit Manager Anderson and discussed the proper procedure and monitoring of meal service.

**Finding**
- Housing Unit 1B: Broom in pod – not in use.

**Response**
- Unit Manger Anderson removed broom from pod.

**Finding**
- Housing Unit 2A & 2B – Cleaning cart on pod – not in use.

**Response**
- Unit Manager was reminded that carts are not to be left on the zone when they are not being used. We are reviewing the best practice/procedure for this by policy.

**Finding**
- Housing Unit 2D: Sheet covering shower on top picket.

**Response**
- Sheet was removed.

**Finding**
- Housing Unit 5&6: Most officers were in an office or sitting in the entrance; Offender Griggs #122142 has questions about PC.

**DEF-212969**

**Response**
- Housing Unit 5 & 6 officers were advised by Unit Manager Donald and Captain Jones to work on their assigned housing units and they should only be in offices with offenders when they are escorting them to requested areas in the facility.
- Investigator Ruffin has been notified that Offender William Griggs is requesting PC.

**Finding**
- Housing Unit 5 & 6: Offenders not qualified to work the segregation units are working the segregation unit. I, CM Thomas, was advised by Unit Manager Donald that he has to use them until he gets some. Not an acceptable answer.

**Response**
- Unit Manager Donald is addressing this matter and all offenders who have not been classified to work are no longer working the segregation unit.

**Finding**
- Housing Unit 5 & 6: Door that leads to the picket is being kept propped open; Officer Brown was slumped down in the chair in the picket – appeared to be sleeping.

**Response**
- Housing Unit 5 & 6 picket officers have been informed to keep picket doors secured at all times.
- Officer Brown was addressed concerning this incident. No officer is to be in the picket besides the picket officer.

**Finding**
- Offender Crosby #137584 is asking for state clothing.

**Response**
- According to OffenderTrak property log, Offender Crosby is not due for any clothing issue. This offender received his six month state issue replacement on 6/20/16.

**Finding**
- Housing Unit 6: Doors and windows covered.

**Response**
- Housing Unit 6 officers have been informed of cell compliance standards. Staff advised offenders to remove items that are covering the doors and windows. Any further violation of offenders' cells not being in compliance will result in disciplinary action.

**Finding**
- Dryer number 10 had a lot of papers and various other items inside of it.

**Response**
- Laundry Supervisor, Mrs. Ferrell, has been notified of this issue.

**Case Managers:**

1. Offender Corey Sims #143551 has questions about going up the hall to be housed.

   Response: This offender was informed that he was recommended to be released from the special management unit (long term) from a 90 day review. MDOC has to sign off on his 90 day review and Mrs. P. Robinson has to approve his release from special management.

DEF-212970

2.  Offender Wiggins #122142 is housed on 5A with no detention notice.

    Response: Per Case Manager Hersey, Offender Wiggins was involved in an incident on 5D and was informed that he is currently on Long Term Status and does not receive a detention notice.

3.  Offender Kelly Geoffrey #83812 has questions about his classification and a RVR he says he beat.

    Response: Offender Geoffrey has already stressed his concerns to his case manager; these matters are currently in the process of being checked into.

4.  Offender Tyrone Walker #K5384 needs to see ILAP; states he has a court date of 10/27/2016.

    Response: Ms. Sullivan spoke with Mrs. Braxton who handles ILAP. She stated that she received paperwork from Offender Walker last Monday (10/17/16) and mailed it to the United States District Court. However, Offender Walker refuses to fill out an ILAP request form to be seen – then states that he cannot get help from Mrs. Braxton. This offender will receive ILAP assistance when a form is received. Forms have been made available to him.

**Maintenance**

1.  Holes in the ceiling of picket 5.

    Response: Repaired 10/14/16.

DEF-212971



**East Mississippi Correctional Facility**
10641 Hwy 80 West
Meridian, MS 39307

| | |
|---|---|
| From: | Heather Sullivan, Compliance Coordinator |
| To: | Vernell Thomas, MDOC Contract Monitor |
| Cc: | Tony Compton, Director of Private Prisons |
| | Chandra Berryman-Willis, Assistant Director of Private & Regional Facilities |
| Date: | November 8, 2016 |
| Re: | EMCF Weekly Contract Monitor Report – October 22-29, 2016 |

Below are the responses for the Weekly Contract Monitor Report for East Mississippi Correctional Facility:

### Housing Units:

**Finding**
- Housing Unit 1D: Mop cart on pod is not in use.

**Response**
- Unit Manager Anderson stated that the mop cart was removed after use.

**Finding**
- Housing Unit 2D: Clothes on rails.

**Response**
- Unit Manager Hodges stated that all clothing was removed from the rails.

**Finding**
- Housing Unit 5&6: Staff sitting in entrance and offices; stating boards are down.

**Response**
- Security staff was informed to make security checks and stay in their assigned Housing Unit Octagons until further notice.

**Finding**
- Improper fire drill conducted on 10/26/16 in the kitchen (staff/offenders not removed, no emergency count conducted, no check of the area).

**Response**
- Compliance Coordinator notified Fire & Safety Lt. Wilson of this issue via email.

**DEF-212975**

**Case Managers:**

1. Offender Adrian Jones #T3273 wants to know if he has life with or without parole.

   Response: Case Manager Birdtail addressed this issue with Offender Jones; he was informed that his sentencing order does not say with parole. Offender also received a sentencing order.

**Medical:**

1. Offender Pierre Lay #166012 is complaining about having a broken jaw and not getting medical attention (Mr. Little is aware, awaiting an appointment)

   Response: Per HSA, O. Little, Offender Lay has surgery scheduled this week. He originally misrepresented his injury as an infection that delayed his consultation

2. Offenders are being placed/housed in the intake several days by medical/mental health with no security.

   Response: Per HSA, O. Little, this only occurs in cases of emergency and only after consultation and approval of head custody staff at that time. All efforts are made to move to more appropriate housing as quickly as possible.

