EXHIBIT 5

## East Mississippi Corr. Fac.

| Employee | Name | Issue Date | Step | Cat I Infraction(s) | Cat II Infraction(s) | Infraction Detail | Discipline Imposed | Addl Discipline | Other Discipline |
|---|---|---|---|---|---|---|---|---|---|
| 48000866 | Spencer, Christopher | 02/14/2016 | 1st | | 6. Unexcused absence or refusal to report to or remain at work. | Officer did not call to report his absence in the required timeframe of 2 hours prior to start of shift. | Notice of Caution | None | |
| 48000866 | Spencer, Christopher | 02/19/2016 | 2nd | | 4. Neglect of duty or refusal to perform work assigned. | Officer did not conduct a proper count of the inmates as he did not enter any of Housing Unit 1 zones during 0200 hrs count. | Notice of Caution | None | |
| 48000866 | Spencer, Christopher | 03/03/2016 | 1st | 2. Careless or inefficient performance of duties. | | Officer did not properly document the inmate's daily activities in the log books as required. | Documented Verbal Warning | None | |
| 48000866 | Spencer, Christopher | 03/10/2016 | 1st | 2. Careless or inefficient performance of duties. | | Officer failed to secure tray slots on the housing unit. | Documented Verbal Warning | None | |
| 48000866 | Spencer, Christopher | 04/22/2016 | 4th | | 1. Insubordination. | Sergant was given a directive to work SHU 5 & 6 but officer refused to stay on his post as assigned. | Notice of Caution | 4 Day Suspension | |
| 48000866 | Spencer, Christopher | 08/07/2016 | 4th | | 3. Refusal or failure to work overtime, special hours and/or special shifts when directed to do so. | Sergeant refused to work overtime as scheduled. | Notice of Caution | 2 Day Suspension | |
| 48000866 | Spencer, Christopher | 08/22/2016 | 4th | | 6. Unexcused absence or refusal to report to or remain at work. | Sergeant failed to come to work on 7-30-16 and failed to notify supervisor as required. | Notice of Caution | 3 Day Suspension | |

DEF-300838

## East Mississippi Corr. Fac.

| Employee | Name | Issue Date | Step | Cat I Infraction(s) | Cat II Infraction(s) | Infraction Detail | Discipline Imposed | Addl Discipline | Other Discipline |
|---|---|---|---|---|---|---|---|---|---|
| 48000871 | Deloach, Javaris | 02/16/2017 | 1st | | 3. Refusal or failure to work overtime, special hours and/or special shifts when directed to do so. | On 2/4/17 J. Deloach was mandated for shift and refused to work. | Notice of Caution | None | |
| 48000871 | Deloach, Javaris | 03/20/2017 | 1st | | 6. Unexcused absence or refusal to report to or remain at work. | Officer J. Deloach, on Feb 21, 2017, was sent to HU5A Post, and was to secu secure all Segregation tray slots before leaving post. He exited the facilit prior to completing this task. Feb. 25, 2017, he was notified that he was not relieved and to remain on post, again he left. It is the officers responsibity to remain until properly relieved. | Notice of Caution | None | |
| 48000872 | Dorman, Stephen | 03/04/2016 | 1st | | 15. Violation of any company or facility rules, policies, the employee handbook, or federal, state or local laws. | Officer failed to report an excessive use of force against an offender. | Notice of Caution | 5 Day Suspension | 7 days suspension |
| 48000873 | Grace, James | 02/23/2016 | 1st | 7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of a shift. | | Officer was late reporting for a duty a total of 3 times during the period of 2/8/16-2/21/16. | Notice of Caution | Deferred Suspension | 1 day deferred suspension |

SHR134 MTC Discipline Report    5/11/2017   8:30:42AM   Page 103 of 118

**DEF-300839**

## East Mississippi Corr. Fac.

| Employee | Name | Issue Date | Step | Cat I Infraction(s) | Cat II Infraction(s) | Infraction Detail | Discipline Imposed | Addl Discipline | Other Discipline |
|---|---|---|---|---|---|---|---|---|---|
| 48000874 | Holder, Jamal | 04/22/2016 | 1st | | 1. Insubordination. | Officer was told to turn in contraband to the investigator but instead left it lying on the cabinet in the U/M's office of H/U 5 & 6. | Notice of Caution | 1 Day Suspension | |
| 48000874 | Holder, Jamal | 04/25/2016 | 2nd | | 1. Insubordination. | Officer was given directives to send all of his pod orderlies back to their assigned housing units and to assist the Sergeant with recreation but officer refused. | Notice of Caution | 2 Day Suspension | |
| 48000882 | Murphy, Brandy | 05/23/2016 | 1st | 8. Excessive absenteeism as determined by supervisor. | | Officer was absent three times during a 30 day period. | 1 Day Suspension | None | |
| 48000884 | GRAVES, FLOYD | 05/21/2016 | 1st | | 6. Unexcused absence or refusal to report to or remain at work. | Officer did not come to work or call supervisor to alert them of absence. | 1 Day Suspension | None | |
| 48000886 | ARNOLD, SHALYNN | 11/24/2016 | 2nd | | 10 Unprofessional, inappropriate or suggestive comments, actions or behavior. | Sgt. cursed out the nurse during a verbal altercation in medical. | Notice of Caution | 3 Day Suspension | |
| 48000887 | MCQUARLEY, ASHLEY | 08/17/2016 | 1st | 8. Excessive absenteeism as determined by supervisor. | | Officer was absent 5 days in a 30 day period. | Notice of Caution | Deferred Suspension | |
| 48000891 | BLANKS, DANESHA | 05/18/2016 | 1st | 7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of a shift. | | Officer was late reporting for duty four times duirng the pay period of 05/02/2016 thru 05/15/2016. | Deferred Suspension | None | |

