# Exhibit 20

**U.S. Department of Labor**
Occupational Safety and Health Administration
Dr. A. H. McCoy Federal Building
100 West Capitol Street, Suite 749
Jackson, MS 39269-1620
Phone: (601)965-4606  FAX: (601)965-4610



# Citation and Notification of Penalty

**To:**
The GEO Group, Inc.
and its successors
10641 Highway 80 West
Meridian, MS 39301

**Inspection Site:**
10641 Highway 80 West
Meridian, MS 39301

**Inspection Number:** 315306357
**Inspection Date(s):** 12/13/2011-01/20/2012
**Issuance Date:** 06/11/2012

*The violation(s) described in this Citation and Notification of Penalty is (are) alleged to have occurred on or about the day(s) the inspection was made unless otherwise indicated within the description given below.*

This Citation and Notification of Penalty (this Citation) describes violations of the Occupational Safety and Health Act of 1970. The penalty(ies) listed herein is (are) based on these violations. You must abate the violations referred to in this Citation by the dates listed and pay the penalties proposed, unless within 15 working days (excluding weekends and Federal holidays) from your receipt of this Citation and Notification of Penalty you mail a notice of contest to the U.S. Department of Labor Area Office at the address shown above. Please refer to the enclosed booklet (OSHA 3000) which outlines your rights and responsibilities and which should be read in conjunction with this form. Issuance of this Citation does not constitute a finding that a violation of the Act has occurred unless there is a failure to contest as provided for in the Act or, if contested, unless this Citation is affirmed by the Review Commission or a court.

**Posting** - The law requires that a copy of this Citation and Notification of Penalty be posted immediately in a prominent place at or near the location of the violation(s) cited herein, or , if it is not practicable because of the nature of the employer's operations, where it will be readily observable by all affected employees. This Citation must remain posted until the violation(s) cited herein has (have) been abated, or for 3 working days (excluding weekends and Federal holidays), whichever is longer.

**Informal Conference** - An informal conference is not required. However, if you wish to have such a conference you may request one with the Area Director during the 15 working day contest period. During such an informal conference you may present any evidence or views which you believe would support an adjustment to the citation(s) and/or penalty(ies).

If you are considering a request for an informal conference to discuss any issues related to this Citation and Notification of Penalty, you must take care to schedule it early enough to allow time to contest after the informal conference, should you decide to do so. Please keep in mind that a written letter of intent to contest must be

submitted to the Area Director within 15 working days of your receipt of this Citation. The running of this contest period is not interrupted by an informal conference.

If you decide to request an informal conference, please complete, remove and post the page 5 Notice to Employees next to this Citation and Notification of Penalty as soon as the time, date, and place of the informal conference have been determined. Be sure to bring to the conference any and all supporting documentation of existing conditions as well as any abatement steps taken thus far. If conditions warrant, we can enter into an informal settlement agreement which amicably resolves this matter without litigation or contest.

**Right to Contest** - You have the right to contest this Citation and Notification of Penalty. You may contest all citation items or only individual items. You may also contest proposed penalties and/or abatement dates without contesting the underlying violations. <u>Unless you inform the Area Director in writing that you intend to contest the citation(s) and/or proposed penalty(ies) within 15 working days after receipt, the citation(s) and the proposed penalty(ies) will become a final order of the Occupational Safety and Health Review Commission and may not be reviewed by any court or agency.</u>

**Penalty Payment** - Penalties are due within 15 working days of receipt of this notification unless contested. (See the enclosed booklet and the additional information provided related to the Debt Collection Act of 1982.) Make your check or money order payable to "DOL-OSHA". Please indicate the Inspection Number on the remittance.

OSHA does not agree to any restrictions or conditions or endorsements put on any check or money order for less than the full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

**Notification of Corrective Action** - For <u>each</u> violation which you do not contest, you are required by 29 CFR 1903.19 to submit an Abatement Certification to the Area Director of the OSHA office issuing the citation and identified above. The certification **must** be sent by you within **10 calendar days** of the abatement date indicated on the citation. For **Willful** and **Repeat** violations, documents (examples: photos, copies of receipts, training records, etc.) demonstrating that abatement is complete must accompany the certification. Where the citation is classified as **Serious** and the citations states that abatement documentation is required, documents such as those described above are required to be submitted along with the abatement certificate. If the citation indicates that the violation was corrected during the inspection, no abatement certification is required for that item.

