```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

**JERMAINE DOCKERY, ET AL.**                                              **PLAINTIFFS**

**VS.**                                   **CIVIL ACTION NO. 3:13-cv-326-WHB-JCG**

**PELICIA HALL, ET AL.**                                                  **DEFENDANTS**

## ORDER

This cause is before the Court on the Motion of Defendants to Continue Trial.

Having considered the pleadings, and finding that a continuance would promote effective management of the resources of the Court, and that the parties would not be unduly prejudiced by a brief continuance:

IT IS THEREFORE ORDERED that Defendants' Motion for Continuance [Docket No. 540] is hereby granted over Plaintiffs' objection.

A Pretrial Conference is hereby scheduled for Thursday, February 15, 2018, at 9:30 a.m.

Trial in this case is scheduled to begin on Monday, March 5, 2018.

SO ORDERED this the 12th day of September, 2017.

                                        s/ William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE