# Employee Discipline/Term July 1, 2015 - May 1, 2017

Responsive to Interrogatories No. 4 & 5 (Fifth Set of Int.)

| # | Name | Alleged Infraction | Discipline | Issue/Term Date | Investigation | Arrested |
|---|---|---|---|---|---|---|
| 3 | | | | | | |
| 4 | Cameron, Thomas | Failed to report Excessive UOF | NOC: 5 day + 7 day suspension | NA | | No |
| 5 | Tucker, Necomma | Failed to report Excessive UOF | NOC: 5 day + 7 day suspension | NA | | No |
| 6 | Lowel, McCarty | Sgt. Fired "warning burst" from a pepperbll system at offender while he was secured behind his cell door | NOC: 3 day deferred suspension | NA | | No |
| 7 | Roberts, Joshua | Captain failed to complete 8 EOR reports and 3 UOF reports | NOC: 3 day suspension | NA | | No |
| 8 | Croft, Georgina | Failed to report Excessive UOF | NOC: 5 day + 7 day suspension | NA | Yes | No |
| 9 | Graham, Sherika | Failed to report Excessive UOF | NOC: Suspension pending investigation + 10 days suspension | NA | | No |
| 10 | Dorman, Stephen | Failed to report Excessive UOF | NOC: 5 day + 7 day suspension | NA | Yes | No |
| 11 | Stewart, Terry | Officer administered chemical agent to an inmate while he was secured behind his cell door. | NOC: 5 day suspension | NA | | No |
| 12 | Norris, Alexis | Investigation conducted on 12.30.16 into staff's involvement with inmate. Inmates possession of cell phone contained multiple photos of employee in adition to video chatting while in MTC uniform. | Termination | 3/13/2017 | | No |
| 13 | Duemmel, Amanda | On 1.24.17, employee was asked if they were listd on any inmate visitation list and denied. A background check identified that this employee was listed as an offender's visitor. | Termination | 3/20/2017 | Yes | No |
| 14 | Altman, William | Attempted to solicit the assistance of 3 security staff members for the purpose of introducing cotraband into the facility. | Termination | 8/10/2015 | Yes | No |
| 15 | Purnell, Hentrell | Introduction of Contraband incluiding 1.0 grams of meth, 0.2 grams of meth; 1.0 gram of marijuana & 19 grams of tobacco | Termination | 6/29/2016 | Yes | Yes |
| 16 | Patrick, Otavian | Investigation identifies employee has been receiving money from an offender's brother thru western union | Termination | 3/15/2017 | Yes | No |
| 17 | Ayala, Julian | Excessive UOF on an inmate | Termination | 12/15/2015 | Yes | No |
| 18 | Kazic, Alma | Controlled substance | Termination | 8/8/2016 | Yes | No |
| 19 | Hill, Jeremiah | Tobacco | Termination | 8/8/2016 | Yes | No |
| 20 | Smith, Precious | Contraband | Termination | 8/10/2015 | Yes | No |

