# Excerpt from EMCF Discipline Report

EXHIBIT C



**Enterprise Report System - ERS**
Report ID:    SHR134 MTC Discipline Report
Report Date:  5/11/2017                    Parameters:
Report Time:  8:30:42AM                    Company/PL: 480    East Mississippi Corr. Fac.
Run By:       fwright                      Infraction Dates: 01/01/2015 to 05/11/2017       Employee: ALL

## East Mississippi Corr. Fac.

| Employee | Name | Issue Date | Step | Cat I Infraction(s) | Cat II Infraction(s) | Infraction Detail | Discipline Imposed | Addl Discipline | Other Discipline |
|---|---|---|---|---|---|---|---|---|---|
| 48000005 | Lewis, Passion | 01/15/2015 | 1st | 7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of a shift. | | On 1-15-15 & 1-16-15 Officer Lewis was late reporting to shift briefing. | Documented Verbal Warning | None | |
| 48000005 | Lewis, Passion | 02/10/2015 | 1st | 9. Absence without proper notification to respective supervisor. | | On 2-9-15 Your officer Lewis did not come to work or call your supervisor to advise them that you wouldnt be reporting for duty. | Notice of Caution | Deferred Suspension | |
| 48000005 | Lewis, Passion | 03/05/2015 | 1st | 7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of a shift. | 39. Repetition of Category I offenses. | On 1-15-15 Officer Lewis was served a verbal warning for persistent tardines On 2-24-15 Officer Lewis was served a UPC for persistent tardiness On 2-25-15,3-1-15,3-5-15 wer late reporting to shift briefing. | Notice of Caution | Deferred Suspension | |
| 48000005 | Lewis, Passion | 07/13/2015 | 2nd | 9. Absence without proper notification to respective supervisor. | 39. Repetition of Category I offenses. | On 7/12/15 Officer Lewis failed to come to work or notify supervisor that yo would not be reporting to work, After being served a NOC for the same infraction on 2/12/15. | Notice of Caution | 3 Day Suspension | |

SHR134 MTC Discipline Report                                    5/11/2017    8:30:42AM    Page 1 of 118

DEF-300737

East Mississippi Corr. Fac.

| Employee | Name | Issue Date | Step | Cat I Infraction(s) | Cat II Infraction(s) | Infraction Detail | Discipline Imposed | Add'l Discipline | Other Discipline |
|---|---|---|---|---|---|---|---|---|---|
| 48000369 | Harris, Felix | 12/07/2016 | 4th | 2. Careless or inefficient performance of duties. | 15. Violation of any company or facility rules, policies, the employee handbook, or federal, state or local laws. | Officer allowed inmate to go from cell to cell and to the microwave when he was only supposed to be conducting showers. | Deferred Suspension | None | |
| 48000373 | Delaine, Rosalyn | 06/29/2015 | 1st | | 1. Insubordination. 15. Violation of any company or facility rules, policies, the employee handbook, or federal, state or local laws. 16. Violation of the company's fraternization policy. | On 5/26/15 an assualt took place on HU4 Cpod w/ Offender John Street #73544 Offender struck you from behind & struck you in the face with his open hand. This infraction called for a code black that wasnt called nor reported to Immed. Spvr after being instructed to to separate yourself u attended a meet ing w/ offender & reported the incident to a higher gang leader. | Notice of Caution | Termination | |
| 48000375 | Graham, Jaiashunda | 04/08/2015 | 1st | 7. Persistent tardiness, unauthorized extension of break and meal periods, or leaving work before the end of a shift. | | On March 23, 2015 Graha were counseled about your time and attend. Received UPC for persistent tardiness. March 23, 2015 thru April 5 15 was tardy 10x | Notice of Caution | Deferred Suspension | |

DEF-300766