## MDOC EXTRAORDINARY OCCURRENCE REPORT
## for time period between
## 01/01/2012 and 05/08/2014

Reporting Facility: EAST MISS. CCF

Reporting Offical: DYKES, CHRISTOPHER O

Date of Occurance: 01/18/2014

Time of Occurance: 12:32

Report Number: EMCF-14-0054

---

### Type of Extraordinary Occurance

Escape

Contraband

### Assault Requiring Medical or First Aid Procedure

Offender on Offender

Medical Incidents

Offender on Officer

Use of Force by Staff

Miscellaneous

Death

Other

### Description

On 1-18-14 at approximately 1232 hours a planned use of force was carried out on offender Antonio Wright#130247. Offender Wright, who is housed in cell 5B-115, refused to allow staff to secure his cells food port after receiving his lunch meal. LT. P. Hall attempted a verbal intervention with the offender but was refused. Mental Health Counselor J. Anglin attempted verbal intervention with the offender but all attempts at verbal intervention were refused. At this time permission was granted by Duty Warden Major D. smith to carry out a planned use of force.

Offender Wright was given multiple verbal orders to comply which were refused. LT. Hall then administered a one second burst of chemical agent in the offenders direction. The offender then complied with orders to submit to hand restraints. The offender was allowed to decontaminate and was seen by medical staff. The offender received and injection by medical staff and was returned to his cell. All appropriate documentation was completed and all appropriate chain of command were notified. LT. Hall was certified with chemical agent on 8-29-13. The brand of chemical agent used was Fox brand from an MK-4 canister with a cone delivery. The beginning weight of the canister was 4.1 ounces and the ending weight was 3.3

### Name/MDOC # of Inmate(s) involved in Occurence

WRIGHT, ANTONIO WAVERLY                    130247



EXHIBIT C