# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## SECURITY THREAT GROUP VALIDATION FORM

(Identify all applicable criteria in each category)

Offender #________ Last Name________________ First________________

STG Organization: ______________________ Rank/Position____________

## STG VALIDATION CRITERIA

**Offenders must meet at least one of the following criteria to be validated:**

_____ Offender admits he is a member of STG
_____ Membership is documented in law enforcement reports, a pre-sentence report, previous MDOC record or report from the courts
_____ Offender's crime is suspected to be associated with STG activities
_____ Offender commits a rule violation or unlawful act during incarceration suspected to be related to activities of an STG

**If the offender does not meet any of the above criteria the offender must meet at least two of the following criteria to be validated:**

_____ Has tattoos/brands or symbols of an STG
_____ Uses hand gestures identified as STG hand signals
_____ Uses language or jargon of an STG member
_____ Wears clothes or colors in the same manner or styles as other STG members
_____ Wears clothes or colors identified with known STG members
_____ Possesses documents or materials pertaining to STG activities
_____ Possesses paraphernalia/contraband pertaining to STG membership
_____ Associates with known members of an STG

**Additional Information:**

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

**Validated By**______________________ FACILITY________ DATE__________
SECURITY THREAT GROUP COORDINATOR

______________________ CONCUR_____ NOT CONCUR____ DATE__________
CHIEF OF SECURITY/DESIGNEE

______________________ CONCUR_____ NOT CONCUR____ DATE__________
SUPERINTENDENT/WARDEN



EXHIBIT
tabbies
M

DEF-215058

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## SECURITY THREAT GROUP PARTICIPATION FORM

*(Identify all applicable criteria in each category).*

### STG Participation Criteria

**Category One: STG Validated (Member)**
*Validated member must meet one of the following criteria to be considered STG Member*

_____Activity includes: displaying colors or styles, gesturing with hand signals, displaying graffiti and tattoos
_____Receives/Sends correspondence and/or communications with offenders at other correctional facilities or the free world regarding documented STG membership and/or activity
_____Uses religious, recreational, educational or other prison organizations to engage in STG activity
_____Violates institutional rules connected with STG an activity
_____Reliable documentation regarding STG involvement

**Category Two: STG Validated (Core Member)**
*Validated member must meet one of the following criteria to be considered a "Core Member"*

_____Drug smuggling/trafficking
_____Recruits other offenders into an STG
_____Incites/Participates in a disturbance or riot
_____Refusal to follow MDOC policy and procedures
_____Participates in criminal activity
_____Threatens or assaults a staff member or offender
_____Extorts for personal gain or for the organization
_____Follows instructions ordered by the leader
_____Reliable documentation regarding STG involvement

**Category Three: STG Validated (Leader)**
*Validated member must meet one of the following criteria to be considered a "leader"*

_____ Verbal acknowledgement of leadership rank
_____ Directs criminal activities
_____ Leadership role in uprising/riots
_____ Orchestrates and promotes prohibited actions
_____ Reliable documentation regarding STG leadership role

***For internal Use***

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |