# Facility Inspection Report

## Food Service Information — Mississippi Department of Health

## Facility

| | |
|---|---|
| Name: East Mississippi Correctional Facility | Status: Open |
| Street: 10641 Highway 80 West   City: Meridian   State: MS   Zip: 39307 | |
| Permit Date: 07/23/2015 | Expire Date: 07/23/2016 |

## Inspection Details

| counter Type | | Permit No Charge | |
|---|---|---|---|
| Inspection Number | 358233 | | |
| Score | A | | |
| Environmentalist Name | HORTON RAYFORD | | |
| Inspection Date | 10/19/2016 | | |

COS = Corrected On Site      R=Repeat

| Supervision | Compliance Status | COS | R |
|---|---|---|---|
| Person In Charge Present Demonstrates Knowledge And Performs Duty | In Compliance | ☐ | ☐ |
| Certified Manager | In Compliance | ☐ | ☐ |
| **Employee Health** | | | |
| Management Awareness Policy Present | In Compliance | ☐ | ☐ |
| Proper Use Of Report Restriction Exclusion | In Compliance | ☐ | ☐ |
| **Good Hygienic Practices** | | | |
| Proper Eating Tasting Drinking Or Tobacco Use | Not Observed | ☐ | ☐ |
| No Discharge From Eyes Nose And Mouth | In Compliance | ☐ | ☐ |
| **Preventing Contamination by Hands** | | | |
| Hands Clean And Properly Washed | In Compliance | ☐ | ☐ |
| No Bare Hand Contact With Ready To Eat Foods | In Compliance | ☐ | ☐ |
| Adequate Hand Washing Facilities Supplied Accessible | In Compliance | ☐ | ☐ |
| **Approved Source** | | | |
| Food Obtained Approved From Approved Source | In Compliance | ☐ | ☐ |
| Food Received At Proper Temperature | Not Observed | ☐ | ☐ |
| Food In Good Condition Safe And Unadulterated | In Compliance | ☐ | ☐ |
| Required Records Available Shell stock Tags Parasite Destruction | Not Applicable | ☐ | ☐ |
| **Protection from Contamination** | | | |
| Food Separated And Protected | In Compliance | ☐ | ☐ |
| Food Contact Surface Cleaned Sanitized | In Compliance | ☐ | ☐ |
| Proper Disposition Of Returned Previously Served Reconditioned And Unsafe Food | In Compliance | ☐ | ☐ |
| **Potentially Hazardous Food (TCS food)** | | | |
| Proper Cooking Time And Temperatures | Not Observed | ☐ | ☐ |
| Proper Reheating Procedure For Hot Holding | Not Observed | ☐ | ☐ |
| Proper Cooling Time And Temperatures | Not Observed | ☐ | ☐ |
| Proper Hot Holding Temperatures | Not Observed | ☐ | ☐ |
| Proper Cold Holding Temperatures | In Compliance | | |

EXHIBIT AA

| | | | |
|---|---|---|---|
| | | ☐ | ☐ |
| Proper Date Marking And Disposition | In Compliance | ☐ | ☐ |
| Time As Public Health Control Procedures Records | In Compliance | ☐ | ☐ |
| Consumer Advisory | | | |
| Consumer Advisory Provided For Raw Or Undercooked Foods | Not Applicable | ☐ | ☐ |
| Highly Susceptible Populations | | | |
| Pasteurized Foods Used Prohibited Foods Not Offered | Not Applicable | ☐ | ☐ |
| Chemical | | | |
| Food Additives Approved And Properly Used | Not Applicable | ☐ | ☐ |
| Toxic Substance Properly Identified Stored Used | In Compliance | ☐ | ☐ |
| Conformance with Approved Procedures | | | |
| Compliance With Variance Specialized Process And Haccp Plan | Not Applicable | ☐ | ☐ |
| Risk Control Plan As Required | Not Applicable | ☐ | ☐ |
| Good Retail Practices | | | |
| Water And Ice Approved From Approved Source | In Compliance | ☐ | ☐ |
| Insects Rodents And Animals Not Present | In Compliance | ☐ | ☐ |
| Hot And Cold Water Available Adequate Pressure | In Compliance | ☐ | ☐ |
| Plumbing Installed Proper Backflow Devices | In Compliance | ☐ | ☐ |
| Sewage Waste Water Properly Disposed | In Compliance | ☐ | ☐ |
| Toilet Facilities Properly Constructed Supplied Cleaned | In Compliance | ☐ | ☐ |
| Permit Last Inspection Posted | In Compliance | ☐ | ☐ |
| **Violations Count** = Number of Corrections / Repeats | 0 | 0 | 0 |

**Data Disclaimer**
Data in this system come from two very different systems
Some inspections in the old system may be missing prior to July 2002
Day Care Centers & Youth Camps Inspections prior to June 2005
If in doubt about any facility, call the responsible health department
Data are for informational purposes, not enforcement