## Food Service Information — Mississippi Department of Health

### Facility

| Name: CHAR RESTAURANT | | Status: Open | |
|---|---|---|---|
| Street: 4500 I 55 N. 142 | City: JACKSON | State: MS | Zip: 39211 |
| Permit Date: 08/14/2016 | | Expire Date: 08/14/2017 | |

**New Inspection From (s) Summary** — View All Inspection(s) Details

| Ref. # | Type | Score | Date | Inspector | Details |
|---|---|---|---|---|---|
| 360492 | Permit Type 3 | A | 09/07/2016 | DAY TRACY | Details |
| 335295 | Scheduled | A | 09/25/2015 | MCGEE MARY | Details |
| 313102 | Permit Type 4 | B | 09/10/2015 | MCGEE MARY | Details |
| 295283 | Permit Type 4 | B | 12/12/2014 | MCGEE MARY | Details |
| 268511 | Scheduled | B | 02/06/2014 | HAMPTON JAMES | Details |
| 225596 | Permit Type 3 | A | 09/12/2013 | MCGEE MARY | Details |
| 212029 | Permit Type 3 | A | 08/14/2012 | WALTERS ANTHONY | Details |
| 202110 | Scheduled | B | 06/19/2012 | WALTERS ANTHONY | Details |
| 189007 | Scheduled | B | 01/18/2012 | SCHEFFEL GEORGE | Details |
| 173201 | Scheduled | A | 09/16/2011 | SCHEFFEL GEORGE | Details |
| 165200 | Permit Type 3 | A | 07/08/2011 | SCHEFFEL GEORGE | Details |
| 159819 | Scheduled | A | 05/20/2011 | SCHEFFEL GEORGE | Details |
| 147330 | Scheduled | B | 03/10/2011 | SCHEFFEL GEORGE | Details |
| 136672 | Scheduled | A | 11/02/2010 | CALCOTE DENNIS | Details |
| 126483 | Permit Follow-up | B | 07/19/2010 | SCHEFFEL GEORGE | Details |
| 126065 | Permit Type 3 | C | 07/16/2010 | SCHEFFEL GEORGE | Details |
| 98839 | Scheduled | A | 12/01/2009 | SCHEFFEL GEORGE | Details |
| 98838 | Scheduled | B | 10/26/2009 | SCHEFFEL GEORGE | Details |

**Inspection(s) Summary** — View All Inspection(s) Details

| Ref. # | Type | Result | Date | Inspector | Details |
|---|---|---|---|---|---|
| No records | | | | | |

## Complaints / Enforcement

| Complaint ID | Date Of Complaint | Investigation Start Date | Date Of Resolution |
|---|---|---|---|
| No records | | | |

**Data Disclaimer**
Data in this system come from two very different systems
Some inspections in the old system may be missing prior to July 2002
Day Care Centers & Youth Camps Inspections prior to June 2005
If in doubt about any facility, call the responsible health department
Data are for informational purposes, not enforcement



EXHIBIT BB