IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JERMAINE DOCKERY, ET AL.**                                      **PLAINTIFFS**

**VS.**                                                        No. 3:13-cv-326-WHB-JCG

**PELICIA HALL, ET AL.**                                          **DEFENDANTS**

<u>**ORDER GRANTING [567] MOTION FOR LEAVE TO FILE EXCESS PAGES
FOR REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

**BEFORE THE COURT** is Defendant Mississippi Department of Corrections' ("Defendant") [567] Motion for Leave to File Excess Pages for Reply in Support of Motion for Partial Summary Judgment. The Motion is unopposed, and the Court having considered the same, finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant will be permitted to file a reply brief up to and including forty-three (43) pages.

**SO ORDERED**, this the 2nd day of October, 2017.

                                        s/William H. Barbour, Jr.
                                      UNITED STATES DISTRICT COURT JUDGE