# **Exhibit 1**

# Supplemental Expert Report of Eldon Vail

*Dockery v. Hall, No. 3:13-cv-326-WHB-JCG*

Submitted December 29, 2017

# **Supplemental Expert Report of Eldon Vail**

1.     Plaintiffs' counsel retained me to evaluate and offer my opinion regarding the safety and security of prisoners confined at the East Mississippi Correctional Facility ("EMCF").

2.     I submitted an expert report on December 29, 2016 (the "December 2016 Expert Report") with my opinions regarding the safety and security of prisoners at the East Mississippi Correctional Facility. I submitted a rebuttal report in response to Defendant's expert witness' reports on March 23, 2017 (the "March 2017 Rebuttal Report").

3.     After submitting my March 2017 Rebuttal Report, I reviewed the documents and videos listed in **Exhibit 1.** These materials were produced to Plaintiffs after my December 29, 2016 expert report, and address conditions and operations at EMCF through July 2017. Based on my review of the documents and videos in Exhibit 1, I reaffirm the opinions listed in my December 2016 Expert Report and March 2017 Rebuttal Report, which continue to apply to conditions and operations at EMCF in 2017. I continue to believe, as I stated in my December 2016 Report, that EMCF "is and remains a very dangerous prison," and "[t]here is clearly a substantial risk of serious harm at EMCF on a current and on-going basis."

4.     Since the submission of my March 2017 Rebuttal Report, I have served as an expert witness and correctional consultant, and given deposition or trial testimony in the following cases:

- *Padilla v. Beard, et al*
  Case 2:14-at-00575
  United States District Court, Eastern District of California,
  Sacramento Division
  Testified, April 19, 2017

- *Braggs, et al v. Dunn, et al*
  No. 2:14-cv-00601-WKW-TFM
  United States District Court, Middle District of Alabama
  Testified, December 22, 2016, January 4, 2017,
  February 21, 2017, and December 5, 2017

- *Cole v. Livingston*
  Civil Action No. 4:14-cv-1698
  United States District Court, Southern District of Texas, Houston Division
  Testified, June 20, 2017

- *Holbron v. Espinda*
  Civil No. 16-1-0692-04 RAN

Circuit Court of the First Circuit, State of Hawaii
Testified, December 20, 2017

- **_Latson v. Clarke_**
  No. 1:16-cv-00447-GBL-MSN
  United States District Court, Eastern District of Virginia
  Case Settled, May 2, 2017

- **_Latson v. Clarke_**
  Civil No. 1:16-cv-00039
  United States District Court, Western District of Virginia Abingdon Division
  Report, September 29, 2017
  Deposed, December 28, 2017

- **_Webb v. Collier_**
  Civil Action No. 6:13cv711
  United States District Court, Eastern District of Texas Tyler Division
  Report, March 13, 2017
  Deposed, May 5, 2017

Respectfully submitted:

_____
Eldon Vail

# __Exhibit 1__

**Supplemental Documents Considered in Forming Expert Opinion**

**Prisoner Declarations**
1.    Declaration of Alfonzo Griffin
2.    Declaration of Bobby Allen
3.    Declaration of Bobby Mitchell
4.    Declaration of Charlie Jones
5.    Declaration of David Grogan
6.    Declaration of Dexter Campbell
7.    Declaration of Hillman Clemmons
8.    Declaration of Jimmy Brewer
9.    Declaration of Johnny Holton
10.   Declaration of Terry Beasley

**Deposition Testimony[1]**
1.    Deposition of Charles Pickering
2.    Deposition of Christopher Dykes
3.    Deposition of Frank Shaw
4.    Deposition of Marjorie Brown
5.    Deposition of Marjorie Brown—30(b)(6)
6.    Deposition of Marilyn Braxton
7.    Deposition of Michael Rice
8.    Deposition of Michael Sullivan
9.    Deposition of Norris Hogans
10.   Deposition of Pelicia Hall
11.   Deposition of Shawanda Wallace
12.   Deposition of Simone Jones
13.   Deposition of Tony Compton
14.   Deposition of Tyeasa Evans
15.   Deposition of Vernell Thomas
16.   Deposition of Jerry Williams—30(b)(6)

