# <u>Exhibit 3</u>

# Supplemental Expert Report of Madeleine LaMarre

*Dockery v. Hall, No. 3:13-cv-326-WHB-JCG*

Submitted December 30, 2017

## **Supplemental Expert Report of Madeleine LaMarre**

1. Plaintiffs' counsel retained me to evaluate and opine on whether prisoners at the East Mississippi Correctional Facility ("EMCF") received adequate health care for their serious medical and mental health care needs.

2. I submitted an expert report on December 29, 2016 (the "December 2016 Expert Report") with my opinions regarding the adequacy of the system for delivering medical care to prisoners housed at the East Mississippi Correctional Facility. Because Defendant did not designate a medical expert in response to my report, I did not submit a rebuttal report.

3. After submitting my December 2016 Expert Report, I reviewed the documents listed in **Exhibit 1.** These materials were produced to Plaintiffs after my December 29, 2016 expert report, and address the system for delivering medical and mental health care to prisoners at EMCF through July 2017. Based on my review of the documents in Exhibit 1, I reaffirm the opinions listed in my December 2016 Expert Report, which continue to apply to the healthcare system at EMCF in 2017. As I noted in my December 2016 report, I continue to believe that "systemic issues remain at EMCF that result in patients not receiving timely and appropriate care for their serious medical conditions," placing prisoners at EMCF at a substantial risk of serious harm.

4. Since the submission of my initial report, I have served as an expert witness and correctional consultant, and given deposition or trial testimony as noted in my attached CV, which is attached as **Exhibit 2**.

Respectfully Submitted:

*[signature]*

Madeleine LaMarre, MN, FNP-BC

# Exhibit 1

**Supplemental Documents Considered in Forming Expert Opinion**

**ARPs**
1. 2017 ARP 000031 (EMCF-17-04)
2. 2017 ARP 000106 (EMCF-17-11)
3. 2017 ARP 000136 (EMCF-17-13)
4. 2017 ARP 000185 (EMCF-17-18)
5. 2017 ARP 000319 (EMCF-17-57)
6. 2017 ARP 000343 (EMCF-17-60)
7. 2017 ARP 000433 (EMCF-17-78)
8. 2017 ARP 000445 (EMCF-17-80)
9. 2017 ARP 000494 (EMCF-17-86)
10. 2017 ARP 000507 (EMCF-17-87)
11. 2017 ARP 000518 (EMCF-17-88)
12. 2017 ARP 000534 (EMCF-17-89)
13. 2017 ARP 000590 (EMCF-17-118)
14. 2017 ARP 000760 (EMCF-17-173)
15. 2017 ARP 000810 (EMCF-17-190)
16. 2017 ARP 000857 (EMCF-17-193)
17. 2017 ARP 000872 (EMCF-17-195)
18. 2017 ARP 000906 (EMCF-17-199)
19. 2017 ARP 000931 (EMCF-17-202)
20. 2017 ARP 000938 (EMCF-17-203)
21. 2017 ARP 000969 (EMCF-17-207)
22. 2017 ARP 001212 (EMCF-17-220)
23. 2017 ARP 001356 (EMCF-17-226)
24. 2017 ARP 001457 (EMCF-17-235)
25. 2017 ARP 001470 (EMCF-17-238)
26. 2017 ARP 002429 (EMCF-17-332)
27. 2017 ARP 002457 (EMCF-17-335)
28. 2017 ARP 003007 (EMCF-17-389)
29. 2017 ARP 003082 (EMCF 17-397)
30. 2017 ARP 004212 (EMCF 17-500)
31. 2017 ARP 000136 (EMCF 16-277)
32. 2017 ARP 005928 (EMCF-17-640)
33. 2017 ARP 005526 (EMCF 17-587)
34. DEF-217761-DEF-217766 (EMCF-17-13)
35. DEF-303630-DEF-303634 (EMCF-17-881)
36. DEF-303757-DEF-303761 (EMCF-17-971)
37. 4.19.17 Grievance Detail; DEF-217787-DEF-217792
38. 4.19.17 Grievance Detail; DEF-217793-DEF-217794
39. 4.19.17 Grievance Detail; DEF-217795-DEF-217797
40. 4.20.17 Grievance Detail; DEF-217802-DEF-217821
41. 4.20.17 Grievance Detail; DEF-217822-DEF-217827
42. 4.19.17 Grievance Detail; DEF-217828-DEF-217871

**Audits and CQI**
1. April 2017; CENT-DOCKERY-ELEC-035154
2. December 2016; CENT-DOCKERY-ELEC-035155
3. November 2016; CENT-DOCKERY-ELEC-035156
4. October 2016; CENT-DOCKERY-ELEC-035157
5. February 2017; CENT-DOCKERY-ELEC-035158
6. January 2017; CENT-DOCKERY-ELEC-035159
7. March 2017; CENT-DOCKERY-ELEC-035160
8. July 2016; CENT-DOCKERY-ELEC-035161
9. June 2016; CENT-DOCKERY-ELEC-035162
10. May 2016; CENT-DOCKERY-ELEC-035163
11. April 2016; CENT-DOCKERY-ELEC-035164
12. September 2016; CENT-DOCKERY-ELEC-035165
13. August 2016; CENT-DOCKERY-ELEC-035166

