# Exhibit 5

# Supplemental Expert Report of Dr. Bruce C. Gage

*Dockery v. Hall, No. 3:13-cv-326-WHB-JCG*

Submitted December 29, 2017

# <u>Supplemental Expert Report of Dr. Bruce C. Gage</u>

1. Plaintiffs' counsel retained me to evaluate and offer my opinion regarding the adequacy of mental health services at the East Mississippi Correctional Facility ("EMCF").

2. I submitted an expert report on December 29, 2016 (the "December 2016 Expert Report") with my opinions regarding the mental health services at the East Mississippi Correctional Facility. Because Defendant did not designate a mental health expert, I did not submit a rebuttal report.

3. After submitting my December 2016 Expert Report, I reviewed the documents and videos listed in **Exhibit 1.** These materials were produced to Plaintiffs after my December 29, 2016 expert report, and address conditions and operations related to mental health services at EMCF through July 2017.

4. Based on my review of the documents and videos in Exhibit 1, there is one minor change from my December 2016 report. On page 21 of my December 2016 report, I noted the only evidence of MDOC's monitoring of the contract with Centurion consisted primarily of letters from prisoners to the MDOC contract monitor. Based upon my review of the recently produced documents, MDOC conducted an "Initial Clinical Contract Compliance Review" (CENT-DOCKERY-ELEC-033262–033289) during the week of December 5, 2016.  This report is evidence of further monitoring of the contract, but the findings of MDOC's contact compliance review support the opinions in my December 2016 report. With the exception that this additional compliance review provides some further evidence of monitoring by MDOC, I reaffirm the opinions listed in my December 2016 Expert Report, in which I found the mental health care system at EMCF places prisoners with mental health diagnoses at an unreasonable risk of harm, and that this substantial risk of harm continues to apply to the mental health care at EMCF in 2017.

5. Since the submission of my initial report, I have served as an expert witness, and given deposition or trial testimony in the following cases:

i. Testimony:  State of Alaska v. Oscar Andrew (Superior court of Alaska, Third Judicial District)

ii. Deposition:  Estate of Ruben Nunez v. County of San Diego, et al. (U.S. District Court for the Southern District of California)


Respectfully Submitted:

_____
Dr. Bruce C. Gage

# Exhibit 1

**Supplemental Documents Considered in Forming Expert Opinion**

**Segregation Logs and Logbooks**

1. Sept -Oct 2016 HU6 Logbook
2. Sept- Oct 2016 HU5 Logbook
3. Sept-Oct 2016 Medical Logbook
4. Sept-Oct HU4 Logbook
5. Sept –Oct 2016 HU3 Logbook
6. Sept 2016 HU5 Logbook
7. Sept 2016 HU3 Logbook
8. Sept-Oct 2016 HU3 Logbook
9. Sept 2017 HU7 Logbook
10. Sept 2016 HU1 Logbook
11. Sept 2016 HU2 Logbook
12. Sept 2016 HU 4 Logbook
13. Oct 2016 HU7 Logbook
14. Oct -Nov 2016 Medical
15. Sept 2016 2B Logbook
16. Sept 2016 2D Logbook
17. Sept 2016 2C Logbook
18. Sept 2016 2A Logbook
19. Oct- Nov 2016 HU4 Logbook
20. Oct-Nov 2016 HU3 Logbook
21. Oct 2016- May 2017 Kitchen Logbook
22. Oct 2016 HU6 Logbook
23. Oct 2016 Medical Logbook
24. Oct 2016 HU5 Picket Logbook
25. Oct 2015 HU5 Logbook
26. Oct 2016 HU4 Logbook
27. Oct 2016 HU7 Logbook
28. Oct 2016 HU2 Logbook
29. Oct 2016 2B Logbook
30. Oct 2016 HU1 Logbook
31. Oct 2016 Front Logbook
32. Oct 2016 2C Logbook
33. Oct 2016 2D Logbook
34. Nov 2015 HU3 Logbook
35. Nov-Dec 2016 HU7 Logbook
36. Nov -Dec 2016 HU6 Logbook
37. Nov-Dec 2016 Medical Logbook
38. Nov -Dec 2016 HU2 Logbook
39. Nov- Dec 2016 HU5 Logbook
40. Nov 2016 HU5 Logbook
41. Nov 2016 – Jan 2017 Logbook Front
42. Nov 2016 Perimeter Logbook
43. Nov 2016 HU4 Logbook

