THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE DOCKERY, et al.,

            **Plaintiffs,**

v.                                                                          Civil Action No. 3:13-cv-00326-WHB-JCG

PELICIA HALL, et al.,

            **Defendants.**

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned moves this Court to enter an Order permitting the withdrawal of Swati Prakash as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned would show as follows:

1.    As of January 18, 2018, Swati Prakash will no longer be handling this case. Covington & Burling LLP, the Southern Poverty Law Center, the ACLU National Prison Project, the Law Offices of Elizabeth Alexander, and associated attorneys will continue to represent the Plaintiffs. The remaining Plaintiffs' counsels are extremely qualified, well-resourced, and well-equipped to represent the putative class. Therefore, Swati Prakash's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its Order permitting the withdrawal of Swati Prakash in the above captioned case.

This the 18th day of January, 2018.

1

/s/ Swati Prakash
Swati Prakash

Mark P. Gimbel
Gretchen Hoff Varner
Xinping Zhu
Erin K. Monju
Benjamin R. Salk
Swati Prakash
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: 212-841-1000
Fax: 212-841-1010
mgimbel@cov.com
ghoffvarner@cov.com
xzhu@cov.com
emonju@cov.com
bsalk@cov.com
sprakash@cov.com
(admitted *pro hac vice*)

Ravi Doshi
Anna Q. Han
Covington & Burling LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Phone: 202-662-5620
rdoshi@cov.com
ahan@cov.com
(admitted *pro hac vice*)

Jody E. Owens, II, MS Bar # 102333
Chelsea Caveny, MS Bar #105300
Sarah D. Bidinger, MS Bar #105015
William Bardwell, MS Bar #102910
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: 601-948-8882
Fax: 601-948-8885
elissa.johnson@splcenter.org
jody.owens@splcenter.org
chelsea.caveny@splcenter.org
sarah.bidinger@splcenter.org
will.bardwell@splcenter.org

Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly St., NW
Washington, DC 20012
Phone: 202-291-3774
elizabethalexander@lawofficesofelizabethalexander.com
(admitted *pro hac vice*)

Gabriel B. Eber
Eric G. Balaban
Carl Takei
Margaret Winter
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: 202-393-4930
Fax: 202-393-4931
geber@aclu.org
ebalaban@aclu.org
ctakei@aclu.org
(admitted *pro hac vice*)

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I, Benjamin R. Salk, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

SO CERTIFIED, this the 18th day of January, 2018.

Respectfully submitted,

s/ Benjamin R. Salk
Benjamin R. Salk