IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE DOCKERY, ET AL                                                PLAINTIFFS

V.                                                       CIVIL ACTION NO.: 3:13CV326-WHB-JCG

FELICIA HALL, ET AL                                                 DEFENDANTS

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO:     Records Department
          EMCF-EAST MS CORRECTIONAL FACILITY
          10641 HWY 80 WEST
          MERIDIAN, MS 39307

YOU ARE HEREBYCOMMANDED to produce the body of **ALVIN LUCKETT, MDOC #44018.**

In order that he/she might appear at the trial in this matter before the Honorable William H. Barbour, United States District Judge, United States District Court for the Southern District of Mississippi, United States Courthouse, 501 E. Court Street, Courtroom No. 4B, Jackson, Mississippi, on **Wednesday, March 28, 2018 at 9:00 a.m.,** until his presence is no longer required in this matter. Thereafter the above-named will be returned to the above institution, or to any other facility designated by you, where he might be lawfully incarcerated or be dealt with in accordance with the further orders of the Court.

And have you then and there this Writ.

WITNESS the Honorable Arthur Johnston, Clerk, United States District Court for the Southern District of Mississippi, this the 23rd day of March, 2018.

                                        Arthur Johnston, Clerk, United States District Court
                                        Southern District of Mississippi

                    By: _____
                                        Deputy Clerk

The United States Marshal Service has asked that the inmates arrive at the new federal courthouse **one hour** before their hearing begins. For example, if their hearing is scheduled for 9:00 a.m., please have them at the courthouse by 8:00 a.m.

Also, these items are prohibited in the courthouse: tobacco products, writing pens, lighters and keys.

***PLEASE BE SURE TO PASS THIS INFORMATION TO YOUR TRANSPORTATION DEPARTMENT. THEY ARE NOT ALLOWED TO BRING PRISONERS IN THROUGH THE FRONT ENTRANCE OF THE COURTHOUSE. PLEASE HAVE THEM CALL 601-608-6890 FOR INSTRUCTIONS.***