# EXHIBIT A



Fighting Hate
Teaching Tolerance
Seeking Justice

Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, MS 39201
T 601.948.8882  F 601.948.8885
www.splcenter.org

March 23, 2018

**BY ELECTRONIC MAIL**
The Honorable William H. Barbour, Jr.
Southern District of Mississippi
501 E. Court Street, Suite 4.756
Jackson, MS 39201
Barbour_chambers@mssd.uscourts.gov

Re:   *Dockery, et al. v. Epps, et al.*; Civil Action No. 3:13cv326-WHB-JCG

Dear Judge Barbour:

In light of the amended trial schedule, Plaintiffs would like to bring to the Court's attention a scheduling concern. Plaintiffs had anticipated that Dr. Gage, Plaintiffs' mental health expert, would complete his testimony this morning, and that Plaintiffs would then call their final witness, an expert, Ms. Madeleine LaMarre, who would also complete her testimony today.

Plaintiffs are prepared to resume their case on Tuesday morning. However, Dr. Gage has a longstanding commitment with the United States Department of Justice and is unavailable next week. Therefore, Dr. Gage will not be able to complete his direct or cross examination testimony next week. Plaintiffs are prepared to present Ms. LaMarre's testimony on Tuesday, but, given that Dr. Gage's testimony will remain open, Plaintiffs will not be able to close their case early next week as anticipated.

In an effort to resolve this issue, Plaintiffs proposed to Defendant that Dr. Gage's testimony could be completed the week of April 2, during or after the presentation of Defendant's case in chief. Defendant has declined this proposal. Therefore, Plaintiffs respectfully request the Court's guidance as to how the Court would prefer the parties to proceed.

In the interest of completeness, Plaintiffs will file this communication with the Court. To the extent the Court would like to discuss this issue, Plaintiffs are available at the Court's convenience. Thank you for your consideration.

Sincerely,
SOUTHERN POVERTY LAW CENTER

*Elissa Johnson*

Elissa Johnson

cc:   All counsel of record (by Electronic Mail only)