```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

**JERMAINE DOCKERY, ET AL.**                                    **PLAINTIFFS**

**VS.**                           **CIVIL ACTION NO. 3:13-cv-326-WHB-JCG**

**PELICIA HALL, ET AL.**                                          **DEFENDANTS**

<u>ORDER</u>

This cause is before the Court on Plaintiffs' Motion to File Redacted Exhibits.  Through this Motion, Plaintiffs request leave to replace three exhibits previously filed with the Court with redacted versions of same.  Having reviewed the Motion, and finding good cause exists for the requested redaction:

IT IS THEREFORE ORDERED that Plaintiffs' Motion to File Redacted Exhibits [Docket No. 705] is hereby granted.

IT IS FURTHER ORDERED that Exhibit 7 ("V. Thomas Emails") to Plaintiffs' Motion to Compel [Docket No. 476] shall remain sealed. Plaintiffs are instructed to file a redacted version of this Exhibit on or before April 13, 2018.  The redacted exhibit should be filed as an attachment to [Docket No. 476], and shall be specifically identified as "Exhibit 7 – V. Thomas Emails".

IT IS FURTHER ORDERED that Exhibit 42 ("April 2015 Monitor Email to STG Investigator" and Exhibit 71 ("October 2015 Monitor Email to MDOC-MTC") to Plaintiffs' Response in Opposition to Motion for Partial Summary Judgment [Docket No. 549] shall remain sealed. Plaintiffs are instructed to file redacted versions of these

Exhibits on or before April 13, 2018.  The redacted exhibits should be filed as attachments to [Docket No. 549], and shall be specifically identified as "Exhibit 42 – April 2015 Monitor Email to STG Investigator" and "Exhibit 71 – October 2015 Monitor Email to MDOC-MTC".

    SO ORDERED this the 3rd day of April, 2018.

s/ William H. Barbour, Jr.<br>
UNITED STATES DISTRICT JUDGE