

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 09 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

**From:** Thomas, Vernell </O=MISSISSIPPI DEPARTMENT OF CORRECTIONS/OU=CO/CN=RECIPIENTS/CN=VETHOMAS>
**Sent:** Wednesday, October 14, 2015 12:38 PM
**To:** Victor Rivera <Victor.Rivera@mtctrains.com>
**Subject:** FW: Scanned From Copier

-----Original Message-----
From: Perry, Gloria
Sent: Wednesday, October 14, 2015 11:09 AM
To: Thomas, Vernell; amyhodgson@centurionofms.com; Jackson, Michelle; Dennis.huggins@mtctrains.com
Cc: Williams, Jerry J.; Murray, Tiffany; Gregory, Dennis
Subject: RE: Scanned From Copier

The inmates may be moved according to Classification and security transfer SOPs, since it is a security issue. Medical does not need to approve such security transfers. Please be reminded that inmates with a history of severe mental illness should not be housed at Walnut Grove CF or County Regional facilities. Thank you, Dr. Perry

-----Original Message-----
From: Thomas, Vernell
Sent: Wednesday, October 14, 2015 10:38 AM
To: Perry, Gloria; amyhodgson@centurionofms.com; Jackson, Michelle; Dennis.huggins@mtctrains.com
Cc: Williams, Jerry J.
Subject: FW: Scanned From Copier

These are ten offenders who have been calling the shots/running the offenders/ staff here with the ability to move almost anywhere they want to go. They have been evaluated by both Mental health Directors for EMCF and Centurion. There contact numbers are Dr. Hodgson(centurion)601-670-1377 Dr. Huggins(EMCF) 601-485-5255 ext. 128. They state due to their GAF numbers and them being observed they that they are able to function at any facility and able to make rational decision with any situation that may occur, several of the offenders are listed as prescribe to take the meds. But do not but are using it as a crutch to remain at EMCF. Copies of their EMR's are attached.

███████████████controls/runs unit 4
███████████████was just placed on long term by Mrs. M. Jackson but I believe he will still have control while locked down here.
███████████████is on the seg unit but still runs things and staff. He even question me about knowing who he is when I removed a broom from his pod stating " You must not know who I am" and I stated an inmate.
███████████████controls/runs unit 2

███████████████lots of control
███████████████has lots of control

███████████████control even though he supposed to be locked down constantly out his cell.

This should be it for a while.

-----Original Message-----

DEF_ESI_0005926_001

From: Bennamon S [mailto:stacey.bennamon@mtctrains.com]
Sent: Wednesday, October 14, 2015 8:39 AM
To: Thomas, Vernell
Subject: Scanned From Copier

This E-mail was sent from "EMCFLibraryRicoh6001" (Aficio MP 6001).

Scan Date: 10.14.2015 09:39:19 (-0400)

DEF_ESI_0005926_002

| | |
|---|---|
| **From:** | Thomas, Vernell </O=MISSISSIPPI DEPARTMENT OF CORRECTIONS/OU=CO/CN=RECIPIENTS/CN=VETHOMAS> |
| **Sent:** | Wednesday, July 1, 2015 4:32 PM |
| **To:** | Velma.Roberts@mtctrains.com |
| **Subject:** | FW: EMCF serious issues |

**From:** Thomas, Vernell
**Sent:** Wednesday, July 01, 2015 2:02 PM
**To:** Norris.hogans@mtctrains.com; Compton, Tony; Berryman-Willis, Chandra
**Cc:** 'marjorie.brown@mtctrains.com'; Williams, Jerry J.; 'victor.rivera@mtctrains.com'
**Subject:** EMCF serious issues
**Importance:** High

I have address these serious issues with you on several occasion without a positive response other that "I take care of it". Well it has not been taken care of and I don't think the issues will take care of themselves. I will start with the:

- gang members working the segregation units and I am being told they can control the units and keep it clean it is not their job to keep the units under control.
- Staff assigned to the units are not remaining on their post; leaving the pod unsupervised and them not being properly relieved.
- Being advised that the staff are all leaving the units at the same time to completed paperwork. When staff has told me they were taking a break, which consist of sitting in the entrance of seg units talking and not eating.
- Offenders are allowed to violate policy, I say allowed be staff see what I see and say or do nothing unless I say something first.
- Offenders wear watches, black tank tops, all colors head wear no one says anything.
- Gang members sell drugs to offenders and staff is aware, but does nothing, you Warden has been advised and also investigator Ricks(I heard) but the offenders is still allowed to work the seg units because its being investigated.
- On today I went to the seg unit offender Charles Rudd L7678 who on 6/19/14 was caught with cocaine, meth, and marijuana, and shanks, and a sim card was working the seg unit. Offender Rudd had on a black watch and I asked him to give to the Lt. which he stated he was, but did not, offender entered the closet on the unit Lt. Brown attempted to enter in behind him but unit manager Jones(not security) told her she got it, Offender and unit manager Jones exit the closet stating he flushed it down the drain, Captain Thomas did strip search him but the room nor unit manager was searched.
- Security checks are not being conducted because doors are covered and staff knocks on doors before they open the door or if they open the door, most times the offenders just yells something and they pass on by.
- Classified offenders being allowed to hold long conversations with offenders on long term and the seg units unsupervised.
- These offender are known ranking gang members that are allowed to work the segregation units
- Bobbie Anderson 106640
- Justin Haynes 109281
- Rothelo Dixon K6493 has been reported as selling drugs to offenders.
- Offender Ramon Hawthorne 15049
- Offender Christopher Parker 38049 (demon) is allowed to clean the pod but has been caught on camera assaulting other offender. And he is an long term offender who is supposed to be kept being the doors unless restrained and escorted.
- Offender Antwoine Rancifer 118334
- Unit manager Jones constantly states that her unit but the unit is not being ran according to policy, therefore the offenders are running the units as they wish and the staff members are just there when they decide to be

there.
   You advised you, Mrs. Jones and I would meet today about some of these issue, but you and I both know it's not going to happen.
The video that I have of Bobbie Anderson 106640 meeting with the offenders on 5C will be sent out today.
Please be advised this is not personal it is part of my job to report when policy is not being followed and I have been talking on these issues for weeks. These issues are all over EMCF but the seg units are the worst.

