```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     NORTHERN DIVISION
```

**JERMAINE DOCKERY, ET AL.**                                          **PLAINTIFFS**

VS.                                  CIVIL ACTION NO. 3:13-cv-326-WHB-JCG

**PELICIA HALL, ET AL.**                                              **DEFENDANTS**

## ORDER

This cause is before the Court on four evidentiary motions raised during the bench trial of this civil action.

1. As stated in the record, see Trial Tr. vol. 34 (Apr. 3, 2018 afternoon session), 88-92:

Plaintiffs' Motion to Re-open Discovery to Compel Defendants to Permit Expert Inspection of Unit 7 and Produce Relevant Documents or, in the alternative, to Bar Defendants from Presenting Evidence Regarding Housing Unit 7 at EMCF [Docket No. 742] is hereby denied.

Plaintiffs' Motion for Leave to Examine Expert Witnesses Regarding New Documents Disclosed by Defendant on the Eve of Trial [Docket No. 673] is hereby denied with caveat.

2. As stated in the record, see Trial Tr. vol. 37 (Apr. 5, 2018 afternoon session), 29-42:

The Motion of Defendants to Exclude or Limit Plaintiffs' Proposed Rebuttal Expert Testimony [Docket No. 747] is hereby

granted with the caveat that Plaintiffs may submit offers of proof as to the identified rebuttal expert witnesses.

3.   As regards the objection raised by Defendants to certain portions of the "Facility Conditions" sections of the report of Plaintiffs' expert witness Dr. Bruce Gage, the objection is sustained on the grounds that the information therein is cumulative and outside the scope of Dr. Gage's expertise.

SO ORDERED this the 26th day of April, 2018.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE