# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JERMAINE DOCKERY, et al.,**

      **Plaintiffs,**

**v.**                                                              **Civil Action No. 3:13-cv-00326-WHB-JCG**

**PELICIA HALL, et. al.,**

      **Defendants.**

## PLAINTIFFS' EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS

COME NOW, the Plaintiffs, by and through their counsel of record, and respectfully file this Emergency Motion to Compel Production of Documents. Plaintiffs submit an accompanying Memorandum in Support of Plaintiffs' Emergency Motion to Compel. The parties have agreed to expedited briefing regarding this motion: Defendants will file their response to Plaintiffs' Motion to Compel within seven (7) days of the filing of the Motion, and Plaintiffs will file a reply (if any) three (3) days thereafter. In support of the Emergency Motion, Plaintiffs file the following exhibits:

1. Exhibit 1: Plaintiffs' Requests for Production and accompanying Sept. 14, 2018 cover letter from Elissa Johnson to Michael Bentley and Nicholas Morisani;

2. Exhibit 2: Letter from Michael Bentley to Elissa Johnson, Sept. 3, 2018;

3. Exhibit 3: Letter from Elissa Johnson to Michael Bentley, Sept. 7, 2018;

4. Exhibit 4: Letter from Nicholas F. Morisani to Elissa Johnson, Sept. 14, 2018; and

5. Exhibit 5: Good Faith Certificate, received from Nick Morisani Sept. 19, 2018

RESPECTFULLY SUBMITTED this 20th of September, 2018.

1

Mark P. Gimbel
Erin Monju
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-841-1000
pgimbel@cov.com
emonju@cov.com
(admitted pro hac vice)

Gretchen Hoff Varner
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Phone: 415-591-6000
ghoffvarner@cov.com
(admitted pro hac vice)

Anna Q. Han
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001
Phone: 202-662-6000
ahan@cov.com
(admitted pro hac vice)

s/ Elissa Johnson
Jody E. Owens, II, MS Bar #102333
Elissa Johnson, MS Bar #103852
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: 601-948-8882; Fax: 601-948-8885
jody.owens@splcenter.org
elissa.johnson@splcenter.org

Eric G. Balaban
Gabriel B. Eber
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: 202-393-4930; Fax: 202-393-4931
ebalaban@aclu.org
geber@aclu.org
ctakei@aclu.org
(admitted pro hac vice)

Elizabeth Alexander
Law Offices of Elizabeth Alexander
1416 Holly Street NW
Washington, DC 20012
Phone: 202-291-3774
elizabethalexander@lawofficesofelizabethalexander.com
(admitted pro hac vice)

## CERTIFICATE OF SERVICE

I, Elissa Johnson, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

SO CERTIFIED, this 20th day of September, 2018.

        s/Elissa Johnson
        Elissa Johnson, MS Bar No. 103852