THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE DOCKERY, *et al.*,

    Plaintiffs,

v.                                                                                  Civil Action No. 3:13-cv-326-WHB-JCG

PELICIA HALL, *et. al.*,

    Defendants.

### ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO COMPEL EXPERT TOURS AND ACCESS TO DOCUMENTATION DURING EXPERT TOURS

**THIS CAUSE** came before the Court on the Plaintiffs' Emergency Motion to Compel Expert Tours and Access to Documentation During Expert Tours. The Court, being fully advised of the premises, finds the Motion is well taken, as the requested discovery is relevant and proportional to the needs of the case. Therefore, the Motion will be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that each of Plaintiffs' expert witnesses shall have access to the East Mississippi Correctional Facility for a total of four days, as requested in Plaintiffs' Notices of Entry Upon Land, ECF Nos. 774, 775, 778, and 779.

It is further ordered that during Plaintiffs' expert witnesses' inspections of the East Mississippi Correctional Facility, Defendant shall make available for inspection and review, upon request, categories of documents that Plaintiffs will reasonably

identify to Defendant. Defendant shall produce a copy of any such documents reviewed by Plaintiffs' expert witnesses within seven days of a request from Plaintiffs.

**SO ORDERED** this 10th day of October, 2018.

s/ *John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE

Submitted by:

Elissa Johnson, MSB No. 103852
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280
Jackson, MS 39201
(601) 948-8882 (phone)
(601) 948-8885 (fax)
elissa.johnson@splcenter.org
Attorney for Plaintiffs