To: Clerk, Arthur Johnston
    USDC
    Southern District of Mississippi
    501 E. Court St. Suite 2.500
    Jackson, MS. 39201



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 15 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

From: Omar K. Humphrey #r 3755
      SMCI
      P.O. Box 1419
      Leakesville, MS. 39451

Re: Disposition of Dockery v. Hall, 3:13 cv 0326, March 5-21 (S.D. Miss. 2018). Presiding Judge William H. Barbour, Jr..

Dear Clerk,

   Hello I'm trying to find out have the above-mentioned case been ruled on? If so could you forward me such ruling or citation? Here at SMCI I've inquired about Dockery v. Hall as cited above to no avail. I was told it was pulled up and no cite appeared. Subsequently, each time i was forwarded Dockery v. Fischer, 253 F. Supp. 3d 832 (S.D. Miss. 2015),

   I have a vested interest in the above mentioned ruling etc.. See Omar Humphrey v. South MS. Corrt'l. Institution, et. al. USDC No. 1:15-cv-424, Fifth Circuit No. 17-60153. All help in this matter will be greatly appreciated. Thanking you in advance!
This the 8th day of October 2018.

                                        Sincerely,
                                        OKH