IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE DOCKERY, *et al.*,

Plaintiffs,

v.                                                                      Civil Action No. 3:13-cv-326-WHB-JCG

PELICIA HALL, *et. al*.,

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
CORRECTED EXPERT REPORT**

Plaintiffs respectfully move the Court to grant them leave to file a corrected version of the expert report of Bruce Gage, M.D.  In support of this motion, Plaintiffs state as follows:

1. Plaintiffs filed the expert report of their mental health expert Dr. Gage on November 30, 2018.  (ECF No. 806-1).  Plaintiffs discovered on December 3, 2018 that there is a calculation error in that report regarding the number of patients at East Mississippi Correctional Facility (EMCF) Defendants have identified as suffering from personality disorders. In Dr. Gage's November 30, 2018 report, that number is listed as 2 patients. In fact, there are 58 patients with that diagnosis identified by Defendants.

2. Plaintiffs have appended as Exhibit A to this Motion a redlined version of Dr. Gage's report, showing the correction to this data on page 13.  Plaintiffs have also appended a clean, corrected version of the report as Exhibit B.

3. Rule 26 of the Federal Rules of Civil Procedure requires parties to correct expert reports "if the party learns that in some material respect the disclosure or response is incomplete or incorrect."  Fed. R. Civ. P. 26(e)(1); *see* Fed. R.Civ.P. 26(e)(2) (requiring supplementation to

1

correct expert disclosures). The correction to the calculation here does not substantially prejudice Defendants. It has only been two business days since Plaintiffs filed Dr. Gage's original report. Should the Court set this matter for an evidentiary hearing, Defendants will have ample time to prepare to cross-examine Dr. Gage on his corrected report.

4. Plaintiffs have conferred with Defendants about this motion. Defendants do not object to it.

5. For the foregoing reasons, Plaintiffs respectfully ask the Court to grant them leave to file the corrected expert report by Dr. Gage, appended as Exhibit B.

Dated: December 4, 2018

Respectfully submitted,

s/ Eric G. Balaban

Mark P. Gimbel (admitted *pro hac vice)*
Erin Monju (admitted *pro hac vice)*
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-841-1000

Gretchen Hoff Varner (admitted *pro hac vice)*
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Phone: 415-591-6000

Ravi Doshi (admitted *pro hac vice)*
Anna Q. Han (admitted *pro hac vice)*
Covington & Burling LLP
850 Tenth Street, NW Washington, DC 20001
Phone: 202-662-6000

ERIC G. BALABAN (admitted *pro hac vice*)
Jennifer Wedekind (admitted *pro hac vice*)
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: 202-393-4930; Fax: 202-393-4931

Elissa Johnson, MS Bar #103852
Jody E. Owens, II, MS Bar # 102333
Benjamin R. Salk (admitted *pro hac vice*)
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: 601-948-8882; Fax: 601-948-8885

Elizabeth Alexander *(admitted pro hac vice*)
Law Offices of Elizabeth Alexander
1416 Holly Street NW
Washington, DC 20012
Phone: 202-291-3774

*Attorneys for Plaintiffs*