THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERMAINE DOCKERY, *et al.*,

    Plaintiffs,

v.                                      Civil Action No. 3:13-cv-326-WHB-JCG

PELICIA HALL, *et. al*.,

    Defendants.

## PLAINTIFFS' MOTION FOR AN EVIDENTIARY HEARING

COME NOW, Plaintiffs, by and through their counsel of record, and respectfully file this Motion for an Evidentiary Hearing. Plaintiffs request that the Court notice an evidentiary hearing in furtherance of the Court's August 24, 2018 Order, ECF No. 767.

In support of their Motion, Plaintiffs submit an accompanying Memorandum of Law in Support of Plaintiffs' Motion for an Evidentiary Hearing.

RESPECTFULLY SUBMITTED, this the 28th day of January, 2019.

| | |
|---|---|
| | s/ Benjamin R. Salk |
| Mark P. Gimbel (admitted *pro hac vice)* | Benjamin R. Salk (admitted *pro hac vice*) |
| Erin Monju (admitted *pro hac vice)* | Jody E. Owens, II, MS Bar # 102333 |
| Covington & Burling LLP | Elissa Johnson, MS Bar #103852 |
| The New York Times Building | Southern Poverty Law Center |
| 620 Eighth Avenue | 111 E. Capitol Street, Suite 280 |
| New York, NY 10018 | Jackson, MS 39201 |
| Phone: 212-841-1000 | Phone: 601-948-8882; Fax: 601-948-8885 |
| | |
| Gretchen Hoff Varner (admitted *pro hac vice)* | Eric G. Balaban (admitted *pro hac vice*) |
| Covington & Burling LLP | Jennifer Wedekind (admitted *pro hac vice*) |
| One Front Street | National Prison Project of ACLU |
| San Francisco, CA 94111 | 915 15th Street, NW, 7th Floor |
| Phone: 415-591-6000 | Washington, DC 20005 |
| | Phone: 202-393-4930; Fax: 202-393-4931 |
| Ravi Doshi (admitted *pro hac vice*) | |
| Anna Q. Han (admitted *pro hac vice)* | Elizabeth Alexander *(*admitted *pro hac vice*) |
| Covington & Burling LLP | Law Offices of Elizabeth Alexander |
| 850 Tenth Street, NW Washington, DC 20001 | 1416 Holly Street NW |
| Phone: 202-662-6000 | Washington, DC 20012 |
| | Phone: 202-291-3774 |

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin R. Salk, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

SO CERTIFIED, this 28th day of January, 2019.

s/ Benjamin R. Salk
Benjamin R. Salk (admitted *pro hac vice*)
