To: Clerk, Arthur S. Johnston III
United States District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, MS. 39201

From: Omar K. Humphrey #r3755
SMCI
P.O. Box 1419
Leakesville, MS. 39451

1 of 3 copies

Re: Dockery v. Hall (3:13 CV 0326), March 5-21, 2018

Clerk,

Hello i'm writing this request letter pursuant to the Freedom of Information Act and Mississippi Public record Act §25-61-5.

I'm trying to obtain a copy of the ruling on Dockery. This case was taken under advisement by Judge William Barbour several months ago.

The director over MDOC Inmate legal assistance program (ILAP) Mrs. Gia McLeod advised me to write this court. [See attached offender Log.]

If there is a cost for such ruling please let me know? If this case is still under advisement please let me know? All help in this matter will be greatly appreciated. This the 26th day of March 2019.

Sincerely,
O. Khayyam