# Exhibit 136



**Management & Training Corporation**

EOR #: __15-0352

Date:    October 20, 2015 _____

Time: _1105___ _____

| | | | |
|---|---|---|---|
| Copy of EOR printed from Offender Track | X Yes | No | N/A |
| Completed Use of Force Form with Captains signatures | X Yes | No | N/A |
| Unusual Occurrence Report included (w/signatures) | X Yes | No | N/A |
| Medical Report from Staff Involved | X Yes | No | N/A |
| Medical Report from offenders involved | X Yes | No | N/A |
| Copy of Rule Violation Report included | X Yes | No | N/A |
| Chain of Custody Form included | Yes | X No | N/A |
| Video footage of the Use of Force included | X Yes | No | N/A |
| Copy of Detention Notice | Yes | No | X N/A |
| Copy of Property Inventory Sheet included | Yes | No | X N/A |
| Photographs of Recovered Contraband | Yes | No | X N/A |
| Photographs of Staff injury | Yes | No | X N/A |
| Photograph of Offender injury | Yes | No | X N/A |
| Copy of Employee Accident Form | Yes | No | X N/A |
| Incident Debriefing Form | X Yes | No | N/A |

**Additional Information:**

_____

_____

Shift Captain:  Captain Patrick Thomas _____    Date: __October 20, 2015___

Chief of Security: _____    Date: _10-30-15_

Deputy Warden: _____    Date: _____

Warden: _____    Date: _____

DEF-030522

**PTX-2767**



# EAST MISSISSIPPI CORRECTIONAL FACILTIY
## INCIDENT DEBRIEFING FORM

Offender's Name:  Cleve Gale                MDOC #:  K6842

1. Offender's Actions:    The offender refuses to come off the rec yard.

2. Staff Actions:    Two burst of chemical agent was administered into the offender cell.

3. Corrective Action Taken:    None

4. Impact on Staff:    None

5. Impact on Offender:    The offender was issued a rule violation report.

6. Corrective Action Still Needed:    None

7. Plans for Improvement:    None needed

Captain Patrick Thomas                                October 20, 2015

Shift Commander Signature                             Date

DEF-030523

**PTX-2767**

# Planned Use of Force Report

Date:    Time   1105                Incident Report No.: 15-0092

Reporting Staff: VCaptain Patrick Thomas

Offender Name   GALE, CLEVE                Offender No    K6642

Race.   BL                Sex:  M                DOB.  04/05/1982            SSN  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

Offender Address or Unit Housing       EMCF Administrative Segregation Long Term Unit

Location of Incident:            Unit 5 A-B Recyard

Verbal Intervention (Name)  Patrick Thomas                Title  Captain

Time:   1100hrs

Narrative.

```
The offender refused to cooperate with staff and
be escorted off the rec yard out of the
recreational cage back to his cell.
```

Show of Force (Staff Present)

```
Sgt. Pulliam Sgt. Shearry and MHC Anderson.
```

Shift Supervisor Notified (Name):  Captain Thomas

Time Notified   1105 hours

Shift Supervisor's Intervention

```
The offender was given verbal orders to comply with security staff and if
didn't his action will result in the use of chemical agent if he
```

Shift Supervisor will bring recording device:
Audio:   ⊙ Yes    ○ No
Video:   ⊙ Yes    ○ No

---

### SEVERELY MENTALLY ILL OFFENDERS

Mental Health Staff Notified          ⊙ Yes    ○ No

Mental Health Professional    Parrish Anderson

Time Notified:    1106 hours

Recommendations

```
That the action towards staff was not a mental
health issue and the whatever type of force needed
was granted from a mental health stand point.
```

Warden Notified:     Warden N Hogans

(Warden will authorize Force usage when possible)

Time Notified.    1130 hours

---

Type of Incident:  Use of Chemical agent

Type of Force Used:
☐   Physical
☑   Restraints
☑   Chemical Agent
☐   Impact Weapon
☐   Other Weapon Used Resulting in Injury

Type of Force Used (Narrative):

DEF-030524

**PTX-2767**

The use of chemical agent for not complying with staff when resuded to come out of the confined recreation cage between A and B pod.

Specify Type of Weapon used by Staff    OC/CS Fogger

Weapon used by Offender    ○ Yes    ⦿ No

Amount of Force Used    Two bursts of chemical agent

Ex. number & duration of chemical blasts, number of blows, strikes, etc

**If chemical used, observation:**
☑ Immobilized Offender
☐ No Effect
☐ Other

**Offender permitted to decontamination initiated:**
○ Yes
⦿ Offender Refused Decontamination

List Injuries to Offender.    No Visible Injuries

List Injuries to Staff    No Visible Injuries

Transported to Hospital or Doctor    ⦿ Yes    ○ No

Name of Hospital/Medical Facility:    EMCF Medical Department

Name of Medical Staff    Shana Carter

Other Officers/Civilians Involved (List Name, Address, Phone Number)

Patrick Shearry 10641 Hwy 80 West Meridian MS 39307 (601)485-5255.
Patrick Thomas 10641 Hwy 80 West Meridian MS 39307 (601)485-5255.

