# Exhibit 137

(MSP) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) _____ **tMCF**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

*Medical* _____ 589L

**Nº 01700993**

(Unit Admin. Initial) _____ Zone / Tier _____ Unit *128236* Cell / Bed #

Offender **Thomas Hall** MDOC# **128236** Violated Rule # **B16** , Entitled

*Disruptive behavior or disorderly conduct* Date **3-6-16** Approx. Time **16:49** Hrs.

By the specific act of *Interfering and disturbing the running of Medical by attempting to strangle himself*

Weapon involved _____ Yes ✓ No  EXACT location of incident *Medical*

**CIRCUMSTANCES AND DETAILS** *On March 2016 at approx 16:49 inmate Thomas Hall MDOC# 128236 was causing a disturbance in Medical. He was being disruptive by refusing to obey order of staff.*

Reporting Employee's Signature *A. Kaonc* Title **C/O** PIN# **E05** Date **3-6-16** Time **17:50**

Evidence _____ Yes _____ No - Located _____ Placed in Segregation - PDA _____ No Yes - Location _____

I request witness(es) _____ Yes _____ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

ACCUSED *Thomas Hall* DELIVERING EMPLOYEE c/o _____ DATE **3-06-16** TIME **2219**  I waive the right to a Hearing _____ Yes _____ No

1. Investigation began within 24 hrs of violation? ✓ Yes _____ No.    2. Date/Time investigation completed **3/8/16  8:20** AM PM.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator *G DAVISON* .
5. Working days between date of violation and hearing _____ .
6. If more than seven (7) working days, explain: _____ .

Is accused offender in Trusty Status ✓ Yes _____ No    Does accused offender receive Earned Time ✓ Yes _____ No
Name of Persons at Hearing - Accused *Thomas Hall* Hearing Officer *Lt. Moore*
Other *3 years 274 days - Earned Time - /150 Trusty* **RECEIVED**

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement **MAR 7 2016**

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____ By _____

FINDINGS: _____ Guilty _____ Not Guilty    Reason for Findings: _____

**PUNISHMENT:** _____
Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record
Other _____
A total of **7** Rule Violations in *6 months*. A total of _____ Rule Violations for Rule # **B16** .

Signature: _____ Date: _____
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____ Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____ Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

_____ Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

MTC-CON-00081461

**PTX-2780**

# East Mississippi Correctional Facility



Unusual Occurrence Report

| Staff Involved: A. Kazic, Cpt Patrick, C/o Hill, C/o Purnell | Inmates Involved: Thomas Hall MDoc # 128536 |
|---|---|

**Brief Description of Unusual Occurrence:**

On March 16th of 2016 at 16:49 C/o Purnell, C/o Kazic, Cpt Patrick, C/o Hill were trying to calm down inmate Thomas Hall who tryed to hang his self & and calm at the officers.

**Immediate Action Taken:** intake Cell 539

| Person Completing Report | Date 3-16-16 | Time 19:50 |
|---|---|---|

| Shift Supervisor or Department Manager | Date | Time |
|---|---|---|

**Warden's Review:**

| Warden's Signature | | Date |
|---|---|---|

G:\Forms\Security\Unusual Occurrence Report-Blank.docx          Revision No:   7     Issue Date:   8/2012

MTC-CON-00081462

**PTX-2780**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: D. Pusne, CPT Patrick J. Hill | Inmates Involved: Thomas Hall MDOC# 128236 |
|---|---|

**Brief Description of Unusual Occurrence:**
ON March, 6th 2016 at approx 16:49 Inmate Thomas Hall MDOC# 128236 was causing a scene in Medical by attempting to strangle himself. His behavior was disruptive and interfering with the running of Medical.

**Immediate Action Taken:**
Wrote a UOR and a RVR.

D. Pusne
Person Completing Report

3-6-16
Date

17:56
Time

_____
Shift Supervisor or Department Manager

_____
Date

_____
Time

Warden's Review:

_____
Warden's Signature

_____
Date

CC: MAJOR SMITH – COMPLETED COPY

MTC-CON-00081463

**PTX-2780**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: |
|---|---|
| D. Kuzic, Cpt Patrick C/O J Hill | Thomas Hall MDOC# 128236 |

**Brief Description of Unusual Occurrence:**

On March 6th of 2016 at 16:49 CO Kuzic, Captain Patrick and CO J. Hill were trying to calm down a disruptive inmate Thomas Hall who attempted to strangle him self in Medical

**Immediate Action Taken:**

intake cell 539.

Wrote a RVR and

| | | |
|---|---|---|
| D. Kuzic | 3-6-16 | 17:50 |
| Person Completing Report | Date | Time |
| | | |
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**

| | | |
|---|---|---|
| Warden's Signature | | Date |

CC: MAJOR SMITH – COMPLETED COPY

MTC-CON-00081464

**PTX-2780**

(MSP) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) _____ EMCF

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

№ 01700993

Medical ___ 539 L

(Unit Admin. Initial) _____    Zone / Tier _____    Unit Medical    Cell / Bed # 539 L

Offender Thomas Hall    MDOC# 128236    Violated Rule # 13/6 . Entitled

Disruptive behavior or disorderly conduct    Date 3-6-16, Approx. Time 16:49 Hrs.

By the specific act of Interfering and disturbing the running of Medical by attempting to strangle nurse

Weapon involved _____ Yes ✓ No    EXACT location of incident Medical _____

CIRCUMSTANCES AND DETAILS On March 2016 at approx 16:49 inmate Thomas Hall MDOC# 128236 was causing a disturbance in Medical. He was being disruptive by refusing to obey order of staff. EOS

Reporting Employee's Signature Q. Kasnc    Title C/O    PIN# ✓    Date 3-6-16 Time 17:50

Evidence _____ Yes _____ No- Located _____ . Placed in Segregation - PDA _____ No _____ Yes- Location _____

I request witness(es) _____ Yes _____ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within no less than, twenty-four (24) hours and no more than (7) working days

ACCUSED Thomas Hall    DELIVERING EMPLOYEE K. Wace c/o Donnan    I waive the right to a Hearing _____ Yes _____ No    DATE 3-06-16    TIME 2219

1. Investigation began within 24 hrs of violation? _____ Yes _____ No.    2. Date/Time investigation completed ___/___/___ : _____ AM PM.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator _____
5. Working days between date of violation and hearing _____ .
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status ✓ Yes _____ No    Does accused offender receive Earned Time ✓ Yes _____ No
Name of Persons at Hearing - Accused Thomas Hall    Hearing Officer Lt. Moore
Other 2 years 274 day - Earned Time / 150 Trusty    RECEIVED

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement    MAR 7 2016

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements    Other _____ By _____

FINDINGS: _____ Guilty _____ Not Guilty    Reason for Findings: _____

PUNISHMENT: _____

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record
Other _____

A total of 7 Rule Violations in 6 months. A total of 0 Rule Violations for Rule # 816 .

Signature: _____    Date: _____
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____    Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

_____
Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

MTC-CON-00081465

**PTX-2780**

MDOC: _____

OFFENDERS NAME: _____

DATE: _____

I ACKNOWLEGDE THAT THIS IS MY REQUIRED (24) HOUR NOTIFICATION OF MY PENDING DISCIPLINARY HEARING THAT WILL BE HELD ON _____ _____.

OFFENDERS SIGNATURE: (X) Thomas Hall

INVESTIGATORS SIGNATURE: _____

MTC-CON-00081466

**PTX-2780**

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|------|--------|---------------------|------|
| Thomas Nall | 128236 | Medical | 01700993 |

**Witness(es):** _____ N/A _____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

(X) I request an appearance before the Disciplinary Hearing as the accused.
(  ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

(  ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
(  ) I request to give a written statement for the accused.
(  ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

(X) Thomas Hall

**Signature of Person Giving Statement**

**Investigator Signature:** _____    **Date:** 3/8/16    **Time:** 08:18

18-01-01-F4
Revised: 02/01/15

MTC-CON-00081467

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

**Frank Shaw, Warden**
East Mississippi Correctional Facility

# DISCIPLINARY SUMMARY REPORT

### East Mississippi Correctional Facility
### DISCIPLINARY DEPARTMENT

Date: _____          Hearing Officer: SGT. L. MOORE

Consideration:

Offender: _Thomas Hall_          MDOC #: _128236_

RVR Log #: _01700993_          Rule #: _B-16_

Entitled: _Disruptive behavior or disorderly Conduct_

### HEARING PROCESS RESULTS

Offenders Plea***********Guilty*********Guilty with Modification**********Not Guilty

Hearing Officers Decision****************Guilty ***********************Not Guilty

Disposition: _____

_____

_____

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape_____Side_____

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081468

**PTX-2780**



**STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER**

Frank Shaw, Warden
East Mississippi Correctional Facility

## APPEAL PROCEDURE

RVR #: _01700 973_

Offender: _Thomas Hall_          MDOC: _128236_

From: Disciplinary Chairperson, EMCF

Date:

Finding:

Be advised that you were found guilty of violating one or more of the Mississippi Department of Corrections Rules and Regulations. The rule(s) violated by you: _B-16_ as stated in the Department of Corrections Handbook.

---

### In Accordance With Current Disciplinary Procedures

1. You have (15) days to file an appeal on the findings of the Hearing Officer, or any portion of the punishment imposed by the Hearing Officer.

2. Attach a copy of the RVR given to you by the Hearing Officer at the time of your hearing. *IT MUST BE THE COPY GIVEN TO YOU AT THE TIME OF THE HEARING.*

3. Your appeal must be submitted in writing, stating the reason that you feel the findings or punishment is unjust or inappropriate.

4. SEND ALL PAPERWORK REGARDING YOUR APPEAL TO:

---

**LEGAL CLAIMS ADJUDICATOR
ADMINISTRATIVE REMEDY PROGRAM
P.O. BOX 609
PARCHMAN, MISSISSIPPI 38738**

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081469

**PTX-2780**

(MSP) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) _____ _EMCF_

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

**№ 01700914**

D    T    Co    2.06

(Unit Admin. Initial) _____    Zone / Tier _____    Unit _____    Cell / Bed # _____

Offender _Thomas Hall_    MDOC# _128236_ Violated Rule # _B9_ . Entitled _Inflicting injury to self (self-mutilation)_ Date _3/4/16_ Approx. Time _8:48_ Hrs.

By the specific act of _Try to hang himself_

Weapon involved _____ Yes _X_ No    EXACT location of incident _HU6 Delta Pod cell 206_

**CIRCUMSTANCES AND DETAILS** On 3-4-16 at approx. 0848hrs while making sanitation rounds on Housing Unit 6 Delta pod, I c/o Holder discovered Offender Thomas Hall MDOC# 128236 with a yellow cloth fabric tied around his neck trying to hang himself inside his cell 206 on HU6 Delta pod. EOR

Reporting Employee's Signature _____    Title _C/O_ ____ PIN# _N/A_ Date _3-4-16_ Time _1440_

Evidence _____ Yes _X_ No- Located _N/A_ . Placed in Segregation - PDA _X_ No ____ Yes- Location _____

I request witness(es) _____ Yes _____ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____ Yes _____ No

ACCUSED _Thomas Hall_    DELIVERING EMPLOYEE _C/O Hilbld_ DATE _8-4-16_ TIME _1507_

1. Investigation began within 24 hrs of violation? _Yes_ (X)No.    2. Date/Time investigation completed _3 18 16_ _820_ AM PM.
3. If not completed without reasonable delay, explain: _Checked_
4. Name of Investigator _G DAvison_
5. Working days between date of violation and hearing _____ .
6. If more than seven (7) working days, explain: _____

**RECEIVED**    MAR _Yes_ 2016 _No_

Is accused offender in Trusty Status _✓ Yes_ _____ No    Does accused offender receive Earned Time _____ Yes _____ No

Name of Persons at Hearing - Accused _Thomas Hall_    Hearing Officer _H. Moore_

Other _3 year 214 days Earned time._    _1150 Trusty Time_ By _____

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement _____

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____

FINDINGS: _____ Guilty _____ Not Guilty    Reason for Findings: _____

**PUNISHMENT:** _____

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record

Other _____

A total of _1_ Rule Violations in _6 months_ A total of _3_ Rule Violations for Rule # _B9_ . _1-31-16_ _2-01-16_ _2-12-16_

Signature: _____    Date: _____
        Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____    Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

Commissioner of Corrections or Designee _____

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081470

**PTX-2780**

 **Management & Training Corporation**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: C/O Holder | Inmates Involved: Thomas Hall |
|---|---|
| | MDOC # 128236 |
| | |

**Brief Description of Unusual Occurrence:** On March fourth two thousand and sixteen at approx. 0848hrs while making sanitation rounds on Housing Unit 6 Delta pod, I C/o Holder discovered Offender Thomas Hall Mdoc #128236 ~~was~~ with a yellow cloth fabric tied around his neck trying to hang himself inside his cell 206 on HU6 Delta pod. EOR

**Immediate action taken:**

_J. Holder_ **3-4-16**                    **1440hrs**
Person Completing Report            Date                          Time

_____         _____         _____
Shift Supervisor or Department Manager      **Date**          **Time**

**Warden's Review:**

_____         _____
Warden's Signature                         Date

T:\Forms\Unusal Occurrence Report Blank.docx                    Revision No:  1    Issue Date:  12/10/2003

MTC-CON-00081471

**PTX-2780**

(MSP) _____  (CWC) _____
(CMCF) _____  (SMCI) _____
(OTHER) _____ _EMCF_

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**N⁰ 01700914**

## RULE VIOLATION REPORT

(Unit Admin. Initial) _____   Zone / Tier _____   Unit _6_   Cell / Bed # _206_

Offender _Thomas Hall_   MDOC# _128236_   Violated Rule # _B9_   . Entitled
_Inflicting injury to self (self-mutilation)_ Date _3/4/16_   Approx. Time _8:48_ Hrs.

By the specific act of _Try to hang himself_

Weapon involved _____ Yes _X_ No   EXACT location of incident _HU6 Delta Pod cell 206_

**CIRCUMSTANCES AND DETAILS** On 3-4-16 at approx. 0848 hrs while, making sanitation rounds on Housing Unit 6 Delta pod, I c/o Holder discovered Offender Thomas Hall MDOC# 128236 with a yellow cloth fabric tied around his neck trying to hang himself inside his cell 206 on HU6 Delta pod. EOR

Reporting Employee's Signature _____   Title _C/O_   PIN# _N/A_   Date _3-4-16_ Time _1440_

Evidence _____ Yes _X_ No- Located _N/A_   . Placed in Segregation - PDA _X_ No _____ Yes- Location _____

I request witness(es) _____ Yes _____ No

Witness(es) (1) _____   (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing   Yes _____ No

ACCUSED _Thomas Hall_   DELIVERING EMPLOYEE _C/O Miller_   DATE _3-4-16_   TIME _1507_

1. Investigation began within 24 hrs of violation? _____ Yes _____ No.   2. Date/Time investigation completed _____ / _____ / _____ : _____ AM PM.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator _____
5. Working days between date of violation and hearing _____ .
6. If more than seven (7) working days, explain: _____

RECEIVED

Is accused offender in Trusty Status _✓_ Yes _____ No   Does accused offender receive Earned Time   MAR Yes 2016 No
Name of Persons at Hearing - Accused _Thomas Hall_   Hearing Officer _H. Moore_
Other _3 year 274 days Earned time._ / _150 Trusty TBB_

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny   Accused's Statement

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____

FINDINGS: _____ Guilty _____ Not Guilty   Reason for Findings: _____

PUNISHMENT: _____

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record

Other _____
A total of _7_ Rule Violations in _6 months_ A total of _3_ Rule Violations for Rule # _B9_   1-31-16  2-01-16  2-12-16

Signature: _____   Date: _____
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____   Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____   Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved _____
    Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

MTC-CON-00081472

**PTX-2780**

MDOC: _____

OFFENDERS NAME: _____

DATE: _____

I ACKNOWLEGDE THAT THIS IS MY REQUIRED (24) HOUR
NOTIFICATION OF MY PENDING DISCIPLINARY HEARING THAT WILL
BE HELD ON _____ .

