# Exhibit 148

Contract Monitor Weekly Report Findings for Sept. 2014-June 2017

# Cleanliness and Sanitation

SOURCE: PTX 1936, PTX 1937, PTX 1938, JTX 27, JTX 28

**September 1-5, 2014**

**FINDING**

"All units need general cleaning."

**September 7-13, 2014**

**FINDING**

"All units need general cleaning."

"Unit 5: (lockdown) [...] The unit was nasty."

**September 30-October 4, 2014**

**FINDING**

"Cells need to be cleaned on a daily basis, Lights and cameras need cleaning and checked."

**November 16-22, 2014**

**FINDING**

"Offenders are complaining that they cannot get supplies to clean their zones every day; staff verifies they get chemical maybe every four days."

**November 30-December 5, 2014**

**FINDING**

"All Units need major cleaning."

"3C shower need[s] cleaning and painting."

**December 8-13, 2014**

**FINDING**

"All Units need major cleaning."

"3C shower need[s] cleaning and painting."

"Showers on all the units need cleaning and painting."

**December 14-21, 2014**

**FINDING**

"Showers on all the units need cleaning and painting."

"All Units need major cleaning."

"Unit five and six Offenders complain of not getting the chemicals or being allowed to clean their cells, pods, or showers."

**December 22-28, 2014**

**FINDING**

"Showers on all the units need cleaning and painting."

"All Units need major cleaning."

**December 30, 2014**

**FINDING**

"Problems that have been reported and are ongoing since September 2014 [...]

Units 1, 2, 3, 4 [...] Offenders are not getting chemicals to clean cells/pods daily. (schedule needed) [...] Showers not being cleaned. [...]

Units 5 & 6 [...] Offenders not being allowed to clean cells on a daily basis. [...] Pods not being clean with chemicals on a daily basis."

**January 4-11, 2015**

**FINDING**

"Unit one showers need[s] cleaning."

"2D showers need[s] cleaning."

"3B showers need[s] cleaning."

"6B pod nasty."

"1D showers nasty."

"4C blankets hanging over shower nasty."

**January 11-17, 2015**

**FINDING**

"Unit 1D [...] Nasty blankets hanging over showers [...]."

"1A [...] shower nasty."

"3C [...] shower nasty."

**January 18-24, 2015**

**FINDING**

"2B blanket need removed from top tier shower (nasty)."

PTX-2802

Contract Monitor Weekly Report Findings for Sept. 2014-June 2017

# Cleanliness and Sanitation

SOURCE: PTX 1936, PTX 1937, PTX 1938, JTX 27, JTX 28

---

**February 1-7, 2015**

**FINDING**

"1D blankets covering shower needs to be replaced (nasty, mildew)."

"5A need[s] cleaning (nasty) floors etc."

"5B need[s] cleaning (nasty) floors etc."

"Unit 6 need[s] major cleaning. A, B, C, D."

"Offenders on 6C are begging for cleaning supplies but state no one will give them anything to clean with."

---

**February 8-14, 2015**

**FINDING**

"4A units A, B, C, D all had trays in the cells."

"Offenders on 6C are begging for cleaning supplies but state no one will give them anything to clean with."

---

**February 15-21, 2015**

**FINDING**

"All showers need a better cleaning and painting."

---

**May 18-23, 2015**

**FINDING**

"1A showers need cleaning (bad)."

---

**June 15-20, 2015**

**FINDING**

"1D [...] The zone was nasty."

---

**July 5-11, 2015**

**FINDING**

"Showers on all units need painting and or cleaning."

---

**July 26-31, 2015**

**FINDING**

"Entrance to pickets on 5 & 6 picket nasty."

---

**September 30- October 2, 2015**

**FINDING**

"Several showers need cleaning/painting in several units."

---

**November 9-13, 2015**

**FINDING**

"4C showers need cleaning."

"3B shower need cleaning."

"2B Shower need cleaning [...]."

"2C showers need cleaning."

"Unit 1 was nasty."

---

**February 14-20, 2016**

**FINDING**

"Housing Unit 3 A: Top shower needs major cleaning[...]."

---

**February 20-27, 2016**

**FINDING**

"Housing Unit 3: Showers need major cleaning."

---

**April 2-9, 2016**

**FINDING**

"Unit five cleaning needs to improve."

---

**April 11-22, 2016**

**FINDING**

"Housing Unit 3: 3A bottom shower needs serious work/ cleaning. 3B offenders state they have been asking for chemicals for 2 days to complete cleaning."

---

**October 8-14, 2016**

**FINDING**

"Housing Unit 5: Zone is nasty."

---

**January 9-13, 2017**

**FINDING**

"Housing Unit 4 Bravo — lower shower needs scrubbing[...]."

"Housing Unit 4 Alpha — lower shower needs detail scrubbing; [...] zone windows need to be cleaned."

"Housing Unit 2 Charlie — [...] cell 105 smells of strong smoke [...] cluttered — needs housekeeping."

---

**February 19-25, 2017**

**FINDING**

"Showers on HU 6 need a good cleaning."

"1B drain stopped up and smell entering pod."

PTX-2802

Contract Monitor Weekly Report Findings for Sept. 2014-June 2017

# Cleanliness and Sanitation

SOURCE: PTX 1936, PTX 1937, PTX 1938, JTX 27, JTX 28

**May 8-12, 2017**

**FINDING**

"Hu 2B, 2C, 2D zone ceiling leak; per staff, maintenance just replace tile don't fix the problem. Zone 2D smells of mold."

**May 15-20, 2017**

**FINDING**

"Housing Units 5 & 6: [...] Picket windows from outside are in need of cleaning."

**May 22-26, 2017**

**FINDING**

"Housing Unit 2 [...] Cell 104 smelled of smoke [...] Cells 114 & 208 both need all over cleaning/sanitation."

"4D 108 has excessive clutter — cell needs general housekeeping. Cell 208 needs general housekeeping."

"The outside recreation is in need of cleaning. According to offenders, they have been instructed to clean the rec yard in the afternoon but staff will not allow them to do so. Spoke with Unit Manager Jones who stated the same."

"The day room column near bottom shower of 4C was filthy, looks of mold. Per Unit Manager Jones, she used to have a cleaning crew responsible for going from housing unit to conduct that type of cleaning, but she had stopped and retuned all cleaning supplies when she thought she would be out on medical leave."

**June 4-10, 2017**

**FINDING**

"4D The entire zone cell doors need to be wiped down; extensive dirt on frames of doors."

"4D 108 needs cleaning."

**June 11-17, 2017**

**FINDING**

"Housing Unit 2A: [...] All cell doors in zone need wiping down for excessive dust in door frames."

"Housing Unit 2B: [...] Zone smells of strong smoke [...] Cell 106 general housekeeping needed."

"Housing Unit 2C: [...] Cell doors need to wiped down due to excessive dust[...] Upper shower wall needs scrubbing."

"Housing Unit 2D: [...] Rec yard needs cleaning."

**PTX-2802**