IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JERMAINE DOCKERY, ET AL.**                                    **PLAINTIFFS**

VS.                                    CIVIL ACTION NO. 3:13-cv-326-WHB-JCG

**PELICIA HALL, ET AL.**                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and the Opinion and Order by which judgment was granted in favor of Defendants on all Plaintiffs' claims, this case is hereby dismissed with prejudice.

SO ORDERED this the 31st day of December, 2019.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE