## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

JERMAINE DOCKERY, *et al.*,

Plaintiffs,

     v.                                                                                Civil Action No. 3:13-cv-326-WHB-JCG

PELICIA HALL, *et. al*.,

Defendants.

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment (Dkt. No. 851) entered in this action on December 31, 2019, supported by the Opinion and Order (Dkt. No. 850) entered in this action on that same date.

DATED: January 30, 2020

Mark P. Gimbel (admitted *pro hac vice*)
Erin Monju (admitted *pro hac vice*)
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Phone: 212-841-1000

Gretchen Hoff Varner (admitted *pro hac vice*)
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Phone: 415-591-6000

Ravi Doshi (admitted *pro hac vice*)
Anna Q. Han (admitted *pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW Washington, DC 20001
Phone: 202-662-6000

Respectfully submitted,

 s/ Paloma Wu
Benjamin R. Salk, MS Bar # 105869
Paloma Wu, MS Bar # 105464
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS 39201
Phone: 601-948-8882; Fax: 601-948-8885

Eric G. Balaban (admitted *pro hac vice*)
Jennifer Wedekind (admitted *pro hac vice*)
National Prison Project of ACLU
915 15th Street, NW, 7th Floor
Washington, DC 20005
Phone: 202-393-4930; Fax: 202-393-4931

Elizabeth Alexander *(*admitted *pro hac vice*)
Law Offices of Elizabeth Alexander
1416 Holly Street NW
Washington, DC 20012
Phone: 202-291-3774

*Attorneys for Plaintiffs*