# Plaintiffs' Witness List
## Dockery et al. v. Hall et al. (3:13-cv-326)

| Name | Will/May Call | [F]act [E]xpert [L]iability [D]amages | Location |
| --- | --- | --- | --- |
| Jimmy Brewer, MDOC #K6559 | Will Call | F / L | MDOC Custody |
| Hillman Clemons, MDOC #116472 | Will Call | F / L | MDOC Custody |
| Tony Compton | Will Call | F / L | MDOC<br>633 North State Street<br>Jackson, MS 39202 |
| Christopher Dykes | Will Call | F / L | 10641 Highway 80 East<br>Meridian, MS 39307<br>(MTC Employee) |
| Dr. Bruce Gage | Will Call | E / L / D | Care of Plaintiffs' Counsel |
| David Grogan, MDOC #174048 | Will Call | F / L | MDOC Custody |
| Norris Hogans | Will Call | F / L | 10641 Highway 80 East<br>Meridian, MS 39307<br>(MTC Employee) |
| Johnny Holton, MDOC #171577 | Will Call | F / L | MDOC Custody |
| Charlie Jones, MDOC #36535 | Will Call | F / L | Released from MDOC Custody |
| Dr. Terry Kupers | Will Call | E / L / D | Care of Plaintiffs' Counsel |
| Madeleine LaMarre | Will Call | E / L / D | Care of Plaintiffs' Counsel |
| Saul Mata, MDOC #83737 | Will Call | F / L | MDOC Custody |
| Dr. Gloria Perry | Will Call | F / L | MDOC<br>633 North State Street<br>Jackson, MS 39202 |
| Frank Shaw | Will Call | F / L | 10641 Highway 80 East<br>Meridian, MS 39307<br>(MTC Employee) |
| Diane Skipworth | Will Call | F/ E / L / D | Care of Plaintiffs' Counsel |
| Dr. Marc Stern | Will Call | E / L / D | Care of Plaintiffs' Counsel |
| Vernell Thomas | Will Call | F / L | MDOC<br>633 North State Street<br>Jackson, MS 39202 |
| Eldon Vail | Will Call | E / L / D | Care of Plaintiffs' Counsel |
| Jerry Williams | Will Call | F / L | MDOC<br>633 North State Street<br>Jackson, MS 39202 |

EXHIBIT A

| Jason Holloway, MDOC #M0998 | Will Call Call | F / L | MDOC Custody |
|---|---|---|---|
| Lt. Vincent McAlister | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (MTC Employee) |
| Lt. Jaqualynn McCarra | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Former MTC Employee) |
| Bobby Mitchell, MDOC #R3569 | May Call | F / L | MDOC Custody |
| Cordarious Nelson, MDOC #150153 | May Call | F / L | MDOC Custody |
| Staci Stapleton | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Centurion Employee) |
| Heather Sullivan | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (MTC Employee) |
| John Barrett, MDOC #27578 | May Call | F / L | MDOC Custody |
| Terry Beasley, MDOC #57151 | May Call | F / L | MDOC Custody |
| James Bosarge, MDOC #148732 | May Call | F / L | MDOC Custody |
| Eric Brisco | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Former Centurion Employee) |
| Pennie Brookshire | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Centurion Employee) |
| Dexter Campbell, MDOC #K5513 | May Call | F / L | MDOC Custody |
| Michael Combs, MDOC #R0942 | May Call | F / L | MDOC Custody |
| Tony Donald | May Call | F /L | 10641 Highway 80 East Meridian, MS 39307 (MTC Employee) |
| Tavarres Flaggs, MDOC #M1616 | May Call | F / L | MDOC Custody |
| Pelicia Hall | May Call | F / L | MDOC 633 North State Street Jackson, MS 39202 |
| Merlin Hill, MDOC #R4779 | May Call | F / L | MDOC Custody |
| Lonnie Jordan, | May Call | F / L | MDOC Custody |

| | | | |
|---|---|---|---|
| MDOC #L7045 | | | |
| Valerie Lard | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (MTC Employee) |
| Ollie Little | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Former Centurion Employee) |
| Barry Melton, MDOC #166548 | May Call | F / L | MDOC Custody |
| Joseph Osborne, MDOC #M2916 | May Call | F / L | MDOC Custody |
| John Pechawer, MDOC #183842 | May Call | F / L | Released from MDOC Custody |
| Charles Pickering | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Former Centurion Employee) |
| Eddie Pugh, MDOC #162730 | May Call | F / L | MDOC Custody |
| Michael Rice | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Former MTC Employee) |
| Brady Sistrunk | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Former MTC Employee) |
| Kimberly Townsend | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Former Centurion Employee) |
| Tavarris Walker | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (MTC Employee) |
| Alma Wren | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (MTC Employee) |
| Mildred Gossett | May Call | F / L | 10641 Highway 80 East Meridian, MS 39307 (Former MTC Employee) |
| Calvin Use, MDOC #110652 | May Call | F / L | MDOC Custody |
| John Hale, MDOC #24720 | May Call | F / L | MDOC Custody |
| Jermaine Dockery, MDOC #K2538 | May Call | F / L | MDOC Custody |
| Angelo Maglitto, | May Call | F/ L | MDOC Custody |

