# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JERMAINE DOCKERY, ET AL.**                                          **PLAINTIFFS**

**V.**                                  **CAUSE NO.: 3:13-CV-0326-WHB-JCG**

**BURL CAIN, ET AL.**                                              **DEFENDANTS**

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.1(b), the undersigned counsel requests entry of an order permitting Attorney Leslie Faith Jones to withdraw as counsel of record for Plaintiffs. In support of this motion, the undersigned counsel states as follows:

1. As of August 2, 2024, Leslie Faith Jones will no longer handle this case. The Southern Poverty Law Center and associated attorneys will continue representing the Plaintiffs. The remaining Plaintiffs' counsel is extremely qualified, well-resourced, and well-equipped to represent the putative class. Therefore, Leslie Faith Jones' withdrawal will in no way prejudice the Plaintiffs.

WHEREFORE, the undersigned moves this court to enter its Order permitting the withdrawal of Leslie Faith Jones in the above-captioned case.

RESPECTFULLY SUBMITTED this the 28th day of August 2024.

/s/ Leslie Faith Jones
Leslie Faith Jones, MSB No. 106092
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
(601) 948-8882 (phone)
(601) 948-8885 (fax)
leslie.jones@splcenter.org

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Leslie Faith Jones, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be emailed to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

This the 28th day of August 2024.

/s/ Leslie Faith Jones
Leslie Faith Jones, MSB No. 106092