**Maintenance**

1. Housing Unit 3C: the speaker that allows the offenders to hear the TV through their issued radios was removed by K-9; they are not able to hear the TV now. Sound should be replaced.

   Response: Transmitter replaced on 11/4/2016.

DEF-212976

**MTC Management & Training Corporation**

East Mississippi Correctional Facility
10641 Hwy 80 West
Meridian, MS 39307

From:        Heather Sullivan, Compliance Coordinator

To:          Vernell Thomas, MDOC Contract Monitor

Cc:          Tony Compton, Director of Private Prisons

             Chandra Berryman-Willis, Assistant Director of Private & Regional Facilities

Date:        November 22, 2016

Re:          EMCF Weekly Contract Monitor Report – October 31 – November 6, 2016

Below are the responses for the Weekly Contract Monitor Report for East Mississippi Correctional Facility:

**Housing Units:**

**Finding**
- Housing Unit 1: Offender John Hale #24720 mat was taken during shakedown and has not been replaced. Offender E. Gardner #184847 states his mat was taken during shakedown also, offender was sleeping on the cover of a mat. (Sgt. Evans was advised). Offender Myron Ward #81266 wants to know about his canteen not being ordered.

**Response**
- Offender John Hale #24720 received a mat on 11/8/16. Offender E. Gardner #184847 received a matt on 11/8/16. Offender Myron Ward #81266 canteen has been ordered.

**Finding**
- Housing Unit 2: Cells have too many shoes; cell 207 has 10 pair.

**Response**
- The cells were inspected and no shoes were present; all offenders were given verbal orders by the Unit Manager not to have excessive shoes in any cell.

**Finding**
- Housing Unit 4: Shower covered. 4C: windows covered; mop on pod not in use.

**Response**
- Unit Manager Jones has requested to know which pod's shower was covered on HU 4 and which cells had windows covered on 4C. Mop pod was removed; visible coverings were removed.

**Finding**
- Housing Unit 7: No security present; this happens too often and is a breach of security.

**Response**
- Information has been forwarded to the Chief of Security and Shift Supervisors.

**Finding**
- Housing Unit 5: Offender complaining about not using the phone; state it comes on the zone and only about two people use it and then it disappears.

**DEF-212977**

**Response**
- Some offenders on HU 5 are on telephone restriction and therefore, do not get to use the phone. This matter is being looked into by Unit Manager Donald.

**Finding**
- Housing Units 5 & 6: Doors and Windows covered.

**Response**
- HU 5 & 6 staff members have been informed of cell compliance standards. Staff advised offenders to remove all items covering doors and windows.

**Finding**
- Offender Bobby Mitchell #R3569 complained of being sprayed and not being taken to medical.

**Response**
- It has been verified through EMCF Medical Department that offender Bobby Mitchell had a body sheet done on 11/2/16 after chemical agents were sprayed in his cell and the body sheet determined that he did not sustain any injuries.

**Finding**
- Units are being ran short; especially units 5 & 6.

**Response**
- Shift supervisors have been notified of this issue.

## Case Managers:

1. Offender Montonio Jackson #200457 is asking about his medical clearance so that he can work in the kitchen.

   Response: Offender Jackson was informed that the kitchen should turn in his medical clearance with his classification. Offender was informed a few weeks ago. The case manager was also informed by CM Thomas, that she could check that status of this for the offender.

2. Offender Jondarrius Faulkner #163359 wants to know about a transfer.

   Response: Offender Faulkner was informed that he must speak to a Mental Health Counselor concerning transfers.

3. Offender Conner Warren #56479 has questions about level of care and no medical care.

   Response: Offender Warren was informed to speak to his Mental Health Counselor concerning his LOC and medical treatment.

4. Offender Tyes John #98762 cannot use the phone because when he calls, it has someone else's name under his number. (First reported on 9/6/16).

   Response: Library (ILAP) Assistant has resolved this issue.

5. Offender Craig Macbeth #138351 has questions about being on lockdown.

**DEF-212978**

    Response: Offender Macbeth's Case Manager, S. Williams and the Classification Supervisor, have been notified and are looking into this request.

6. Offender Daniel Clayton #140971 has questions about release from unit 5.

    Response: Offender Clayton was informed that he was recommended for release from STG Core Member Status. Offender has remained RVR free for 6 months. Per Case Manager Hersey, he was recently informed that offenders 6 month observation period must begin on the date that the DOC signs the approval date which was in June. CM Hersey will contact the offender to inform him of his current status.

## Maintenance

1. 4B: Leak in ceiling.

    Response: Repaired 11/08/16 – installed flush bag – work order #1500007016.

2. 4B 214 sink does not have water.

    Response: Replaced brass button 11/08/16 – work order #15000013320.

3. 4C 203 toilet running; will not stop.

    Response: Installed diaphragm kit 11/08/16 – work order #1600008677.

4. 4C complaining of ants.

    Response: Contacted Lt. Wilson, Fire and Safety.

5. 6B 115 toilet leaking water on to the floor

    Response: Repaired supply line 11/08/16.

6. 6B 112 water not working in the sink.

    Response: Installed two timer kits 11/08/16.

7. 6B 114 light hanging by the wires; toilet leaking around the bottom.

    Response: Replaced light fixture and bulbs for light; installed a flush bag and diaphragm for toilet 11/08/16.

8. 6B 108 needs a light fixture.

    Response: Replaced light fixture and light bulb 11/08/16.

9. 1D water leaking out of pipe chase.

    Response: Installed new flush bag.