DEF-300840

## East Mississippi Corr. Fac.

| Employee | Name | Issue Date | Step | Cat I Infraction(s) | Cat II Infraction(s) | Infraction Detail | Discipline Imposed | Addl Discipline | Other Discipline |
|---|---|---|---|---|---|---|---|---|---|
| 48000892 | JAMES, TSYRIKKI | 05/10/2016 | 1st | | 36. Job abandonment. | Officer left post without being properly relieved of duties. | Notice of Caution | Deferred Suspension | |
| 48000896 | MATTHEWS, KIMBERLY | 11/29/2016 | 1st | 7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of a shift. | | During the pay period of 11-14-16 to 11-27-16, officer was late a total of 5 times. | Notice of Caution | None | |
| 48000896 | MATTHEWS, KIMBERLY | 12/13/2016 | 2nd | 7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of a shift. | | During the pay period of 11/28/16 to 12/11/16, officer was late a total of 5 times for shift. | Notice of Caution | None | |
| 48000896 | MATTHEWS, KIMBERLY | 12/16/2016 | 3rd | 8. Excessive absenteeism as determined by supervisor. | | Officer was absent on 11/22/16, 12/2/16 and again on 12/16/16 within a 30 day period. | Notice of Caution | None | |
| 48000896 | MATTHEWS, KIMBERLY | 12/26/2016 | 4th | | 36. Job abandonment. | Offiece4r refused to go to assigned post and exited the facility without permission or notice. | Notice of Caution | Deferred Suspension | |
| 48000896 | MATTHEWS, KIMBERLY | 01/18/2017 | 5th | | 1. Insubordination. | Officer was directed by supervisors to assist with escorts and refused all directives. | Notice of Caution | 2 Day Suspension | |
| 48000896 | MATTHEWS, KIMBERLY | 01/21/2017 | 5th | | 1. Insubordination. | Officer was directed by supervisor to conduct security checks and refused. Officer also began using profance language at supervisors. | Notice of Caution | 3 Day Suspension | |

DEF-300841

## East Mississippi Corr. Fac.

| Employee | Name | Issue Date | Step | Cat I Infraction(s) | Cat II Infraction(s) | Infraction Detail | Discipline Imposed | Addl Discipline | Other Discipline |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 10 Unprofessional, inappropriate or suggestive comments, actions or behavior. | | | | |
| 48000896 | MATTHEWS, KIMBERLY | 02/22/2017 | 5th | | 6. Unexcused absence or refusal to report to or remain at work. | Officer K. Matthews did not come to work on February 6-7, 2017 and failed to properly notify supervisor of impending absence. Policy states that you must call in and notify your supervisor at least 2 hours prior to the shift of impending absence. In the future, if you are going to miss your scheduled shift, you must follow proper call of procedures | Notice of Caution | None | |
| 48000899 | Johnson, Alexus | 05/20/2016 | 1st | 9. Absence without proper notification to respective supervisor. | | Officer did not come to work or notify supervisor of absence. | 1 Day Suspension | None | |
| 48000902 | COOKS, VAKERRI | 06/26/2016 | 2nd | 8. Excessive absenteeism as determined by supervisor. | | Officer called in 3 times in a 30 day period: 5/29/16, 6/17/16, and 6/25/16. | Notice of Caution | Deferred Suspension | |
| 48000902 | COOKS, VAKERRI | 11/21/2016 | 2nd | 8. Excessive absenteeism as determined by supervisor. | | Officer called in on 11-5-16, 11-11-16, and 11-17-16. | Notice of Caution | None | |
| 48000904 | FIELDS, NICASIA | 11/21/2016 | 1st | | 6. Unexcused absence or refusal to report to or remain at work. | Officer did not come to work on 11-21-16 and did not call and notify her supervisor of her impending absence. | Notice of Caution | None | |

**DEF-300842**