**All abatement verification documents must contain the following information:** 1) Your name and address; 2) the inspection number (found on the front page); 3) the citation and citation item number(s) to which the submission relates; 4) a statement that the information is accurate; 5) the signature of the employer or employer's authorized representative; 6) the date the hazard was corrected; 7) a brief statement of how the hazard was corrected; and 8) a statement that affected employees and their representatives have been informed of the abatement.

The law also requires a copy of all abatement verification documents, required by 29 CFR 1903.19 to be sent to OSHA, also be posted at the location where the violation appeared and the corrective action took place.

**Employer Discrimination Unlawful** - The law prohibits discrimination by an employer against an employee for filing a complaint or for exercising any rights under this Act. An employee who believes that he/she has been discriminated against may file a complaint no later than 30 days after the discrimination occurred with the U.S. Department of Labor Area Office at the address shown above.

**Employer Rights and Responsibilities** - The enclosed booklet (OSHA 3000) outlines additional employer rights and responsibilities and should be read in conjunction with this notification.

**Notice to Employees** - The law gives an employee or his/her representative the opportunity to object to any abatement date set for a violation if he/she believes the date to be unreasonable. The contest must be mailed to the U.S. Department of Labor Area Office at the address shown above and postmarked within 15 working days (excluding weekends and Federal holidays) of the receipt by the employer of this Citation and Notification of Penalty.

**Inspection Activity Data** - You should be aware that OSHA publishes information on its inspection and citation activity on the Internet under the provisions of the Electronic Freedom of Information Act. The information related to these alleged violations will be posted when our system indicates that you have received this citation. You are encouraged to review the information concerning your establishment at WWW.OSHA.GOV. If you have any dispute with the accuracy of the information displayed, please contact this office.

## ABATEMENT CERTIFICATION

Clyde P. Payne, Area Director
U.S. Department of Labor - OSHA
Dr. A. H. McCoy Federal Building
100 West Capitol Street, Suite 749
Jackson, MS   39269-1620
Phone: (601)965-4606


The GEO Group, Inc.
10641 Highway 80 West
Meridian, MS   39301


The hazard referenced in Inspection Number _____ for the violation identified as
Citation _____ and Item _____ was corrected on _____
by _____.

The hazard referenced in Inspection Number _____ for the violation identified as
Citation _____ and Item _____ was corrected on _____
by _____.

The hazard referenced in Inspection Number _____ for the violation identified as
Citation _____ and Item _____ was corrected on _____
by _____.

I attest that the information contained in this document is accurate and that the affected employees and their representatives have been informed of the abatement activities described in this certification.


_____
Signature


_____
Typed or Printed Name

**U.S. Department of Labor**
Occupational Safety and Health Administration



## NOTICE TO EMPLOYEES OF INFORMAL CONFERENCE

An informal conference has been scheduled with OSHA to discuss the citation(s) issued on 06/11/2012. The conference will be held at the OSHA office located at Dr. A. H. McCoy Federal Building, 100 West Capitol Street, Suite 749, Jackson, MS, 39269-1620 on _____ at _____. Employees and/or representatives of employees have a right to attend an informal conference.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 315306357
Inspection Dates: 12/13/2011 - 01/20/2012
Issuance Date:     06/11/2012



## Citation and Notification of Penalty

**Company Name:** The GEO Group, Inc.
**Inspection Site:** 10641 Highway 80 West, Meridian, MS 39301

---

### Citation 1 Item 1   Type of Violation:   Serious

29 CFR 1910.132(d)(1): The employer did not conduct an assessment of the workplace to determine if hazards were present, or were likely to be present, which would necessitate the use of personal protective equipment:
    (a)    East Mississippi Correctional Facility - On or about December 13, 2012 a hazard assessment of the workplace had not been completed.

Date By Which Violation Must be Abated:                                      07/05/2012
Abatement Certification Required

Proposed Penalty:                                                                    $    6600.00

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty          Page 6 of 10                    OSHA-2 (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