EXHIBIT B

DEF-238871

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 21 | Spencer, Christopher | Contraband | Termination | 2/21/2017 | Yes | No |
| 22 | Thomas, Jr, J.T. | EUOF | Termination | 3/8/2016 | Yes | No |
| 23 | Roberts, Joshua | EUOF | Termination | 3/15/2016 | Yes | No |
| 24 | Arrington, Terry | EUOF | Termination | 3/15/2016 | Yes | No |
| 25 | Felton, Derek | EUOF | Termination | 3/8/2016 | Yes | No |
| 26 | Davis, Jacorey | EUOF | Termination | 3/8/2016 | Yes | No |
| 27 | McDonald, Jeremy | EUOF | Termination | 3/8/2016 | Yes | No |
| 28 | Maurer, Jonathan | EUOF | Termination | 3/15/2016 | Yes | No |
| 29 | Everett, Clyde | EUOF | Termination | 9/8/2016 | Yes | No |
| 30 | Burton, Welton | EUOF | Termination | 10/10/2016 | Yes | No |
| 31 | Shults, Zachary | EUOF | Termination | 4/3/2017 | Yes | No |
| 32 | Vargas, Gennifer | Fraternization | Termination | 12/5/2016 | Yes | No |
| 33 | Brown, Beasia | Fraternization | Termination | 9/23/2016 | Yes | No |
| 34 | Jones, LaTonya | Fraternization | Termination | 3/29/2016 | Yes | No |
| 35 | Ezell, Shakira | Fraternization | Termination | 8/10/2015 | Yes | No |
| 36 | Griffin, Natisha | Fraternization | Termination | 3/29/2016 | Yes | No |
| 37 | Young, Aldranna | Fraternization | Termination | 7/24/2015 | Yes | No |
| 38 | Willis, Qualimazaria | Fraternization | Termination | 6/29/2016 | Yes | No |
| 39 | Blanks, Danesha | Fraternization | Termination | 6/29/2016 | Yes | No |
| 40 | Johnson, Alexus | Fraternization | Termination | 7/18/2016 | Yes | No |
| 41 | Harris, Joanna | Fraternization | Termination | 9/8/2016 | Yes | No |
| 42 | Turnage, Alexis | Fraternization | Termination | 3/20/2017 | Yes | No |
| 43 | Jenkins, Tyesha | Fraternization | Termination | 12/3/2015 | Yes | No |
| 44 | Sturdivant, Quanita | Fraternization | Termination | 3/29/2016 | Yes | No |
| 45 | Yarbough, Fannie | Fraternization | Termination | 3/15/2016 | Yes | No |
| 46 | Thomas, Patrick | EUOF - failed to report | Termination | 1/19/2016 | Yes | No |
| 47 | Grady, Derelle | EUOF - failed to report | Termination | 3/15/2016 | Yes | No |
| 48 | Rodriquez Jr., Orlando | Fraternization | Termination | 1/22/2016 | Yes | No |
| 49 | Clay, Jeremy | Contraband | Termination | 4/6/2016 | Yes | No |
| 50 | Sims, ShaDana | Fraternization | Termination | 12/16/2015 | Yes | No |
| 51 | Sims, Jalysha | Fraternization | Termination | 12/29/2015 | Yes | No |
| 52 | Bonner, Dameyon | EUOF | Termination | 12/15/2015 | Yes | No |
| 53 | Barnes, Kimberly | Fraternization | Termination | 4/11/2016 | Yes | No |
| 54 | Calhoun, Talya | Fraternization | Termination | 6/6/2016 | Yes | No |
| 55 | Thames, Diamond | Fraternization | Termination | 7/18/2016 | Yes | No |
| 56 | Goree, Mahogany | EUOF | Termination | 1/17/2017 | Yes | No |
| 57 | Brown, Alexis | Fraternization | Resigned in Lieu | 10/26/2016 | Yes | No |
| 58 | Donald, Shaquille | Fraternization | Resigned in Lieu | 7/13/2015 | Yes | No |
| 59 | Jones, Marico | Contraband | Resigned in Lieu | 8/24/2015 | Yes | No |
| 60 | Mobley, Harold | Fraternization | Resigned in Lieu | 10/31/2016 | Yes | No |

DEF-238872

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 61 | Mosley, Denisha | Fraternization | Resigned in Lieu | 12/16/2015 | Yes | No |
| 62 | Fields, Nicasia | Fraternization | Resigned in Lieu | 4/4/2017 | Yes | No |
| 63 | Strickland, Asia | Fraternization | Resigned in Lieu | 1/9/2017 | Yes | No |
| 64 | Lanier, Shureka | Fraternization | Resigned in Lieu | 2/24/2017 | Yes | No |
| 65 | Goss, Nakeisha | Fraternization | Resigned in Lieu | 8/27/2015 | Yes | No |
| 66 | Strong, Andrea | Fraternization | Resigned in Lieu | 10/15/2015 | | No |
| 67 | Lewis, Asia | Fraternization | Resigned in Lieu | 9/16/2015 | | No |
| 68 | Presswood, Katierra | Fraternization | Resigned in Lieu | 4/26/2016 | Yes | No |

DEF-238873