**Reports and Other Documentation**
1.    April 2016 On-Site Contract Monitoring Worksheet- DEF-213230
2.    May 2016 On-Site Contract Monitoring Worksheet - DEF-213246
3.    June 2016 On-Site Contract Monitoring Worksheet - DEF-213262
4.    July 2016 On-Site Contract Monitoring Worksheet - DEF-213278
5.    August 2016 On-Site Contract Monitoring Worksheet - DEF-213294
6.    September 2016 On-Site Contract Monitoring Worksheet - DEF-213310
7.    October 2016 On-Site Contract Monitoring Worksheet - DEF-213326
8.    December 2016 On-Site Contract Monitoring Worksheet - DEF-213342
9.    January 2017 On-Site Contract Monitoring Worksheet - DEF-311883
10.   February 2017 On-Site Contract Monitoring Worksheet - DEF-311899
11.   March 2017 On-Site Contract Monitoring Worksheet - DEF-311915
12.   May 2017 On-Site Contract Monitoring Worksheet - DEF-311931

[1] The depositions reviewed included the corresponding deposition exhibits.

13. June 2017 On-Site Contract Monitoring Worksheet - DEF-311948
14. July 2015– June 2016 MDOC Monthly Reports- DEF-215921
15. July 2016 – June 2017 MDOC Monthly Reports - DEF-302176
16. Employee Discipline Report- DEF-300737 - DEF-300854
17. Work Orders- DEF-300528-DEF-300707
18. MTC Residential Services Agreement- DEF-257565
19. Contraband Report- DEF-306007-DEF-306046
20. PREA Report 2016.12.21 - DEF-302870
21. PREA Report 2016.11.16 - DEF-302849
22. PREA Report 2016.11.5 - DEF-302860
23. PREA Report 2016.10.31 - DEF-302760
24. PREA Report 2016.10.27 - DEF-302722
25. PREA Report 2016.10.24 - DEF-302747
26. PREA Report 2016.10.13 - DEF-302772
27. PREA Report 2016.10.04 - DEF-302796
28. PREA Report 2016.09.07 - DEF-302711
29. PREA Report 2016.08.09 - DEF-302700
30. PREA Report 2016.08.01 - DEF-302817
31. PREA Report 2016.07.24 - DEF-302737
32. PREA Report 2016.07.10. - DEF-302804
33. PREA Report 2016.06.27 - DEF-302687
34. PREA Report 2016.04.21 - DEF-302676
35. PREA Report 2016.04.16 - DEF-302666
36. PREA Report 2016.03.13 - DEF-302652
37. PREA Report 2016.02.14 - DEF-302631
38. PREA Report 2015.11.15 - DEF-302576
39. PREA Report 2015.10.29 - DEF-302567
40. PREA Report 2015.10.27 - DEF-302546
41. PREA Report 2015.09.30 - DEF-302618
42. PREA Report 2015.08.30 - DEF-302521
43. PREA Report 2015.08.20 - DEF-302535
44. PREA Report 2015.08.18 - DEF-302507

**Extraordinary Occurrence Reports (EOR)**

1. 17-1074
2. 17-0586
3. 17-0584
4. 17-0583
5. 17-0582
6. 17-0579
7. 17-0575
8. 17-0574
9. 17-0573
10. 17-0572
11. 17-0571
12. 17-0570

13. 17-0569
14. 17-0568
15. 17-0567
16. 17-0566
17. 17-0565
18. 17-0564
19. 17-0561
20. 17-0560
21. 17-0557
22. 17-0556
23. 17-0554
24. 17-0553
25. 17-0551
26. 17-0448
27. 17-0447
28. 17-0445
29. 17-0443
30. 17-0442
31. 17-0441
32. 17-0439
33. 17-0435
34. 17-0434
35. 17-0432
36. 17-0427
37. 17-0424
38. 17-0423
39. 17-0422
40. 17-0421
41. 17-0419
42. 17-0415
43. 17-0414
44. 17-0411
45. 17-0410
46. 17-0406
47. 17-0403
48. 17-0402
49. 17-0401
50. 17-0400
51. 17-0398
52. 17-0397
53. 17-0395
54. 17-0394
55. 17-0393
56. 17-0392
57. 17-0391
58. 17-0389