**Patient Documents**
1. Seg Log 3-16-2017; DEF-304863
2. Seg Log 3-23-2017; DEF-304927
3. Seg Log 3-30-2017; DEF-305018
4. Seg Log 3-9-2017; DEF-304775
5. Seg Log 5-25-2017; DEF-305357
6. Seg Log 6-1-2017; DEF-305465
7. Seg Log 6-22-2017; DEF-304582
8. Seg Log 6-8-2017; DEF-304364
9. Seg Log 4-13-2017; DEF-202986
10. Seg Log 4-20-2017; DEF-303938
11. Seg Log 4-6-2017; DEF-305047
12. Seg Log 3-16-2017; DEF-304816
13. Seg Log 3-30-2017; DEF-304948
14. Seg Log 3-9-2017; DEF-304727
15. Seg Log 4-13-2017; DEF-303959
16. Seg Log 4-6-2017; DEF-305068
17. Seg Log 5-18-2017; DEF-305278
18. Seg Log 5-25-2017; DEF-305383
19. Seg Log 3-9-2017; DEF-304711
20. Seg Log 5-30-2017; DEF-304962
21. Seg Log 5-11-2017; DEF-305216
22. Seg Log 5-18-2017; DEF-305319
23. Seg Log 5-4-2017; DEF-304263
24. Seg Log 5-4-2017; DEF-304293
25. EMCF-17-0350
26. EMCF-17-0350
27. UOF EMCF-17-0208 SUOF-17-0071
28. EMCF-16-0043
29. EMCF-16-0051
30. EMCF-16-0053

6

31. EMCF-16-0056
32. EMCF-16-0090
33. EMCF-16-0134
34. EMCF-16-0135
35. EMCF-16-0145
36. EMCF-16-0203
37. EMCF-16-0259
38. EMCF-16-0360
39. EMCF-16-0417
40. EMCF-16-0418
41. EMCF-17-0398
42. EMCF-17-0272

**Medical Records**
1. Andrew Gibson, MDOC #142262; DEF-271694-DEF-272188
2. Bobby Derest, MDOC #133982; DEF-245102-DEF-245481
3. Charles Walls, MDOC #141813; DEF-245856-DEF-255141
4. Christopher Ruffin, MDOC #127350; DEF-253483-DEF-253768
5. Corey Barnett, MDOC #R5905; DEF-240425-DEF-241104
6. Danny Hughes, MDOC #66567; DEF-273558-DEF-273918
7. George Gilmore MDOC #81622; DEF-248232-DEF-248351
8. James Isby, MDOC #77915; DEF-293835-DEF-294081
9. John Fleming, MDOC #141842;  DEF-271502-DEF-271693
10. Leon Scott, MDOC #91051; DEF-296513-DEF-298253
11. Willie Lewis, MDOC #49329;  DEF-275409-DEF-276249
12. Quitman Douglas, MDOC #37718; DEF-270251-DEF-271315
13. Robert Campbell, MDOC #42885; DEF-265331-DEF-266944
14. Robert Jackson, MDOC #105114; DEF-247269-DEF- 247551
15. Stewart, Marquis, MDOC #151070; DEF-298504-DEF-300213
16. Terry Beasley, MDOC #57151; DEF-216296-DEF-216360
17. Thomas Hall, MDOC #128236; DEF- 246995-DEF-247268
18. Timothy Morgan, MDOC #65975; DEF-295222-DEF-295451
19. Tishar Holmes, MDOC #161311; DEF-272980-DEF-273116
20. Tyrone Wilson, MDOC #202311; DEF-256314-DEF-256461

**Reports and Other Documentation**
1. April 2017 Sick Calls; CENT-DOCKERY-ELEC-034654-034665
2. Mar. 2017 Sick Calls; CENT-DOCKERY-ELEC-034643- 034653
3. May 2017 Sick Calls; CENT-DOCKERY-ELEC-034666- 034677
4. June 2017 MDOC Report; DEF-302176-DEF-302192
5. Formulary Dec. 2016; CENT-DOCKERY-ELEC-033293-033320
6. Centurion Staffing; CENT-DOCKERY-ELEC-033354-033379
7. Mar.17 Chronic Care; CENT-DOCKERY-ELEC-033396-033486
8. Dec. 16 Compliance; CENT-DOCKERY-ELEC-033262-033289
9. Feb. 17 Compliance; CENT-DOCKERY-ELEC-033380-033395