44. Nov 2016 HU7 Logbook
45. May-June 2016 Medical Logbook
46. Nov 2016 Medical Logbook
47. Nov 2016 3A Logbook
48. Nov 2016 HU3 Logbook
49. Nov 2016 HU1 Logbook
50. Nov 2016 HU2 Logbook
51. May-June 2016 HU7 Logbook
52. May-June 2016 HU6 Logbook
53. May-June 2016 HU2 Logbook
54. May 2016 HU4 Logbook
55. May 2016 POA Logbook
56. May 2016 Medical Logbook
57. Nov 2016 3C Logbook
58. May 2016 Medical Logbook
59. May 2016 5C Logbook
60. May 2016 HU3 Logbook
61. May-June 2016 1D Logbook
62. May 2016 3C Logbook
63. May 2016 6D Logbook
64. May 2016 5D Logbook
65. May 2016 HU4 Logbook
66. May 2016 5B Logbook
67. May-June 2016 4C Logbook
68. May 2016 5A Logbook
69. May 2016 3B Logbook
70. May 2016 HU2 Logbook
71. May 2016 1C Logbook
72. May 2016 1A Logbook
73. May 2016 3C Logbook
74. May 2016 6C Logbook
75. May 2016 3A Logbook
76. March-May 2016 Perimeter Logbook
77. May 2016 Camp Support Logbook
78. May 2016 6A Logbook
79. May 2016 1B Logbook
80. May 2016 HU1 Logbook
81. May 2016 3D Logbook
82. May 2016 6B Logbook
83. March 2017 Medical Logbook
84. March 2017 HU5 Logbook
85. May 2015 HU1 Logbook
86. March 2017 HU4 Logbook
87. March-April 2016 HU3Logbook
88. March 2017 HU7 Logbook
89. March-Sept. 2016 Kitchen Logbook

90. March 2017 Front Lobby Logbook
91. March 2017 HU3 Logbook 2
92. March 2017 HU4 Picket Logbook
93. March 2017 HU3 Logbook
94. March 2016 HU7 Logbook
95. March 2017 Medical Logbook
96. Mar-April 2017 HU6 Logbook
97. March 2016 6D Logbook
98. March 2016 6B Logbook
99. March 2016 HU1 Logbook
100. March 2016 5A Logbook
101. March 2016 6A Logbook
102. March 2016 5B Logbook
103. March 2016 6D Logbook
104. March 2016 6B Logbook
105. Mar-April 2017 HU4 Logbook
106. Mar-April 2017 HU2 Logbook
107. Mar-April 2017 HU3 Logbook
108. June-July 2016 Medical Logbook
109. June-July 2016 HU5 Logbook
110. June-July 2016 HU7 Logbook
111. June-July 2016 HU1 Logbook
112. June 2016 HU6 Logbook
113. June-July 2016 HU4 Logbook
114. June-July 2016 HU6 Logbook
115. June 2016 HU5 Logbook
116. June 2016 HU4 Logbook
117. June 2016 HU5 Logbook
118. June 2016 HU2 Logbook
119. June 2016 HU3 Logbook
120. June 2016 6A Logbook
121. June 2016 5A Logbook
122. June 2016 2C Logbook
123. June 2016 6D Logbook
124. June 2016 4B Logbook
125. June 2016 2A Logbook
126. June 2016 Medical Logbook
127. June 2016 6 Logbook
128. June 2016 5B Logbook
129. June 2016 5D Logbook
130. June 2016 Camp Support Logbook
131. June 2016 6B Logbook
132. June 2016 5C Logbook
133. June 2016 HU5 Logbook
134. June 2016 2D Logbook
135. June 2016 2B Logbook

136. July-Sept 2016 Perimeter Logbook
137. July-August 2016 HU6 Logbook
138. July-August 2016 HU7 Logbook
139. July-August 2016 HU5 Logbook
140. July 2016 HU5 Logbook
141. July 2016 HU3 Logbook
142. July 2016 Medical Logbook
143. July 2016 HU4 Logbook
144. July 2016 HU2 Logbook
145. July 2016 HU2 Logbook
146. July 2016 Front Logbook
147. July 2016 Camp Support Logbook
148. July 2016 4A Logbook
149. July 2016 4C Logbook
150. July 2016 2A Logbook
151. July 2016 2C Logbook
152. July 2016 4D Logbook
153. July 2016 4B Logbook
154. July 2016 2B Logbook
155. July 2016 2D Logbook
156. Jan-Feb 2017 HU1 Logbook
157. Jan-Feb 2017 Medical Logbook
158. Jan-March 2017 Front Desk Logbook
159. Jan-Feb 2017 HU6 Logbook
160. Jan-Feb 2017 HU3 Logbook
161. Jan-Feb 2017 HU4 Logbook
162. Jan 2017 Medical Logbook
163. Jan 2017 HU7 Pickett Logbook
164. Jan 2017 HU4 Logbook
165. Jan 2017 HU2 Logbook
166. Jan 2017 HU7 Logbook
167. Jan 2017 HU3 Logbook
168. Feb-March 2017 HU6 Logbook
169. Jan 2017 Front Logbook
170. Feb-March 2017 HU3 Logbook
171. Feb-March 2017 HU2 Logbook
172. Feb-March 2017 HU6 Logbook
173. Feb-March 2017 HU4 Logbook
174. Feb 2017 HU5 Logbook
175. Feb 2017 HU4 Logbook
176. Feb 2017 Medical Logbook
177. Feb 2017 HU2 Logbook
178. Feb 2017 HU1 Logbook
179. Dec 2016-Jan 2017 Med Logbook
180. Dec 2015 3B Logbook
181. Dec 2016-Jan 2017 HU6 Logbook