Vernell Thomas
MDOC Compliance Officer
East Missippi Correctional Faculity
601-485-5255 ext. 107

| | |
|---|---|
| **From:** | Thomas, Vernell <VEThomas@mdoc.state.ms.us> |
| **Sent:** | Thursday, March 24, 2016 9:32 AM |
| **To:** | William Brown <William.Brown@mtctrains.com>; Cole Vest <Cole.Vest@mtctrains.com>; Frank Shaw <Frank.Shaw@mtctrains.com>; Norris Hogans <Norris.Hogans@mtctrains.com>; Michael Rice <Michael.Rice@mtctrains.com> |
| **Subject:** | [FOUND_FIN_TERM]FW: Major Contraband |

---

Another question is where was the fire extinguisher was it needed.

**From:** Thomas, Vernell
**Sent:** Thursday, March 24, 2016 8:26 AM
**To:** 'William Brown' ; 'cole.vest@mtctrains.com'
**Cc:** 'Frank Shaw' ; Norris.hogans@mtctrains.com; 'Michael Rice' ; Compton, Tony ; Berryman-Willis, Chandra
**Subject:** RE: Major Contraband

If offender was recommend to stay in medical why place him in intake instead of medical holding. Why did staff have to wait until the Captain made it to the unit(10 min. later) to remove the offender from the smoke filled cell, wouldn't it have been better to get the staff off the other pods and remove him.

**From:** William Brown [mailto:William.Brown@mtctrains.com]
**Sent:** Thursday, March 24, 2016 8:08 AM
**To:** Frank Shaw <Frank.Shaw@mtctrains.com>; Norris Hogans <Norris.Hogans@mtctrains.com>; Ray Rice <Ray.Rice@mtctrains.com>; Michael Rice <Michael.Rice@mtctrains.com>; Christopher Dykes <Christopher.Dykes@mtctrains.com>; Tony Donald <Tony.Donald@mtctrains.com>; Alexis Brown <Alexis.Brown@mtctrains.com>; Cole Vest <Cole.Vest@mtctrains.com>; Allen Carney <Allen.Carney@mtctrains.com>; William Brown <William.Brown@mtctrains.com>; Otavian Patrick <Otavian.Patrick@mtctrains.com>; Tina Bolden <Tina.Bolden@mtctrains.com>; Robyn Williams <Robyn.Williams@mtctrains.com>; Thomas, Vernell <VEThomas@mdoc.state.ms.us>; Marjorie Brown <Marjorie.Brown@mtctrains.com>; Richard Ricks <Richard.Ricks@mtctrains.com>; Jaqualynn McCarra <Jaqualynn.McCarra@mtctrains.com>; George Schwaeble <George.Schwaeble@mtctrains.com>; Lemarcus Ruffin <Lemarcus.Ruffin@mtctrains.com>
**Subject:** Major Contraband

**Major Contraband**

**Offenders involved**
Rodney Davis 155057
**Incident Details**
On March 24, 2016 at approximately 0620 hours Sergeant L. Traylor and his staff were making rounds on Housing Unit 6 Charlie. When they got to Charlie 206 they noticed smoke coming from under his door. The officers immediately got water and threw it through the tray slot. Sgt. Traylor then notified Captain C. Vest of the situation. Captain C. Vest instructed them to keep eyes on the offender until I was able to get to the pod. A Code blue was called at 0628hrs. I captain C. Vest arrived on the zone at approximately 0630 hours. Cpt. Vest and Sgt. Traylor entered the cell and cuffed the offender. Officer Deloach and Captain Vest then stood the offender up and proceeded to bring the offender out of the cell. The Code Green was called at 0635. As I Captain Vest was walking out of the cell I noticed that the offender had a 6 inch sharpened object sitting on the table. When I was able to get out of the cell I Captain Vest was handed a small folded up piece for yellow paper. I Captain Vest retrieved the object and then continued to escort the offender to medical for medical treatment for possible smoke inhalation. When Officer Deloach and I arrived to medical with Offender Davis I was able to read the paper and he stated that he was feeling homicidal and suicidal. No MHC was available to speak with the offender I spoke with Nurse Hunter RN and she said that it would be in our best to hold the offender in medical so I gained permission for Warden Hogans to place the Offender in intake until he can be seen. The offender was then taken to intake without incident. All paperwork and documentation was done and Warden Hogans was notified by in person and all other chain of command will be notified via email.
Rodney Davis is a 24 year old black male that stands 6 foot 0 inches and weighs approximately 162 pounds and is currently serving a 20 year sentence for Aggravated Assault
EOR No. EMCF-16-0186

RVR No.01702255



**William Brown**
**Night Shift Lieutenant**
East Mississippi Correctional Facility
10641 Highway 80 West
Meridian, MS 39307
Main: 601-485-5255 Ext. 166
William.Brown@mtctrains.com
http://www.mtctrains.com

MTC_ESI-0016494