Reporting Staff    Captain Thomas

List RVR number that was issued and other related report(s) and numbers(s) if applicable - RVR Number    01853670

List Extraordinary Occurence Report number - EOR Number.    15-0352

List other related staff using force

None.

Summary of offender's action resulting in use of force

On Tuesday October 20, 2015 at approximately 1100 hours I Captain Thomas was informed by Sgt. Pulliam several offenders on unit 5 Administrative Long Term Segregation Unit was refusing to come out of the confined recreational cage located between A and B pod.

Summary of staff's action describing force used:

1105 I Captain Thomas, Sgt. Shearry, Pulliam and Mental Health Counselor Parrish Anderson entered A pod rec yard to speak with the offenders that was refusing. At the time all others had complied with staff when entered the rec area. Offender Cleve Gale #K6842 in the second cage on the right was now

**(Use Additional Pages if Necessary)**

**I CERTIFY THAT THE INFORMATION PROVIDED IS TRUE AND CORRECT**

Signature    Patrick Thomas    Date: 10-20-2015    Time. 1413 hours

Forwarded to Supervisor    ☑    Date: 10-20-2015    Time 1413 hours

Supervisor's Comments:

DEF-030525

**PTX-2767**

Supervisor's Signature:    Date:    Time:
Forwarded to CSD/Superintendent/Warden: ☐    Date:    Time:

CSD/Superintendent/Warden's Comments:

CSD/Superintendent/Supervisor's Signature:    Date:    Time:
Justifiable:  ◯ Yes  ◯ No
Referred to Corrections Investigation Division:  ◯ Yes  ◯ No    Date:    Time:
Forwarded to Compliance Officer: ☐

Compliance Officer Comments:

Compliance Officer Signature:    Date:    Time:
Forwarded to Deputy Commissioner: ☐    Date:    Time:

Deputy Commissioner's Comments:

DEPUTY COMMISSIONER'S SIGNATURE:

Forwarded to Commissioner ☐    Date:    Time:

Corrective Action Report ☐  Note: Box to be Checked only by Appropriate Deputy Commissioner

DEF-030526

PTX-2767

GDCCRINCDOEPI595

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Report

### October 20, 2015

**Facility:** EAST MISS. CCF

**Begin Date:** 10/20/2015

**End Date:** 10/20/2015

**Inmate:** GALE, CLEVE JR
**ID:** K6842
**SID:**

**FBI ID:** 69389RB0
**SSN:** 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

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2015/10/20 | 11:05 | Extraordinary Occurrence | East Miss. CCF / Pod A | On Tuesday October 20, 2015 at approximately 1100 hours I Captain Thomas was informed by Sgt. Pulliam several offenders on unit 5 Administrative Long Term Segregation Unit was refusing to come out of the confined recreational cage located between A and B pod. @ 1105 I Captain Thomas, Sgt. Shearry, Pulliam and Mental Health Counselor Parrish Anderson entered A pod rec yard to speak with the offenders that was refusing. At the time all others had complied with staff when entered the rec area. Offender Cleve Gale #K6842 in the second cage on the right was now the only offender refusing to cooperate with staff and returning back to his assigned cell 108. MHC Anderson spoke briefly with offender Gale #K6842 and stated on camera that the offender was not under no type of mental distress and his refusal towards staff was only behavioral. @1113 offender Cleve Gale #K6842 was given three orders to submit to restraints and if not chemical agent will be administered in order to gain compliance. I Captain Thomas gave the offender verbal orders to submit to mechanical hand restraints and when refusing of the third and final order chemical agent was administered by me Captain |

Page 1 of 2

Case 3:13-cv-00326-CWR-RHWR    Document 842    Filed 05/01/19    Page 7 of 15

DEF-030527

PTX-2767

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| | | | | Thomas, from FOX Canister 4A-2 beginning weight 17.1 ounces and ending weight 16.1 ounces (total 1.6 ounces used) in the direction of offender Gale #K684 in the rec. cage. The burst of chemical agent didn't have any traumatic effect due to the offender was abl to turn away and retreat to the back of the rec. cage. Sgt. Shearry seized the opportunity when he was able to get closer to offender Gale #K6842 and administered another burst from FOX Canister 4A-1 with a beginning weight of 12.5 and ending weight of 10.8 (total 1.7 ounces used) causing the offender to submit to hand restraints and escorted off the unit into the hallway awaiting medical treatment.@1116 offender Gale #K6842 was brought out into the hallway where he was seen by medical personal Shana Carter LPN for being involved in a planned u |