OFFENDERS SIGNATURE Ⓧ Thomas Hall

INVESTIGATORS SIGNATURE: _____

MTC-CON-00081473

**PTX-2780**

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|------|--------|---------------------|------|
| Thomas Hall | 128236 | 6 - D - 206 | 01 700914 |

Witness(es): _____ N/A _____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

( X ) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

(X) Thomas Hall

**Signature of Person Giving Statement**

Investigator Signature: _____     Date: 3/8/16     Time: 08:20
18-01-01-F4
Revised: 02/01/15

MTC-CON-00081474

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

**Frank Shaw, Warden**
**East Mississippi Correctional Facility**

## DISCIPLINARY SUMMARY REPORT

**East Mississippi Correctional Facility**
**DISCIPLINARY DEPARTMENT**

Date: _____                    Hearing Officer: __SGT. L. MOORE__

**Consideration:**

Offender: _Thomas Nall_       MDOC #: _129236_

RVR Log #: _01700914_       Rule #: _B-9_

Entitled: _inflicting injury to self (self-mutilation)_

### HEARING PROCESS RESULTS

Offenders Plea***********Guilty********Guilty with Modification*********Not Guilty

Hearing Officers Decision**************Guilty ***********************Not Guilty

Disposition: _____

_____

_____

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____ Side _____

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39207
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081475

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

Frank Shaw, Warden
East Mississippi Correctional Facility

---

## APPEAL PROCEDURE

RVR #: 01 700914

Offender: Thomas Hall          MDOC: 128236

From: Disciplinary Chairperson, EMCF

Date:

Finding:

Be advised that you were found guilty of violating one or more of the Mississippi Department of Corrections Rules and Regulations. The rule(s) violated by you: 3 - 9 as stated in the Department of Corrections Handbook.

---

### In Accordance With Current Disciplinary Procedures

1. You have (15) days to file an appeal on the findings of the Hearing Officer, or any portion of the punishment imposed by the Hearing Officer.

2. Attach a copy of the RVR given to you by the Hearing Officer at the time of your hearing. *IT MUST BE THE COPY GIVEN TO YOU AT THE TIME OF THE HEARING.*

3. Your appeal must be submitted in writing, stating the reason that you feel the findings or punishment is unjust or inappropriate.

4. SEND ALL PAPERWORK REGARDING YOUR APPEAL TO:

---

**LEGAL CLAIMS ADJUDICATOR**
**ADMINISTRATIVE REMEDY PROGRAM**
**P.O. BOX 609**
**PARCHMAN, MISSISSIPPI  38738**

---

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081476

**PTX-2780**

(MSP) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) **EMCF** _____

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### RULE VIOLATION REPORT

№ 01700969

(Unit Admin. Initial) *IB*    Zone / Tier _____    Medical 541
                                            Unit        Cell / Bed #

Offender **Thomas Lee Hall** _____ MDOC# **128236** Violated Rule # **B9** . Entitled
**Inflicting injury to self (self-mutilation)** Date **Feb. 28, 2016** Approx. Time **1351** Hrs.
By the specific act of **Inflicting injury to self (self-mutilation)**
Weapon involved _____ Yes ✓ No   EXACT location of incident **Medical, room 541**

CIRCUMSTANCES AND DETAILS On Feb 28, 2016 at approx 1351, Nurse T. Jones witness patient Thomas Lee Hall MDOC #128236 standing in medical room 541 inflicting injury to self (self-mutilation) by cutting himself.

Reporting Employee's Signature **T. Jones** _____ Title **LPN** PTN# _____ Date **2-28-16** Time **1402**
Evidence ✓ Yes _____ No Located _____ , Placed in Segregation - PDA _____ No _____ Yes- Location _____

I request witness(es) _____ Yes ✓ No
Witness(es) (1) _____ (2) _____
Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days
                                                    I waive the right to a Hearing _____ Yes ✓ No

ACCUSED **Thomas Hall** _____ DELIVERING EMPLOYEE **C/o Smith** DATE **2/28/16** TIME **1551**

1. Investigation began within 24 hrs of violation? ✓ Yes _____ No.    2. Date/Time investigation completed **3/1/16 9:02 AM/PM.**
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator **C DAVISON** _____ .
5. Working days between date of violation and hearing _____ .
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status ✓ Yes _____ No    Does accused offender receive Earned Time ✓ Yes _____ No
Name of Persons at Hearing – Accused **Thomas Hall** Hearing Officer **Sgt. L. Moore**
Other **3 years 274 days of earned time** **150d Trusty time**    RECEIVED FEB 2016

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement, _____

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____

FINDINGS: _____ Guilty _____ Not Guilty    Reason for Findings: _____
_____
_____

PUNISHMENT: _____
Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record
Other _____
A total of **7** Rule Violations in **6 month**. A total of **3** Rule Violations for Rule # **B9** .   1-31-16  2-25-16  2-01-16  2-12-16 (pending)
Signature: _____
            Hearing Officer                                     Date: _____

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____                                     Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

_____ Commissioner of Corrections or Designee
Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081477

**PTX-2780**

 **East Mississippi Correctional Facility**

## Unusual Occurrence Report

| Staff Involved: Nurse T. Jones, LPN | Inmates Involved: Thomas Lee Hall |
|---|---|
| | MDOC #128236 |

**Brief Description of Unusual Occurrence:** On Feb. 28, 2016 at approx 1351, Nurse T. Jones witness patient Thomas Lee Hall MDOC #128236 standing in medical room 541 inflicting injury to self (self-mutilation) by cutting him-self.

**Immediate action taken:**

_A. Jones, LPN_
Person Completing Report

Feb. 28, 2016
Date

1413
Time

_L.M. Brown_
Shift Supervisor or Department Manager

2-28-16
Date

1416
Time

**Warden's Review:**

Warden's Signature

Date

H:\Forms\Officer Forms\Unusal Occurrence Report Blank.docx

Revision No:  1    Issue Date:  12/10/2003

MTC-CON-00081478

**PTX-2780**

(MSP) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) EMCF _____

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

№ 31700969

Medical _____ 541 _____

(Unit Admin. Initial) /VB    Zone / Tier _____ Unit    Cell / Bed #

Offender Thomas Lee Hall _____ MDOC# 128236 Violated Rule # 39 Entitled

Inflicting injury to self (self-mutilation) _____ Date Feb. 28, 2016 Approx. Time 1351 Hrs.

By the specific act of Inflicting injury to self (self-mutilation) _____

Weapon involved _____ Yes ✓ No    EXACT location of incident Medical, room 541 _____

CIRCUMSTANCES AND DETAILS On Feb. 28, 2016 at approx 1351, Nurse T. Jones witness patient Thomas Lee Hall MDOC #128236 standing in medical room 541 inflicting injury to self (self-mutilation) by cutting him-self.

Reporting Employee's Signature T. Jones _____ Title LPN PIN# _____ Date 2-28-16 Time 1402

Evidence ✓ Yes _____ No- Located _____ Placed in Segregation - PDA _____ No _____ Yes- Location _____

I request witness(es) _____ Yes ✓ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____ Yes ✓ No

ACCUSED Thomas Hall    DELIVERING EMPLOYEE C/o Smith    DATE 2/28/16    TIME 1530

1. Investigation began within 24 hrs of violation?    Yes    No.    2. Date/Time investigation completed _____ / _____ / _____ : _____ AM PM.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator _____
5. Working days between date of violation and hearing _____
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status _____ Yes _____ No    Does accused offender receive Earned Time _____ Yes _____ No

Name of Persons at Hearing - Accused _____    Hearing Officer _____

Other _____

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement _____

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____

FINDINGS: _____ Guilty _____ Not Guilty    Reason for Findings: _____

PUNISHMENT: _____

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record

Other _____

A total of _____ Rule Violations in _____ . A total of _____ Rule Violations for Rule # _____ .

Signature: _____    Date: _____
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____    Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

    Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

MTC-CON-00081479

**PTX-2780**

# East Mississippi Correctional Facility

## 24 HOUR RULE VIOLATION NOTICE

MDOC#_____

OFFENDERS NAME_____

DATE_____

I acknowledge that this is my required (24) hour notification of my pending Disciplinary Hearing
to be held on _____.

Offenders Signature _Thomas Hall_____
Investigators Signature _____

MTC-CON-00081480

**PTX-2780**

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|---|---|---|---|
| Thomas Hall | 128236 | medical - 541 | 01700969 |

**Witness(es):**_____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

(X) I request an appearance before the Disciplinary Hearing as the accused.
(  ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

(  ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
(  ) I request to give a written statement for the accused.
(  ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

(X) Thomas Hall 128236
**Signature of Person Giving Statement**

**Investigator Signature:**_____ **Date:** 3/1/16 **Time:** 09:02

18-01-01-F4
Revised: 02/01/15

MTC-CON-00081481

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

**Frank Shaw, Warden**
**East Mississippi Correctional Facility**

## DISCIPLINARY SUMMARY REPORT

**East Mississippi Correctional Facility**
**DISCIPLINARY DEPARTMENT**

Date: _____                Hearing Officer: __SGT. L. MOORE_____

**Consideration:**

Offender: _Thomas Hall_        MDOC #: _128236_____

RVR Log #: _01700969___        Rule #: _B-9_____

Entitled: _inflicting injury to self (self-mutilation)_

### HEARING PROCESS RESULTS

Offenders Plea**********Guilty*********Guilty with Modification**********Not Guilty

Hearing Officers Decision***************Guilty ***********************Not Guilty

Disposition: _____

_____

_____

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____ Side_____

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081482

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

**Frank Shaw, Warden**
**East Mississippi Correctional Facility**

## APPEAL PROCEDURE

RVR #: *01700969*

Offender: *Thomas Hall*          MDOC: *128236*

From: **Disciplinary Chairperson, EMCF**

Date:

Finding:

Be advised that you were found guilty of violating one or more of the Mississippi Department of Corrections Rules and Regulations. The rule(s) violated by you: *B 9* as stated in the Department of Corrections Handbook.

---

In Accordance With Current Disciplinary Procedures

1.   You have (15) days to file an appeal on the findings of the Hearing Officer, or any portion of the punishment imposed by the Hearing Officer.

2.   Attach a copy of the RVR given to you by the Hearing Officer at the time of your hearing. *IT MUST BE THE COPY GIVEN TO YOU AT THE TIME OF THE HEARING.*

3.   Your appeal must be submitted in writing, stating the reason that you feel the findings or punishment is unjust or inappropriate.

4.   SEND ALL PAPERWORK REGARDING YOUR APPEAL TO:

**LEGAL CLAIMS ADJUDICATOR**
**ADMINISTRATIVE REMEDY PROGRAM**
**P.O. BOX 609**
**PARCHMAN, MISSISSIPPI 38738**

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5000 · FAX: (601)359-5624

MTC-CON-00081483

**PTX-2780**

(MSPI) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) EMCF

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

№ 01702205

(Unit Admin, Initial) AC    Zone / Tier 0    Unit 6    Cell / Bed # 104

Offender Thomas Hall    MDOC# 128236    Violated Rule # B9    , Entitled
Inflicting Injury to self    Date 2-25-16 Approx. Time 0846 Hrs.

By the specific act of wrapping a worp around his neck

Weapon involved ___ Yes X No    EXACT location of incident HU 6-D 104

**CIRCUMSTANCES AND DETAILS** On 2-25-16 at approx 0846 hours offender Thomas Hall MDOC #128036 wrapped a worp around his neck in attempt at hang himself.

Reporting Employee's Signature C/o Clay    Title C/o    PIN# ___ Date 2-25-16 Time 1552

Evidence ✓ Yes ___ No- Located Camera    Placed in Segregation - PDA ___ No ✓ Yes- Location HU 6-D

I request witness(es) ___ Yes ___ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing ___ Yes ___ No

ACCUSED Thomas Hall DELIVERING EMPLOYEE Christopher Spinner DATE 2-26-16 TIME 0115

1. Investigation began within 24 hrs of violation? ✓ Yes ___ No.    2. Date/Time investigation completed 2/26/16 9:40 (A)/P.M.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator G DAVISON
5. Working days between date of violation and hearing _____
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status ✓ Yes ___ No    Does accused offender receive Earned Time ✓ Yes ___ No
Name of Persons at Hearing - Accused Thomas Hall    Hearing Officer Sgt. L Moore
Other 3 years 2740 - Earned Time    150 Trusty Time

Accused's response ___ Admit ___ Admit w/ modifications ___ Deny    RECEIVED

Documents read and discussed ___ RVR ___ Investigation ___ Witness Statements    FEB 26 2016

FINDINGS: ___ Guilty ___ Not Guilty    Reason for Findings: ___    By _____

_____
_____

**PUNISHMENT:** _____

Reason (s) ___ Seriousness of offense ___ The need to protect the institution, employees or others ___ Poor conduct record
Other _____
A total of 7 Rule Violations in 6 months, A total of 3 Rule Violations for Rule # B9    1·31·16
2·1·16
2·12·16

Signature: _____    Date: _____
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____    Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Custody Reduction ___ to ___ Date ___ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective ___ Signature ___

Loss of Earned Time ___ Approved ___ Disapproved

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Commissioner of Corrections or Designee - - - - - - -

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081484

**PTX-2780**

(MSP)_____    (CWC)_____
(CMCF)_____    (SMCI)_____
(OTHER)_____ _5MCF_____

**MISSISSIPPI DEPARTMENT OF CORRECTIONS** *medical*

**RULE VIOLATION REPORT**

N° 01702205

(Unit Admin. Initial) _4C_    Zone / Tier _0_    Unit _6_    Cell / Bed # _104_

Offender _Thomas Hall_    MDOC# _138936_    Violated Rule # _B9_    Entitled
_Inflicting injury to self_    Date _2-25-16_ Approx. Time _0846_ Hrs.

By the specific act of _wrapping a wrap around his neck_

Weapon involved _____ Yes __X__ No    **EXACT** location of incident _HU 6-D    104_

**CIRCUMSTANCES AND DETAILS** On _8-25-16_ at approx _0846_ hours offender
Thomas Hall, MDOC #188936 wrapped a wrap around his neck in attempt
at hang himself.

Reporting Employee's Signature _C/O Clay_    Title _C/O_    PD# __—__    Date _8-25-16_ Time _1552_

Evidence __✓__ Yes _____ No- Located _Camera_    Placed in Segregation - PDA_____ No __✓__ Yes- Location _HU 6-D_

I request witness(es) _____ Yes _____ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _____ Yes _____ No

ACCUSED _Thomas Hall_ DELIVERING EMPLOYEE _Christopher Spiner_ DATE _2-26-16_ TIME _0115_

1. Investigation began within 24 hrs of violation? __✓__ Yes ____ No.    2. Date/Time investigation completed ____ / ____ / ____ : ____ AM PM.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator _G DAVISON_
5. Working days between date of violation and hearing _____
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status _____ Yes _____ No    Does accused offender receive Earned Time _____ Yes _____ No
Name of Persons at Hearing - Accused _____ Hearing Officer _____
Other _____

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____    [stamp: RECEIVED FEB 26 2016 By____]

Accused's Statement

FINDINGS: _____ Guilty _____ Not Guilty    Reason for Findings: _____

**PUNISHMENT:** _____

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record
Other _____
A total of _____ Rule Violations in _____ A total of _____ Rule Violations for Rule # _____

Signature: _____    Date: _____
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____    Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

_____
Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

MTC-CON-00081485

**PTX-2780**

MDOC: _____

OFFENDERS NAME: _____

DATE: _____

I ACKNOWLEGDE THAT THIS IS MY REQUIRED (24) HOUR
NOTIFICATION OF MY PENDING DISCIPLINARY HEARING THAT WILL
BE HELD ON _____    ___    _____.