| | | | |
|---|---|---|---|
| MDOC #203854 | | | |
| Gary Long, MDOC #103828 | May Call | F/ L | MDOC Custody |
| Gregory Moore, MDOC #185249 | May Call | F/ L | MDOC Custody |
| Robert Sumrall, MDOC #191692 | May Call | F/ L | MDOC Custody |
| Antonio Glenn, MDOC #13352 | May Call | F/ L | MDOC Custody |
| Isiah Tapp, MDOC #131548 | May Call | F/ L | MDOC Custody |
| Laboris Gunn, MDOC #N0886 | May Call | F/ L | MDOC Custody |
| Kevin Barnes, MDOC #166074 | May Call | F/ L | MDOC Custody |
| Alfonzo Griffin, MDOC #L7163 | May Call | F / L | Released from MDOC Custody |
| Antwone Beans, MDOC #137628 | May Call | F / L | Released from MDOC Custody |
| Bobby Trotter, MDOC #L4136 | May Call | F / L | MDOC Custody |
| CK Garner, MDOC #L0166 | May Call | F/ L | MDOC Custody |
| Clarence Watson, MDOC #K1385 | May Call | F/ L | MDOC Custody |
| Cleveland Madison, MDOC #N5482 | May Call | F/ L | Released from MDOC Custody |
| Corey Barnett, MDOC #R5905 | May Call | F/ L | Released from MDOC Custody |
| Danny Robertson, MDOC #147753 | May Call | F/ L | MDOC Custody |
| Darrell Brown, MDOC #L7709 | May Call | F/ L | MDOC Custody |
| James Kendrick, MDOC #K9729 | May Call | F/ L | MDOC Custody |
| Jeremiah Stevenson, MDOC #144611 | May Call | F/ L | MDOC Custody |
| John Terrell, MDOC #76798 | May Call | F/ L | MDOC Custody |
| Joshua Clay, MDOC #151757 | May Call | F/ L | Released from MDOC Custody |
| Kennie Keys, MDOC #171505 | May Call | F/ L | Released from MDOC Custody |
| Kevin Boudreaux, MDOC #194866 | May Call | F / L | MDOC Custody |
| Kunta Gates, | May Call | F / L | MDOC Custody |

| | | | |
|---|---|---|---|
| MDOC #194866 | | | |
| Mark Burgess, MDOC #77647 | May Call | F / L | MDOC Custody |
| Markeita Echols, MDOC #K6219 | May Call | F/ L | MDOC Custody |
| Maxie Armstrong, MDOC #T3773 | May Call | F/ L | MDOC Custody |
| Michael Voyles, MDOC #167958 | May Call | F/ L | MDOC Custody |
| Michael Willie, MDOC #72748 | May Call | F/ L | MDOC Custody |
| Nathan Adams, MDOC #82472 | May Call | F/ L | MDOC Custody |
| Ralph Manus, MDOC #110275 | May Call | F/ L | Released from MDOC Custody |
| Richard Conklin, MDOC #K9517 | May Call | F/ L | MDOC Custody |
| Robert Barkley, MDOC #158971 | May Call | F/ L | MDOC Custody |
| Robert English, MDOC #135473 | May Call | F / L | MDOC Custody |
| Roger Johnson, MDOC #59930 | May Call | F / L | MDOC Custody |
| Shawn Atkins, MDOC #W0179 | May Call | F / L | MDOC Custody |
| Stacy Hickman-Estes, MDOC #186029 | May Call | F/ L | MDOC Custody |
| Thomas Yarbro, MDOC #30862 | May Call | F/ L | Released from MDOC Custody |
| Timmy Thomas, MDOC #120529 | May Call | F/ L | MDOC Custody |
| Van Kendrick, MDOC #R9238 | May Call | F/ L | MDOC Custody |
| Alvin Luckett, MDOC #44018 | May Call | F/ L | MDOC Custody |
| Derrick Lane, MDOC #N4605 | May Call | F/ L | MDOC Custody |
| Henry Moore, MDOC #119380 | May Call | F/ L | MDOC Custody |
| Phillip Fredenburg, MDOC #141387 | May Call | F/ L | MDOC Custody |

Will Testify by Deposition:

| | | | |
|---|---|---|---|
| Marylin Braxton | Videotaped Deposition (synched to transcript); Entire Transcript and Exhibits | F / L | MTC |
| Marjorie Brown | Entire Transcript and Exhibits | F / L | MTC |
| Simone Jones | Videotaped Deposition (synched to transcript); Entire Transcript and Exhibits | F / L | MTC |
| Rick McCarty, MDOC 30(b)(6) Designee | Videotaped Deposition (synched to transcript); Entire Transcript and Exhibits | F / L | MDOC |
| Gloria Perry, MDOC 30(b)(6) Designee | Videotaped Deposition (synched to transcript); Entire Transcript and Exhibits | F / L | MDOC |
| Jerry Williams, MDOC 30(b)(6) Designee | Videotaped Deposition (synched to transcript); Entire Transcript and Exhibits | F / L | MDOC |
| MTC 30(b)(6) | Videotaped Deposition (synched to transcript); Entire Transcript and Exhibits | F / L | MTC |

| Trinity 30(b)(6) | Entire Transcript and Exhibits | F / L | Trinity |