**Inspection Number:** 315306357
**Inspection Dates:** 12/13/2011 - 01/20/2012
**Issuance Date:** 06/11/2012



## Citation and Notification of Penalty

**Company Name:** The GEO Group, Inc.
**Inspection Site:** 10641 Highway 80 West, Meridian, MS  39301

---

Citation 2 Item 1   Type of Violation:   **Willful**

Section 5(a)(1) of Public Law 91-596, the Occupational Safety and Health Act of 1970:  The employer did not furnish employment and a place of employment which were free from recognized hazards that were causing or likely to cause death or serious physical harm to employees, in that employees are exposed to the hazard of being assaulted by violent inmates causing fatal or serious physical injury.  During routine interactions with inmates with known histories of violence, employees were exposed to numerous incidents of violent behavior by inmates which have resulted in bites, stabbings, and injuries to the head, eyes, face, hands, legs, and body from hits, kicks, punches; exposure to bloodborne pathogens from human bodily fluids being thrown at them; and stress from exposure to workplace violence.  The employer failed to develop and implement adequate measures to materially reduce or eliminate the likelihood of physical assaults by inmates against employees working at the East Mississippi Correctional Facility:

(a)   On or about December 13 through January 29, 2012, employees were exposed to physical assaults by prison inmates due to staff shortage. During this period the employer failed to meet the employer's minimum staffing requirements.

(b)   On or about December 13, 2011, corrections officers were required to perform head counts inside of housing pods alone.

(c)   The employer's staffing plan required 8 corrections officers in unit 5. On or about December 16-19, 2011, there were only three corrections officers present in housing unit 5.

(d)   On or about December 13, 2011 through February 13, 2012, cell doors in units 5 and 6 were frequently tampered with and unlocked by prison inmates. Displays in pickets 5 and 6 indicated that doors were unsecured and when the cell doors were manually checked by corrections officers they would not open from the outside, however the inmates could open the cell doors from the inside.

(e)   On or about December 13, 2011 through February 13, 2012, door lock status indicators in pickets throughout the facility at times gave false readings.  Not all doors that were indicated as secured on displays in pickets were secured.

(f)   On or about December 13, 2011 through April 24, 2012, not all employees working in areas where they are exposed to contact with prisoners were trained in basic self-defense and use of chemical agents.

Among other methods, one feasible and acceptable abatement method to correct this hazard is to:

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                    Page 7 of 10                    OSHA-2 (Rev. 9/93)

**U.S. Department of Labor**  
Occupational Safety and Health Administration

Inspection Number: 315306357  
Inspection Dates: 12/13/2011 - 01/20/2012  
Issuance Date: 06/11/2012



## Citation and Notification of Penalty

**Company Name:** The GEO Group, Inc.  
**Inspection Site:** 10641 Highway 80 West, Meridian, MS  39301

---

Establish a site specific Workplace Violence Prevention program. Ensure the program has the following elements:

(1)   Engineering Controls:

- Repair or replace defective cell door lock systems throughout the facility.
- Repair or replace defective picket door indicator system in the housing unit(s).
- Develop and implement a policy that picket door status indicators must never be ignored and train officers operating the picket to adhere to the policy.

-Assure continued maintenance of all door lock systems throughout the facility. Institute a policy prohibiting inmates from placing items on cell doors that obstruct corrections officers' view into cells.

(2)   Administrative Controls:

- Evaluate workplace controls and implement new policies and procedures to reduce violence in the workplace.

- Assess management of the facility, prison routines, incentives and disincentives for inmates, physical constraints, surveillance, and staff deployment.

- Assess staffing periodically and when appropriate, such as when the number and security levels of inmates change. Based on the staffing assessment, maintain adequate numbers of corrections officers to safely manage the number of prisoners under their supervision and to complete their assigned duties. Enforce minimum corrections officer requirements of company policy in each housing unit on each shift.

-Assess practices and procedures in all areas of the facility where workplace violence incidents occur (e.g., the medical unit, housing units and showers). Make changes to those practices and procedures when necessary for employee safety.

- Increase the number of searches for weapons and contraband.

- Enforce work rule requiring a buddy system be used when corrections officers enter housing areas.

- Provide counseling to employees when necessary for stress and anxiety.

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 315306357
Inspection Dates: 12/13/2011 - 01/20/2012
Issuance Date: 06/11/2012



## Citation and Notification of Penalty

**Company Name:** The GEO Group, Inc.
**Inspection Site:** 10641 Highway 80 West, Meridian, MS  39301

---

    (3)    Personal protective equipment:

        - Ensure an adequate communication system is in place for both preventing and securing assistance during incidents of workplace violence.

        - Provide personal alarm systems for all staff exposed to inmate contact.

        - Ensure all corrections officers have an operable two way radio.

    (4)    Employee Training

        - Conduct training specific to the prevention of workplace violence, including conflict resolution training for all employees upon hiring. Emphasize the importance of stress management, and include it as part of the employees' training.

        - Train all staff members who may be exposed to contact with inmates on the use of chemical agents and basic self-defense.