59. 17-0386
60. 17-0385
61. 17-0383
62. 17-0379
63. 17-0374
64. 17-0373
65. 17-0372
66. 17-0371
67. 17-0369
68. 17-0365
69. 17-0363
70. 17-0360
71. 17-0359
72. 17-0357
73. 17-0356
74. 17-0354
75. 17-0353
76. 17-0352
77. 17-0351
78. 17-0351
79. 17-0350
80. 17-0349
81. 17-0348
82. 17-0347
83. 17-0345
84. 17-0344
85. 17-0343
86. 17-0342
87. 17-0340
88. 17-0338
89. 17-0334
90. 17-0333
91. 17-0331
92. 17-0330
93. 17-0329
94. 17-0322
95. 17-0321
96. 17-0317
97. 17-0315
98. 17-0310
99. 17-0305
100. 17-0303
101. 17-0300
102. 17-0299
103. 17-0296
104. 17-0295

105. 17-0294
106. 17-0291
107. 17-0290
108. 17-0287
109. 17-0285
110. 17-0284
111. 17-0283
112. 17-0280
113. 17-0279
114. 17-0276
115. 17-0273
116. 17-0272
117. 17-0269
118. 17-0268
119. 17-0266
120. 17-0265
121. 17-0264
122. 17-0263
123. 17-0261
124. 17-0260
125. 17-0258
126. 17-0257
127. 17-0256
128. 17-0252
129. 17-0247
130. 17-0246
131. 17-0245
132. 17-0241
133. 17-0240
134. 17-0238
135. 17-0236
136. 17-0234
137. 17-0229
138. 17-0228
139. 17-0227
140. 17-0226
141. 17-0225
142. 17-0224
143. 17-0223
144. 17-0222
145. 17-0219
146. 17-0218
147. 17-0216
148. 17-0215
149. 17-0212
150. 17-0211

151. 17-0210
152. 17-0207
153. 17-0206
154. 17-0203
155. 17-0202
156. 17-0199
157. 17-0198
158. 17-0197
159. 17-0194
160. 17-0181
161. 17-0180
162. 17-0173
163. 17-0171
164. 17-0167
165. 17-0165
166. 17-0158
167. 17-0151
168. 17-0150
169. 17-0147
170. 17-0145
171. 17-0143
172. 17-0142
173. 17-0141
174. 17-0140
175. 17-0139
176. 17-0137
177. 17-0135
178. 17-0134
179. 17-0132
180. 17-0130
181. 17-0128
182. 17-0126
183. 17-0123
184. 17-0122
185. 17-0121
186. 17-0119
187. 17-0113
188. 17-0111
189. 17-0110
190. 17-0109
191. 17-0108
192. 17-0106
193. 17-0105
194. 17-0104
195. 17-0103
196. 17-0102

197. 17-0101
198. 17-0100
199. 17-0099
200. 17-0098
201. 17-0097
202. 17-0096
203. 17-0094
204. 17-0093
205. 17-0092
206. 17-0089
207. 17-0088
208. 17-0087
209. 17-0082
210. 17-0080
211. 17-0079
212. 17-0078
213. 17-0077
214. 17-0076
215. 17-0075
216. 17-0073
217. 17-0071
218. 17-0070
219. 17-0069
220. 17-0068
221. 17-0067
222. 17-0064
223. 17-0063
224. 17-0062
225. 17-0060
226. 17-0059
227. 17-0058
228. 17-0057
229. 17-0055
230. 17-0054
231. 17-0053
232. 17-0051
233. 17-0050
234. 17-0049
235. 17-0048
236. 17-0047
237. 17-0046
238. 17-0045
239. 17-0043
240. 17-0042
241. 17-0041
242. 17-0040