10. Medical Examiner's Report for D. Gordon, Thomas Hall, Charles McGrew, Anthony Melton, Freddie Taylor, and Edward Williams; CENT-DOCKERY-ELEC-033321-033353
11. F. Taylor Med. Examiner's Report; CENT-DOCKERY-EELC-033343-033349
12. J. Gentry Med. Examiner's Report; CENT-DOCKERY-ELEC-033487-033493
13. T. Hall Med. Examiner's Report; CENT-DOCKERY-ELEC-033325-033330
14. April 2016 Inpatient Log; CENT-DOCKERY-ELEC-033496
15. April 2017 Inpatient Log; CENT-DOCKERY-ELEC-033497
16. August 2016 Inpatient Log; CENT-DOCKERY-ELEC-033501
17. December 2016 Inpatient Log; CENT-DOCKERY-ELEC-033505
18. February 2017 Inpatient Log; CENT-DOCKERY-ELEC-033494
19. July 2016 Inpatient Log; CENT-DOCKERY-ELEC-033500
20. March 2017 Inpatient Log; CENT-DOCKERY-ELEC-033495
21. May 2016 Inpatient Log; CENT-DOCKERY-ELEC-033498
22. May 2017 Inpatient Log; CENT-DOCKERY-ELEC-033499
23. Nurse Sick Calls; CENT-DOCKERY-ELEC-033512-034476
24. MH & Dental Calls; CENT-DOCKERY-ELEC-034477-034677
25. February 2017 Contract Monitor Worksheet; DEF-311899-DEF-311914
26. January 2017 Contract Monitor Worksheet ; DEF-311883-DEF-311898
27. June 2017 Contract Monitor Worksheet; DEF-311948-DEF-311964
28. March 2017 Contract Monitor Worksheet; DEF-311915-DEF-311930
29. May 2017 Contract Monitor Worksheet ; DEF-311931-DEF-311947

**Deposition Testimony[1]**

1. Deposition Transcript of Rolando Abangan
2. Deposition Transcript of Gloria Perry

---

[1] The depositions reviewed included the corresponding deposition exhibits.

# Exhibit 2

**Madeleine LaMarre, MN, FNP-BC**
1143 Citadel Drive NE
Atlanta, Georgia 30324
(404) 694-0655
mlamarre55@gmail.com

**EDUCATION**

Master of Nursing. Emory University, Atlanta, Georgia. March 1982.
Bachelor of Science in Nursing. Russell Sage College, Troy, New York. May 1977.

**EXPERIENCE**

**Correctional Health Care Consultant          May 2003 - Present**
**Madeleine LaMarre PC**
Provides technical assistance to correctional agencies regarding correctional health care delivery systems. Assists agencies with the development of health care policies, protocols, training, and clinical auditing processes to ensure compliance with generally accepted professional standards. Serves as an independent correctional expert monitoring compliance with settlement agreements and/or remedial plans in state and county correctional agencies (see Appointments). Also serves in a consulting role to assist health care providers in achieving patient/client goals with emphasis on patients with acute, chronic, and infectious diseases.

**Family Nurse Practitioner          January 2005 to April 2007**
**Medical College of Georgia**
Provided clinical care to women with HIV infection at Georgia Department of Corrections facilities. Works in collaboration with an infectious disease trained physician to provide HIV consultation services regarding HIV infected patients to physicians, nurse practitioners, nurses and other health care providers.

**Statewide Clinical Services Manager          January 1995 - December 2004**
**Georgia Department of Corrections**
Assessed, monitored, and evaluated the quality of health services within state correctional facilities. Assisted in the development of health care policy, clinical guidelines and standards for the agency. Conducted site visits to correctional facilities to provide consultation and technical assistance to health care providers in meeting clinical, professional standards, and state law. Served in a consulting role to assist health care providers in achieving patient/client goals with emphasis on patients with acute, chronic, and infectious diseases. Monitored the performance of contract vendors by conducting health care evaluations at correctional facilities. Collaborated with agencies to obtain grant monies and resources to advance the goals and objectives of health service delivery. Coordinated responses to communicable disease outbreaks with the Georgia Department of Human Resources (DHR) and Centers for Disease Control and Prevention (CDC). Represented the Department of Corrections at interagency task forces and planning councils.

**Nursing Director/Nurse Practitioner   November 1984-December 1994**
**Georgia Department of Corrections**

Provided expert clinical assistance in the planning, implementation and evaluation of nursing services within the state correctional system. Coordinated the development of statewide policies and procedures for nursing services. Evaluated nursing practice at the approximately 65 state institutions, transitional and detention centers. Provided technical assistance in meeting professional standards, state, and federal laws. Provided primary care services to offender/clients at correctional institutions, exercising skills of assessment, diagnosis, and plans of care in collaboration with the health care team. Directly supervised two professional nursing staff and an epidemiologist to implement nursing and public health programs. Coordinated the development of statewide policies and procedures related to the diagnosis and management of offenders with HIV infection, tuberculosis, and chronic illnesses. Provided training regarding clinical and administrative topics. Represented the agency through participation in various interagency task forces and planning councils.