182. Dec 2015 3A Logbook
183. Dec 2015 3D Logbook
184. Feb-May 2016 Medical Logbook
185. Dec 2016-Jan 2017 HU5 Logbook
186. Dec 2015 3C Logbook
187. Dec 2016-Jan 2017 HU7 Logbook
188. Dec 2016-Jan 2017 HU6 Logbook
189. Dec 2016-Jan 2017 HU2 Logbook
190. Dec 2016 HU5 Logbook
191. Dec 2016 Medical Logbook
192. Dec 2016 HU4 Picket Logbook
193. Dec 2016 HU4 Picket Logbook
194. Dec 2016 HU2 Logbook
195. Dec 2016 HU3 Logbook
196. Dec 2016 HU4 Logbook
197. August 2016 HU6 Logbook
198. August 2016 HU7 Logbook
199. August 2016 Medical Logbook
200. Dec 2016 HU1 Logbook
201. Dec 2016 2C Logbook
202. August 2016 Medical Logbook
203. August 2016 HU4 Logbook
204. August 2016 HU5 Logbook
205. August 2016 Front Logbook
206. August 2016 HU1 Logbook
207. August 2016 HU4 Logbook
208. August 2016 3C Logbook
209. August 2016 3B Logbook
210. August 2016 2C Logbook
211. August 2016 2D Logbook
212. August 2016 HU3 Logbook
213. Aug-Sept 2016 Medical Logbook
214. August 2016 3A Logbook
215. August 2016 3D Logbook
216. Aug-Sept 2016 HU6 Logbook
217. August 2016 1C Logbook
218. Aug-Sept 2016 HU2 Logbook
219. Aug-Sept 2016 HU7 Logbook
220. April-May 2017 HU4 Logbook
221. August 2016 2A Logbook
222. August 2016 5A Logbook
223. August 2016 2B Logbook
224. April-May 2017 HU2 Logbook
225. Aug-Sept 2016 3C Logbook
226. April-May 2017 HU7 Logbook
227. April-May 2017 HU3 Logbook

228. April-May 2017 HU1 Logbook
229. April 2017 Intake Logbook
230. April-June 2016 4B Logbook
231. April 2017 Medical Logbook
232. April 2017 HU6 Logbook
233. April 2017 HU7 Logbook
234. April-July 2016 4A Logbook
235. April 2017 HU4 Logbook
236. April 2017 HU2 Logbook
237. April 2017 HU6 Logbook
238. April 2016 Medical Logbook
239. April 2017 Front Logbook
240. April 2016 5D Logbook
241. April 2016 Camp Support Logbook
242. April 2016 6A Logbook
243. April 2016 2C Logbook
244. April 2016 HU6 Logbook
245. April 2016 5B Logbook
246. April-July 2016 4D Logbook
247. April-July 5D Logbook
248. April 2016 6D Logbook
249. April 2016 HU5 Notebook
250. April 2016 2D Logbook
251. April 2015 HU5 Logbook
252. April 2016 1A Logbook
253. April 2016 HU2 Logbook
254. April 2016 5C Logbook
255. April 2016 5A Logbook
256. April 2016 HU3 Logbook
257. April 2016 5B Logbook
258. April 2016 6B Logbook
259. April 2016 1B Logbook
260. April 2016 6C Logbook
261. April 2016 2A Logbook
262. April 2016 2B Logbook
263. April 2016 1C Logbook
264. April 2016 1D Logbook
265. Segregation Log 3-23-2017; DEF-304926
266. Segregation Log 3-30-2017; DEF-305017
267. Segregation Log 3-9-2017; DEF-304862
268. Segregation Log 4-13-2017; DEF-304016
269. Segregation Log 4-20-2017; DEF-304103
270. Segregation Log 4-26-2017; DEF-304210
271. Segregation Log 4-27-2017; DEF-304183
272. Segregation Log 5-18-2017; DEF-305239
273. Segregation Log 5-25-2017; DEF-305331

Case 3:13-cv-00326-CWR-RHWR   Document 584-5   Filed 01/03/18   Page 11 of 21

274. Segregation Log 5-4-2017; DEF-304287
275. Segregation Log 6-1-2017; DEF-305433
276. Segregation Log 6-15-2017; DEF-304419
277. Segregation Log 6-22-2017; DEF-304553
278. Segregation Log 6-29-2017; DEF-304632
279. Segregation Log 6-8-2017; DEF-304312
280. Segregation Log 6-1-2017; DEF-305461
281. Segregation Log 6-8-2017; DEF-304337
282. Segregation Log 3-23-2017; DEF-304893
283. Segregation Log 3-30-2017; DEF-304988
284. Segregation Log 4-13-2017; DEF-303963
285. Segregation Log 4-20-2017; DEF-304058
286. Segregation Log 4-27-2017; DEF-304174
287. Segregation Log 4-6-2017; DEF-305073
288. Segregation Log 5-18-2017; DEF-305265
289. Segregation Log 5-25-2017; DEF-305349
290. Segregation Log 5-4-2017; DEF-304244
291. Segregation Log 6-1-2017; DEF-305478
292. Segregation Log 6-15-2017; DEF-304447
293. Segregation Log 6-22-2017; DEF-304593
294. Segregation Log 6-29-2017; DEF-304596
295. Segregation Log 6-8-2017; DEF-304354
296. Segregation Log 3-16-2017; DEF-304865
297. Segregation Log 3-16-2017; DEF-304846
298. Segregation Log 3-23-2017; DEF-304939
299. Segregation Log 3-30-2017; DEF-305020
300. Segregation Log 3-9-2017; DEF-304779
301. Segregation Log 4-13-2017; DEF-304017
302. Segregation Log 4-20-2017; DEF-304105
303. Segregation Log 4-27-2017; DEF-304195
304. Segregation Log 5-11-2017; DEF-305214
305. Segregation Log 5-18-2017; DEF-305312
306. Segregation Log 5-25-2017; DEF-305403
307. Segregation Log 5-4-2017; DEF-304290
308. Segregation Log 6-1-2017; DEF-305500
309. Segregation Log 6-22-2017; DEF-304521
310. Segregation Log 6-8-2017; DEF-304388
311. Segregation Log 5-18-2017; DEF-305263
312. Segregation Log 5-25-2017; DEF-305348
313. Segregation Log 6-1-2017; DEF-305425
314. Segregation Log 6-15-2017; DEF-304433
315. Segregation Log 6-8-2017; DEF-304305
316. Segregation Log 3-2-2017; DEF-303878
317. Segregation Log 3-9-2017; DEF-204736
318. Segregation Log 4-27-2017; DEF-304158
319. Segregation Log 4-6-2017; DEF-305040