DEF-030528

PTX-2767

# East Mississippi Correctional Facility

## Unusual Occurrence Report

**Staff Involved:** Capt Thomas 3 Sgt Sheary

**Inmates Involved:** Cleve Gale #K64182

**Brief Description of Unusual Occurrence:**

On 10/20/15 at aprox 11:13 offender Cleve Gale #K64182 refused to come off the rec yard. Capt Thomas gave the offender 3 verbal warnings after being seen by mental Health Anderson I Sgt Sheary administerd a three /second burst of fog MK9 to the offender. At that time Cleve Gale #K64182 cuffed up and came off the rec yard. EOR —

**Immediate Action Taken:**

Wrote UOR
Notified Supervisor
— EOR

| | | |
|---|---|---|
| Sgt Sheary | 10/20/15 | 12:42 |
| Person Completing Report | Date | Time |
| Cmpt. H | 10/20/15 | 1243 |
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**

| | |
|---|---|
| Warden's Signature | Date |

DEF-030529

PTX-2767

## Patrick Thomas

| | |
|---|---|
| **From:** | Patrick Thomas |
| **Sent:** | Tuesday, October 20, 2015 1:50 PM |
| **To:** | Norris Hogans; Michael Rice; Ray Rice; Mary Jones; 'VEThomas@mdoc.state.ms.us'; Victor Rivera; Tina Bolden; Joshua Roberts; Julian Ayala; Tony Donald; 'William.Brown@mtctrains.com'; Alexis Brown; Alma Wren; Richard Ricks |
| **Cc:** | Marjorie Brown; Robyn Williams |
| **Subject:** | Planned Use of Force |

Planned Use of Force

Inmate Involved:

Cleve Gale #K6842

Staff Involved:

Captain P. Thomas

Sergeant P. Shearry

Brief Description of Incident:

On Tuesday October 20, 2015 at approximately 1100 hours I Captain Thomas was informed by Sgt. Pulliam several offenders on unit 5 Administrative Long Term Segregation Unit was refusing to come out of the confined recreational cage located between A and B pod.

@ 1105 I Captain Thomas, Sgt. Shearry, Pulliam and Mental Health Counselor Parrish Anderson entered A pod rec yard to speak with the offenders that was refusing. At the time all others had complied with staff when entered the rec area. Offender Cleve Gale #K6842 in the second cage on the right was now the only offender refusing to cooperate with staff and returning back to his assigned cell 108. MHC Anderson spoke briefly with offender Gale #K6842 and stated on camera that the offender was not under no type of mental distress and his refusal towards staff was only behavioral.

@1113 offender Cleve Gale #K6842 was given three orders to submit to restraints and if not chemical agent will be administered in order to gain compliance. I Captain Thomas gave the offender verbal orders to submit to mechanical hand restraints and when refusing of the third and final order chemical agent was administered by me Captain Thomas from FOX Canister 4A-2 beginning weight 17.1 ounces and ending weight 16.1 ounces (total 1.6 ounces used) in the direction of offender Gale #K6842 in the rec. cage. The burst of chemical agent didn't have any traumatic effect due to the offender was able to turn away and retreat to the back of the rec. cage. Sgt. Shearry seized the opportunity when he was able to get closer to offender Gale #K6842 and administered another burst from FOX Canister 4A-1 with a beginning weight of 12.5 and ending weight of 10.8 (total 1.7 ounces used) causing the offender to submit to hand restraints and escorted off the unit into the hallway awaiting medical treatment.

@1116 offender Gale #K6842 was brought out into the hallway where he was seen by medical personal Shana Carter LPN for being involved in a planned use of force and chemical agent exposure by staff. There were no injuries noted by medical and the offender vital sign were taken as well. After Nurse Carter completed her medical assessment offender Gale #K6842 was asked by staff did he wont to self-decontaminate himself in the shower and refused. Offender Cleve Gale #K6842 was then escorted out of the hallway back to cell 108 5 A bottom tier without any further incident @1130. EOR 15-0352 PUOF 15-0090 RVR 01653670.