OFFENDERS SIGNATURE ⊗ *Thomas Hall*
INVESTIGATORS SIGNATURE: _____

MTC-CON-00081486

**PTX-2780**

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|---|---|---|---|
| Thomas Hall | 128236 | 6 - D - 104 | 01702205 |

**Witness(es):** _____ N/A _____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

(X) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

X THOMAS HALL    128236
**Signature of Person Giving Statement**

Statement at hearing

**Investigator Signature:** _____    **Date:** 2-26-16    **Time:** 09:40

16-01-01-F4
Revised: 02/01/15

MTC-CON-00081487

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

**Frank Shaw, Warden**
**East Mississippi Correctional Facility**

## DISCIPLINARY SUMMARY REPORT

**East Mississippi Correctional Facility**
**DISCIPLINARY DEPARTMENT**

Date: _____          Hearing Officer: _SGT. L. MOORE_____

Consideration:

Offender: _Thomas Hall___    MDOC #: _128236_____

RVR Log #: _01702205____     Rule #: _B-9_____

Entitled:
_Inflecting Injory to self_

### HEARING PROCESS RESULTS

Offenders Plea***********Guilty********Guilty with Modification*********Not Guilty

Hearing Officers Decision**************Guilty *********************Not Guilty

Disposition: _____

_____

_____


This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____Side_____

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081488

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

Frank Shaw, Warden
East Mississippi Correctional Facility

## APPEAL PROCEDURE

RVR #: 01702205

Offender: Thomas Hall          MDOC: 128236

From: Disciplinary Chairperson, EMCF

Date:

Finding:

Be advised that you were found guilty of violating one or more of the Mississippi Department of Corrections Rules and Regulations. The rule(s) violated by you: B-9 as stated in the Department of Corrections Handbook.

**In Accordance With Current Disciplinary Procedures**

1. You have (15) days to file an appeal on the findings of the Hearing Officer, or any portion of the punishment imposed by the Hearing Officer.

2. Attach a copy of the RVR given to you by the Hearing Officer at the time of your hearing. *IT MUST BE THE COPY GIVEN TO YOU AT THE TIME OF THE HEARING.*

3. Your appeal must be submitted in writing, stating the reason that you feel the findings or punishment is unjust or inappropriate.

4. SEND ALL PAPERWORK REGARDING YOUR APPEAL TO:

**LEGAL CLAIMS ADJUDICATOR**
**ADMINISTRATIVE REMEDY PROGRAM**
**P.O. BOX 609**
**PARCHMAN, MISSISSIPPI 38738**

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081489

**PTX-2780**

(MSP) ___ (CWC) ___ ___
(CMCP) ___ (SMCI) ___
(OTHER) ___ _Face_ ___

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

N° 01700883

D ___ G ___ 104 ___
(Unit Admin. Initial) CP    Zone / Tier    Unit    Cell / Bed #

Offender _Thomas Hall_    MDOC# _128236_    Violated Rule # _B9_ , Entitled
_Inflicting injury to self_    Date _2-25-16_ Approx. Time _0855_ Hrs.

By the specific act of _Wrapping a corop around his neck_

Weapon involved ___ Yes _X_ No    EXACT location of incident ___

CIRCUMSTANCES AND DETAILS _On 2-25-16 at approx 0855 hour offender Thomas Hall MDOC # 128236 wrapped a string/rope tight around his neck. While removing the string/rope the offender became combative and a spontaneous use of force was occured_

Reporting Employee's Signature _CW Clay_    Title _CCO_    PIN# ___    Date _2-25-16_ Time _1115_

Evidence _✓_ Yes ___ No- Located _Camera_ . Placed in Segregation - PDA _←_ No ___ Yes- Location ___

I request witness(es) ___ Yes _X_ No

Witness(es) (1) ___ (2) ___

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _X_ Yes ___ No

ACCUSED _Refused_    DELIVERING EMPLOYEE _(sig)_    DATE _2.25.16_ TIME _1703_

1. Investigation began within 24 hrs of violation? ___ Yes _✓_ No.    2. Date/Time investigation completed _3/1/16_ _9:00_ AM/PM.
3. If not completed without reasonable delay, explain: _Caseload_
4. Name of Investigator _G Davison_
5. Working days between date of violation and hearing ___
6. If more than seven (7) working days, explain: ___

Is accused offender in Trusty Status ___ Yes ___ No    Does accused offender receive E ___ Yes ___ No
Name of Persons at Hearing - Accused _Thomas Hall_    Hearing Officer _Sgt L. Moore_    [stamp: FEB 29 2016]
Other _3 years 274 days of earned time 1500 days Trusty time_

Accused's response ___ Admit ___ Admit w/ modifications ___ Deny ___ Accused's Statement

Documents read and discussed ___ RVR ___ Investigation ___ Witness Statements ___ Other ___

FINDINGS: ___ Guilty ___ Not Guilty    Reason for Findings: ___

PUNISHMENT: ___
Reason (s) ___ Seriousness of offense ___ The need to protect the institution, employees or others ___ Poor conduct record
Other ___
A total of _7_ Rule Violations in _12 months_ A total of _3_ Rule Violations for Rule # _B9_ _1.31.16_ _2-01-16_ _2.12.16_

Signature: ___    Date: ___
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: ___    Date: ___

Signature of Reviewing Superintendent/Warden/CSD/Designee: ___    Date: ___

Custody Reduction ___ to ___ Date ___ Signature ___
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective ___ Signature ___

Loss of Earned Time ___ Approved ___ Disapproved
    Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

MTC-CON-00081490

**PTX-2780**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: |
|---|---|
| C/O Clay , C/O Hibbler<br>Sgt. Pullum | Thomas Hall |

**Brief Description of Unusual Occurrence:**

On 2-25-16 at approx 0850 hours offender Thomas Hall MDOC #128236 was in his cell on G-Delta with a rope rapped around his neck. His face was turning blue so Sgt. Pullum cuffed him up and we were attempting to cut it off. Then the offender came out the hand cuffs and became combative. We placed him on the floor and put him back in restraints. We finished cutting the rope off his neck and waited for medical. After the offender got some air he started to kick myself

**Immediate Action Taken:** and other staff so we placed him on facedown on the floor. A code black was then called for more assistance. After more officers arrived he was then taken to to medical. EOR

| | | |
|---|---|---|
| _C/O Clay_<br>Person Completing Report | 2-25-16<br>Date | 1306<br>Time |
| _Cyl_<br>Shift Supervisor or Department Manager | 2-25-16<br>Date | 1358<br>Time |

**Warden's Review:**

| Warden's Signature | Date |
|---|---|

CC: MAJOR SMITH – COMPLETED COPY

MTC-CON-00081491

**PTX-2780**

MISSISSIPPI DEPARTMENT OF CORRECTIONS    *medical*

**N⁰ 11700883**

(CWC)
(SMCI)
(UTHC) _Eacf_

## RULE VIOLATION REPORT

D                    C                    104
(Unit Admin. Initial) _CP_    Zone / Tier         Unit              Cell / Bed #

Offender _Thomas Hall_         MDOC# _128236_    Violated Rule # _B9_ . Entitled

_Inflicting injury to self_         Date _2-25-16_    Approx. Time _0855_ Hrs.

By the specific act of _Wrapping a corop around his neck_

Weapon involved ____ Yes __X_ No    EXACT location of incident _____

CIRCUMSTANCES AND DETAILS _On 2-25-16 at approx 0855 hour offender Thomas Hall MDOC # 128236 wrapped a string/rope tight around his neck. While removing the string/rope the offender became combative and a spontaneous use of force was occured_

Reporting Employee's Signature _CLL Craig_    Title _CRO_    PIN# _—_    Date _2-25-16_ Time _1115_

Evidence _✓_ Yes ____ No- Located _Camera_    Placed in Segregation - PDA _—_ No ____ Yes- Location _____

I request witness(es) ____ Yes _X_ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

                                             I waive the right to a Hearing _X_ Yes ____ No

ACCUSED _Refused_    DELIVERING EMPLOYEE _Craig_    DATE _2.25.16_    TIME _1103_

1. Investigation began within 24 hrs of violation? ___Yes __No.    2. Date/Time investigation completed ___/___/___ : ___AM PM.

3. If not completed without reasonable delay, explain: _____

4. Name of Investigator _____

5. Working days between date of violation and hearing _____ .

6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status ____ Yes ____ No    Does accused offender receive E_____ Yes ____ No

Name of Persons at Hearing - Accused _____    Hearing Officer _____

Other ____                                          FEB 29 2016

Accused's response ____ Admit ____ Admit w/ modifications ____ Deny    Accused's Statement

Documents read and discussed ____ RVR ____ Investigation ____ Witness Statements ____ Other _____

FINDINGS: ____ Guilty ____ Not Guilty    Reason for Findings: _____

PUNISHMENT: _____

Reason (s) ____ Seriousness of offense ____ The need to protect the institution, employees or others ____ Poor conduct record

Other _____

A total of ____ Rule Violations in ____ . A total of ____ Rule Violations for Rule # _____ .

Signature: _____    Date: _____
        Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____    Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _____

Custody Reduction ____ to ____ Date ____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective ____ Signature _____

Loss of Earned Time ____ Approved ____ Disapproved    _____
                                                    Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

MTC-CON-00081492

**PTX-2780**

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|---|---|---|---|
| Thomas Hall | 128236 | 6 - D - 104 | 01700883 |

**Witness(es):**_____

### MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

( ) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

(X) Thomas Hall     128236
**Signature of Person Giving Statement**

Statement at hearing

**Investigator Signature:** _____  **Date:** 3-1-16  **Time:** 0900 AM
18-01-01-F4
Revised: 02/01/15

MTC-CON-00081493

**PTX-2780**

# East Mississippi Correctional Facility

## 24 HOUR RULE VIOLATION NOTICE

MDOC#_____

OFFENDERS NAME_____

DATE_____

I acknowledge that this is my required (24) hour notification of my pending Disciplinary Hearing
to be held on _____.

Offenders Signature_____*Thomas Hall*____128236____

Investigators Signature_____

MTC-CON-00081494

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

**Frank Shaw, Warden**
**East Mississippi Correctional Facility**

# DISCIPLINARY SUMMARY REPORT

**East Mississippi Correctional Facility**
**DISCIPLINARY DEPARTMENT**

Date: _____          Hearing Officer: **SGT. L. MOORE** _____

Consideration:

Offender: *Thomas Hall*          MDOC #: *128236* _____

RVR Log #: *01700883*          Rule #: *B-9* _____

Entitled: *inflicting injury to self (self mutilation*

**HEARING PROCESS RESULTS**

Offenders Plea***********Guilty*********Guilty with Modification**********Not Guilty

Hearing Officers Decision***************Guilty ***********************Not Guilty

Disposition: _____

_____

_____

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____ Side _____

MTC-CON-00081495

**PTX-2780**



**STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER**

Frank Shaw, Warden
East Mississippi Correctional Facility

## APPEAL PROCEDURE

RVR #: *0170 0883*

Offender: *Thomas Hall*          MDOC: *123036*

From: **Disciplinary Chairperson, EMCF**

Date:

Finding:

Be advised that you were found guilty of violating one or more of the Mississippi Department of Corrections Rules and Regulations. The rule(s) violated by you: *B- 9* as stated in the Department of Corrections Handbook.

### In Accordance With Current Disciplinary Procedures

1.  You have (15) days to file an appeal on the findings of the Hearing Officer, or any portion of the punishment imposed by the Hearing Officer.

2.  Attach a copy of the RVR given to you by the Hearing Officer at the time of your hearing. *IT MUST BE THE COPY GIVEN TO YOU AT THE TIME OF THE HEARING.*

3.  Your appeal must be submitted in writing, stating the reason that you feel the findings or punishment is unjust or inappropriate.

4.  SEND ALL PAPERWORK REGARDING YOUR APPEAL TO:

**LEGAL CLAIMS ADJUDICATOR
ADMINISTRATIVE REMEDY PROGRAM
P.O. BOX 609
PARCHMAN, MISSISSIPPI 38738**

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081496

**PTX-2780**

(MSP) _____   (CWC) _____
(CMCF) _____  (SMCI) _____
(OTHER) _EMCF_

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

N⁰ 01702187

(Unit Admin. Initial) _AL_   _C_ Zone / Tier   _3_ Unit   _____ Cell / Bed #

Offender _Hall, Thomas_   MDOC# _125236_   Violated Rule # _189_ , Entitled

_Inflicting Injury to self_   Date _2/12/16_ Approx. Time _1300_ Hrs.

By the specific act of _inflicting harm to his arm_

Weapon involved _+_ Yes _____ No   EXACT location of incident _H43_

**CIRCUMSTANCES AND DETAILS** _On the above date & time, offender Hall mdoc#28236 inflicted self harm to his left arm by cutting it with a razor. EoR_

Reporting Employee's Signature _L. Canning_   Title _LT_   PIN# _N/A_   Date _2/12/16_ Time _1329_

Evidence _✓_ Yes _____ No   Located _Statements_ . Placed in Segregation - PDA _____ No _✓_ Yes- Location _____

I request witness(es) _____ Yes _✓_ No _N/A_   (2) _N/A_

Witness(es) (1) _N/A_

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _✓_ Yes _____ No

ACCUSED _Thomas Hall_   DELIVERING EMPLOYEE _Co ____ J. Holland_ DATE _2-12-16_ TIME _1:40_

1. Investigation began within 24 hrs of violation? _____ Yes _✓_ No.   2. Date/Time investigation completed _02/17/16_ _8:52_ AM PM.
3. If not completed without reasonable delay, explain: _Caseload_
4. Name of Investigator _C Davidson_
5. Working days between date of violation and hearing _8_
6. If more than seven (7) working days, explain: _Caseload_

Is accused offender in Trusty Status _✓_ Yes _____ No   Does accused offender receive Earned Time _✓_ Yes _____ No

Name of Persons at Hearing - Accused _Thomas Hall_   Hearing Officer _Sgt. L. Moore_

Other _3 years 274 Days - Earned Time_   / 150 Days Trusty Time   FEB 18 2016

Accused's response _✓_ Admit _____ Admit w/ modifications _____ Deny   Accused's Statement

_Stated he did do it._

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____

FINDINGS: _✓_ Guilty _____ Not Guilty   Reason for Findings: _____

PUNISHMENT: **30 days loss of canteen**

Reason (s) _✓_ Seriousness of offense _N/A_ The need to protect the institution, employees or others _N/A_ Poor conduct record

Other _N/A_

A total of _3_ Rule Violations in _6 months_ ; A total of _2_ Rule Violations for Rule # _B9_ .

Signature: _Sgt L Moore_   Date: _2/24/16_
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _Thomas Hall_   Date: _2/24/16_

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____   Date: _2/26/16_

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

Commissioner of Corrections or Designee

Original with All Attachments - Records   1st Copy - Offender   2nd Copy - Working File   3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081497

**PTX-2780**

MDOC: _____

OFFENDERS NAME: _____

DATE: _____

I ACKNOWLEGDE THAT THIS IS MY REQUIRED (24) HOUR
NOTIFICATION OF MY PENDING DISCIPLINARY HEARING THAT WILL
BE HELD ON _____.