**Date By Which Violation Must be Abated:** 07/05/2012
**Abatement Certification and Documentation Required**

**Proposed Penalty:** $ 70000.00

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty        Page 9 of 10        OSHA-2 (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration

Inspection Number: 315306357
Inspection Dates: 12/13/2011 - 01/20/2012
Issuance Date:    06/11/2012



## Citation and Notification of Penalty

**Company Name:**   The GEO Group, Inc.
**Inspection Site:**   10641 Highway 80 West, Meridian, MS  39301

---

### Citation 3 Item 1   Type of Violation:   Other

29 CFR 1910.333(b)(2)(i):  The employer did not maintain a copy of the written procedures outlined in 29 CFR 1910.333 (b)(2) and did not make it available for inspection by employees:

(a)     East Mississippi Correctional Facility - On or about December 13, 2012 the employer had not developed a written energy control program.

Date By Which Violation Must be Abated:                                        07/05/2012
Abatement Certification Required

Proposed Penalty:                                                                             $     0.00

_____
Clyde P. Payne
Area Director

---

See pages 1 through 5 of this Citation and Notification of Penalty for information on employer and employee rights and responsibilities.

Citation and Notification of Penalty                        Page 10 of 10                              OSHA-2 (Rev. 9/93)

**U.S. Department of Labor**
Occupational Safety and Health Administration
Dr. A. H. McCoy Federal Building
100 West Capitol Street, Suite 749
Jackson, MS  39269-1620
Phone: (601)965-4606  FAX: (601)965-4610



# INVOICE/
# DEBT COLLECTION NOTICE

**Company Name:**     The GEO Group, Inc.
**Inspection Site:**  10641 Highway 80 West, Meridian, MS  39301
**Issuance Date:**    06/11/2012

**Summary of Penalties for Inspection Number   315306357**

| | | |
|---|---|---|
| **Citation 1, Serious** | = $ | 6600.00 |
| **Citation 2, Willful** | = $ | 70000.00 |
| **Citation 3, Other** | = $ | 0.00 |
| **TOTAL PROPOSED PENALTIES** | = $ | 76600.00 |

To avoid additional charges, please remit payment promptly to this Area Office for the total amount of the uncontested penalties summarized above. Make your check or money order payable to:
 "DOL-OSHA". Please indicate OSHA's Inspection Number (indicated above) on the remittance.

OSHA does not agree to any restrictions or conditions or endorsements put on any check or money order for less than full amount due, and will cash the check or money order as if these restrictions, conditions, or endorsements do not exist.

If a personal check is issued, it will be converted into an electronic fund transfer (EFT). This means that our bank will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will then usually occur within 24 hours and will be shown on your regular account statement.  You will not receive your original check back. The bank will destroy your original check, but will keep a copy of it. If the EFT cannot be completed because of insufficient funds or closed account, the bank will attempt to make the transfer up to 2 times.

Pursuant to the Debt Collection Act of 1982 (Public Law 97-365) and regulations of the U.S. Department of Labor (29 CFR Part 20), the Occupational Safety and Health Administration is required to assess interest, delinquent charges, and administrative costs for the collection of delinquent penalty debts for violations of the Occupational Safety and Health Act.

**Interest**. Interest charges will be assessed at an annual rate determined by the Secretary of the Treasury on all penalty debt amounts not paid within one month (30 calendar days) of the date on which the debt amount becomes due and payable (penalty due date). The current interest rate is 5%. Interest will accrue from the date on which the penalty amounts (as proposed or adjusted) become a final order of the Occupational Safety and Health Review

Commission (that is, 15 working days from your receipt of the Citation and Notification of Penalty), unless you file a notice of contest. Interest charges will be waived if the full amount owed is paid within 30 calendar days of the final order.

**Delinquent Charges.** A debt is considered delinquent if it has not been paid within one month (30 calendar days) of the penalty due date or if a satisfactory payment arrangement has not been made. If the debt remains delinquent for more than 90 calendar days, a delinquent charge of six percent (6%) per annum will be assessed accruing from the date that the debt became delinquent.

**Administrative Costs.** Agencies of the Department of Labor are required to assess additional charges for the recovery of delinquent debts. These additional charges are administrative costs incurred by the Agency in its attempt to collect an unpaid debt. Administrative costs will be assessed for demand letters sent in an attempt to collect the unpaid debt.

_____
Clyde P. Payne
Area Director

6/11/2012
Date