243. 17-0039
244. 17-0038
245. 17-0037
246. 17-0035
247. 17-0034
248. 17-0033
249. 17-0032
250. 17-0029
251. 17-0028
252. 17-0026
253. 17-0025
254. 17-0024
255. 17-0023
256. 17-0022
257. 17-0021
258. 17-0020
259. 17-0019
260. 17-0018
261. 17-0017
262. 17-0016
263. 17-0015
264. 17-0013
265. 17-0012
266. 17-0010
267. 17-0009
268. 17-0008
269. 17-0007
270. 17-0006
271. 17-0005
272. 17-0004
273. 17-0002
274. 17-0001
275. 17- 0587
276. 17- 0242
277. 17- 0146
278. 16-0782
279. 16-0739
280. 16-0692
281. 16-0685
282. 16-0573
283. 16-0539
284. 16-0368
285. 16-0205
286. 16-0200
287. 15-0209

**Videos & Photos (and associated incident reports if produced)**

1.  EMCF-16-200
2.  EMCF-16-0533 PUOF 16-0157
3.  EMCF-16-0539
4.  EMCF-16-0541 PUOF-16-0160
5.  EMCF-16-0542 PUOF-16-0161
6.  EMCF-16-0546-EMCF-PUOF-16-0164
7.  EMCF-16-0592 PUOF-16-0178
8.  EMCF-16-0609 SUOF-16-0183
9.  EMCF-16-0639 PUOF-16-0191
10. EMCF-16-0645
11. EMCF-16-0676 PUOF-16-0204
12. EMCF-16-0683 PUOF-16-0190
13. EMCF-16-0685
14. EMCF-16-0692
15. EMCF-16-0718 SUOF-16-0222
16. EMCF-16-0739
17. EMCF-16-0772 PUOF-16-0246
18. EMCF-16-0776 PUOF-16-0250
19. EMCF-16-0782
20. EMCF-16-0800 PUOF-16-0261
21. EMCF-17-0002
22. EMCF-17-0003 PUOF-17-0001
23. EMCF-17-0005
24. EMCF-17-0009
25. EMCF-17-0012
26. EMCF-17-0015 SUOF-17-0025
27. EMCF-17-0019
28. EMCF-17-0027 SUOF-17-0004
29. EMCF-17-0036 PUOF-17-0006
30. EMCF-17-0045
31. EMCF-17-0061 SUOF-17-0009
32. EMCF-17-0065 SUOF-17-0010
33. EMCF-17-0080
34. EMCF-17-0081 SUOF-17-0013
35. EMCF-17-0083 SUOF-17-0014
36. EMCF-17-0085 SUOF-17-0015
37. EMCF-17-0086 SUOF-17-0016
38. EMCF-17-0089 PUOF-17-0017
39. EMCF-17-0090 PUOF-17-0018
40. EMCF-17-0091 PUOF-17-0019
41. EMCF-17-0116 SUOF-17-0026
42. EMCF-17-0117 PUOF-17-0027
43. EMCF-17-0122
44. EMCF-17-0128 PUOF-17-0032
45. EMCF-17-0129 SUOF-17-0033