**Family Nurse Practitioner                                      March 1982 - October 1984**
**Atlanta Advancement Center**
**Georgia Department of Corrections**

Administrator of the health clinic and primary health care provider to the adult male population at the transitional center. Exercised skills of patient assessment, diagnosis, and implementation of therapeutic measures in collaboration with a physician consultant and other appropriate health care personnel. Coordinated health care referrals and consultations for all residents. Supervised clinical experiences for nurse practitioner students from local universities. Collaborated closely with the superintendent of the transitional center to ensure organized, systematic operation of the clinic while maintaining quality standards of health care.

**Family Medicine, Philip Cohen, M.D., Marietta Georgia**

Collaborated with Philip Cohen M.D. in a private practice sitting in the management of acute and chronic illness in adults and children. Actively encouraged individual responsibility for personal health, and strategies to promote health and prevent illness among clients.

**Lawrenceville Regional Youth Development Center, Lawrenceville Georgia**

Clinician/administrator of health clinic for a 300-bed capacity adolescent detention facility. Provided physical examination services and evaluation of acute illness in collaboration with the physician consultant. Provided phone consultation for the center. Referred to local agencies when appropriate.

**Staff Nurse, Level II                                      October 1978-September 1980**
**Emory University Hospital**

Developed expertise in the pre- and post-operative care of adults requiring cardiovascular surgery. Provided teaching and counseling prior to discharge to the home setting. Oriented new staff to the cardiovascular unit. Frequently acted as charge nurse of the unit.

**EXPERT WITNESS**

I have testified as a health care expert in court or by deposition, or provided an opinion in the following cases:

Reed v. Cook County et al. Court No: 03 L 010075, September 2006 (Deposition). Plaintiff expert.

Don Foster and Vincent Williams v. Midwest Security Housing LLC, et al. October 2006 (Deposition). Plaintiff expert.

Jeffery Presley, et al. v. Christopher Epps, et al. United States District Court for the Northern District of Mississippi, Greenville Division. No.4-05CV148-M-D. Supplemental Consent Decree for Medical Care. April 16, 2007. Plaintiff Expert.

Flynn v. Doyle. United States District Court for the Eastern District of Wisconsin, No. 06-CV-537-RTR. April 2008 (Deposition). Plaintiff expert.

Emily Rice v. Denver Health Medical Center. 2008. Defendant expert.

Heino v. Outagamie County. 2009. Plaintiff expert.

Kimberly Brown et al. v. CCA et al. USDC Western District Court for the Western District of Tennessee. 2011. Defendant expert.

Michael Campbell v. Boyd County et al., USDC Eastern District of Kentucky. Case No. 10-00062-HRW. January 2012. (Deposition) Plaintiff Expert.

Joyce Christie, Individually, and On Behalf of the Estate and Next of Kin of Nicholas T. Christie, Deceased vs. Lee County Sheriff's Office, et al. United States District Court, Middle District of Florida. Case No. 2:10-CV-420-FTM-36-DNF. March 2012 (Deposition). Plaintiff Expert.

Louis Henderson et al. v. Kim Thomas et al. United States District Court for the Middle District of Alabama, Northern Division. Civil Action No.: 2:11-CV—00224. 2011 (Deposition and Trial). Plaintiff Expert.

Gregory Johnson et al. v. City of Philadelphia and Prison Health Services, Inc. United States District Court, Eastern District of Pennsylvania .Case No. 09-6097. July 2012 (Videotaped testimony for trial). Plaintiff Expert.

Ray E. Hamilton v. Pike County Kentucky et al. Case No. 02:11-cv-0009-ARY. 2012. Plaintiff Expert.

Cindy Jimenez et al. v. Hopkins County, Kentucky, Joe Blue, Southern Health Partners, Inc., et al. United States District Court for the Western District of Kentucky. Owensboro Division. Civil Action No. 4:11cv-33 M. November 2012 (Deposition). Plaintiff Expert.

Jermaine Dockery et al. v. Christopher Epps et al. United States District Court for the Southern District of Mississippi. Jackson Division. Civil Action No. 3:13cv326-TSL-JMR. 2013. Plaintiff Expert.

C.B., et al. v. Walnut Grove Correctional Authority et al. Consent Decree. The United States District Court for the Southern District of Mississippi Jackson Division. Civil Action No. 3:10 cv663. March 26, 2012. Plaintiff Expert.

Estate of Rachel M. Hammers et al., vs. Douglas County Board of Commissioners et al. No.2:14-CV-02188-JTM-KMH. February 2015. Plaintiff Expert. February 2015 (Deposition).