11

320. Segregation Log 5-11-2017; DEF-305204
321. Segregation Log 5-18-2017; DEF-305279
322. Segregation Log 5-25-2017; DEF-305364
323. Segregation Log 5-4-2017; DEF-304260
324. Segregation Log 6-1-2017; DEF-305460
325. Segregation Log 6-15-2017; DEF-304439
326. Segregation Log 6-22-2017; DEF-304566
327. Segregation Log 6-8-2017; DEF-304352
328. Segregation Log 3-30-2017; DEF-304966
329. Segregation Log 3-9-2017; DEF-304715
330. Segregation Log 4-13-2017; DEF-303946
331. Segregation Log 4-20-2017; DEF-304046
332. Segregation Log 5-18-2017; DEF-305251
333. Segregation Log 5-25-2017; DEF-305346
334. Segregation Log 5-4-2017; DEF-304240
335. Segregation Log 6-1-2017; DEF-305438
336. Segregation Log 6-15-2017; DEF-304416
337. Segregation Log 6-22-2017; DEF-304537
338. Segregation Log 6-8-2017; DEF-304310
339. Segregation Log 2-28-2017; DEF0303900

## Patient Documents

1.  2017.01.17 RVR; DEF-224736-DEF-224739
2.  2017.03.05 RVR; DEF-228411-DEF-228146
3.  2017.03.09 RVR; DEF-227343-DEF-227358
4.  2017.03.10 RVR; DEF-227354-DEF-227358
5.  2017.03.15 RVR; DEF-228467-DEF-228472
6.  2017.03.23 RVR; DEF-228462-DEF-288472
7.  2017.03.5 RVR; DEF-228411-DEF-228416
8.  2017.04.17 RVR; DEF-290582-DEF-290592
9.  2017.04.25 RVR; DEF-291093-DEF-291098
10. 2017.05.30 RVR; DEF-300865-DEF-300874
11. 2017.05.28 RVR; DEF-301481-DEF-301486
12. 2017.05.28 RVR; DEF-301481-DEF-301486
13. 2017.06.09 RVR; DEF-300948-DEF-300958
14. 2017.01.04 RVR; DEF-225041-DEF-225055
15. 2017.01.30 RVR; DEF-225165-DEF-225172
16. 2017.01.31 RVR; DEF-225409-DEF-225412
17. 2017-.02.18 RVR; DEF-226948-DEF-226953
18. 2017.02.09 RVR; DEF-226974-DEF-226979
19. 2017.03.09 RVR; DEF-228028-DEF-228032
20. 2017.03.09 RVR; DEF-228357-DEF-228374
21. 2017.03.15 RVR; DEF-228363-DEF-228374
22. 2017.04.03 RVR; DEF-233421-DEF-233425

23. 2017.04.03 RVR; DEF-233529-DEF-233538
24. 2017.04.04 RVR; DEF-233534-DEF-233538
25. 2017.05.09 RVR; DEF-227297-DEF-227302
26. 2017.05.09 RVR; DEF-290424- -DEF-290435
27. 2016.09.25 RVR; DEF-228563-DEF-228569
28. 2017.03.23 RVR; DEF-227841-DEF-227846
29. 2017.2.16 RVR; DEF-226924-DEF-226928
30. 2017.2.23 RVR; DEF-226379-DEF-226384
31. 2017.1.18 RVR; DEF-225567-DEF-225575
32. 2016.11.23 RVR; DEF-225021-DEF-225026
33. 2016.12.2 RVR; DEF-225118-DEF-225122
34. 2017.04.27 RVR; DEF-290871-DEF-290875
35. 2017.04.27 RVR; DEF-290866-DEF-290875
36. 2017.06.09 RVR; DEF-301145-DEF-301150
37. 2017.04.15 RVR; DEF-290469-DEF-290481
38. 2017.04.24 RVR; DEF-290476-DEF-290481
39. 2017.04.24 RVR; DEF-291152-DEF-291157
40. 2017.04.24 RVR; DEF-291158-DEF-291163