Cleve Gale #K6842 Black Male

D.O.B 4-5-1982 (33 yrs. of age)

1

DEF-030530

**PTX-2767**

5'8" in height

150 pounds in weight

- Serving 3 years for Cocaine Possession



Management and Training Corporation
Captain Patrick Thomas
Special Management Unit
East Mississippi Correctional Facility
10641 Highway 80 West
Office: 601-485-5255 ext. 170

2

DEF-030531

PTX-2767

(MSP) _____    (CWC) _____
(CMCF) _____    (SMCI) _____
(OTHER) _EMCF_

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

<u>RULE VIOLATION REPORT</u>    **N⁰ 01653670**

(Unit Admin. Initial) _____    A / Bottom    Zone / Tier    5 Unit    108 Cell / Bed #

Offender _Cleve  Gale_    MDOC# _K6842_ Violated Rule # _B16_ . Entitled

_Disruptive behavior or disorderly conduct which thrate_Date _10-20-15_ Approx. Time _1105_ Hrs.
_the orderly running of the facility_
By the specific Act of _refused to come off the rec cage._

Weapon involved _____ Yes _✓_ No    EXACT location of incident _Rec. Cage A-B_

<u>CIRCUMSTANCES AND DETAILS</u> _On 10-20-15 at approx. 1105 offender Cleve_
_Gale # K6842 was asked by security to submit to restraints to be_
_taken off the rec yard back to his cell and refused resulting in a use_
_of force chemical agent by staff._

Reporting Employee's Signature _P Thomas_    Title _Cpt_    PIN# _____    Date _10-20-15_ Time _1307_

Evidence _✓_ _See video_ Yes _____ No- Located _____ . Placed in Segregation - PDA _✓_ No _____ Yes- Location _____

I request witness(es) _____ Yes _____ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____ Yes _____ No

ACCUSED _____ DELIVERING EMPLOYEE _____ DATE _____ TIME _____

1. Investigation began within 24 hrs of violation? _____ Yes _____ No.    2. Date/Time investigation completed ___ / ___ / ___ : _____ AM PM.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator _____
5. Working days between date of violation and hearing _____ .
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status _____ Yes _____ No    Does accused offender receive Earned Time _____ Yes _____ No
Name of Persons at Hearing - Accused _____ Hearing Officer _____
Other _____

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement _____

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____

FINDINGS: _____ Guilty _____ Not Guilty    Reason for Findings: _____

PUNISHMENT: _____

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record
Other _____
A total of _____ Rule Violations in _____ . A total of _____ Rule Violations for Rule # _____ .

Signature: _____ Date: _____
        Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____ Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____ Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

_____
**Commissioner of Corrections or Designee**

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

DEF-030532

**PTX-2767**



Injuries and Identification Marks on Admission
Draw arrow to the appropriate body parts with description

Name:
IDOC#

Date of Screening: 10·20·15
Time of Screening: 11·30

Medical Signature:

B/P: 128/88    P:    R: 16
O2 Sat:    T:    Wt:

Check One:

ο  Inmate Injury (Body Sheet)
ο  Pre-Lockdown (Pre-seg)
ο  Employee Incident
✗  Use of Force

| 1 | Bruise |
| 2 | Cut |
| 3 | Swelling |
| 4 | Sore |
| 5 | Amputation |
| 6 | Bandage |
| 7 | Cast |
| 8 | Old Scar |
| 9 | Tatoo |
| 10 | New Scar |

Additional Comments: Involved in Planned UoF no physical injuries noted

DEF-030533

**PTX-2767**

Injuries and Identification Marks on Admission
Draw arrow to the appropriate body parts with description

| Name: | ███████████████ |
| MDOC# | |

| Date of Screening: | 10-20-15 |
| Time of Screening: | 11:49 |

Medical Signature: _____

B.P: _____
O2 Sat: _____

Check One:

o  Inmate Injury (Body Sheet)
o  Pre-Lockdown (Pre-seg)
o  Employee Incident
☒  Use of Force

| 1 | Bruise |
| 2 | Cut |
| 3 | Swelling |
| 4 | Sore |
| 5 | Amputation |
| 6 | Bandage |
| 7 | Cast |
| 8 | Old Scar |
| 9 | Tatoo |
| 10 | New Scar |

Additional Comments: Involved in planned use of force; no injuries

DEF-030534

PTX-2767

Injuries and Identification Marks on Admission
Draw arrow to the appropriate body parts with description



Name:

D.O.B.

Date of Screening: 10·20·15

Time of Screening: 11:47

Medical Signature:

B/P:

O2 Sat:

R:

P:

Wt:

Check One:

o Inmate Injury (Body Sheet)
o Pre-Lockdown (Pre-seg)
o Employee Incident
X Use of Force

| 1 | Bruise |
| 2 | Cut |
| 3 | Swelling |
| 4 | Sore |
| 5 | Amputation |
| 6 | Bandage |
| 7 | Cast |
| 8 | Old Scar |
| 9 | Tatoo |
| 10 | New Scar |

Additional Comments: Involved in planned use of force; no injuries

DEF-030535

PTX-2767