OFFENDERS SIGNATURE: _Refused_

INVESTIGATORS SIGNATURE: _____

MTC-CON-00081498

**PTX-2780**

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|------|--------|---------------------|------|
| Hail Thomas | 128236 | 6 - 3.- | 01702187 |

**Witness(es):** _____ N/A _____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

( ) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

Refused

**Signature of Person Giving Statement**

**Investigator Signature:** _____    **Date:** 2-19-16    **Time:** 8:52
18-01-01-F4
Revised: 02/01/15

MTC-CON-00081499

**PTX-2780**



STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Frank Shaw, Warden
East Mississippi Correctional Facility

# DISCIPLINARY SUMMARY REPORT

East Mississippi Correctional Facility
DISCIPLINARY DEPARTMENT

Date: _____                    Hearing Officer: _SGT. L. MOORE_____

Consideration:

Offender: _Nail, Thomas_          MDOC #: _128236_____

RVR Log #: _01702187____    Rule #: _B - 9_____

Entitled: _iNflicting iNjury To self_

## HEARING PROCESS RESULTS

Offenders Plea**********Guilty********Guilty with Modification*********Not Guilty

Hearing Officers Decision***************Guilty ***********************Not Guilty

Disposition: _____

_____

_____

_____

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____ Side_____

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081500

PTX-2780

(SP) _____ (CWC) _____
(MCP) _____ (SMCI) _____
(OTHER) _____ emcy _____

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

№ 01683344

(Unit Admin. Initial) JL    M    Zone / Tier    M    Unit    517    Cell / Bed #    1

Offender Thomas Hall    MDOC# 178236    Violated Rule # B25    . Entitled

Inappropriate Sexual behavior with another person □ Indecent exposure □ Date 2-7-16 Approx. Time 1708 Hrs.

By the specific act of **Masturbation**

Weapon involved _____ Yes X No    EXACT location of incident Medical Cell 513

**CIRCUMSTANCES AND DETAILS** On 2-7-16 @ Approx. 1708 offender Thomas Hall Mdoc #178236 Was standing in the window in Cell 513 in Medical Masturbating. EOR

Reporting Employee's Signature S Ringo    Title C/O    PIN# N/A    Date 2-7-16 Time 1723

Evidence X Yes _____ No- Located Camera    Placed in Segregation - PDA ✓ No _____ Yes- Location _____

I request witness(es) _____ Yes ✓ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

Delisay A. Kevin Everett    I waive the right to a Hearing _____ Yes ✓ No

**ACCUSED**    DELIVERING EMPLOYEE Everett    DATE 2-7-16    TIME 1733

1. Investigation began within 24 hrs of violation? ✓ Yes _____ No.    2. Date/Time investigation completed 2/9/16 1443 AM/PM

3. If not completed without reasonable delay, explain: _____

4. Name of Investigator C/o Davison _____

5. Working days between date of violation and hearing 13 .

6. If more than seven (7) working days, explain: Caseload _____

Is accused offender in Trusty Status ✓ Yes _____ No    Does accused offender receive Earned Time ✓ Yes _____ No

Name of Persons at Hearing - Accused Thomas Hall    Hearing Officer Sgt. L. Moore

Other 3 yrs 274 Days Earned time, Trusty time Earned 168 Days

Accused's response ✓ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____

FEB 0 2016

FINDINGS: ✓ Guilty _____ Not Guilty    Reason for Findings: _____

PUNISHMENT: **30 days loss of visits**

Reason (s) □/✗ Seriousness of offense □/✗ The need to protect the institution, employees or others ✓ Poor conduct record

Other N/A _____

A total of 3 Rule Violations in 6 . A total of 0 Rule Violations for Rule # B25    10/11 521  11/15 C8
11/09 68

Signature: Sgt. L. Moore    Date: 2/29/16

Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: Thomas Hall    Date: 2/24/16

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: 2/25/2016

Custody Reduction _____ to _____ Date _____ Signature _____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved _____

Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081501

**PTX-2780**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: |
|---|---|
| Co Ringo | Thomas Hall |

**Brief Description of Unusual Occurrence:** On 2-7-16 at Approx. 1108 Offender Thomas Hall MDOC #129236 was standing in the window in cell 513 in Medical Masturbating EOR

**Immediate Action Taken:** RVR, UOR

| S Ringo | 2-7-16 | 1711 |
|---|---|---|
| Person Completing Report | Date | Time |

| | 2-7-16 | 1720 |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**

| Warden's Signature | Date |
|---|---|

CC. MAJOR SMITH – COMPLETED COPY

C:\Users\markeshia.wells\Desktop\UOR.doc

Revision No: 2    Issue Date: 8/2012

MTC-CON-00081502

**PTX-2780**

(CMSP) _____ (CWC) _____
(CMCF) _____ (RMCF) _____
(OTHER) _emcf_ _____

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### RULE VIOLATION REPORT

Nº 01683344

(Unit Admin. Initial) DT    M    Zone / Tier    M    Unit    717 1    Cell / Bed #

Offender **Thomas Hall** _____ MDOC# 178236 Violated Rule # B25 . Entitled
inappropriate sexual behavior with another person Date 7-7-16 Approx. Time 1708 Hrs.

By the specific act of **Masturbation**

Weapon involved _____ Yes X No    EXACT location of incident **Medical Cell 513**

CIRCUMSTANCES AND DETAILS On 2-7-16 @ Approx. 1708 offender
Thomas Hall mdoc#178236 was standing in the window
in cell 513 in medical Masturbating. EOR

Reporting Employee's Signature S. Kinjo Title C/O PIN# N/A Date 2-7-16 Time 1723

Evidence X Yes _____ No - Located Camera . Placed in Segregation - PDA ✓ No _____ Yes - Location _____

I request witness(es) _____ Yes ✓ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

Ramsey A Kevin Everett    I waive the right to a Hearing _____ Yes ✓ No

ACCUSED _____ DELIVERING EMPLOYEE Everett DATE 2-7-16 TIME 1733

1. Investigation began within 24 hrs of violation? _____ Yes _____ No.    2. Date/Time investigation completed __/__/__ . A.M. P.M.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator _____
5. Working days between date of violation and hearing _____ .
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status ✓ Yes _____ No    Does accused offender receive Earned Time ✓ Yes _____ No

Name of Persons at Hearing - Accused _____ Hearing Officer _____

Other _____

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other _____

FEB 3 2016

FINDINGS: _____ Guilty _____ Not Guilty    Reason for Findings: _____

PUNISHMENT: _____

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record

Other _____
A total of 3 Rule Violations in 6 , A total of 8 Rule Violations for Rule # B25 .

Signature: _____ Date: _____
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____ Date: _____

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____ Date: _____

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

Commissioner of Corrections or Designee _____

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081503

**PTX-2780**

MDOC: __128236_____  _____

OFFENDERS NAME: __THOMAS HALL_____

DATE: _____

I ACKNOWLEGDE THAT THIS IS MY REQUIRED (24) HOUR
NOTIFICATION OF MY PENDING DISCIPLINARY HEARING THAT WILL
BE HELD ON _____  _____.

OFFENDERS SIGNATURE: _Thomas Hall  128236_
INVESTIGATORS SIGNATURE: R. Cotton_____

MTC-CON-00081504

**PTX-2780**



STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Frank Shaw, Warden
East Mississippi Correctional Facility

# DISCIPLINARY SUMMARY REPORT

East Mississippi Correctional Facility
DISCIPLINARY DEPARTMENT

Date: _____                    Hearing Officer: __SGT. L. MOORE__

Consideration:

Offender:  THOMAS HALL          MDOC #: 128236_____

RVR Log #: 01683344_____       Rule #: _____B25_____

Entitled:  **INAPPROPRIATE SEXUAL BEHAVIOR WITH ANOTHER PERSON OR INDECENT EXPOSURE (MASTURBATION)**

HEARING PROCESS RESULTS

Offenders Plea***********Guilty*********Guilty with Modification**********Not Guilty

Hearing Officers Decision***************Guilty *********************Not Guilty

Disposition: _____

_____

_____

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _Sgt. L. Moore_

Tape **8/8**_____ Side_____

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081505

**PTX-2780**

## EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|---|---|---|---|
| THOMAS HALL | 128236 | MEDICAL 513 | 01683344 |

Witness(es): _____ N/A _____

### MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

( X ) I request an appearance before the Disciplinary Hearing as the accused.
(   ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

(   ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
(   ) I request to give a written statement for the accused.
(   ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

x Thomas Hall

### Signature of Person Giving Statement

X make a statement at the hearing

Investigator Signature: R. Cotten          Date: 2/9/16    Time: 1443

18-01-01-F
Revised: 02/01/15

MTC-CON-00081506

**PTX-2780**

# East Mississippi Correctional Facility

## Rule Violation Hearing Deference Sheet

NAME: Thomas Hall          MDOC # 128236

RVR#: 01654887          DATE RVR WRITTEN 2/01/10

Date of Seventh (7th) working day after RVR was written: 2/09/10

Reason for hearing deferral:

due to case load

\* 01682127\* - written on 01/31/10   7th day 2/09/10

When will the Rule Violation Report be heard? 2/24/10

Inmate signature (If present): Thomas Hall          Date: 2/24/10

Chairperson/Hearing Officer: Sgt. R Y Moore          Date: 2/24/10

G:\Forms\Security\Deference Sheet1.doc          Revision No: 2    Issue Date: 8/2012

MTC-CON-00081507

**PTX-2780**

MISSISSIPPI DEPARTMENT OF CORRECTIONS

(MSP) ___ (CWC) ___
(CMCF) ___ (SMCI) ___
(OTHER) Encl

**RULE VIOLATION REPORT**      № 01654887

(Unit Admin. Initial) LD    Zone / Tier A - 2    Unit 5    Cell / Bed # 209-1

Offender Thomas Hall    MDOC# 128236    Violated Rule # B-9    Entitled

Inflicting injury To oneself    Date 2-1-16    Approx. Time 1440 Hrs.

By the specific act of Sticking Glass in his Arm

Weapon involved X Yes ___ No.    EXACT location of incident HUSA 209

CIRCUMSTANCES AND DETAILS On 2-1-16 @ approximately 1440 Hours Offender Thomas Hall #128236 committed self Harm by sticking Glass in his Arm.

Reporting Employee's Signature ___    Title Capt    PTN# ___    Date 2-1-16 Time 1127

Evidence ✓ Yes ___ No- located ___    Placed in Segregation - PDA ✓ No ___ Yes- Location ___

I request witness(es) ___ Yes X No

Witness(es) (1) ___                                         (2) ___

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing ✓ Yes ___ No

ACCUSED Thomas Hall    DELIVERING EMPLOYEE L Carney, Lt    DATE 2-2-16    TIME 8751

1. Investigation began within 24 hrs of violation? Yes ✓ No.    2. Date/Time investigation completed 2/9/16 14:30 AM/PM.
3. If not completed without reasonable delay, explain: Case load
4. Name of Investigator Sgt. Cotton
5. Working days between date of violation and hearing 17
6. If more than seven (7) working days, explain: Caseload

Is accused offender in Trusty Status ✓ Yes ___ No    Does accused offender receive Earned Time ✓ Yes ___ No
Name of Persons at Hearing - Accused Thomas Hall    Hearing Officer ___
Other Earned Time - 1Y 146D    Earned Lost 360D    Total MET: 0D    Total Trusty Tim 1200
FEB 4 2016

Accused's response ✓ Admit ___ Admit w/ modifications ___ Deny    Accused's Statement

Stated he did it

Documents read and discussed ✓ RVR ✓ Investigation ✓ Witness Statements ___ Other ___

FINDINGS: ✓ Guilty ___ Not Guilty    Reason for Findings: ___
admit

PUNISHMENT: Custody review

Reason (s) ✓ Seriousness of offense N/A The need to protect the institution, employees or others ✓ Poor conduct record

Other N/A

A total of 3 N/A Rule Violations in Conformity. A total of 0 Rule Violations for Rule # B9.

Date: 2-24-16

Signature: Sgt. R. Moore
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: Thomas Hall    Date: 2/24/16

Signature of Reviewing Superintendent/Warden/CSD/Designee: ___    Date: 2/25/16

Custody Reduction ___ to ___ Date ___ Signature ___
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective ___ Signature ___

Loss of Earned Time ___ Approved ___ Disapproved

Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

Revised FEB 2014

MTC-CON-00081508

**PTX-2780**

 **Management & Training Corporation**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: Captain Dykes Officer Adams | Inmates Involved: Thomas Hall#128236 |
|---|---|
| Officer Jackson Officer Brown | |

**Brief Description of Unusual Occurrence:** On 2-1-16 at approximately 1440 hours offender Thomas Hall#128236 was transported to the Jeff Anderson regional medical center for further treatment. Offender Hall, who is housed in cell 5A-209, was taken to the EMCF medical department for self- harm after the offender put a piece of glass in his arm. EMCF medical staff examined the offender and it was determined the offender would need to be transported to the Jeff Anderson regional medical center for further treatment.

**Immediate action taken:** Captain Dykes put together a transport team consisting of officers Adams, Jackson, and W. Brown. The offender was placed in a yellow transport outfit, placed in full restraints, and transported via facility van. The transport exited the facility at 1440 hours. All appropriate chain of command were notified and all appropriate documentation was completed. The offender was issued an RVR for self- harm

_(signature)_ _____  2·1·16 ____  1130 ____
Person Completing Report                Date            Time

_(signature)_ _____  2.1.16 ____  1630 ____
Shift Supervisor or Department Manager     Date          Time

**Warden's Review:**

_____        _____
Warden's Signature                    Date

H:\Forms\Unusal Occurrence Report Blank-2012.docx      Revision No:  1    Issue Date:  12/10/2003

MTC-CON-00081509

**PTX-2780**

PTX-2780

MDOC: ____128236_____

OFFENDERS NAME: ___THOMAS HALL_____

DATE: _____


I ACKNOWLEGDE THAT THIS IS MY REQUIRED (24) HOUR
NOTIFICATION OF MY PENDING DISCIPLINARY HEARING THAT WILL
BE HELD ON _____.


OFFENDERS SIGNATURE: _Thomas Hall_ _128236_

INVESTIGATORS SIGNATURE: _R. Cotton_ _____

MTC-CON-00081510

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

B9- CUT HIS LEFT WRIST 1/31/16 2000 HOURS

| Name | MDOC # | Unit/Job Assignment | RVR# |
|---|---|---|---|
| THOMAS HALL | 128236 | 5 ALPHA 209 | 01682127 |

Witness(es):_____N/A_____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

(X) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

X _Thomas Hall_        _128236_
**Signature of Person Giving Statement**

X make the statement at the hearing

Investigator Signature: R. Cotton        Date: 2/9/16    Time: 1430
18-01-01-F4
Revised: 02/01/15

MTC-CON-00081511

PTX-2780



STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Frank Shaw, Warden
East Mississippi Correctional Facility

# DISCIPLINARY SUMMARY REPORT

East Mississippi Correctional Facility
DISCIPLINARY DEPARTMENT

Date: _____                              Hearing Officer: __SGT. L. MOORE___

Consideration:

Offender: THOMAS HALL___        MDOC #: ___128236_____

RVR Log #: 01654887_____        Rule #: _____B9_____

Entitled: __INFLICTING INJURY TO SELF (SELF-MUTILATION)__
                          HEARING PROCESS RESULTS

Offenders Plea***********Guilty********Guilty with Modification**********Not Guilty

Hearing Officers Decision***************Guilty ********************Not Guilty

Disposition: _____

_____

_____

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____ Side_____

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081512

**PTX-2780**

(MSF) _____  (CWC) _____
(CMCF) _____  (SMCI) _____
(OTHER) _____ EMCF

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### RULE VIOLATION REPORT

№ 01682127

(Unit Admin. Initial) J R      Alpha/Top      5      209/Top
                    Zone / Tier    Unit    Cell / Bed #

Offender __Thomas Hall__      MDOC# 128236 Violated Rule # B9 _____ . Entitled

Inflicting injury to self (self-mutilation)   Date 01/31/16  Approx. Time 2000 Hrs.