46. EMCF-17-0130
47. EMCF-17-0131 PUOF-17-0034
48. EMCF-17-0133 SUOF-17-0035
49. EMCF-17-0152 SUOF-17-0038
50. EMCF-17-0155 PUOF-17-0041
51. EMCF-17-0158 PUOF-17-0043
52. EMCF-17-0163 PUOF-17-0048
53. EMCF-17-0166 PUOF-17-0050
54. EMCF-17-0178 SUOF-17-0056
55. EMCF-17-0197
56. EMCF-17-0200 PUOF-17-0065
57. EMCF-17-0201 SUOF-17-0066
58. EMCF-17-0202
59. EMCF-17-0203 SUOF-17-0067
60. EMCF-17-0205 PUOF-17-0069
61. EMCF-17-0208 SUOF-17-0071
62. EMCF-17-0217 SUOF-17-0074
63. EMCF-17-0251 SUOF-17-0081
64. EMCF-17-0254 SUOF-17-0083
65. EMCF-17-0255 SUOF-17-0084
66. EMCF-17-0267 SUOF-17-0086
67. EMCF-17-0272 PUOF-17-0088
68. EMCF-17-0275 SUOF-17-0090
69. EMCF-17-0288 SUOF-17-0094
70. EMCF-17-0298 PUOF-17-0097
71. EMCF-17-0301 SUOF-17-0098
72. EMCF-17-0325 SUOF-17-0113
73. EMCF-17-0326 PUOF-17-0114
74. EMCF-17-0336 SUOF-17-0118
75. EMCF-17-0339 SUOF-17-0119
76. EMCF 17-0361 SUOF-17-0124
77. EMCF-17-0366 PUOF-17-0127
78. EMCF 17-0368 SUOF-17-0128
79. EMCF 17-0370 SUOF-17-0129
80. EMCF-17-0380 SUOF-17-0132
81. EMCF-17-0388 PUOF-17-0136
82. EMCF 17-0390 PUOF-17-0137
83. EMCF-17-0408 PUOF-17-0143
84. EMCF 17-0416 SUOF-17-0147
85. EMCF-17-0417 PUOF-17-0148
86. EMCF 17-0418 SUOF-17-0149
87. EMCF-17-0425 PUOF-17-0151
88. EMCF-17-0427 PUOF-17-0153
89. EMCF-17-0429 SUOF-17-0154
90. EMCF-17-0436 SUOF-17-0157
91. EMCF-17-0438 PUOF-17-0159

92.  EMCF-17-0449 SUOF-17-0162
93.  EMCF-17-0550 SUOF-17-0163
94.  EMCF-17-0573
95.  EMCF-17-0586

**ARPs**
1.   EMCF 17-835
2.   EMCF 17-963
3.   EMCF-17-03
4.   EMCF-17-13
5.   EMCF-17-26
6.   EMCF-17-34
7.   EMCF-17-61
8.   EMCF-17-75
9.   EMCF-17-84
10.  EMCF-17-104
11.  EMCF-17-130
12.  EMCF-17-168
13.  EMCF-17-179
14.  EMCF-17-195
15.  EMCF-17-202
16.  EMCF-17-210
17.  EMCF-17-219
18.  EMCF-17-237
19.  EMCF-17-243
20.  EMCF-17-250
21.  EMCF-17-255
22.  EMCF-17-270
23.  EMCF-17-287
24.  EMCF-17-295
25.  EMCF-17-306
26.  EMCF-17-316
27.  EMCF-17-332
28.  EMCF-17-340
29.  EMCF-17-347
30.  EMCF-17-359
31.  EMCF-17-371
32.  EMCF-17-377
33.  EMCF-17-393
34.  EMCF-17-399
35.  EMCF-17-412
36.  EMCF-17-420
37.  EMCF-17-428
38.  EMCF-17-439
39.  EMCF-17-446
40.  EMCF-17-454

41.  EMCF-17-476
42.  EMCF-17-483
43.  EMCF-17-491
44.  EMCF-17-498
45.  EMCF-17-507
46.  EMCF-17-519
47.  EMCF-17-527
48.  EMCF-17-538
49.  EMCF-17-545
50.  EMCF-17-556
51.  EMCF-17-560
52.  EMCF-17-572
53.  EMCF-17-578
54.  EMCF-17-588
55.  EMCF-17-598
56.  EMCF-17-603
57.  EMCF-17-611
58.  EMCF-17-619
59.  EMCF-17-627
60.  EMCF-17-632
61.  EMCF-17-649
62.  EMCF-17-653
63.  EMCF-17-662
64.  EMCF-17-669
65.  EMCF-17-677
66.  EMCF-17-681
67.  EMCF-17-698
68.  EMCF-17-702
69.  EMCF-17-708
70.  EMCF-17-714
71.  EMCF-17-718
72.  EMCF-16-501
73.  EMCF-16-512
74.  EMCF-16-529
75.  EMCF-16-535
76.  EMCF-16-546
77.  EMCF-16-553
78.  EMCF-16-561
79.  EMCF-16-588
80.  EMCF-16-592
81.  EMCF-16-607
82.  EMCF-16-613
83.  EMCF-16-620
84.  EMCF-16-637
85.  EMCF-16-642
86.  EMCF-16-653