Diana Rice, Administratrix of the Estate of Ronald Gaunce, Deceased, and Next of Friend of Mr. Gaunce Minor Child, S.C.G. v. Montgomery County, Kentucky et al. United States District Court, Eastern District of Kentucky At Lexington. Civil Action No: 5:14-CV-181-KKC. February 2015. (Deposition) Plaintiff Expert.

In the Matter of Mark Burden v. Grant County Fiscal Court, Grant County, Kentucky, et al. United States District Court, Eastern District of Kentucky, Northern Vision at Covington. Case No. 2:14-CV—54-WOB-JGW. March 2015. Plaintiff Expert.

Michael Faziani v. Sierra Board of County Commissioners, Roxanna Cardenas, Christopher Rees, Curtis Cherry, Leonard Stufflebean, Joshua Corley, and Virgil Eaton.    In the United States District Court For the District of New Mexico. Case No. CIV 14-00592 MV/CG.  June 2015. Plaintiff Expert.

Charlotte Diana Winkler, Administratrix of the Estate of Brandon Clint Hacker, Deceased vs. Madison County, Kentucky, Doug Thomas, Advanced Correctional Health Care, Inc., Nadir Al-Shami MD, et al. United States District Court. Eastern District of Kentucky. Central Division Lexington. Civil Action No. 5:15-CV-45-KKC. November 2015. (Deposition) Plaintiff Expert.

Lewis et al. v. Cain et al. United States District Court. Middle District of Louisiana. Civil Action No. 15-318-BAJ-RLB.  December 2016. (Deposition). Plaintiff Expert.

**CORRECTIONAL HEALTH CARE EXPERT**

I have been qualified in State and Federal Courts as a medical/nursing/correctional health care expert, assisting in the monitoring of remedial plans or settlement agreements in the following cases:

*Plata v. Brown*, USDC/Northern District of California, Case No. C-01-1351, TEH, re: Prisoner medical care in the California Department of Corrections and Rehabilitation (CDCR).

*Farrell v. Cate*, Superior Court of California, Case No. RG03079344, re: Medical care in the Division of Juvenile Justice, CDCR.

*Fussell v. Wilkinson*, USDC/Southern District of Ohio, Western Division, Case No. C-1-03-704.

United States Department of Justice and the State of Delaware Memorandum of Agreement to Monitor 4 Delaware Correctional Facilities.

United States Department of Justice versus Dallas County Jail. Memorandum of Agreement. Civil No. 307CV 1559-N.

United States Department of Justice versus Cook County Jail. Memorandum of Agreement. Civil No. 10 C 2946.

Colon et al. v Passaic County et al. Memoranda of Agreement. Case No. 2:08-cv-04439.

**CONSULTATION SERVICES**

Provided consultation services regarding correctional health care delivery to the following agencies:

- US Territory of the Virgin Islands-August 2007
- Department of Homeland Security-January 2007 to present
- DeKalb County Jail. Atlanta, Georgia. January-April 2002.
- Fulton County Jail. Atlanta, Georgia. April-May 2000.
- Minnesota Department of Corrections. January 2000.
- Vermont Department of Corrections. January 1997.
- District of Columbia Detention Facility. June 1996.

**PROFESSIONAL MEMBERSHIPS**

- American Association of Nurse Practitioners #1757617 Expires 6/22/2018
- Academy of Correctional Health Professionals Expires #007318 2/28/2019
- American Nurses Association #00070910  Expires 6/30/2018
- Georgia Nurses Association  #RN053008 Expires 6/30/2018

**CERTIFICATIONS**

Family Nurse Practitioner. American Nurses Credentialing Center. January 1, 2018-December 31, 2022. #0035518

Registered Nurse/Nurse Practitioner. State of Georgia. # RN053008. 1/31/2020.

Certified Nurse Practitioner. State of New Mexico. CNP-#02639. 6/30/2018.

Registered Nurse. State of New Mexico #80842.  6/30/2018. Multistate Compact.

Registered Nurse. State of New York. #298832. 10/21/1977. Inactive.

National Provider Identifier No. 1851372452.

**PROFESSIONAL ACTIVITIES**

**Appointments**:

Editorial Advisory Board. Correctional Health Care Report. Civic Research Institute. January 2014 to present.

Advisory Board Member for Plata v. Brown. Appointed by Judge Thelton Henderson May 2010-2012

Affiliate Faculty. Nell Hodgson Woodruff School of Nursing. Emory University. May 2002-2007 and September 2009 to August 2012.

National Prison Rape Elimination Commission. Medical and Mental Health Standards Committee Member. 2007-2009.

Federal Court Appointed Expert for Plata v. Schwarzenegger. United States District Court-Northern District of California. June 2002-Present.

Publication Advisory Board. Correctional Health Care: Guidelines for the Management of an Adequate Delivery System. National Commission on Correctional Health Care. 2001- 2002.

Reviewer for the American Journal of Public Health-2001.

NIDA-Emory Men's Prison Initiative Advisory Committee-1999.