**ARPS**

1. 2017 ARP 000136 (EMCF-17-13)
2. 2017 ARP 000200 (EMCF-17-21)
3. 2017 ARP 000445 (EMCF-17-80)
4. 2017 ARP 000685 (EMCF-17-157)
5. 2017 ARP 000872 (EMCF-17-195)
6. 2017 ARP 000906 (EMCF-17-199)
7. 2017 ARP 001212 (EMCF-17-220)
8. 2017 ARP 001457 (EMCF-17-235)
9. 2017 ARP 001551 (EMCF-17-246)
10. 2017 ARP 001558 (EMCF-17-247)
11. 2017 ARP 001563 (EMCF-17-248)
12. 2017 ARP 001591 (EMCF-17-252)
13. 2017 ARP 001617 (EMCF-17-255)
14. 2017 ARP 001803 (EMCF-17-273)
15. 2017 ARP 001945 (EMCF-17-284)
16. 2017 ARP 002042 (EMCF-17-295)
17. 2017 ARP 002245 (EMCF-17-314)
18. 2017 ARP 002332 (EMCF-17-321)
19. 2017 ARP 002457 (EMCF-17-335)
20. 2017 ARP 002543 (EMCF-17-344)
21. 2017 ARP 002611 (EMCF-17-352)
22. 2017 ARP 002709 (EMCF-17-362)
23. 2017 ARP 002720 (EMCF-17-363)
24. 2017 ARP 003000 (EMCF-17-388)

25. 2017 ARP 003007 (EMCF-17-389)
26. 2017 ARP 003120 (EMCF-17-401)
27. 2017 ARP 003262 (EMCF-17-415)
28. 2017 ARP 003272 (EMCF-17-416)
29. 2017 ARP 003282 (EMCF-17-417)
30. 2017 ARP 003547 (EMCF-17-432)
31. 2017 ARP 003620 (EMCF-17-441)
32. 2017 ARP 003807 (EMCF-17-454)
33. 2017 ARP 003817 (EMCF-17-455)
34. 2017 ARP 003824 (EMCF-17-456)
35. 2017 ARP 003834 (EMCF-17-457)
36. 2017 ARP 003841 (EMCF-17-458)
37. 2017 ARP 003861 (EMCF-17-460)
38. 2017 ARP 004067 (EMCF-17-483)
39. 2017 ARP 004074 (EMCF-17-484)
40. 2017 ARP 004107 (EMCF-17-488)
41. 2017 ARP 004243 (EMCF-17-504)
42. 2017 ARP 004250 (EMCF-17-505)
43. 2017 ARP 004278 (EMCF-17-509)
44. 2017 ARP 004954 (EMCF-17-550)
45. 2017 ARP 005043 (EMCF-17-556)
46. 2017 ARP 005457 (EMCF-17-580)
47. 2017 ARP 005732 (EMCF-17-616)
48. 2017 ARP 005817 (EMCF-17-629)
49. 2017 ARP 005942 (EMCF-17-642)
50. 2017 ARP 006055 (EMCF-17-653)
51. 2017 ARP 006161 (EMCF-17-666)
52. 2017 ARP 006248 (EMCF-17-681)
53. 2017 ARP 006530 (EMCF-17-722)
54. 2017 ARP 005441 (EMCF-17-579)
55. 2017 ARP 006281 (EMCF-17-685)
56. 2017 ARP 003007 (EMCF-17-389)
57. 2017 ARP 004834 (EMCF-17-540)
58. 2017 ARP 006438 (EMCF-17-706)
59. 2017 ARP 003930 (EMCF-17-466)
60. DEF-303747-DEF-303751 (EMCF-17-962)
61. 2017 ARP 006161 (EMCF-17-666)
62. 2017 ARP 006248 (EMCF-17-681)
63. 2017 ARP 003272 (EMCF-17-415)
64. 2017 ARP 003262 (EMCF-17-415)
65. ARP 4-17-2017 (ECMF-17-939)
66. ARP 4-17-2017 (EMCF-17-835)
67. 2017 ARP 005732 (EMCF-17-616)
68. 2017 ARP 002709 (EMCF-17-362)
69. Jason Holloway Grievance Detail, DEF-217795-DEF-217797
70. Barry Melton Grievance Detail, DEF-217802-DEF-217821

71. Merlin Hill Grievance Detail, DEF-217793-DEF-217794

**Contracts**
1. Boswell Pharmacy; CENT-DOCKERY-ELEC-035224- CENT-DOCKERY-ELEC-035243
2. Centurion 2015; CENT-DOCKERY-ELEC-034678- CENT-DOCKERY-ELEC-034784
3. Centurion 2016; CENT-DOCKERY-ELEC-034785- CENT-DOCKERY-ELEC-034841
4. Mobile Medic; CENT-DOCKERY-ELEC-035362- CENT-DOCKERY-ELEC-035385
5. Mobile Medic; CENT-DOCKERY-ELEC-035386- CENT-DOCKERY-ELEC-035387
6. Novasom_MS; CENT-DOCKERY-ELEC-035399- CENT-DOCKERY-ELEC-035420

**CQI Reports-Audits**
1. April 2017; CENT-DOCKERY-ELEC-035154
2. December 2016; CENT-DOCKERY-ELEC-035155
3. November 2016; CENT-DOCKERY-ELEC-035156
4. October 2016; CENT-DOCKERY-ELEC-035157
5. February 2017; CENT-DOCKERY-ELEC-035158
6. January 2017; CENT-DOCKERY-ELEC-035159
7. March 2017; CENT-DOCKERY-ELEC-035160
8. July 2016; CENT-DOCKERY-ELEC-035161
9. June 2016; CENT-DOCKERY-ELEC-035162
10. May 2016; CENT-DOCKERY-ELEC-035163
11. April 2016; CENT-DOCKERY-ELEC-035164
12. September 2016; CENT-DOCKERY-ELEC-035165
13. August 2016; CENT-DOCKERY-ELEC-035166