By the specific act of __Cutting left wrist__

Weapon involved _____ Yes _X_ No   EXACT location of incident __HU 5 Alpha inside cell 209__

CIRCUMSTANCES AND DETAILS On 01/31/2016 @ approx. 2000 hrs. Offender Thomas
Hall MDOC#128236 cut his left wrist. Offender Thomas Hall MDOC#128236
Violated Rule B9 entitled Inflicting injury to self (self-mutilation) and is recieving
this RVR. ~EOR~

Reporting Employee's Signature __J. Maurer__     Title C/O     PIN# N/A   Date 01-31  Time 2015

Evidence _____ Yes _X_ No- Located     Placed in Segregation - PDA _X_ No _____ Yes- Location _____

I request witness(es) _____ Yes _X_ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

                                              I waive the right to a Hearing _____ Yes _X_ No

ACCUSED __Thomas Hall__    DELIVERING EMPLOYEE __C/O Baum__   DATE 1-31-16   TIME 20:30

1. Investigation began within 24 hrs of violation?  Yes _✓_ No.     2. Date/Time investigation completed 2/9/16  4:31 AM/PM
3. If not completed without reasonable delay, explain: Caseload
4. Name of Investigator Sgt. Cotton
5. Working days between date of violation and hearing 18
6. If more than seven (7) working days, explain: caseload

Is accused offender in Trusty Status _✓_ Yes _____ No    Does accused offender receive Earned Time _✓_ Yes _____ No
Name of Persons at Hearing - Accused __Thomas Hall__  Hearing Officer __Sgt. L. Moore__
Other __Total Earned Time 3Y 2940, Lost Earned Time 2Y 80D, Trusty Time Earned 1500__

Accused's response _✓_ Admit _____ Admit w/ modifications _____ Deny     Accused's Statement
Stated he did it

Documents read and discussed _✓_ RVR _✓_ Investigation _✓_ Witness Statements _____ Other FEB 1 2016

FINDINGS: _✓_ Guilty _____ Not Guilty   Reason for Findings: _____

Staff Statement, admit

PUNISHMENT: 30 days loss of earned time

Reason (s) _✓_ Seriousness of offense _✓_ The need to protect the institution, employees or others _____ Poor conduct record

Other __N/A__

A total of __3__ Rule Violations in __6 months__. A total of __0__ Rule Violations for Rule # __B9__.

Signature: __Sgt. L. Moore__ _____ Date: 2-24-16
    Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: __Thomas Hall__ _____ Date: 2/24/16

Signature of Reviewing Superintendent/Warden/CSD/Designee _____ Date _____

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

                                              Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081513

**PTX-2780**

MDOC: ____128236_____ _____

OFFENDERS NAME: _THOMAS HALL_____ _____

DATE: _____ _____

I ACKNOWLEGDE THAT THIS IS MY REQUIRED (24) HOUR
NOTIFICATION OF MY PENDING DISCIPLINARY HEARING THAT WILL
BE HELD ON _____ _____.

OFFENDERS SIGNATURE:X _Thomas Hall 128236_

INVESTIGATORS SIGNATURE: B. Catton _____

MTC-CON-00081514

**PTX-2780**

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|------|--------|---------------------|------|
| Thomas Hall | 128236 | | |

Witness(es): _____ N/A _____

### MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

(√) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

X Thomas Hall
_____
### Signature of Person Giving Statement

X make statement It the hearing

Investigator Signature: R. Cotton    Date: 2/9/16    Time: 1431

18-01-01-F4
Revised: 02/01/15

MTC-CON-00081515

**PTX-2780**



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**MARSHALL FISHER**
**COMMISSIONER**

**Frank Shaw, Warden**
**East Mississippi Correctional Facility**

# DISCIPLINARY SUMMARY REPORT

East Mississippi Correctional Facility
DISCIPLINARY DEPARTMENT

Date: _____          Hearing Officer: SGT. L. MOORE _____

Consideration:

Offender: ___THOMAS HALL___          MDOC #: ___128236___

RVR Log #: __01682127__          Rule #: _____B9_____

Entitled: INFLICTING INJURY TO SELF (SELF- MUTILATION)

HEARING PROCESS RESULTS

Offenders Plea**********Guilty********Guilty with Modification**********Not Guilty

Hearing Officers Decision***************Guilty *************************Not Guilty

Disposition: _____

_____

_____

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____ Side _____

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081516

**PTX-2780**

(MSP)____ (CWC)____
(CMCF)____ (SMCf)____
(OTHER) EMCF

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**    Nº 01654190

204-1

(Unit Admin. Initial) CD    Zone / Tier    Unit    Cell / Bed #

Offender Thomas Hall    MDOC# 1282356 Violated Rule # C8    . Entitled

Assault of action result in person being injured Date 11-15-15 Approx. Time 12:15 Hrs.

By the specific act of Assault on officer sherrod by an offender

Weapon involved ____ Yes _X_ No    EXACT location of incident Medical

**CIRCUMSTANCES AND DETAILS**

Offender Thomas Hall raised his hand up at me & attempted to spit on me and also attempted to choke me I c/o Sherrod then called code black

Reporting Employee's Signature L. Sherrod    Title C/O    PIN#____    Date 11-15-15 Time 14:36
camera

Evidence _X_ Yes ____ No- Located ____ . Placed in Segregation - PDA____ No____ Yes- Location____

I request witness(es) ____ Yes ✓ No

Witness(es) (1) ____    (2) ____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing ✓ Yes ____ No

ACCUSED Thomas Hall DELIVERING EMPLOYEE Sgt. Mobley    DATE 11/15/15    TIME 2:40

1. Investigation began within 24 hrs of violation? ✓ Yes __ No.    2. Date/Time investigation completed 11/16/15 : __ AM PM.
3. If not completed without reasonable delay, explain: ____
4. Name of Investigator C/o Rodriguez
5. Working days between date of violation and hearing 5 .
6. If more than seven (7) working days, explain: ____

Is accused offender in Trusty Status ____ Yes ____ No    Does accused offender receive Earned Time____ Yes ____ No
Name of Persons at Hearing - Accused Thomas Hall Hearing Officer AWkn
Other ____

Accused's response ____ Admit ____ Admit w/ modifications ____ Deny    Accused's Statement

Documents read and discussed ____ RVR ____ Investigation ____ Witness Statements ____ Other ____

FINDINGS: _X_ Guilty ____ Not Guilty    Reason for Findings: NO
____ to support violation per manager Rice
Offender Admits on investigation    2015

PUNISHMENT: One 18 months loss of all privileges

Reason (s) ____ Seriousness of offense ____ The need to protect the institution, employees or others ____ Poor conduct record
Other ____

A total of ____ Rule Violations in ____ . A total of ____ Rule Violations for Rule #____ .

Signature: ____    Date: 11/23/15
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: Thomas Hall    125256    Date: 11/23/15

Signature of Reviewing Superintendent/Warden/CSD/Designee: ____    Date: 11-24-15

Custody Reduction ____ to ____ Date ____ Signature ____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective ____ Signature ____

Loss of Earned Time ____ Approved ____ Disapproved

Commissioner of Corrections or Designee ____

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081517

**PTX-2780**

 **East Mississippi Correctional Facility**

## Unusual Occurrence Report

Staff Involved: C/o Sherrod C/o Boyd | Inmates Involved: Thomas Hall
mdoc #128236

Brief Description of Unusual Occurrence: On 11-15-15 at approximately 12:15 p.m. offender Thomas Hall exit his holding cell in medical to use the bathroom when he come out he refused to go back in the holding tank he then became combative and raised his hand up & attempted to spit on me I c/o Sherrod then had used open hand use of force by placing him on the floor then he attempted to choke me while he was on the floor.

Immediate Action Taken: UOR WRITTEN

C/o Sherrod _____ 11-15-15 _____ 14:24
Person Completing Report       Date            Time

_____
Shift Supervisor or Department Manager       Date       Time

Warden's Review:

_____
Warden's Signature       Date

MTC-CON-00081518

**PTX-2780**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: C/o Boyd   C/o Sherrod | Inmates Involved: Thomas Hall |
|---|---|
| | MDOC # 128236 |

Brief Description of Unusual Occurrence: On 11-15-15 at approximately at 12:15 pm Offender Thomas Hall exit his holding cell to go use the bathroom when he was done. C/o Sherrod asked him to return back to his cell, he then refused and became combative by raising his hand up at her and attempted to spit, C/o Boyd and C/o Sherrod then both used open hands forced and placed him on the floor. And then offender Thomas Hall begin to choke C/o Sherrod while we were on the floor.

Immediate Action Taken: UOR Written

| C/o Boyd | 11/15/15 | 14:25 |
|---|---|---|
| Person Completing Report | Date | Time |

| Shift Supervisor or Department Manager | Date | Time |
|---|---|---|

Warden's Review:

| Warden's Signature | Date |
|---|---|

MTC-CON-00081519

**PTX-2780**

6D

# East Mississippi Correctional Facility

## 24 HOUR RULE VIOLATION NOTICE

MDOC #: 128236

OFFENDERS NAME: Thomas Hall

DATE:

I acknowledge that this is my required (24) hour notification of my pending Disciplinary Hearing to be held on
11.23.15 .

Offenders Signature: Thomas Hall      #128236

Investigators Signature:

E.04 HOUR NOTICE.doc                    Revision No.  2    Issue Date.  8/2012

MTC-CON-00081520

**PTX-2780**

PTX-2780

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

C8·assault C/o Sherrod

| Name | MDOC # | Unit/Job Assignment | RVR# |
|------|--------|---------------------|------|
| Thomas Hall | 128236 | UD204 | 01654190 |

Witness(es): C/A

### MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

( ) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

Thomas Hall #128236
### Signature of Person Giving Statement

The officer refused to send me Back to 6-0 And She tore me And I send her and they took me down.

Investigator Signature: C/o Rodriguez          Date: 11-16-15  Time: _____

MTC-CON-00081521



STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Norris Hogan, Warden
East Mississippi Correctional Facility

## DISCIPLINARY SUMMARY REPORT

EAST MISSISSIPPI CORRECTIONAL FACILITY
DISCIPLINARY DEPARTMENT

Date: 11 23 15                     Hearing Officer: _A. J. Winn_

Consideration:

Offender: Thomas Hall             MDOC #: 128 236

RVR Log #: 01654190               Rule #: C8

Entitled: assaultive action against another person or staff resulting in serious injury

HEARING PROCESS RESULTS

Offenders Plea ~~Guilty~~ ~~Guilty with Modification~~ (Not Guilty)

Hearing Officers Decision ~~Guilty~~ (Not Guilty)

Disposition: Pendence

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _AWCn_

Tape _____ Side _____

MTC-CON-00081522

**PTX-2780**

(MSP) ____ (CWC) ____
(CMCF) ____ (SMCI) ____
(OTHER) __CMCF__

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### RULE VIOLATION REPORT

Nᴏ 01682751

(Unit Admin. Initial) _MB_  Zone / Tier _D_  Unit _6_  Cell / Bed # _204_

Offender _Thomas Hall_  MDOC# _128236_  Violated Rule # _B-8_  . Entitled

_Physical action against another person where no physical injury_  Date _11/09/15_  Approx. Time _8.54pm_ Hrs.

By the specific act of _Throwing an unknown liquid substance on a staff member_

Weapon involved ____ Yes __X__ No    EXACT location of incident _NU 6D top tier_

**CIRCUMSTANCES AND DETAILS** _While making Rounds on housing unit 6D, offender_
_Thomas Hall mdoc 128236, who is housed in cell 204, threw an unknown_
_liquid substance on Unit Mgr Jones striking her in the face and on her front_
_torso area._

Reporting Employee's Signature _M. Jones_  Title _Unit Manager_ PIN# ____  Date _11/9/15_ Time _9:05am_

Evidence __✓__ Yes ____ No- Located _HU 6D Camera_ -Placed in Segregation - PDA ____ No ____ Yes- Location ____

I request witness(es) ____ Yes ____ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

ACCUSED _Refused_  DELIVERING EMPLOYEE _Stephens_  I waive the right to a Hearing ____ Yes ____ No  DATE _11-9-15_  TIME _1200_

1. Investigation began within 24 hrs of violation? __X__ Yes ____ No.    2. Date/Time investigation completed _11/10/15_ : ____ AM PM.

3. If not completed without reasonable delay, explain: ____

4. Name of Investigator _4c Rodriguez_

5. Working days between date of violation and hearing _2_

6. If more than seven (7) working days, explain: ____

Is accused offender in Trusty Status ____ Yes ____ No    Does accused offender receive Earned Time ____ Yes ____ No

Name of Persons at Hearing - Accused _Thomas Hall_  Hearing Officer _Allen_

Other ____

Accused's response __✓__ Admit ____ Admit w/ modifications ____ Deny

Documents read and discussed __✓__ RVR __✓__ Investigation __✓__ Witness Statements ____ Other ____

FINDINGS: __✓__ Guilty ____ Not Guilty    Reason for Findings: _admit_

RECEIVED NOV 16 2015

PUNISHMENT: _refer to DA._

Reason (s) ____ Seriousness of offense ____ The need to protect the institution, employees or others ____ Poor conduct record

Other ____

A total of ____ Rule Violations in ____ . A total of ____ Rule Violations for Rule # ____ .

Signature: _Allen_  Date: _11/13/15_
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: X _Thomas Hall_  Date: _11/13/15_

Signature of Reviewing Superintendent/Warden/CSD/Designee: ____  Date: _11/16/10_

Custody Reduction ____ to ____ Date ____ Signature ____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective ____ Signature ____

Loss of Earned Time ____ Approved ____ Disapproved

Commissioner of Corrections or Designee

MTC-CON-00081523

**PTX-2780**

# East Mississippi Correctional Facility

### Unusual Occurrence Report

| Staff Involved: M. Jones | Inmates Involved: Thomas Hall |
|---|---|
| | MDOC 1288236 |

**Brief Description of Unusual Occurrence:**

While making rounds on housing unit 6D, offender Thomas Hall, MDOC 1288236 who is housed in cell 204 was upset over state issue clothing threw an unknown liquid substance onto Unit Mgr Jones striking her in the face and on her front person area.

**Immediate Action Taken:**




M. Jones
Person Completing Report:  Date: 11/09/15  Time: 9:05 am

A. Gray
Shift Supervisor or Department Manager  Date: 11-9-13  Time: 0908

**Warden's Review:**




Warden's Signature  Date

G:\Forms\Security\UOR-2013-TD.doc    Revision No: 2    Issue Date: 8/2012

MTC-CON-00081524

**PTX-2780**

GD|204

# East Mississippi Correctional Facility

## 24 HOUR RULE VIOLATION NOTICE

MDOC #: __128236__

OFFENDERS NAME: __Thomas Hall__

DATE: __11/10/15__

I acknowledge that this is my required (24) hour notification of my pending Disciplinary Hearing to be held on __11/11/15__

Offenders Signature: __Thomas Lee Hall    128-236__

Investigators Signature: __CO Rodriguez__

E-24 HOUR NOTICE.dox

Revision No   2    Issue Date:   8/2012

MTC-CON-00081525

**PTX-2780**



Throwing unknown Substance

## EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|---|---|---|---|
| Thomas Hall | 128 236 | 6D/ 204 | 0108 2751 |

WITNESS(es): _____

### MIRANDA RIGHTS

You have the right to remain silent, anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

( ) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused
( ) I request to give a written statement for the accused
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promise.