87.  EMCF-16-661
88.  EMCF-16-677
89.  EMCF-16-683
90.  EMCF-16-697
91.  EMCF-16-711
92.  EMCF-16-727
93.  EMCF-16-742
94.  EMCF-16-761
95.  EMCF-16-783
96.  EMCF-16-813
97.  EMCF-17-900
98.  EMCF-16-920
99.  EMCF-16-991
100. EMCF-16-1038

**Prisoner Disciplinary Reports**
1.   8.4.16- DEF-219193 - DEF-219351
2.   8.15.16- DEF-220462 - DEF-220583
3.   9.30.16- DEF-221932 - DEF-222004
4.   10.2.16- DEF-222005 - DEF-222114
5.   10.3.16- DEF-222241 - DEF-222397
6.   10.24.16- DEF-223162 - DEF-223266
7.   11.22.16- DEF-224069 - DEF-224254
8.   3.9.17- DEF-228049 - DEF-228167
9.   3.15.17- DEF-228406 - DEF-228528
10.  7.21.16- DEF-229135 - DEF-229340
11.  5.10.17- DEF-290187 - DEF-290332
12.  3.29.17- DEF-290802 - DEF-290954
13.  4.12.17- DEF-291119 - DEF-291225
14.  6.8.17- DEF-300860 - DEF-301692

**Segregation Logs and Logbooks**
1.   Unit 5A Jan 20- Jan 27 2017
2.   Unit 5A Jan 27-Feb 2 2017
3.   Unit 5A Feb 3- Feb 9 2017
4.   Unit 5A April 7-April 13
5.   Unit 5A May 19-May 25
6.   Unit 5A June 23-June 29 2017
7.   Unit 5B Jan 20- Jan 26 2017
8.   Unit 5B Feb 3- Feb 9 2017
9.   Unit 5B Feb 10- Feb 16 2017
10.  Unit  5B Feb 24-March 2 2017
11.  Unit 5B March 17-March 23 2017
12.  Unit 5B April 7-April 13 2017
13.  Unit 5B May 19-May 25 2017
14.  Unit 5B June 23-June 29 2017

15. Unit 5C Sep 30-Oct 6 2016
16. Unit 5C Jan 20- Jan 26 2017
17. Unit 5C Jan 27-Feb 2 2017
18. Unit 5C March 10-March 16 2017
19. Unit 5C April 14-April 20 2017
20. Unit 5C May 19-May 25 2017
21. Unit 5C June 23-June 29 2017
22. Dec 2016 HU5 Logbook
23. Nov-Dec 2016 HU5 Logbook
24. HU5 Oct 2016 HU5 Picket Logbook
25. Dec 2016-Jan 2017 HU6 Logbook
26. Nov-Dec 2016 HU6 Logbook
27. Dec 2016 HU2 Logbook
28. Dec 2016 HU1 Logbook
29. Nov 2016 HU3 Logbook
30. Nov 2016 HU4 Logbook
31. Nov-Dec 2016 HU7 Logbook
32. March 2017 HU4 Logbook
33. March 2017 HU5 Logbook
34. March 2017 HU7 Logbook
35. March 2017 HU3 Logbook
36. Mar-April 2017 HU6 Logbook
37. Mar-April 2017 HU2 Logbook
38. Jan-Feb 2017 HU1 Logbook
39. Jan-Feb 2017 HU3 Logbook
40. Jan-Feb 2017 HU5 Logbook
41. April 2017 Intake Logbook
42. April 2017 HU6 Logbook