Distinguished Faculty in Correctional HIV Medical Services. Bristol-Myers Squibb. 1998-present.

Advisory Board Member-Center for Crime, Communities, and Culture. Open Society Institute. 1996-2000.

Human Investigations Committee, Emory University School of Medicine. 1997-2000.

Clinical Associate Faculty. Nell Hodgson Woodruff School of Nursing, Emory University, Atlanta, GA. 1984-1991.

Chairperson. Institutional Review Board. AIDS Research Consortium of Atlanta. October 1991-September 1994.

Editorial Advisory Board. Correctional Health Care Management. July 1993-94.

Georgia Statewide HIV Prevention Community Planning Council 1994-95.

**Publications:**

Jafa, K, McElroy P, Fitzpatrick, L. Borkowf CB, MacGowan R. et al (2009) HIV Transmission in a State Prison System 1988-2005. *PLoS ONE* 4 (5): e5416. doi:10.137/journal.pone.0005416

Centers for Disease Control and Prevention. HIV Testing Implementation Guidance for Correctional Settings. Co-Author. January 2009.

LaMarre, M. Point-Counterpoint: What are the Implications of the Study Conducted in the Georgia Department of Corrections For HIV Prevention in Prisons? Infectious Diseases in Corrections Report. May 2006. Vol. 9, Issue 5.

CDC. "HIV Transmission among Male Inmates in a State Prison System-Georgia 1992-2005." *Centers for Disease Control and Prevention. Morbidity and Mortality Weekly Report,* April 21, 2006, Vol. 55, No 15. Reported by Taussig, J., Shouse, L., LaMarre, M., et al.

Puisis, Michael. Associate Editor, Madeleine LaMarre. *Clinical Practice in Correctional Medicine.* Second Edition. Mosby. 2006

LaMarre, Madeleine. "Nursing Role and Practice in Correctional Facilities" in *Clinical Practice in Correctional Medicine*. Second Edition. Puisis, M. Mosby, 2006.

Khan, A., Simard, E., Bower, W., Wurtzel, H., Khristova, M., Wagner, K., Arnold, K., Nainan, O., LaMarre, M., Bell, B. "Ongoing Transmission of Hepatitis B Virus Infection among Inmates at a State Correctional Facility." *American Journal of Public Health,* Vol. 95, No 10. October 2005.

DeRavello, L., Brantley, M., LaMarre, M. Qayad, M., Aubert, H. and Beck-Saug, C. "Sexually Transmitted Infections and Other Health Conditions of Women Entering Prison in Georgia 1998-1999." *Sexually Transmitted Diseases*. Vol. 32, April 2005. pg. 247-251.

Arnold, K., LaMarre, M., Taussig, J. et al. "Transmission of Hepatitis B Virus in Correctional Facilities-Georgia, January 1999-June 2002." *Centers for Disease Control and Prevention. Morbidity and Mortality Weekly Report,* August 6, 2004, Vol. 53, No 30.

Wootton, S., Arnold, K., Hill, H., McAllister, S., Ray, M., MS, Kellum, M., BS, LaMarre, M., Lane, M., Chaitram, J., Lance-Parker, S., DVM, Kuehnert, M. "Interventions to Reduce the Incidence of Methicillin Resistant Staphylococcus Aureas (MRSA) in a Georgia Correctional Facility." *Infection Control and Hospital Epidemiology*, Vol. 25, No. 5. May 2004.

Tobin-D'Angelo, M., LaMarre, M., Lane, M.E. "MRSA Outbreak in a State Prison: Implications for Prevention and Control." Oral Presentation. 131st American Public Health Association Meeting. November 15-19, 2003.

W. Bower, A. Khan, E. Simard, M. Khristova2, H. Wurtzel, K. Arnold, M. LaMarre, O. Nainan, B. Bell. "Molecular Epidemiology of Hepatitis B Virus Transmission in a United States Correctional Facility." ISDA Abstract.

Barrett, KL. Braithwaite, R., Krane, KM, LaMarre, M. Creagh, T., Moore, W. "Women's Transition to Health and Healing: HIV Correctional Health Care/Education/Transition (CET) Team." Poster and Oral Presentation. ACA Conference, San Antonio, Texas, August 12-17, 2000.

Barrett, KL. Braithwaite, R., Krane, K., M. LaMarre, M. Creagh, T., Moore, W. "Women's Transition to Health and Healing: HIV Correctional Health Care/Education/Transition (CET) Team." The XIII International AIDS Conference, Durban, South Africa. July 9-14, 2000.

Bock, N., Reeves, M., and LaMarre, M. "Tuberculosis Case Detection in a State Prison System." *Public Health Reports.* July/August 1998. Vol. 113.

Uhl, Gary, Schwartz, I., Emshoff, J., Swift, R., LaMarre, M. & Lavinghouze, R., (1996). "Medical Chart Audit: A Tool to Assess Critical Care," Provided to Inmates with HIV/AIDS. Poster presented at the meeting of the American Evaluation Association, Atlanta, GA.