**Depositions[1]**
1. Deposition Transcript of Gloria Perry
2. Deposition Transcript of MDOC 30(b)(6) of Gloria Perry
3. Deposition Transcript of Kim Nagel, M.D.
4. Deposition Transcript of Simone Jones
5. Deposition Transcript of Norris Hogans
6. Deposition Transcript of Marylin Braxton
7. Deposition Transcript of Frank Shaw
8. Deposition Transcript of Rolando Abangan
9. Deposition Transcript of Christopher Dykes
10. Deposition Transcript of Lonnie Jordan
11. Deposition Transcript of Allen Rogers
12. Deposition Transcript of Barry Melton
13. Deposition Transcript of Alex Armstrong
14. Deposition Transcript of Justin Crumb
15. Deposition Transcript of John Williams
16. Deposition Transcript of Jason Holloway
17. Deposition Transcript of Charles Pickering

---

[1] The depositions reviewed included the corresponding deposition exhibits.

**Incident Reports**
1. EMCF-16-0043
2. EMCF-16-0051
3. EMCF-16-0053
4. EMCF-16-0056
5. EMCF-16-0064
6. EMCF-16-0134
7. EMCF-16-0135
8. EMCF-16-0145
9. EMCF-16-0212
10. EMCF-16-0213
11. EMCF-16-0215
12. EMCF-16-0220
13. EMCF-16-0258
14. EMCF-16-0306
15. EMCF-16-0417
16. EMCF-16-0418
17. EMCF-16-0437
18. EMCF-16-0480
19. EMCF-16-0781
20. EMCF 17-0109
21. EMCF 17-0126
22. EMCF 17-0269
23. EMCF 17-0403
24. EMCF-17-0561
25. EMCF-16-0097
26. EMCF-16-0192
27. EMCF 16-0225
28. EMCF-16-0265
29. EMCF-16-0331
30. EMCF-16-0477
31. EMCF-16-0484
32. EMCF-16-0548
33. EMCF-16-0550
34. EMCF-16-0651
35. EMCF 16-0826
36. EMCF-PUOF-16-0026-EMCF-16-0115
37. EMCF-PUOF-16-0037-EMCF-16-0159
38. EMCF-PUOF-16-0047-EMCF-16-0201
39. EMCF-PUOF-16-0058-EMCF-16-0244
40. EMCF-PUOF-16-0061-EMCF-16-0250
41. EMCF-PUOF-16-0101-EMCF-16-0379
42. EMCF-PUOF-16-0101-EMCF-16-0380
43. EMCF-PUOF-16-0138-EMCF-16-0474
44. EMCF-SUOF-16-0009-EMCF-16-0028
45. EMCF-SUOF-16-0011-EMCF-16-0034

46. EMCF-SUOF-16-0026-EMCF-16-0107
47. EMCF-SUOF-16-0028-EMCF-16-0125
48. EMCF-SUOF-16-0032-EMCF-16-0148
49. EMCF-SUOF-16-0033-EMCF-16-0151
50. EMCF-SUOF-16-0039-EMCF-16-0166
51. EMCF-SUOF-16-0044-EMCF-16-0192
52. EMCF-SUOF-16-0098-EMCF-16-0374
53. EMCF-SUOF-16-0108-EMCF-16-0398
54. EMCF-SUOF-16-0117-EMCF-16-0421
55. EMCF-SUOF-16-0122-EMCF-16-0438
56. EMCF-SUOF-16-0167-EMCF-16-0556
57. EMCF-SUOF-16-0198-EMCF-16-0661
58. EMCF 17-0006
59. EMCF 17-0100
60. EMCF 17-0216
61. EMCF 17-0245
62. EMCF 17-0356
63. EMCF 17-0398
64. EMCF 17-0403
65. EMCF 17-0553
66. EMCF 17-0569
67. EMCF 17-0277
68. EMCF 17-0328
69. EMCF 17-0398
70. EMCF-16-0200
71. EMCF-PUOF-16-0160-EMCF-16-0541
72. EMCF-PUOF-16-0178-EMCF-16-0592
73. EMCF-SUOF-16-0229-EMCF-16-0742
74. EMCF 17-0415
75. UOF EMCF-17-0014 SUOF 17-0003
76. UOF EMCF-17-0065-SUOF-17-0010
77. UOF EMCF-17-0115 SUOF-17-0025
78. UOF EMCF-17-0138- SUOF-17-0036
79. UOF EMCF-17-0179 PUOF-17-0057
80. UOF EMCF-17-0221-EMCF-PUOF-0075
81. UOF EMCF-17-0281- SUOF-17-0093
82. UOF EMCF-17-0314 SUOF-17-0106
83. UOF EMCF-17-0328-SUOF 17-0116
84. UOF EMCF-17-0355-SUOF-17-0122
85. UOF EMCF-17-0370 SUOF-17-0129
86. UOF EMCF-17-0387 SUOF-17-0135
87. UOF EMCF-17-0390 PUOF-17-0137
88. UOF EMCF-17-0405-EMCF-SUOF-0141
89. UOF EMCF-17-0433 SUOF-17-0156
90. UOF EMCF-17-0581-EMCF-SUOF-0172
91. EMCF-16-0597