_Thomas Lee Hall_                    _128236_
Signature of Person Giving Statement

I asked M. Jones to give me some stark Issue And she Refused To give me some I Been Asking for 2 months

Investigator Signature _GoRodriguez_          Date _11-10-15_  Time _____

MTC-CON-00081526

**PTX-2780**



STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Norris Hogan, Warden
East Mississippi Correctional Facility

## DISCIPLINARY SUMMARY REPORT

EAST MISSISSIPPI CORRECTIONAL FACILITY
DISCIPLINARY DEPARTMENT

Date: 11/13/15                Hearing Officer: Aldren

Consideration:

Offender: Thomas Hall          MDOC #: 158236

RVR Log #: 01692751            Rule #: B8

Entitled: Physical action against another person

### HEARING PROCESS RESULTS

Offenders Plea: (Guilty)         Guilty with Modification        Not Guilty

Hearing Officers Decision: (Guilty)                             Not Guilty

Disposition: admit

This Action was Approved _X_    Disapproved _____

Disciplinary Hearing Officer: JWDen

Tape: 153/153    Side _____

MTC-CON-00081527

**PTX-2780**

(MSP) ____   (CWC) ____
(CMCF) ____   (SMCI) ____
(OTHER) ____

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**                    N° 01596982

(Unit Admin. Initial) CO      C / top      3      210
                    Zone / Tier      Unit      Cell / Bed #

Offender Thomas Lee Hall      MDOC# 128236      Violated Rule # B25      Entitled
inappropriate sexual behavior with another person   Date 4-8-15   Approx. Time 2413 Hrs.
indecent explosive masturbation

By the specific act of masturbation

Weapon involved ____ Yes  ✓ No      EXACT location of incident HU3-C 216 cell door

**CIRCUMSTANCES AND DETAILS**

On 4/8/15 at approx. 2413 hrs. offender Thomas Lee Hall (MDOC# 12823
was standing at his cell door 3-C 216 masturbating as I was conduct
2400 hr. count.

Reporting Employee's Signature _____  Title C/O  PIN# N/A  Date 3-8-15  Time 2442

Evidence ✓ Yes ____ No- Located Attached . Placed in Segregation - PDA ✓ No ____ Yes- Location

I request witness(es) ____ Yes  ✓ No

Witness(es) (1) _____ N/A _____ (2) N/A

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days
Myers Brown                                    I waive the right to a Hearing    Yes ✓ No
ACCUSED Hixed      DELIVERING EMPLOYEE Sgt. Mays  DATE 4-8-15  TIME 0000

1. Investigation began within 24 hrs of violation? ✓ Yes ____ No.      2. Date/Time investigation completed 4/8/15 ____ AM/PM.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator Ac Rodriquez _____
5. Working days between date of violation and hearing 0 ____ .
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status ____ Yes ____ No      Does accused offender receive Earned Time ____ Yes ____ No
Name of Persons at Hearing - Accused _____      Hearing Officer A.Wren
Other _____

Accused's response ____ Admit ____ Admit w/ modifications ____ Deny      Accused's Statement

Documents read and discussed ✓ RVR ✓ Investigation ✓ Witness Statements ____ Other _____

FINDINGS: ✓ Guilty ____ Not Guilty      Reason for Findings: Witness Statements

PUNISHMENT: 90 days loss of earned time
Reason (s) ____ Seriousness of offense ____ The need to protect the institution, employees or others ✓ Poor conduct record
Other _____

A total of ____ Rule Violations in _____      A total of ____ Rule Violations for Rule # _____

Signature: A.Wren                                    Date: 4.9.15
          Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738 after receipt of the Disciplinary
decision.

Offender Signature: Offender Waived his rights                    Date: 4.9.15

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    APR 8 2015

Custody Reduction ____ to ____ Date ____      Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time ____ Approved ____ Disapproved

                                    Commissioner of Corrections or Designee

Original with All Attachments - Records      1st Copy - Offender      2nd Copy - Working File      3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081528

**PTX-2780**



STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Norris Hogan, Warden
East Mississippi Correctional Facility

## DISCIPLINARY SUMMARY REPORT

EAST MISSISSIPPI CORRECTIONAL FACILITY
DISCIPLINARY DEPARTMENT

Date: 4.9.15                          Hearing Officer: AWren

Consideration:

Offender: Thomas Hall          MDOC #: 128236

RVR Log #: 01596982          Rule #: B25

Entitled: inappropate sexual behavior w/another person / indecent exposure

### HEARING PROCESS RESULTS

Offenders Plea***********Guilty*********Guilty with Modification***********Not Guilty

Hearing Officers Decision***************Guilty *********************Not Guilty

Disposition: _____

_____

_____

This Action was Approved _X__ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____ Side _____

MTC-CON-00081529

**PTX-2780**



MTC-CON-00081530

PTX-2780

PTX-2780

MTC-CON-00081531

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Report

### April 8, 2015

| | |
|---|---|
| Facility: | EAST MISS. CCF |
| Begin Date: | 10/08/2014 |
| End Date: | 04/08/2015 |

| | | |
|---|---|---|
| Inmate: | HALL, THOMAS LEE | |
| ID: | 128236 | FBI ID: |
| SID: | | SSN: 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 |

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2014/10/28 | 17:51 | B3 - Refusing or failing to obey an order of staff | East Miss. CCF / East Miss. CCF | RVR# 01579  B3   B3   Refusing or failing to obey an order of staff.<br><br>ON 10-28-14 @ 1751, OFFENDER THOMAS LEE HALL #128236, RAN OFF CHARLIE POD INTO HU HALLWAY, REFUSING TO TO GO BACK INTO CHARLIE. |
| 2014/10/28 | 17:51 | C6 - Escape | East Miss. CCF / East Miss. CCF | RVR 01579687  C6  Escape<br>Offender ran off Charlie pod into hallway trying to exit the unit. |
| 2014/10/28 | 18:25 | Incident Report | East Miss. CCF / East Miss. CCF | On the date of 10/28/2014 at approximately 1825 hours a Spontaneous Use Of Force Occurred at the location of Housing Unit Three Hallway involving Offender Thomas Hall # 129236. Housing Unit three officer J. House sent radio traffic to Lieutenant Hodge for assistance at the location stating a combative offender refused to go back into the assigned pod. Upon responding to the location of housing unit three Offender Thomas Hall was visually observed standing at the exit doors of Housing Unit Three displaying combative behavior verbally using profanity and threatening statements and demanding a dinner tray. |

MTC-CON-00081532

**PTX-2780**

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| | | | | Officer J. House explained to Lieutenant Hodges that the offender dropped a previous tray and did received another tray and continued to be oppositional by refusing to return to his assigned pod. Lieutenant Hodges gave the offender Thomas Hall # 128236 verbal orders to return to his assigned pod of Housing Unit Three Charlie Pod. The Offender Thomas Hall # 128236 proceeded to walk to the location and stopped and became combative and made verbal threats to assault Lieutenant Hodges and was given several verbal orders to proceed to the assigned unit of housing unit three Charlie pod. The Offender Thomas Hall refused to comply with verbal orders and a burst of chemical agent was administered into the direction of the offender to gain compliance. The Offender Thomas Hall # 128236 was placed in mechanical restraints and escorted to EMCF Medical by Lieutenant Wren. The Offender Thomas Hall # 12823 was examined by EMCF Nurse Townsend and a body sheet was processed. The offender Thomas Hall was decontaminated and escorted to the location of Housing Unit Three Charlie Pod and placed in cell 20 with no further incident. |
| 2014/12/03 | 00:00 | B13 - Abusive, disrespectful, vulgar, obscene or threatening language, gestures or actions directed toward or about any person | East Miss. CCF / East Miss. CCF | RVR# 01580712   B13   B13 - Abusive, disrespectful, vulgar, obscene or threatening language, gestures or actions directed toward or about any person

ON 12/3/14 @ APPROX 2445 HRS, OFFENDER, THOMAS HALL, #128236, CURSED AT C/O SHERROD, CALLING HER A BITCH AND STATED WHEN HE COMES OUT THE CELL IN THE MORNING HE WAS GOING TO BEAT HER ASS AND DUSK HER |

MTC-CON-00081533

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2014/12/03 | 00:00 | B8 - Physical action against another person where no physical injury has occurred , including horseplay | East Miss. CCF / East Miss. CCF | RVR# 01580713   B8    B8 - Physical action against another person where no physical injury has occurred , including horseplay.<br><br>ON 12/3/14 @ APPROX 2445 HRS, OFFENDER, THOMAS HALL, MDOC# 128236, DASHED C/O SHERROD WITH AN UNKNOWN LIQUID SUBSTANCE TWICE. |
| 2015/02/09 | 00:00 | B8   Physical action against another person where no physical injury has occurred , including horseplay | East Miss. CCF / East Miss. CCF | RVR# 01596880    B8    B8 - Physical action against another person where no physical injury has occurred , including horseplay<br><br>ON 2/9/15 @ APPROX 2447 HRS, OFFENDER, THOMAS HALL #128236, DASHED C/O SHERROD FROM UNDER THE DOOR OF CELL WITH A CLEA LIQUID SUBSTANCE DURING COUNT AND SECURITY CHECK. |
| 2015/02/09 | 00:00 | B8 - Physical action against another person where no physical injury has occurred , including horseplay | East Miss. CCF / East Miss. CCF | RVR# 01596880    B8    B8 - Physical action against another person where no physical injury has occurred , including horseplay<br><br>ON 2/9/15 @ APPROX 2444 HRS, OFFENDER, THOMAS HALL #128236, DASHED C/O SHERROID FROM UNDER THE DOOR OF CELL WITH A CLEA LIQUID SUBSTANCE DURING COUNT AND SECURITY CHECK. |

PTX-2780

MTC-CON-00081534

# Mississippi Department of Corrections
## Inmate Time Sheet

Offender: HALL, THOMAS LEE 128236

Housing: EAST MISS. CCF, EMCF UNIT 3, POD C, BED 210L

Computation Date: 04/07/2014 11:49

Date Printed: 04/08/2016 09:37

## Sentences:

| DATE | CAUSE/COUNT | OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION | HAB | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|------|-------------|---------|-----------|--------|-------|-------|-----------|-----|----------|----------|------------|-------------|
| 06/23/09 | CR06 259/1 | 2256:BURGLARY LARCENY-UNOCCUPIED DWELLING | 08/10/06 | Pontotoc | 5Y | | 5Y | N | | | | |
| 11/30/09 | CR09 221/2 | 2399:GRAND LARCENY | 06/07/09 | Pontotoc | 1Y | | 5Y | N | | | | CR06 259/1 |
| 03/25/14 | 57612/1 | 0910:MANSLAUGHTER | 02/20/12 | Lauderdale | 20Y | | | N | | | CR06 259/1 | |

☐ First Time Offender    ☑ Court Ordered to attend School, Court Ordered A & D Therapeutic - Ordered to Complete

## Pre Trial/Pre Sentence Jail Time:

| FROM | TO | DAYS |
|------|-----|------|
| | | |

Total Jail Time  0    Override

## Computation Details:

| DATE | DESCRIPTION |
|------|-------------|
| 06/23/09 | CR06 259/1 2256:BURGLARY LARCENY UNOCCUPIED DWELLING 5Y |
| 10/29/09 | Into Trusty Status 07/14/09 IN T/S YOUTHFUL OFFENDER |
| 10/30/09 | Trusty Earned Time 07/14/09 to 08/13/09 : 30D |
| 10/30/09 | Trusty Earned Time 08/13/09 to 09/12/09 : 30D |
| 10/30/09 | Trusty Earned Time 09/12/09 to 10/12/09 : 30D |
| 11/11/09 | Trusty Earned Time 10/12/09 to 11/11/09 : 30D |
| 11/30/09 | CR09 221/2 2399:GRAND LARCENY 1Y CS to CR06 259/1 |
| 12/11/09 | Trusty Earned Time 11/11/09 to 12/11/09 : 30D |
| 01/10/10 | Trusty Earned Time 12/11/09 to 01/10/10 : 30D |
| 02/09/10 | Trusty Earned Time 01/10/10 to 02/09/10 : 30D |
| 03/11/10 | Trusty Earned Time 02/09/10 to 03/11/10 : 30D |
| 04/10/10 | Trusty Earned Time 03/11/10 to 04/10/10 : 30D |
| 05/10/10 | Trusty Earned Time 04/10/10 to 05/10/10 : 30D |
| 06/09/10 | Trusty Earned Time 05/10/10 to 06/09/10 : 30D |
| 07/09/10 | Trusty Earned Time 06/09/10 to 07/09/10 : 30D |
| 07/12/10 | Loss Of Earned Time 06/16/10 : 30D RVR# 1059094 |
| 07/12/10 | Loss Of Earned Time 06/16/10 : 30D RVR# 1059085 |
| 07/23/10 | Loss Of Earned Time 06/26/10 : 30D RVR# 1059131 |
| 08/08/10 | Trusty Earned Time 07/09/10 to 08/08/10 : 30D |
| 09/07/10 | Trusty Earned Time 08/08/10 to 09/07/10 : 30D |
| 10/07/10 | Trusty Earned Time 09/07/10 to 10/07/10 : 30D |
| 11/06/10 | Trusty Earned Time 10/07/10 to 11/06/10 : 30D |
| 12/06/10 | Trusty Earned Time 11/06/10 to 12/06/10 : 30D |
| 12/20/10 | Me-Abe/GED 09/15/10 to 10/15/10 : 10D |
| 12/20/10 | Me-Abe/GED 10/16/10 to 11/15/10 : 10D |
| 01/05/11 | Trusty Earned Time 12/06/10 to 01/05/11 : 30D |
| 02/04/11 | Trusty Earned Time 01/05/11 to 02/04/11 : 30D |
| 03/06/11 | Trusty Earned Time 02/04/11 to 03/06/11 : 30D |

MTC-CON-00081535

PTX-2780

| DATE | DESCRIPTION |
|---|---|
| 04/05/11 | Trusty Earned Time 03/06/11 to 04/05/11 : 20D |
| 05/05/11 | Trusty Earned Time 04/06/11 to 05/05/11 : 30D |
| 06/04/11 | Trusty Earned Time 05/05/11 to 06/04/11 : 30D |
| 07/04/11 | Trusty Earned Time 06/04/11 to 07/04/11 : 30D |
| 08/03/11 | Trusty Earned Time 07/04/11 to 08/03/11 : 30D |
| 09/02/11 | Trusty Earned Time 08/03/11 to 09/02/11 : 30D |
| 10/02/11 | Trusty Earned Time 09/02/11 to 10/02/11 : 30D |
| 11/01/11 | Trusty Earned Time 10/02/11 to 11/01/11 : 30D |
| 12/01/11 | Trusty Earned Time 11/01/11 to 12/01/11 : 30D |
| 12/31/11 | Trusty Earned Time 12/01/11 to 12/31/11 : 30D |
| 01/24/12 | Loss Of Earned Time ... per RVR# 10... |
| 01/30/12 | Trusty Earned Time 12/31/11 to 01/30/12 : 30D |
| 02/15/12 | Loss Of Earned Time 01/22/12 : 10D RVR#. 10105 |
| 02/29/12 | Trusty Earned Time 01/30/12 to 02/29/12 : 30D |
| 04/24/12 | Loss Of Earned Time 03/08/12 : 20D RVR#. 12490 |
| 05/16/12 | Out Of Trusty Status 03/29/12 RVR# 10472 |
| 05/16/12 | Loss Of Earned Time 03/22/12 : 30D RVR# 11653 |
| 05/15/12 | Loss Of Earned Time 03/22/12 : 60D RVR# 11578 |
| 07/17/12 | Loss Of Earned Time 05/29/12 : 60D per RVR# 14660 |
| 07/17/12 | Loss Of Earned Time 05/29/12 : 15D RVR# 15555 |
| 07/17/12 | Loss Of Earned Time 05/29/12 : 60D RVR# 15565 |
| 07/17/12 | Loss Of Earned Time 05/29/12 : 45D RVR# 15566 |
| 07/17/12 | Loss Of Earned Time 06/15/12 : 90D RVR# 14139 |
| 09/26/12 | Loss Of Earned Time 08/28/12 : 90D RVR#. 18331 |
| 10/17/12 | Loss Of Earned Time 09/18/12 : 90D RVR#. 18166 |
| 03/25/14 | 57812/1 0910 MANSLAUGHTER 20Y CC with CR06 259/1 |

## Summary:

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 06/23/2009 | | | 07/30/2030 | 07/29/2033 | 02/15/2032 | |

Total Term To Serve: 20Y      Total Earned Time: 3Y      Earned Time Lost: 1Y 365D      Total MET Earned: 20D      Total Trusty Time Earned: 30D

## Comments:

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: | Inmates Involved: |
|---|---|
| C/O Sudberry | Thomas Lee Hall |

**Brief Description of Unusual Occurrence:**

On 4-8-15 at approx. 2413 hrs. Offender Thomas Lee Hall MDOC # 128236 was standing at his cell door 3-C 216 masturbating as I was Conducting 2400 hrs. Count.