Nursing Protocols. Georgia Department of Corrections. October 1996. Co-author.

Hipkens, J., LaMarre M., Paris, J., Shansky, R. "How To: a Manual of Essential Elements for a CQI-driven Correctional Health Care Program." Georgia Department of Corrections. March 1996. Co-author.

Health Education and HIV Risk Reduction Program for Inmates at Correctional Institutions. Co-author. Revised January 1992.

LaMarre, M. "AIDS Inmates: A Dilemma for Management." *Corrections Today,* June 1988 50 (3) pp. 98, 100, 103, 127.

**Presentations:**

"Out of Sight: Out of Mind: Introduction to Correctional Health". Nell Hodgson Woodruff School of Nursing. Graduate Nursing Program. Atlanta, Georgia. July 18, 2012.

"Out of Sight: Out of Mind: Introduction to Correctional Health". Nell Hodgson Woodruff School of Nursing. Graduate Nursing Program. Atlanta, Georgia. July 21, 2010.

"Out of Sight: Out of Mind: Introduction to Correctional Health". Nell Hodgson Woodruff School of Nursing. Graduate Nursing Program. Atlanta, Georgia. July 1, 2009.

"Out of Sight: Out of Mind: Introduction to Correctional Health". Nell Hodgson Woodruff School of Nursing. Graduate Nursing Program. Atlanta, Georgia. July 16, 2008.

"Out of Sight: Out of Mind: Introduction to Correctional Health". Nell Hodgson Woodruff School of Nursing. Graduate Nursing Program. Atlanta, Georgia. August 3, 2006.

"Health Care Provider Role in the Prevention and Response to Prison Rape". American University. Washington DC. July 11, 2006.

"The Role of Health Care Providers in Prevention and Treatment of Prison Rape." Association of State Correctional Administrators Directors Training Program. Charleston, South Carolina. November 20, 2004.

"The Public Health Implications of Prison Rape: National Videoconference regarding the Prison Elimination Rape (PREA) Act." National Institute of Corrections. July 21, 2004.

"Incarcerated Women and Infectious Diseases. International Conference on Women and Infectious Diseases: From Science to Action." Centers for Disease Control and Prevention. February 28, 2004.

"Update on the Prevention and Management of Hepatitis A, B and C: New Recommendations from the Centers for Disease Control and Prevention (CDC)". American Correctional Association Conference. Nashville, TN. August 9-11, 2003.

"Prevention and Control of MRSA Infections in Correctional Facilities." Infection Control Conference. Georgia Department of Corrections. Forsyth GA. May 13, 2003.

"Improving the Health of Incarcerated Women Transitioning into the Community." Georgia Department of Human Resources, Division of Public Health. Forsyth, Georgia. May 12, 2003.

"Improving the Health of Incarcerated Women through Collaboration with Public Health." Centers for Disease Control and Prevention. Advancing the Health of Women: Prevention, Practice and Policy Conference. Atlanta, Georgia. October 7, 2002.

"Vulnerable Populations: Prisons and Aftercare." Georgia Chapter of Nurses in AIDS Care Conference, Atlanta, GA. October 12, 2001.

"Improving Collaboration between Corrections and Public Health." National Hepatitis Coordinators Conference. Centers for Disease Control and Prevention, Richmond, Virginia. July 29-August 2, 2001.

"Improving the Collaboration between Corrections and Public Health." Georgia Department of Human Resources (DHR) TB Nurses Coordinator Meeting. Stone Mountain, GA. July 19, 2001.

"The Legal Basis for Health Care in Correctional Settings." CDC Consultants Meeting: Recommendations for Prevention and Control of Viral Hepatitis among Incarcerated Persons. Mach 5-7, 2001.

An Introduction to Correctional Health Care. "Why the Public Health Must Go To Jail" Series. Centers for Disease Control, Atlanta, GA. January 12, 2000.

"An Introduction to Correctional Health Care." National Hepatitis Coordinators Conference. Centers for Disease Control. Tucson, AZ. May 24-27, 1999.

"Are People Behind Bars Part of the Community?" Panel Presentation. Fourth Annual Georgia Nurses Tuberculosis Conference. December 1-2, 1998.

"Profiling Special Needs Patients in the Correctional Setting: A Case Study of Process." Panel Presentation. 22nd National Conference on Correctional Health Care. Long Beach, California November 2-4, 1998.

"Clinical Update on Medical Management of HIV Disease-Initial Patient Workup and Treatment Plan." SPNS/HIV Training Series, Forsyth, GA., November 22, 1996.

"TB Control in Institutional Settings: Prisons, Hospitals and Long-Term Care Facilities." First Georgia Nurses' Tuberculosis Conference, Atlanta, GA. December 5, 1995.