17

92. EMCF-16-0716
93. EMCF-16-0724
94. EMCF-POUF-16-0128 EMCF-16-0456
95. EMCF-PUOF-16-0194-EMCF-16-0655
96. EMCF-PUOF-16-0241 EMCF-16-0764
97. EMCF-SUOF-16-0148 EMCF-16-0517
98. EMCF SUOF-16-0159 EMCF-16-0536
99. EMCF-SUOF-16-0167 EMCF-16-0556
100. EMCF-SUOF-16-0180 EMCF-16-0598
101. EMCF SUOF-16-0189 EMCF-16-0635
102. EMCF-SUOF-16-0195-EMCF-16-0656
103. EMCF SUOF-16-0199 EMCF-16-0662
104. EMCF SUOF-16-0218 EMCF-16-0708
105. EMCF-SUOF-16-0256-EMCF-16-0788
106. EMCF-SUOF-16-0268-EMCF-16-0810
107. EOR EMCF-17-0035
108. EOR EMCF-17-0041
109. EOR EMCF-17-0334
110. UOF EMCF-17-0011 PUOF-17-002
111. UOF EMCF-17-0036 PUOF-17-0006
112. UOF -EMCF-17-0089 PUOF-17-0017
113. UOF EMCF-17-0112 SUOF-17-0023
114. UOF EMCF-17-0235  -PUOF-17-0076
115. UOF EMCF-17-0288 SUOF-17-0094
116. UOF-EMCF-17-0326 PUOF-17-0114
117. UOF EMCF-17-0412-PUOF 17-0145
118. UOF EMCF-17-0438 PUOF-17-0159
119. EMCF-16-0306
120. EMCF-17-02245
121. UOF EMCF-17-0235
122. UOF EMCF-17-0235 PUOF-17-0076
123. UOF EMCF-17-0326 PUOF-17-0114
124. UOF EMCF-17-0288 SUOF-17-0094
125. UOF EMCF-17-0438 PUOF-17-0159
126. UOF EMCF-17-0412-PUOF-17-0145
127. EMCF-17-0583
128. UOF EMCF-17-0277 PUOF-17-0091
129. UOF EMCF-17-0370 SUOF-17-0129
130. EMCF-17-0356
131. EMCF-17-0569
132. EMCF-17-0403
133. EMCF-17-0569
134. EMCF-17-0570

18

**Medical Records**

1.  Andrew Taylor, #M4576                          DEF-253769-DEF-254855
2.  Thomas Hall, # 128236                          DEF-246995-DEF-247268
3.  James Gibson, #81072                           DEF-246575-DEF-246814
4.  Michael Brown, #R6377                          DEF-248417-DEF-248591
5.  Marquez Alford, #128444                        DEF-238871-DEF-239103
6.  Larry Jerome Jackson, #66567                   DEF-273919-DEF-274270
7.  Quincy Walker, #145848                         DEF-276892-DEF-276999
8.  Merlin Hill, #R4779                            DEF-272825-DEF-272979
9.  Jason Holloway, #M0998                         DEF-260521-DEF-260858
10. Kevin Goff, #R0311                             DEF-257953-DEF-258226
11. Robert Carrier, #K0013                         DEF-266945-DEF-267059
12. Alfred Petty, #80783                           DEF-253351-DEF-253482
13. Antonio Wright, #130247                        DEF-257427-DEF-257564
14. Alvin Luckett, #44018                          DEF-252373-DEF-252953
15. Onmarijoe Boone, #158060                       DEF-248309-DEF-248416
16. Charles St. Amand, #R6359                      DEF-276546-DEF-276891
17. Damon Dixson, #141859                          DEF-270135-DEF-270250
18. Eugene Johnson, #N8911                         DEF-274271-DEF-274623
19. Garrick Woods, #L0827                          DEF-256462-DEF-257426
20. John Fleming, #141842                          DEF-271502-DEF-271693
21. Justin Crumb, #170091                          DEF-270031-DEF-270134
22. Kennie Keys, #171505                           DEF-251258-DEF-252099
23. Shauntez Johnson, #190694                      DEF-250525-DEF-250662
24. Mingo Hairston, #N1566                         DEF-246815-DEF-246994
25. Wesley Tate, #192140                           DEF-263488-DEF-264165
26. Talron Coleman. #167852                        DEF-267060-DEF-268153