**Immediate Action Taken:**

RVR & UOR written

| _(signature)_ | 4-8-15 | 2450 |
|---|---|---|
| Person Completing Report | | Time |

| _(signature)_ | 4-9-15 | 0241 |
|---|---|---|
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**

| | | |
|---|---|---|
| Warden's Signature | | Date |

CC: MAJOR SMITH – COMPLETED COPY

C:\Users\markesnia.walls\Desktop\UOR.doc

Revision No:  2    Issue Date:  8/2012

MTC-CON-00081536

**PTX-2780**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: TFord   JScorem | Inmates Involved: |
| --- | --- |
| | Thomas Lee Hall # 12823 |

Brief Description of Unusual Occurrence: On April 4, 2015 @ 0pprx 2413 offender Thomas Lee Hall was engaging in cell door masturbation. White Tiqo Ford was serving Judbury Conduct Cunt.

Immediate Action Taken:

Person Completing Report _____   Date 4·8·15   Time 0113

Shift Supervisor or Department Manager _____   Date 4·7·15   Time 0245

Warden's Review:

Warden's Signature _____   Date _____

CC: MAJOR SMITH - COMPLETED COPY

C:\Users\markeshia.wells\Desktop\LOR.doc

Revision No: 2    Issue Date: 3/2012

MTC-CON-00081537

**PTX-2780**

# East Mississippi Correctional Facility

## 24 HOUR RULE VIOLATION NOTICE

MDOC = 128236

OFFENDERS NAME: Thomas Lee Hall

DATE: 4·8·15

I acknowledge that this is my required (24) hour notification of my pending Disciplinary Hearing to be held on 4·9·15

refused c/o O.Rodriguez
c/c BROWN

Offenders Signature: _____

Investigators Signature: c/o Rodriguez

E:24 HOUR NOTICE.doc                    Revision No:  2    Issue Date:  8/2012

MTC-CON-00081538

**PTX-2780**

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|------|--------|---------------------|------|
| Thomas Lee Hall | 128236 | HU3/ Pod C/ 210 | 01596982 |

Witness(es): _____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

( ) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

Refused   c/o Rodriguez
_____ **Signature of Person Giving Statement**
          C/O BROWN

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Investigator Signature:** C/o Rodriguez          **Date:** 4·8·15  **Time:** 1408

18-01-01-F4
Revised: 02/01/15

MTC-CON-00081539

**PTX-2780**

(MSP) _____    (CWC) _____
(CMCF) _____    (SMCI) _____
(OTHER) _EMCF_

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

N⁰ 01596880

(Unit Admin. Initial) _CD_    _C Top_    _1103_    _210 Lower_
                          Zone / Tier    Unit    Cell / Bed #

Offender _Thomas Hall_    MDOC# _128236_    Violated Rule # _88_ . Entitled
_Physical action against another person where no physical_
_injury has occurred, including horseplay_    Date _2-9-15_    Approx. Time _2447_ Hrs.

By the specific act of _Dashed on officer with clear liquid Subtance_

Weapon involved _____ Yes _✓_ No    EXACT location of incident _H03 Cpod cell 210_

**CIRCUMSTANCES AND DETAILS** _on 2-9-15 at approx 2447 hrs offender Thomas_
_Hall mpdc# 128036 dashed clo sherrod from under the door of cell_
_210 on C zone with a clear liquid subtance during Count and Securily_
_check_

Reporting Employee's Signature _C.O. Sherrod_    Title _clo_    PIN# _n/a_    Date _2-9-15_ Time _0218_

Evidence _✓ Yes_    No- Located _Cpod Camera_ . Placed in Segregation - PDA _✓ No_    Yes- Location _____

I request witness(es) _____ Yes _✓_ No

Witness(es) (1) _____    (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

                                                                I waive the right to a Hearing _____ Yes _____ No

ACCUSED _Thomas Hall_ DELIVERING EMPLOYEE _____    DATE _2-10-15_ TIME _2453_

1. Investigation began within 24 hrs of violation? _X_ Yes _____ No.    2. Date/Time investigation completed _2/10/15_ _15:01_ AM PM.
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator _AC Hillard_ .
5. Working days between date of violation and hearing _1_ .
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status _X_ Yes _____ No    Does accused offender receive Earned Time _X_ Yes _____ No
Name of Persons at Hearing - Accused _Thomas Hall_ Hearing Officer _Allen_
Other _Trusty 30 days_    _MET 30days_

Accused's response _✓_ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement _____

Documents read and discussed _✓_ RVR _✓_ Investigation _____ Witness Statements _____ Other _____

FINDINGS: _✓_ Guilty _____ Not Guilty    Reason for Findings: _Gclm/t_

FEB 10 2015

PUNISHMENT: _30 days lon all privleges_

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record
Other _____

A total of _____ Rule Violations in _____ . A total of _____ Rule Violations for Rule # _____ .

Signature: _____    Date: _2/11/15_
        Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP/P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _Thomas Hall_    Date: _2-11-15_

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _3/4/15_

Custody Reduction _____ to _____ Date _____ Signature _____
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved

Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee
Revised FEB 2014

MTC-CON-00081540

**PTX-2780**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

| Staff Involved: Clo Sherod | Inmates Involved: Thomas Hall mdoc# 128236 |
|---|---|

**Brief Description of Unusual Occurrence:** on 2-9-15 at approx 2441 hrs offender Thomas Hall mdoc# 128236 dashed Clo Sherod from under the door of cell 210 on czone with a clear liquid substance turning paint and serenity clear

**Immediate Action Taken:** wrote RVR + IIOR

Clo Sherod
Person Completing Report          2-9-15 Date          0225 Time

LTP Ball
Shift Supervisor or Department Manager          2-9-15 Date          0625 Time

**Warden's Review:**

Warden's Signature          Date

CC: MAJOR Smith– COMPLETED COPY
C:\Users\Carolzenia.Wells\Desktop\New folder\Unusual Occurrence Report New.docx          Revision No: 2    Issue Date: 8/2012

MTC-CON-00081541

**PTX-2780**

# East Mississippi Correctional Facility


Location: Bldg 3    Zone C    Bed 310/c

## DISCIPLINARY HEARING NOTIFICATION/WAIVER

| MDOC: | INMATE NAME: | DATE: |
|---|---|---|
| 128236 | Thomas Hall | 2 10 15 |

Ø I acknowledge that I am being notified that within twenty-four (24) hours I will meet with a Disciplinary Hearing Officer for a hearing on my Rule Violation Report. This is in accordance with MDOC Policy and Procedure.

o I acknowledge that by signing this form, I agree to waive my twenty-four (24)hour notification of my pending Disciplinary Hearing Officer.

o I do not wish to appear before the Disciplinary Hearing Officer.

Reason (s), if any:

| Offender Signature: | Signature of HEARING OFFICER: |
|---|---|
| Thomas Hall | |

G:\Forms\Security\Disciplinary Hearing Waiver.doc          Revision No:  2    Issue Date:  8/2012

MTC-CON-00081542

**PTX-2780**

(MSP) _____    (CWC) _____
(CMCF) _____   (SMCI) _____
(OTHER) EMCF

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

### RULE VIOLATION REPORT

Nº 01473897

(Unit Admin. Initial) _Ltaya Crowd T_    Zone / Tier __3__    Unit __210__    Cell / Bed # _____

Offender _Thomas Hall_    MDOC# _128236_    Violated Rule # _60_ . Entitled

_assault on staff_    Date _4/20/15_    Approx. Time _3:29 pm_ Hrs.

By the specific act of _assaultive action against any person resulting in serious physical injures_

Weapon involved _____ Yes _✓_ No    EXACT location of incident _HU3 hallway_

CIRCUMSTANCES AND DETAILS _Upon completion of investigation at 3:29pm monda_
_4/20/15, offender thomas Hall MDOC# 128236 was ask to go into c-pod and he_
_refused. He then exited the housing unit. when he return to pearson called sgt._
_to make him go in. As Thomas Hall and sgt. Felton was walking down the_
_hallway Thomas tried to come at me (40 sims) sgt. Felton wouldn't let him so he assault sgt._

Reporting Employee's Signature _S Sims_    Title _C/O_    PIN# _N/A_    Date _4-23-15_ Time _10:43 am_ sgt Felt

Evidence _✓_ Yes _____ No- Located _HU3_    Placed in Segregation - PDA _____ No    Yes- Location _N/A_

I request witness(es) _____ Yes _✗_ No

Witness(es) (1) _N/A_    (2) _N/A_

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing _✗_ Yes _____ No

ACCUSED _Thomas Hall_    DELIVERING EMPLOYEE _C. Vest, Sgt_    DATE _4-23-15_    TIME _2300 hrs_

1. Investigation began within 24 hrs of violation? _✓_ Yes _____ No.    2. Date/Time investigation completed _4/21/15_ : _____ AM PM.

3. If not completed without reasonable delay, explain: _____

4. Name of Investigator _AC Rodriguez_

5. Working days between date of violation and hearing _7_

6. If more than seven (7) working days, explain: _facility lockdown_

Is accused offender in Trusty Status _____ Yes _____ No    Does accused offender receive Earned Time _____ Yes _____ No

Name of Persons at Hearing - Accused _Thomas Hall_    Hearing Officer _AWlen_

Other _____

Accused's response _____ Admit _____ Admit w/ modifications _____ Deny    Accused's Statement

Documents read and discussed _____ RVR _____ Investigation _____ Witness Statements _____ Other

FINDINGS: _____ Guilty _✓_ Not Guilty    Reason for Findings: _admin error_

PUNISHMENT: _NN_

Reason (s) _____ Seriousness of offense _____ The need to protect the institution, employees or others _____ Poor conduct record

Other _____

A total of _____ Rule Violations in _____ . A total of _____ Rule Violations for Rule # _____ .

Signature: _AWlen_    Date: _4.30.15_
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _Thomas Hall_    Date: _4-30-15_

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: _5/4/15_

Custody Reduction _____ to _____ Date _____ Signature _____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective _____ Signature _____

Loss of Earned Time _____ Approved _____ Disapproved _____

Commissioner of Corrections or Designee _____

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

RECEIVED APR 24 2015

MTC-CON-00081543

**PTX-2780**

# East Mississippi Correctional Facility

## Unusual Occurrence Report

Staff Involved: C/O Sims
Sgt. Felton

Inmates Involved: Thomas Hall
MDOC# 120236

Brief Description of Unusual Occurrence:
Offender Thomas Hall mdoc# 120236 was ask
to return to his pod and he refused. He then exited
the unit and yo Pearson called Sgt. Felton as Hall and
Felton was walking down the hallway Hall tried to
come at me and Sgt Felton stopped him and he
started to assult Sgt Felton.

Immediate Action Taken:

S. Sims
Person Completing Report

4-20-15
Date

5:00pm
Time

Lt ____
Shift Supervisor or Department Manager

4-20-15
Date

18:20
Time

Warden's Review:

Warden's Signature

Date

CC: MAJOR SMITH – COMPLETED COPY
C:\Users\markeshia.wells\Desktop\UOR.doc

Revision No:   2    Issue Date:   8/2012

**PTX-2780**



MTC-CON-00081545

**PTX-2780**

ODCCRINCDCEPI696

MTC-CON-00081546

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## Incident Report

### April 24, 2015

**Facility:** EAST MISS. CCF

**Begin Date:** 10/24/2014

**End Date:** 04/24/2015

**Inmate:** HALL, THOMAS LEE
**ID:** 128236
**SID:**

**FBI ID:**
**SSN:** 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

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2014/10/28 | 17:51 | B3 - Refusing or failing to obey an order of staff | East Miss. CCF / East Miss. CCF | RVR# 01579 B3    B3 - Refusing or failing to obey an order of staff.<br><br>ON 10-28-14 @ 1751, OFFENDER THOMAS LEE HALL #128236, RAN OFF CHARLIE POD INTO HU: HALLWAY, REFUSING TO TO GO BACK INTO CHARLIE. |
| 2014/10/28 | 17:51 | C6 - Escape | East Miss. CCF / East Miss. CCF | RVR 01579687 C6 Escape<br>Offender ran off Charlie pod into hallway trying to exit the unit. |
| 2014/10/28 | 18:25 | Incident Report | East Miss. CCF / East Miss. CCF | On the date of 10/28/2014 at approximately 1825 hours a Spontaneous Use Of Force Occurred at the location of Housing Unit Three Hallway Involving Offender Thomas Hall # 129236. Housing Unit three officer J. House sent radio traffic to Lieutenant Hodge for assistance at the location stating a combative offender refused to go back into the assigned pod. Upon responding to the location of housing unit three Offender Thomas Hall was visually observed standing at the exit doors of Housing Unit Three displaying combative behavior verbally using profanity and threatening statements and demanding a dinner tray. |

Case 3:13-cv-00326-CWR-RHWR    Document 842-1    Filed 05/01/19    Page 88 of 101

PTX-2780

MTC-CON-00081547

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|-------|-------|-----------|-----------------------------------|-------------|
| | | | | Officer J. House explained to Lieutenant Hodges that the offender dropped a previous tray and did receive another tray and continued to be oppositional by refusing to return to his assigned pod. Lieutenant Hodges gave the offender Thomas Hall # 128236 verbal orders to return to his assigned pod of Housing Unit Three Charlie Pod. The Offender Thomas Hall # 128236 proceeded to walk to the location and stopped and became combative and made verbal threats to assault Lieutenant Hodges and was given several verbal orders to proceed to the assigned unit of housing unit three Charlie pod. The Offender Thomas Hall refused to comply with verbal orders and a burst of chemical agent was administered into the direction of the offender to gain compliance. The Offender Thomas Hall # 128236 was placed in mechanical restraints and escorted to EMCF Medical by Lieutenant Wren. The Offender Thomas Hall # 12823 was examined by EMCF Nurse Townsend and a body sheet was processed. The offender Thomas Hall was decontaminated and escorted to the location of Housing Unit Three Charlie Pod and placed in cell 20 with no further incident. |
| 2014/12/03 | 00:00 | B13 - Abusive, disrespectful, vulgar, obscene or threatening language, gestures or actions directed toward or about any person | East Miss. CCF / East Miss. CCF | RVR# 01580712    B13    B13 - Abusive, disrespectful, vulgar, obscene or threatening language, gestures or actions directed toward or about any person<br><br>ON 12/3/14 @ APPROX 2445 HRS, OFFENDER, THOMAS HALL, #128236, CURSED AT C/O SHERROD, CALLING HER A BITCH AND STATED WHEN HE COMES OUT THE CELL IN THE MORNING HE WAS GOING TO BEAT HER ASS AND DUSK HER |