"Chronic Care Clinics in Correctional Settings." GDC Health Services Clinical and Administrative Conference, Dillard, GA. November 30, 1995.

"Perspectives on Health Assessment and Classification Criteria." Co-presenter. 19th National Conference on Correctional Health Care, Washington D.C. November 14, 1995.

"Correctional Health Care: Improving Systems of Delivery." American Public Health Association, San Diego, CA. October 30, 1995.

"Primary Oral Management of the Patient with HIV Disease." Satellite Teleconference Series on HIV Care in Correctional Settings. National AIDS Education and Training Centers Program, Columbus, OH. April 26, 1995.

"Caring for Populations in Alternative Settings--The Incarcerated Client." Georgia State University School of Nursing, Atlanta, GA. March 9, 1995.

"Risk Assessment for HIV Infection and HIV Antibody Testing and Counseling: Implications for Corrections." Pennsylvania AIDS Training Network, Edinboro, PA. August 29, 1994.

"The Urethral Connection: Male Genitourinary Assessment." Georgia Nurses Association, Atlanta, GA. June 4, 1994.

"Management of HIV Infection." North Carolina AIDS Training Network, Durham, N.C. May 5, 1994.

"Psychosocial Issues for the Inmate." Pennsylvania AIDS Education and Training Center. Cresson Correctional Institution, PA. October 8, 1993.

"Management of HIV Infection." Metro Correctional Institution, Atlanta, GA. August 12, 1993.

"Tuberculosis." Metro Correctional Institution, Atlanta, GA. August 10, 1993.

"Psychosocial Issues for the Inmate." Pennsylvania AIDS Education and Training Center. Mercer State Regional Correctional Facility, Mercer, PA. June 24, 1993.

"Tuberculosis/HIV Update. Meeting Standards: County Health Care Staff." Georgia Public Safety Training Center, Forsyth, GA. April 15, 1993.

"Correctional Institutions: Linking the HIV Positive Client with Community Resources." The 1993 Middle Georgia Conference on HIV/AIDS, Fort Valley, GA. March 31, 1993.

**CONTINUING EDUCATION ACTIVITIES (2005-2017)**

2nd National Congress on the Prevention of Diabetes and Its Complications. Emory University School of Medicine. November 17-19, 2017.

Caring for People With Hepatitis C Virus Infection Who Inject Drugs. International Antiviral Society-USA. Atlanta, GA. November 9, 2017.

Nurse Practitioner Certification Exam Review & Advanced Practice Update. Family, Adult-Gerontology and Adult Program. Fitzgerald Health Education Associates. Tucson, AZ. January 8-10, 2016.

Improving the Management of HIV Disease: An Advanced CME Course in HIV Pathogenesis, Antiretrovirals, and Other Selected Issues in HIV Disease Management. International Antiviral Society-USA. Atlanta, GA. March 10, 2015.

An Intensive Workshop on Evolving Strategies in Viral Hepatitis Management. International Antiviral Society-USA. Atlanta, GA. March 9, 2015.

The 17th Annual Update and Review of Internal Medicine 2013. University of New Mexico School of Medicine. Santa Fe, New Mexico. October 20-25, 2013.

The 16th Annual Update and Review of Internal Medicine 2012. University of New Mexico School of Medicine. Santa Fe, New Mexico. October 21-26, 2012.

National Nurse Practitioner Symposium. Annenberg Center for Health Sciences. Copper Mountain, Colorado. July 11-15, 2012.

20th Annual Improving the Management of HIV Disease Advanced CME Course. Washington DC. June 19, 2012.

Diabetes in Depth. Pri-Med. Atlanta, Georgia. December 9, 2009.

34th National Primary Care Nurse Practitioner Symposium. Copper Mountain Colorado. July 15-19, 2009.

Legal Aspects of Nursing Documentation. PESI, LLC. Atlanta Georgia. June 16, 2008.

32nd National Primary Care Nurse Practitioner Symposium. Keystone Colorado. July 12-15, 2007.

The Pain Management Dilemma: From Persistent Pain to Palliative Care. At the 32th National Primary Care Nurse Practitioner Symposium. Keystone Colorado. July 13, 2007

Community-Acquired Pneumonia: Treatment Strategies in the Age of Resistant Pathogens. At the 32th National Primary Care Nurse Practitioner Symposium. Keystone Colorado. July 12, 2007.

National Conference on Correctional Health Care. October 28-November 1, 2006.

30th National Primary Care Nurse Practitioner Symposium. Keystone Colorado. July 20-24, 2005.

Dietary Supplements 2005: What's Hot, What's Not. At the 30th National Primary Care Nurse Practitioner Symposium. Keystone Colorado. July 21, 2005.

New Dynamics in Health Care: Hormone Therapy and Menopause Care. At the 30th National Primary Care Nurse Practitioner Symposium. Keystone Colorado. July 20, 2005.