**Reports and Other Documents**

1.  Inpatient Days Log_April 2016; CENT-DOCKERY-ELEC-033496
2.  Inpatient Days Log_April 2017; CENT-DOCKERY-ELEC-033497
3.  Inpatient Days Log_August 2016; CENT-DOCKERY-ELEC-033501
4.  Inpatient Days Log_December 2016; CENT-DOCKERY-ELEC-033505
5.  Inpatient Days Log_February 2017; CENT-DOCKERY-ELEC-033494
6.  Inpatient Days Log_July 2016; CENT-DOCKERY-ELEC-033500
7.  Inpatient Days Log_March 2017; CENT-DOCKERY-ELEC-033495
8.  Inpatient Days Log_May 2016; CENT-DOCKERY-ELEC-033498
9.  Inpatient Days Log_May 2017; CENT-DOCKERY-ELEC-033499
10. Inpatient Days Log_November 2016; CENT-DOCKERY-ELEC-033504
11. Inpatient Days Log_October 2016; CENT-DOCKERY-ELEC-033503
12. Inpatient Days Log_September 2016; CENT-DOCKERY-ELEC-033502
13. July 2016-June 2017 MDOC Monthly Report; DEF-302176-DEF-302192
14. July 2016-February 2017 MDOC Monthly Report; DEF-300279-DEF-300346
15. Weekly Contract Monitor Report-2017.01.05;  DEF-212983-DEF-212984
16. Weekly Contract Monitor Report-2017.01.17; DEF-212985-DEF-212986

17. January 2017 Monthly Contract Monitor Worksheet; DEF-311883-DEF-311898
18. February 2017 Monthly Contract Monitor Worksheet ; DEF-311899-DEF-311914
19. March 2017 Monthly Contract Monitor Worksheet ; DEF-311915-DEF-311930
20. May 2017 Monthly Contract Monitor Worksheet ; DEF-311931-DEF-311947
21. June 2017 Monthly Contract Monitor Worksheet ; DEF-311948-DEF-311964
22. Mental Health case load; CENT-DOCKER-ELEC-030341
23. Centurion Staff; CENT-DOCKERY-ELEC-033290- CENT-DOCKERY-ELEC-033292
24. Centurion Staff List; CENT-DOCKERY-ELEC-033354- CENT-DOCKERY-ELEC-033379
25. Chron. Care Log; CENT-DOCKERY-ELEC-033396- CENT-DOCKERY-ELEC-033486
26. Classroom Schedule 5-31-2017 and Menu 9-28-2017; DEF-300254-DEF-300263
27. Contract Compliance; CENT-DOCKERY-ELEC-033262- CENT DOCKERY-ELEC-033289
28. Contract Mon. Rep; CENT-DOCKERY-ELEC-033380- CENT-DOCKERY-ELEC-033395
29. Facility Schedule; DEF-213363- DEF-213364
30. HU2A Therapeutic Community Schedule; DEF-214773
31. HU5 Schedule; DEF-213358-DEF-213362
32. MTC Programs and Class List; DEF-300347-DEF-300456
33. Sick Call Log; CENT-DOCKERY-ELEC-034477- CENT-DOCKERY-ELEC-034677
34. Programs Listing as of 7.12.27; DEF-300708-DEF-300713
35. Programs Listing; DEF-214926-DEF-214391
36. T. Hall ME Report; CENT-DOCKERY-ELEC-033325-CENT- DOCKERY-ELEC-033330

**Videos**
1. EMCF-16-0456-EMCF-POUF-16-0128
2. EMCF-16-0517-EMCF-SUOF-16-0148
3. EMCF-16-0536 SUOF-16-0159
4. EMCF-16-0556-SUOF-16-0167
5. EMCF-16-0597
6. EMCF-16-0598-EMCF-SUOF-16-0180
7. EMCF-16-0635 SUOF-16-0189
8. EMCF-PUOF-16-0194-EMCF-16-0655
9. EMCF-SUOF-16-0195-EMCF-16-0656
10. EMCF-16-0662 SUOF-16-0199
11. EMCF-16-0708 SUOF-16-0218
12. EMCF-16-0716
13. EMCF-16-0724
14. EMCF-PUOF-16-0241 EMCF-16-0764
15. EMCF-SUOF-16-0256-EMCF-16-0788
16. EMCF-SUOF-16-0268-EMCF-16-0810
17. EMCF-17-0011 PUOF-17-0002
18. EMCF-17-0035
19. EMCF-17-0036 PUOF-17-0006
20. EMCF-17-0041
21. EMCF-PUOF-17-0017-EMCF-17-0089

22. EMCF-SUOF-17-0023-EMCF-17-0112
23. EMCF-PUOF-17-0076-EMCF-17-0235
24. EMCF-SUOF-17-0094-EMCF-17-0288
25. EMCF-PUOF-17-0114-EMCF-17-0326
26. EMCF-17-0334
27. EMCF-PUOF-17-0145-EMCF-17-0412
28. EMCF-PUOF-17-0159-EMCF-17-0438
29. EMCF-16-0119-EMCF-SUOF-16-0027
30. EMCF-16-200
31. EMCF-PUOF-16-0160-EMCF-16-0541
32. EMCF-PUOF-16-0178-EMCF-16-0592
33. EMCF-SUOF-16-0229-EMCF-16-0742
34. EMCF-17-0015-EMCF-SUOF-17-0003
35. EMCF-17-0065-EMCF-SUOF-17-0010
36. EMCF-17-0312-EMCF-PUOF-17-0104
37. EMCF17-0348-EMCF-SUOF-0131
38. EMCF-17-0413-EMCF-SUOF-0146
39. EMCF-17-0405-EMCF-SUOF-0141
40. EMCF-17-0115/SUOF-17-0025
41. EMCF-17-0370/SUOF-17-0129
42. EMCF-17-0387/SUOF-17-0135
43. EMCF-17-0390/PUOF-17-0137
44. EMCF-17-0178/SUOF-17-0056