PTX-2780

MTC-CON-00081548

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| 2014/12/03 | 00:00 | B8 - Physical action against another person where no physical injury has occurred , including horseplay | East Miss. CCF / East Miss. CCF | RVR# 01560713   B8   B8 - Physical action against another person where no physical injury has occurred , including horseplay.  ON 12/3/14 @ APPROX 2445 HRS, OFFENDER, THOMAS HALL, MDOC# 128236, DASHED C/O SHERROD WITH AN UNKNOWN LIQUID SUBSTANCE TWICE. |
| 2015/02/09 | 00:00 | B8 - Physical action against another person where no physical injury has occurred , including horseplay | East Miss. CCF / East Miss. CCF | RVR# 01596880   B8   B8 - Physical action against another person where no physical injury has occurred , including horseplay  ON 2/9/15 @ APPROX 2447 HRS, OFFENDER, THOMAS HALL #128236, DASHED C/O SHERROD FROM UNDER THE DOOR OF CELL WITH A CLEA LIQUID SOBSTANCE DURING COUNT AND SECURITY CHECK. |
| 2015/02/09 | 00:00 | B8 - Physical action against another person where no physical injury has occurred , including horseplay | East Miss. CCF / East Miss. CCF | RVR# 01596880   B8   B8 - Physical action against another person where no physical injury has occurred , including horseplay  ON 2/9/15 @ APPROX 2444 HRS, OFFENDER, THOMAS HALL #128236, DASHED C/O SHERROID FROM UNDER THE DOOR OF CELL WITH A CLEA LIQUID SUBSTANCE DURING COUNT AND SECURITY CHECK. |
| 2015/04/08 | 00:00 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR# 01596982   B25   B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation)  ON 4/8/15 @ APPROX 2413 HRS, OFFENDER, THOMAS HALL # 128236, WAS STANDING AT HIS CELL DOOR MASTURBATING DURING 2400 HR |

MTC-CON-00081549

PTX-2780

| Date: | Time: | Incident: | Facility and Location of Incident | Description: |
|---|---|---|---|---|
| | | | | COUNT. |
| 2015/04/11 | 03:00 | B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation) | East Miss. CCF / East Miss. CCF | RVR# 01596994   B25     B25 - Inappropriate sexual behavior with another person or indecent exposure (masturbation)<br><br>ON 4/11/15 @ APPROX 0300 HRS, OFFENDER THOMAS HALL # 128236 WAS STANDING IN HIS CELL DOOR MASTURBATING DURING COUNT |
| 2015/04/20 | 15:30 | Extraordinary Occurrence | East Miss. CCF / East Miss. CCF | On April 20, 2015 at a approximately 1530 a code black was called Housing Unit 3 hallway involving Offender Thomas Hall MDOC #12823 Cell 210 Charli pod and Officer Simms. Offender Thomas Hall attempted to assault Officer Simms when she refused to give him a extra trays that was left over from day shift and Sargent Felton Intervene and break up the attempted assault. When EMCF Security staff arrived the Offender was handcuffed and escorted t medical and examined Nurse P. Brookshire where a body sheet was done. The Offender received two PRN shots and was placed in holding cell #539 for observation and then returned back to Housing Unit Charlie pod and locked down in his cell until further notice . |

PTX-2780

MTC-CON-00081550

# Mississippi Department of Corrections
## Inmate Time Sheet

Offender:  HALL, THOMAS LEE 128236

Housing:  EAST MISS. CCF, EMCF UNIT 3, POD C, BED 210L

Computation Date:  04/07/2014 11:49

Date Printed:  04/24/2015 09:46

**Sentences:**

[ ] First Time Offender   [✓] Court Ordered to attend School, Court Ordered A & D Therapeutic - Ordered to Complete

**Pre Trial/Pre Sentence Jail Time:**

FROM    TO      DAYS

Total Jail Time: 0         Override:

**Computation Details:**

**Summary:**

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 05/23/2009 | | | 07/30/2030 | 07/29/2033 | 02/15/2032 | |

| Total Term To Serve: 20Y | Total Earned Time: 3Y | Earned Time Lost: 1Y 366D | Total MET Earned: 20D | Total Trusty Time Earned: 30D |
|---|---|---|---|---|

**Comments:**

# East Mississippi Correctional Facility

## 24 HOUR RULE VIOLATION NOTICE

MDOC #: 128236

OFFENDERS NAME: Thomas Hall

DATE: 4-27-15

I acknowledge that this is my required (24) hour notification of my pending Disciplinary Hearing to be held on

4·30·15

Offenders Signature: Thomas Hall

Investigators Signature: O.Rodriguez

E-24 HOUR NOTICE.doc                                     Revision No: 2     Issue Date: 8/2012

MTC-CON-00081551

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|------|--------|---------------------|------|
| Thomas Hall | 128236 | Hu 3/ 210 C | 01473897 |

Witness(es): _____N/A_____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

( ) I request an appearance before the Disciplinary Hearing as the accused.
( ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

( ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
( ) I request to give a written statement for the accused.
( ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

_____Thomas Hall_____
Signature of Person Giving Statement

Investigator Signature: C. Rodriguez    Date: 4·27·15  Time: 11 20

18-01-01-F4
Revised: 02/01/15

MTC-CON-00081552

**PTX-2780**

(MSP) ___ ___   (CWC) ___   **MISSISSIPPI DEPARTMENT OF CORRECTIONS**
(CMCF) ___ (SMCI) ___
(OTHER) ___ ENV __

**RULE VIOLATION REPORT**    N⁰ 01597108

(Unit Admin. Initial) **JA** ___ **0** Zone / Tier ___ **3** Unit ___ **210** Cell / Bed #

Offender **Thomas Hall** ___ MDOC# **128236** Violated Rule # **B8** ___ . Entitled
**Physical action against another person** ___ Date **4/30/15** Approx. Time **1530** Hrs.

By the specific act of **assaulting staff** ___

Weapon involved ___ Yes ___ ✓ No   **EXACT** location of incident **Unit 3 hallway** ___

**CIRCUMSTANCES AND DETAILS** On the above date and time, offender
Thomas Hall assaulted I, Sgt. Felton, when I blocked him
from trying to assault Officer Sims.
End of report

Reporting Employee's Signature **Sgt Felton** ___ Title **Sgt** ___ PIN# **9468** Date **4/2/15** Time **1630**

Evidence ___ Yes ___ ✓ No- Located ___ Placed in Segregation - PDA ✓ No ___ Yes- Location **Un** ___

I request witness(es) ___ Yes ✓ No

Witness(es) (1) ___ (2) ___

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

ACCUSED **Thomas Hall** DELIVERING EMPLOYEE **S/o Hopkins** DATE **4-30-15** I waive the right to a Hearing Yes ✓ No **1718** TIME

1. Investigation began within 24 hrs of violation? ✓ Yes ___ No.    2. Date/Time investigation completed **5/21/15** ___ : ___ AM PM.
3. If not completed without reasonable delay, explain: ___
4. Name of Investigator **LtC Rodriguez** ___
5. Working days between date of violation and hearing **23** ___
6. If more than seven (7) working days, explain: ___

Is accused offender in Trusty Status ___ Yes ___ No   Does accused offender receive Earned Time ___ Yes ___ No
Name of Persons at Hearing - Accused ___ Hearing Officer **AWren** ___
Other ___

Accused's response ___ Admit ___ Admit w/ modifications ___ Deny   **Accused's Statement**

Documents read and discussed ✓ RVR ___ Investigation ✓ Witness Statements ___ Other **MAY 21 2015**

FINDINGS: ___ Guilty ✓ Not Guilty   Reason for Findings: ___

**Overtime limit**

PUNISHMENT: ___
Reason (s) ___ Seriousness of offense ___ The need to protect the institution, employees or others ___ Poor conduct record
Other ___
A total of ___ Rule Violations in ___ . A total of ___ Rule Violations for Rule # ___ .

Signature: **AWren** ___ Date: **5/21/15**
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: **Offender Refused hearing** ___ Date: **5/21/15**

Signature of Reviewing Superintendent/Warden/CSD/Designee ___ Date: **5/26/15**

Custody Reduction ___ to ___ Date ___ Signature ___
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned
Time effective ___ Signature ___

Loss of Earned Time ___ Approved ___ Disapproved ___

___ Commissioner of Corrections or Designee

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting E
Revised FEB 2014

MTC-CON-00081553

**PTX-2780**

SC 210

# East Mississippi Correctional Facility

## 24 HOUR RULE VIOLATION NOTICE

MDOC #: _128.336_

OFFENDERS NAME: _Thomas Hull_

DATE: _____

I acknowledge that this is my required (24) hour notification of my pending Disciplinary Hearing to be held on _2-21-15_.

Offenders Signature: _refused c/o Rodriguez c/o Chapman_

Investigators Signature: _C Rodriguez_

H:\24 HOUR NOTICE.doc

Revision No: 2    Issue Date: 8/2012

MTC-CON-00081554

**PTX-2780**

'assault Site

# EAST MISSISSIPPI CORRECTIONAL FACILITY
## DISCIPLINARY STATEMENT FORM

| Name | MDOC # | Unit/Job Assignment | RVR# |
|------|--------|---------------------|------|
| Thomas Hall | 138230 | H3c/210 | 0691108 |

Witness(es): _____

## MIRANDA RIGHTS

You have the right to remain silent; anything you say can and will be used against you in the disciplinary proceeding. If you cannot read and write, you have the right to have someone to assist you in preparation for your defense or in making a written statement.

(   ) I request an appearance before the Disciplinary Hearing as the accused.
(   ) I decline to neither appear before the Disciplinary Hearing nor make a statement as the accused.

(   ) I request an appearance before the Disciplinary Hearing as a witness for the accused.
(   ) I request to give a written statement for the accused.
(   ) I decline neither to appear before the Disciplinary Hearing nor to make a statement for the accused.

I fully understand my Miranda Rights explained to me above and I do give this true statement below to the best of my knowledge on my own free will under no threats/promises.

refused 4oRodriguez    C/O Chapman
**Signature of Person Giving Statement**

Investigator Signature: O. Rodriguez _____ Date: 5·21·15 Time: 1140
18-01-01-F4
Revised: 02/01/15

MTC-CON-00081555

**PTX-2780**



STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

**Norris Hogan, Warden**
East Mississippi Correctional Facility

## DISCIPLINARY SUMMARY REPORT

EAST MISSISSIPPI CORRECTIONAL FACILITY
DISCIPLINARY DEPARTMENT

Date: _____                    Hearing Officer: _____

Consideration:

Offender: _____       MDOC #: _____

RVR Log #: _____      Rule #: _____

Entitled: _____
                        HEARING PROCESS RESULTS

Offenders Plea***********Guilty*********Guilty with Modification*********Not Guilty

Hearing Officers Decision***************Guilty *************************Not Guilty

Disposition: _____

_____

_____

This Action was Approved __X___ Disapproved _____

Disciplinary Hearing Officer _____

Tape _____ Side_____

MTC-CON-00081556

**PTX-2780**

STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Norris Hogan, Warden
East Mississippi Correctional Facility

## APPEAL PROCEDURE

RVR #:

Offender:                                                    MDOC:

From: Disciplinary Chairperson, EMCF

Date:

Guilty Finding:

Be advised that you were found guilty of violating one or more of the Mississippi
Department of Corrections Rules and Regulations. The rule(s) violated by you:
_____, as stated in the Department of Corrections Handbook.

---

### In Accordance With Current Disciplinary Procedures

1. You have (15) days to file an appeal on the findings of the Hearing Officer, or any portion of the punishment imposed by the Hearing Officer.

2. Attach a copy of the RVR given to you by the Hearing Officer at the time of your hearing.  **IT MUST BE THE COPY GIVEN TO YOU AT THE TIME OF THE HEARING.**

3. Your appeal must be submitted in writing, stating the reason that you feel the findings or punishment is unjust or inappropriate.

4. **SEND ALL PAPERWORK REGARDING YOUR APPEAL TO:**

---

**LEGAL CLAIMS ADJUDICATOR**
**ADMINISTRATIVE REMEDY PROGRAM**
**P.O. BOX 609**
**PARCHMAN, MISSISSIPPI 38738**

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624

MTC-CON-00081557

PTX-2780

(MSP) _____ (CWC) _____
(CMCF) _____ (SMCI) _____
(OTHER) _Emcf_ _____

**MISSISSIPPI DEPARTMENT OF CORRECTIONS** 5A24

## RULE VIOLATION REPORT

Nº 01580415

B/B    Zone / Tier    1    Unit    103    Cell / Bed #

(Unit Admin. Initial) CD

Offender __Thomas   Hall__    MDOC# __128236__ Violated Rule # __B21__ Entitled

__Refusing to comply with institution lockup__ Date __10/11/15__ Approx. Time __0515__ Hrs.

By the specific act of __Refusing to be Housed on HU 1__

Weapon involved ___ Yes __X__ No   EXACT location of incident __HU 1 Bravo__

**CIRCUMSTANCES AND DETAILS** On October 11 2015 @ apporx. 0515 am offender Thomas Hall Mdoc # 128236 refused to go back to Housing unit 1 to be housed

Reporting Employee's Signature __K Stennis__ Title __C/O__ PIN# __N/A__ Date __10/11/15__ Time __0526 hrs__

Evidence ___ Yes __X__ No- Located _____. Placed in Segregation : PDA _____ No __X__ Yes- Location _____

I request witness(es) ___ Yes __X__ No

Witness(es) (1) _____ (2) _____

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing ___ Yes __X__ No

ACCUSED __Thomas Hall__ DELIVERING EMPLOYEE __Sgt. C Cook__ DATE __10-11-15__ TIME __06:03__

1. Investigation began within 24 hrs of violation? __X__ Yes ___ No.    2. Date/Time investigation completed __/__/__ AM PM.

3. If not completed without reasonable delay, explain: _____

4. Name of Investigator __AC Hurshid__

5. Working days between date of violation and hearing _____

6. If more than seven (7) working days, explain: __housed in medical__

Is accused offender in Trusty Status ___ Yes ___ No    Does accused offender receive Earned Time ___ Yes ___ No

Name of Persons at Hearing - Accused __Thomas Hall__    Hearing Officer __AWcn__

Other _____

Accused's response __/__ Admit ___ Admit w/ modifications ___ Deny    Accused's Statement _____

Documents read and discussed __/__ RVR __/__ Investigation ___ Witness Statements ___ Other _____

FINDINGS: __/__ Guilty ___ Not Guilty    Reason for Findings: __admit__

LoC of 1C    OCT 15 2015

PUNISHMENT: __time-served__

Reason (s) ___ Seriousness of offense ___ The need to protect the institution, employees or others ___ Poor conduct record

Other _____

A total of ___ Rule Violations in _____, A total of ___ Rule Violations for Rule # _____.

Signature _____    Date: __10/29/15__

Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature X __Thomps Hall  128236__    Date: __10/29/15__

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____    Date: __11/3/15__

Custody Reduction ___ to ___ Date ___ Signature _____

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective ___ Signature _____

Loss of Earned Time ___ Approved ___ Disapproved _____    Commissioner of Corrections or Designee _____

MTC-CON-00081558

**PTX-2780**

# East Mississippi Correctional Facility

Unusual Occurrence Report

| Staff Involved: | Inmates Involved: |
|---|---|
| K. Stennis | Thomas Hall |
| | Mdoc # 128236 |

**Brief Description of Unusual Occurrence:**

On 10/11/15 offender Thomas Hall mdoc # 128236 refused to go back to Housing unit 1 to be housed @ appox 0515nrs am

**Immediate Action Taken:**

| | | |
|---|---|---|
| K. Stennis | 10/11/15 | 0525 hrs |
| Person Completing Report | Date | Time |
| | 10-15-15 | mdi |
| Shift Supervisor or Department Manager | Date | Time |

**Warden's Review:**

| Warden's Signature | Date |
|---|---|

G:\Forms\Security\Unusual Occurrence Report–Blank.docx

Revision No:  2    Issue Date:  8/2012

MTC-CON-00081559

**PTX-2780**

# East Mississippi Correctional Facility

## 24 HOUR RULE VIOLATION NOTICE

MDOC #: 128236

OFFENDERS NAME: Thomas Hall

DATE: 10/28/15

I acknowledge that this is my required (24) hour notification of my pending Disciplinary Hearing to be held on
10/29/15 .

Offenders Signature _____

Investigator Signature _____

24 HOUR NOTICE #

Revision No: 2    Issue Date: 8/2012

MTC-CON-00081560

**PTX-2780**